# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Judy Jien, et al.                      \*

**Plaintiff,**

                                       \*

**v.**                                       **Case No.**   1:19-cv-02521-ELH

                                       \*

Perdue Farms, Inc., et al.             

**Defendant.**                               \*

## MOTION FOR ADMISSION PRO HAC VICE

I, _____Daniel A. Small_____, am a member in good standing of the bar of this

Court.  I am moving the admission of _____Benjamin D. Brown_____

to appear pro hac vice in this case as counsel for Plaintiffs Judy Jien, Kieo Jibidi, Elaisa Clement, and the putative class .

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
| --- | --- |
| See Attached | |
| | |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court ___0___ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Daniel A. Small (Bar # 20279) | Benjamin D. Brown |
| Printed name and bar number | Printed name |
| Cohen Milstein Sellers & Toll, PLLC | Cohen Milstein Sellers & Toll, PLLC |
| Office name | Office name |
| 1100 New York Ave, NW, Ste. 500, Washington, DC 20005 | 1100 New York Ave, NW, Ste. 500, Washington, DC 20005 |
| Address | Address |
| 202-408-4600 | 202-408-4600 |
| Telephone number | Telephone number |
| 202-408-4699 | 202-408-4699 |
| Fax Number | Fax Number |
| dsmall@cohenmilstein.com | bbrown@cohenmilstein.com |
| Email Address | Email Address |

The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

State Court & Date of Admission:

District of Columbia 1/9/2006

California 9/9/1999

U.S. Court & Date of Admission:

U.S. Supreme Court 11/2/2009

Second Circuit 7/18/2016

Third Circuit 3/25/2009

Fourth Circuit 12/22/2004

Ninth Circuit 3/12/2010

D.C. Circuit 7/31/2019

Western District of Wisconsin 6/1/2009

Northern District of Illinois 7/1/2009

District of D.C. 8/7/2006

Central District of California 4/6/2006

Northern District of California 8/9/2006

Eastern District of California 3/6/2009