## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Jien et al.                                  *

**Plaintiff,**

                                             *

**v.**                                           Case No. 19-cv-02521

                                             *

Perdue Farms, Inc. et al.

**Defendant.**                                   *

### MOTION FOR ADMISSION PRO HAC VICE

I, Aaron L. Casagrande          , am a member in good standing of the bar of this

Court.  I am moving the admission of Christopher J. Abbott

to appear pro hac vice in this case as counsel for Defendants Pilgrim's Pride Corporation and Pilgrim's Pride Corporation of West Virginia, Inc.

We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
| --- | --- |
| Commonwealth of Massachusetts (11/28/2012) | U.S. District Court for the Northern District of Illinois (9/23/2019) |
| District of Columbia (6/3/2013) | U.S. Supreme Court (3/4/2019) |
| New York State (3/12/2015) | |
| | |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0        time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or <u>Christopher J. Abbott</u>, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

Signature

Aaron L. Casagrande

Printed name and bar number

Whiteford Taylor Preston LLP

Office name

7 Saint Paul Street, Baltimore, MD 21202

Address

410-347-8714

Telephone number

410-234-2326

Fax Number

acasagrande@wtplaw.com

Email Address

PROPOSED ADMITTEE

Signature

Christopher J. Abbott

Printed name

Weil, Gotshal & Manges LLP

Office name

2001 M Street N.W., Ste. 600, Washington, D.C. 20036

Address

202-682-7197

Telephone number

202-857-0940

Fax Number

christopher.abbott@weil.com

Email Address