## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Judy Jien, et al.

    **Plaintiff,**

v.

Perdue Farms, Inc., et al.

    **Defendant.**

\*

\*

Case No. 19-cv-02521-SAG

\*

\*

\*

### MOTION FOR ADMISSION PRO HAC VICE

I, James E. Fagan, III _____, am a member in good standing of the bar of this

Court. I am moving the admission of Abram Ellis _____

to appear pro hac vice in this case as counsel for | Tyson Foods, Inc., Tyson Prepared Foods, Inc., The Hillshire Brands Company, Tyson Fresh Meats, Inc., Tyson Processing Services, Inc., Tyson Refrigerated Processed Meats, Inc., Keystone Foods, LLC, Equity Group Eufaula Division, LLC, Equity Group-Georgia Division, LLC, Equity Group Kentucky Division, LLC

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Supreme Court for the State of New York (2006) | U.S. District Court for the Southern District of New York (4/21/2017) |
| | U.S. Court of Appeals for the Second Circuit (4/21/2017) |
| | U.S. District Court for the District of Colorado (12/5/2012) |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 _____ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ James E. Fagan, III* | */s/ Abram Ellis* |
| Signature | Signature |
| James E. Fagan, III, Bar No. 28483 | Abram Ellis |
| Printed name and bar number | Printed name |
| Offit Kurman, P.A. | Simpson Thacher & Bartlett LLP |
| Office name | Office name |
| 8171 Maple Lawn Blvd., Suite 200, Fulton, MD 20759 | 900 G Street NW, Washington DC 20001 |
| Address | Address |
| (301) 575-0300 | 202-636-5500 |
| Telephone number | Telephone number |
| (301) 575-0335 | 202-636-5502 |
| Fax Number | Fax Number |
| jfagan@offitkurman.com | aellis@stblaw.com |
| Email Address | Email Address |