**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| *JUDY JIEN, et al.,* <br><br>      **Plaintiffs,** <br><br> **v.** <br><br> *PERDUE FARMS, INC., et al.,* <br><br>      **Defendants** | **Case No. 1:19-cv-2521-SAG** |

## ENTRY OF APPEARANCE IN A CIVIL CASE

Please enter the appearance of Lisa Jose Fales of the law firm of Venable LLP as counsel for Defendants Perdue Farms, Inc. and Perdue Foods LLC.

October 10, 2019       Respectfully submitted

         /s/ Lisa Jose Fales

         Lisa Jose Fales, Bar No. 08141
         VENABLE LLP
         600 Massachusetts Avenue, NW
         Washington, DC  20001
         Telephone:  (202) 344-4349
         Facsimile:  (202) 344-8300
         E-mail:  ljfales@venable.com

         *Counsel for Perdue Farms, Inc. and Perdue Foods LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of October, 2019, a copy of the foregoing Entry of

Appearance was served via CM/ECF on all counsel of record.

/s/ Lisa Jose Fales
Lisa Jose Fales, Bar No. 08141
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC  20001
Telephone:  (202) 344-4349
Facsimile:  (202) 344-8300
E-mail:  jdbaldridge@venable.com

*Counsel for Perdue Farms, Inc. and Perdue Foods LLC*