## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JUDY JIEN, et al., | C.A. No. 1:19-CV-2521-SAG |
| Plaintiffs, | **[PROPOSED] ORDER CONFIRMING CONSOLIDATION OF SUBSEQUENT ACTIONS AND MODIFYING BRIEFING SCHEDULE FOR MOTION(S) TO DISMISS** |
| v. |  |
| PERDUE FARMS, INC., et al., |  |
| Defendants. |  |

WHEREAS, on August 30, 2019, Plaintiffs filed a class action complaint ("Complaint") in the above-captioned matter against the undersigned Defendants;

WHEREAS on September 24, 2019, the Court ordered the following schedule regarding Defendants' responses to the Complaint and the briefing of motions to dismiss the Complaint:

- November 15, 2019: Last date for Defendants to answer, move to dismiss, or otherwise respond to the Complaint;

- January 17, 2020: Last date for Plaintiffs to file oppositions to any such motion(s) to dismiss the Complaint;

- February 21, 2020: Last date for Defendants to file reply briefs in support of their motion(s) to dismiss the Complaint;

WHEREAS on October 8, 2019, the Court ordered that the two related actions—*Jien, et al. v. Perdue Farms, Inc., et al.*, Case No. 1:19-cv-02521-SAG and *Earnest v. Perdue Farms, Inc., et al.*, Case No. 1:19-cv-02680-SAG ("Consolidated Actions")—are consolidated pursuant to Fed. R. Civ. P. 42(a) for all pretrial purposes;

WHEREAS on October 8, 2019, the Court ordered that *Jien, et al. v. Perdue Farms, Inc., et al.*, Case No. 1:19-cv-02521-SAG shall be the lead case and referenced in the caption of all pleadings, and that the parties are instructed to file all documents in the lead case;

WHEREAS on October 8, 2019, the Court ordered that for similar purposes of efficiency and effective administration, any subsequent class actions filed in or transferred to the United States District Court for the District of Maryland that assert claims on behalf of a proposed class of workers in chicken processing plants and arise out of the same or a substantially common set of operative facts as the Consolidated Actions, shall be consolidated with these actions and be subject to that October 8, 2019 Order;

WHEREAS two more virtually identical related actions have recently been filed in this district—*Robinson, et al. v. Tyson Foods, Inc., et al.*, Case No. 1:19-cv-02960-SAG, on October 9, 2019, and *Avila, et al. v. Perdue Farms, Inc., et al.*, Case No. 1:19-cv-03018-SAG, on October

16, 2019—and the two complaints assert claims against the same defendants for engaging in the same alleged misconduct;

IT IS HEREBY ORDERED that:

1.      Given the substantial similarity of the parties and claims, the two related actions—*Robinson, et al. v. Tyson Foods, Inc., et al.*, Case No. 1:19-cv-02960-SAG, and *Avila, et al. v. Perdue Farms, Inc., et al.*, Case No. 1:19-cv-03018-SAG—are consolidated pursuant to Fed. R. Civ. P. 42(a) for all pretrial purposes into the lead case, *Jien, et al. v. Perdue Farms, Inc., et al.*, Case No. 1:19-cv-02521-SAG.  This order will also be filed on the docket in those two cases.

2.      The complaint filed on August 30, 2019 in the lead *Jien* case will serve as the consolidated complaint for all consolidated actions, including any other action subsequently filed and consolidated with the *Jien* lead case under the Court's orders noted herein.

3.      In accordance with the Court's September 24, 2019 Order, and as the Plaintiffs have not filed an amended complaint, the Defendants will respond to the *Jien* complaint on the following schedule:

- November 22, 2019: Last date for Defendants to answer, move to dismiss, or otherwise respond to the Complaint;

- January 24, 2020: Last date for Plaintiffs to file oppositions to any such motion(s) to dismiss the Complaint;

- February 28, 2020: Last date for Defendants to file reply briefs in support of their motion(s) to dismiss the Complaint;

4.      Defendants need not answer, move to dismiss, or otherwise respond to the complaints in *Earnest v. Perdue Farms, Inc., et al.*, Case No. 1:19-cv-02680-SAG, *Robinson, et al. v. Tyson Foods, Inc., et al.*, Case No. 1:19-cv-02960-SAG, *Avila, et al. v. Perdue Farms, Inc., et al.,* Case No. 1:19-cv-03018-SAG, or any other action subsequently filed and consolidated with the *Jien* lead case under the Court's orders noted herein.

IT IS SO ORDERED.

3

DATED: _____        _____

Stephanie A. Gallagher
United States District Judge