UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

JUDY JIEN, *et al.*,

    Plaintiffs,

v.

PERDUE FARMS, INC., *et al.*,

    Defendants.

Civil Action No.: 1:19-cv-2521-SAG
Honorable Stephanie A. Gallagher

## [PROPOSED] ORDER ON AGREED STIPULATION ON PAGE LIMITS FOR MOTION TO DISMISS BRIEFING

As Plaintiffs and Defendants have reached agreement on the below page limits with respect to motion to dismiss briefing, IT IS HEREBY ORDERED that:

**Motions to Dismiss.** Defendants may file a joint memorandum in support of a joint motion to dismiss not to exceed 40 pages. Defendants also may file individual or supplemental briefs not to exceed 15 pages each. These briefs may include and be filed on behalf of more than one Defendant family.[1]

**Response Briefs.** Plaintiffs may file a response to Defendants' joint motion to dismiss not to exceed 45 pages. Plaintiffs may file response briefs to Defendants' individual or supplemental briefs not to exceed 15 pages each. Plaintiffs may also combine their responses to the individual or supplemental briefs; the responses, if aggregated, may not exceed the total number of pages that would be permitted for Plaintiffs' responses were Plaintiffs to respond to each individual or supplemental brief separately (*i.e.*, 15 pages per individual or supplemental brief filed).

---

[1] Defendants anticipate that ten or fewer such individual or supplemental briefs will be filed.

1

**Reply Briefs.** Defendants may file a reply in support of their joint motion to dismiss not to exceed 25 pages. Defendants may file replies in support of their individual or supplemental briefs not to exceed 10 pages each. Defendants are entitled to file up to 10 pages in support of their individual or supplemental briefs regardless of whether Plaintiffs choose to combine their responses.

SO ORDERED.

DATED: Nov. 19, 2019

_____
The Honorable Stephanie A. Gallagher
United States District Judge