IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| Judy Jien, *et al.* </br></br> Plaintiffs, </br></br> v. </br></br> Perdue Farms, Inc., *et al.*, </br></br> Defendants. | CIVIL ACTION </br> No. 1:19-CV-2521 |

**DEFENDANTS' JOINT MOTION TO DISMISS CONSOLIDATED COMPLAINT**

Defendants, by their respective undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss the Consolidated Complaint ("the Complaint") filed by Plaintiffs, for failure to state a claim upon which relief can be granted. Defendants incorporate by reference, as if set forth fully herein: (i) Defendants' Memorandum of Law in Support of Joint Motion to Dismiss Consolidated Complaint; (ii) Exhibit A in Support of Defendants' Joint Motion to Dismiss; and (iii) Declaration of Aaron Casagrande in Support of Joint Motion to Dismiss Consolidated Complaint, all filed simultaneously herewith.

WHEREFORE, Defendants respectfully request that this Court enter an Order: (i) granting Defendants' Joint Motion to Dismiss Consolidated Complaint; (ii) dismissing both counts of the Complaint with prejudice; and (iii) granting such other and further relief as this Court deems just and proper under the circumstances.

Dated: Baltimore, Maryland
       November 22, 2019

1

Respectfully submitted,

| | |
|---|---|
| /s/ Aaron L. Casagrande<br>Aaron L. Casagrande (Bar # 28518)<br>WHITEFORD, TAYLOR & PRESTON L.L.P.<br>Seven Saint Paul Street, Suite 1500<br>Baltimore, Maryland 21202<br>Tel: (410) 347-8714<br>Fax: (410) 234-2326<br>acasagrande@wtplaw.com<br><br>Carrie C. Mahan<br>Christopher J. Abbott<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street N.W., Suite 600<br>Washington, D.C. 20036<br>Tel: 202-682-7000<br>Fax: 202-857-0940<br>carrie.mahan@weil.com<br>christopher.abbott@weil.com<br><br>Adam C. Hemlock<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: 212-310-8000<br>Fax: 212-310-8007<br>adam.hemlock@weil.com<br><br>*Attorneys for Defendants Pilgrim's Pride Corporation and Pilgrim's Pride Corporation of West Virginia, Inc.* | /s/ J. Douglas Baldridge<br>J. Douglas Baldridge (Bar No. 11023)<br>Lisa Jose Fales (Bar No. 08141)<br>Danielle R. Foley (Bar No. 2113)<br>Andrew T. Hernacki (Bar No. 21107)<br>VENABLE LLP<br>600 Massachusetts Ave, N.W.<br>Washington, DC 20001<br>Tel:  (202) 344-4000<br>jdbaldridge@venable.com<br>ljfales@venable.com<br>drfoley@venable.com<br>athernacki@venable.com<br><br>*Attorneys for Perdue Foods, LLC and Perdue Farms, Inc.* |

/s/ Edward J. Baines
Edward J. Baines (USDC Bar No. 06776)
Geoffrey M. Gamble (USDC Bar No. 28919)
Gregory L. Waterworth (USDC Bar No. 20938)
SAUL EWING ARNSTEIN & LEHR LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD  21202-3133
Tel: (410) 332-8600
Fax: (410) 332-8862
Ted.Baines@saul.com
Geoff.Gamble@saul.com
Greg.Waterworth@saul.com

Patrick Fitzgerald
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
patrick.fitzgerald@skadden.com

Boris Bershteyn
Lara Flath
Sam Auld
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-3000
Fax: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com
sam.auld@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

/s/ David McAloon
David McAloon (*Bar No. 13150*)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Telephone: (202) 736-8316
Facsimile: (202) 736-8711
dmcaloon@sidley.com

John W. Treece
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
jtreece@sidley.com

Amanda K. Wofford
ROSE LAW FIRM
120 East Fourth Street
Little Rock, Arkansas 72201
Tel: (501) 377-0334
Fax: (501) 375-1309
awofford@roselawfirm.com

Bourgon B. Reynolds
ROSE LAW FIRM
120 East Fourth Street
Little Rock, Arkansas 72201
Tel: (501) 377-0433
Fax: (501) 375-1309
breynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms, Inc. and Mountaire Farms of Delaware, Inc.*

/s/ Cary Silverman
Cary Silverman (Bar # 15137)
SHOOK HARDY & BACON LLP
1800 K Street NW, Ste. 1000
Washington, D.C. 20006
Tel: (202) 783-8400|
Fax: (202) 783-4211
csilverman@shb.com

Lynn H. Murray
SHOOK HARDY & BACON LLP
111 S. Wacker Dr., Ste. 4700
Chicago IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion
SHOOK HARDY & BACON LLP
2555 Grand
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
lnovion@shb.com

John R. Elrod
Vicki Bronson
CONNER & WINTERS
4375 N. Vantage Drive, Ste. 405
Fayetteville, AR 72703
Tel: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendants Simmons Foods, Inc. and Simmons Prepared Foods Inc.*

/s/ Brian D. Frey
Brian D. Frey (Bar # 17592)
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, NW
Washington, D.C. 20004-1404
Tel:  (202) 239-3067
Fax:  (202) 239-3333
brian.frey@alston.com

B. Parker Miller
Valarie C. Williams
Raechel J. Bimmerle
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Tel:  (404) 881-7000
Fax:  (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
raechel.bimmerle@alston.com

*Attorneys for Fieldale Farms Corporation*

4

/s/ Steven K. White
Steven K. White (Bar No. 04274)
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel: (202) 785-9100
Fax: (202) 572-9963
steven.white@stinson.com

William L. Greene
Peter J. Schwingler
Jon M. Woodruff
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1500
Fax: (612) 335-1657
william.greene@stinson.com
peter.schwingler@stinson.com
jon.woodruff@stinson.com

Gary V. Weeks
K.C. Dupps Tucker
Kristy E. Boehler
THE LAW GROUP OF NW. ARKANSAS LLP
1830 Shelby Lane
Fayetteville, AR 72704
Tel: (479) 316-3760
Fax: (844) 325-6603
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's Inc.; Ozark Mountain Poultry, Inc.; George's Chicken, LLC; George's Foods, LLC; and George's Processing, Inc.*

/s/ Brian K. McCalmon
Brian K. McCalmon (Bar #14737)
VEDDER PRICE P.C.
1401 I Street NW #1100
Washington, D.C. 20005
Tel:  (202) 312-3334
Fax: (202) 312-3322
bmccalmon@vedderprice.com

Gregory G. Wrobel
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Tel:  (312) 609-7500
Fax: (312) 609-5005
gwrobel@vedderprice.com

Henry W. Jones, Jr.
JORDAN PRICE WALL GRAY JONES
& CARLTON, PLLC
1951 Clark Avenue
Raleigh, North Carolina 27605
Tel:  (919) 828-2501
Fax:  (919) 834-8447
hjones@jordanprice.com

*Attorneys for Defendants House of Raeford Farms, Inc., House of Raeford Farms of Louisiana, LLC*

| | |
|---|---|
| /s/   Jennifer M. Blunt | /s/ Patricia A. Gorham |
| Jennifer M. Blunt (D. Md. Bar #09496) | Patricia A. Gorham |
| KUTAK ROCK LLP | James R. McGibbon |
| 1625 Eye Street, #800, | Peter M. Szeremeta |
| Washington, DC 20006 | Kaitlin A. Carreno |
| Tel: (202) 828-2400 | EVERSHEDS SUTHERLAND (US) LLP |
| Fax: (202) 828-2488 | 999 Peachtree Road, N.E. |
| jennifer.blunt@kutakrock.com | Suite 2300 |
| | Atlanta, Georgia  30309-3996 |
| John P. Passarelli | Tel:  (404) 853-8000 |
| James M. Sulentic | Fax:  (404) 853-8006 |
| KUTAK ROCK LLP | patriciagorham@eversheds-sutherland.com |
| 1650 Farnam Street | jimmcgibbon@eversheds-sutherland.com |
| Omaha, NE  68102 | peterszeremeta@eversheds-sutherland.com |
| Tel: (402) 346-6000 | kaitlincarreno@eversheds-sutherland.com |
| Fax: (402) 346-1148 | |
| john.passarelli@kutakrock.com | Gail L. Westover (Bar No. 13752) |
| james.sulentic@kutakrock.com | EVERSHEDS SUTHERLAND (US) LLP |
| | 700 Sixth Street, N.W., Suite 700 |
| J.R. Carroll | Washington, DC 20001-3980 |
| Jeff Fletcher | Tel: (202) 383-0100 |
| Scott Jackson | Fax: (202) 637-3593 |
| Stephen Dacus | gailwestover@eversheds-sutherland.com |
| KUTAK ROCK LLP | |
| 234 East Millsap Road, Suite 200 | *Attorneys for Defendant Harrison Poultry,* |
| Fayetteville, AR  72703-4099 | *Inc.* |
| Tel: (479) 973-4200 | |
| Fax: (479) 973-0007 | |
| jr.caroll@kutakrock.com | |
| jeff.fletcher@kutakrock.com | |
| scott.jackson@kutakrock.com | |
| stephen.dacus@kutakrock.com | |
| | |
| *Attorneys for Defendants O.K. Foods, Inc.* | |

/s/ Edward C. Konieczny
Edward C. Konieczny
EDWARD C. KONIECZNY LLC
400 Colony Square, Ste 1501
1201 Peachtree Street, NE
Atlanta, GA 30361
Tel: (404) 380-1430
Fax:  (404) 382-6011
ed@koniecznylaw.com

David C. Newman
Dana Richens
W. Parker Sanders
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA  30309
Tel:  (404) 815-3500
Fax:  (404) 815-3509
dnewman@sgrlaw.com
drichens@sgrlaw.com
psanders@sgrlaw.com

Edward A. Pennington (Bar No. 29080)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, N.W., Suite 400
Washington, DC 20007
Tel: (202) 263-4300
Fax: (202) 263-4329
Email:  epennington@sgrlaw.com

*Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, and Mar-Jac Holdings, Inc.*

/s/ Terri S. Reiskin
Terri S. Reiskin (Bar # 05256)
DYKEMA GOSSETT PLLC
1301 K Street N.W., Suite 1100 West
Washington, D.C. 20005
Tel: 202-906-8609
Fax: 855-216-7884
treiskin@dykema.com

Howard B. Iwrey
DYKEMA GOSSETT PLLC
39577 Woodward Ave, Ste. 300
Bloomfield Hills, MI 48304
Tel: 248-203-0526
Fax: 248-203-0763
hiwrey@dykema.com

Steven H. Gistenson
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Ste. 2300
Chicago, IL 60606
Tel: 312-627-2267
Fax: 312-876-1155
sgistenson@dykema.com

*Attorneys for Defendant Amick Farms, LLC*

/s/ Joseph D. Carney
Joseph D. Carney
JOSEPH D. CARNEY & ASSOCIATES, LLC
1540 Peach Drive
Avon, OH 44044
Tel: (440) 289-5161
Fax: (866) 270-1221
jdc@jdcarney.com

Thomas M. Staunton
Daniel M. Feeney
MILLER SHAKMAN LEVINE & FELDMAN LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
Tel: (312) 263-3700
Fax: (312) 263-3270
dfeeney@millershakman.com
tstaunton@millershakman.com

Deborah A. Klar
D. KLAR LAW
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, California 90077-1724
Tel: (310) 858-9500
dklar@dklarlaw.com

Mark S. Saudek (Fed Bar # 23963)
Meghan K. Casey (Fed Bar # 28958)
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, MD 21201
Tel: (410) 727-7702
Fax: (410) 468-2786
msaudek@gejlaw.com
mcasey@gejlaw.com

*Attorneys for Defendants Case Foods, Inc. and Case Farms Processing, Inc.*

/s/ James H. West
James H. West (Bar No. 25773)
WEST, EDWARDS & AITKEN, LLC
409 Washington Avenue, Suite 1010
Towson, Maryland 21204
Tel: 410-842-0574
Fax: 410-296-6654
jay.west@wealaw.com

*Attorney for Defendant Allen Harim Foods, LLC*


/s/ Gerard P. Martin
Gerard P. Martin, Bar No. 00691
Jeffrey M. Lichtstein, Bar No. 20731
ROSENBERG MARTIN GREENBERG, LLP
25 S. Charles Street, 21st Floor
Baltimore, Maryland 21201
Tel: (410) 727-6600
Fax: (410) 727-1115
gmartin@rosenbergmartin.com
jlichtstein@rosenbergmartin.com

*Attorneys for Defendant Webber, Meng, Sahl and Company, Inc. d/b/a WMS & Company, Inc.*

8

<u>/s/ Steven F. Barley</u>
Steven F. Barley
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, Maryland
Tel:  (410) 659-2700
Fax:  (410) 659-2701
steve.barley@hoganlovells.com

William L. Monts III
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
Tel:  (202) 637-5910
Fax: (202) 637-5911
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Attorneys for Defendant Agri Stats, Inc.*

<u>/s/ Marlynda L. Romero</u>
Christopher E. Ondeck
Stephen R. Chuk
Marlynda L. Romero (MD Bar No. 20808)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, NW, Suite 600S
Washington, DC 20004
Tel: (202) 416-5865
Fax: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com
mromero@proskauer.com

*Attorneys for Defendant Wayne Farms, LLC*

/s/ Daniel E. Laytin
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
Stacy Pepper
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com

Joseph W. Hovermill (Bar No. 22446)
Alexander P. Creticos (Bar No. 30199)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: 410-385-3442
Fax: 410-385-3700
jhovermill@milesstockbridge.com
acreticos@milesstockbridge.com

*Attorneys for Defendants Sanderson Farms, Inc., Sanderson Farms, Inc. (Foods Division), and Sanderson Farms, Inc. (Processing Division)*

/s/ Eric Pelletier
Eric Pelletier (Bar # 12716)
OFFIT KURMAN, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814
Tel: (240) 507-1739
Fax: (240) 507-1735
epelletier@offitkurman.com

/s/ John Terzaken
John Terzaken
Abram J. Ellis
Elizabeth French
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, D.C. 20001
Tel: (202) 636-5500
Fax: (202) 636-5502
john.terzaken@stblaw.com
aellis@stblaw.com
elizabeth.french@stblaw.com

*Attorneys for Tyson Foods, Inc., Tyson Prepared Foods, Inc., Hillshire Brands Company, Tyson Fresh Meats, Inc., Tyson Processing Services, Inc., Tyson Refrigerated Processed Meats, Inc., Keystone Foods, LLC, Equity Group Eufaula Division, LLC, Equity Group – Georgia Division, LLC, and Equity Group Kentucky Division, LLC*

/s/ James E. Edwards, Jr.
James E. Edwards, Jr., (MDB No. 02360)
Ty Kelly Cronin, (MDB No. 27166)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
100 Light Street
Baltimore, Maryland  21202
Tel: (410) 685-1120
Fax: (410) 547-0699
jedwards@bakerdonelson.com
tykelly@bakerdonelson.com

John G. Calender (DCB No. 939124)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
901 K Street, N.W., Suite 900
Washington, D.C. 20001
Tel: (202)508-3474
Fax: (202) 220-2274
jcalender@bakerdonelson.com

Scott W. Pedigo (MSB No. 10735)
Amy L. Champagne (MSB No. 102447)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi 39236-4167
PHYSICAL:  One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi  39211
Tel:  (601) 351-2400
Fax:  (601) 351-2424
spedigo@bakerdonelson.com
achampagne@bakerdonelson.com

Russell W. Gray (TNB No. 16120*)*
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450-1801
Tel: (423) 209-4218
Fax: (423) 752-9563
rgray@bakerdonelson.com

*Attorneys for Defendants Koch Foods, Inc., JCG Foods of Alabama, Inc., JCG Foods of Georgia, LLC, JCG Industries, Inc., Koch Foods LLC, Koch Foods of Alabama, LLC, Koch Foods of Ashland, LLC, Koch Foods of Gadsden, LLC, Koch Foods of Cumming, LLC, Koch Foods of Gainesville, LLC and Koch Foods of Mississippi, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 22nd day of November 2019, Defendants' Joint Motion to Dismiss, Defendants' Memorandum of Law in Support thereof (including exhibits) and a proposed order were served via the Court's CM/ECF system on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland.

                                         */s/ Aaron L. Casagrande*
                                         Aaron L. Casagrande