UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

JUDY JIEN, *et al.*,

       Plaintiffs,

v.

PERDUE FARMS, INC., *et al.*,

       Defendants.

Civil Action No.: 1:19-cv-2521-SAG

**CERTAIN DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), Defendants Allen Harim Foods, LLC; Amick Farms, LLC; Case Foods, Inc.; Case Farms Processing, Inc.; Fieldale Farms Corporation; George's, Inc.; George's Chicken, LLC; George's Foods, LLC; George's Processing, Inc.; Harrison Poultry, Inc.; House of Raeford Farms, Inc.; House of Raeford Farms of Louisiana, LLC; JCG Foods of Alabama, LLC; JCG Foods of Georgia, LLC; JCG Industries, Inc.; Koch Foods, Inc.; Koch Foods LLC; Koch Foods of Alabama, LLC; Koch Foods of Ashland, LLC; Koch Foods of Cumming LLC; Koch Foods of Gadsden, LLC; Koch Foods of Gainesville LLC; Koch Foods of Mississippi LLC; Mar-Jac Holdings, Inc.; Mar-Jac Poultry, Inc.; Mar-Jac Poultry, LLC; Mar-Jac Poultry AL, LLC; Mar-Jac Poultry MS, LLC; Mountaire Farms, Inc.; Mountaire Farms of Delaware, Inc.; O.K. Foods, Inc.; Ozark Mountain Poultry, Inc.; Simmons Foods, Inc.; and Simmons Prepared Foods, Inc. (collectively, "Movants") request that the Court dismiss Plaintiffs' Consolidated Complaint for failure to state a claim.

Movants fully join All Defendants' Joint Motion to Dismiss Plaintiffs' Consolidated Complaint, and for the reasons set forth in that Motion and the separately-filed memorandum in

2

support thereof, Plaintiffs' Consolidated Complaint should be dismissed in its entirety as to all Defendants. In addition, the Consolidated Complaint should be dismissed as to Movants for the independent reasons set forth herein.

Date: November 22, 2019

Respectfully submitted,

DYKEMA GOSSETT PLLC

/s/ Terri S. Reiskin
Terri Steinhaus Reiskin (Bar No. 05256)
1301 K Street NW, Suite 1100 West
Washington, DC 20005
Tel: (202) 906-8600
Fax: (855) 216-7884
treiskin@dykema.com

Howard B. Iwrey (admitted *pro hac vice*)
DYKEMA GOSSETT PLLC
38577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
Tel: (248) 203-0526
Fax: (248) 203-0763
hiwrey@dykema.com

Steven H. Gistenson (admitted *pro hac vice*)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Tel: (312) 627-2267
Fax: (312) 876-1155
sgistenson@dykema.com

*Attorneys for Defendant Amick Farms, LLC*

/s/ James H. West (signed with permission)
James H. West (Bar No. 25773)
WEST, EDWARDS & AITKEN, LLC
409 Washington Avenue, Suite 1010
Towson, Maryland 21204
Tel: (410) 842-0574
Fax: (410) 296-6654
jay.west@wealaw.com

*Attorneys for Defendant Allen Harim Foods, LLC*


/s/ Brian D. Frey (signed with permission)
Brian D. Frey (Bar # 17592)
ALSTON & BIRD LLP
The Atlantic Building
950 F Street, NW
Washington, D.C. 20004-1404
Tel: (202) 239-3067
Fax: (202) 239-3333
brian.frey@alston.com


B. Parker Miller (admitted *pro hac vice*)
Valarie C. Williams (admitted *pro hac vice*)
Raechel J. Bimmerle (admitted *pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
raechel.bimmerle@alston.com

*Attorneys for Defendant Fieldale Farms Corporation*

/s/ Joseph D. Carney (signed with permission)
Joseph D. Carney (admitted *pro hac vice*)
JOSEPH D CARNEY & ASSOCIATES LLC
1540 Peach Drive
Avon, OH 44044
Tel: (440) 289-5161
Fax: (866) 270-1221
jdc@jdcarney.com

Thomas M. Staunton (admitted *pro hac vice*)
Daniel M. Feeney (admitted *pro hac vice*)
MILLER SHAKMAN LEVINE & FELDMAN LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
Tel: (312) 263-3700
Fax: (312) 263-3270
dfeeney@millershakman.com
tstaunton@millershakman.com

Deborah A. Klar (admitted *pro hac vice*)
D. KLAR LAW
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, California 90077-1724
Tel: (310) 858-9500
dklar@dklarlaw.com

Mark S. Saudek (Fed Bar # 23963)
Meghan K. Casey (Fed Bar # 28958)
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, MD 21201
Tel: (410) 727-7702
Fax: (410) 468-2786
msaudek@gejlaw.com
mcasey@gejlaw.com

*Attorneys for Defendants Case Foods, Inc. and Case Farms Processing, Inc.*

/s/ Steven K. White (signed with permission)
Steven K. White (Bar No. 04274)
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel: (202) 785-9100
Fax: (202) 572-9963 steven.white@stinson.com

William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Jon M. Woodruff (admitted *pro hac vice*)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1500
Fax: (612) 335-1657
william.greene@stinson.com
peter.schwingler@stinson.com
jon.woodruff@stinson.com

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*) THE LAW GROUP OF NW. ARKANSAS LLP
1830 Shelby Lane
Fayetteville, AR 72704
Tel: (479) 316-3760
Fax: (844) 325-6603
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's Inc.; Ozark Mountain Poultry, Inc.; George's Chicken, LLC; George's Foods, LLC; and George's Processing, Inc.*

/s/ Patricia A. Gorham (signed with permission)
Patricia A. Gorham (admitted *pro hac vice*)
James R. McGibbon (admitted *pro hac vice*)
Peter M. Szeremeta (admitted *pro hac vice*)
Kaitlin A. Carreno (admitted *pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Road, N.E.
Suite 2300
Atlanta, Georgia 30309-3996
Tel: (404) 853-8000
Fax: (404) 853-8006
patriciagorham@eversheds-sutherland.com
jimmcgibbon@eversheds-sutherland.com
peterszeremeta@eversheds-sutherland.com
kaitlincarreno@eversheds-sutherland.com

Gail L. Westover (Bar No. 13752) EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, N.W., Suite 700
Washington, DC 20001-3980
Tel: (202) 383-0100
Fax: (202) 637-3593
gailwestover@eversheds-sutherland.com

*Attorneys for Defendant Harrison Poultry, Inc.*

/s/ Brian K. McCalmon (signed with permission)
Brian K. McCalmon, Bar No. 14737
VEDDER PRICE P.C.
1401 I Street NW
Washington, D.C.  20005
Tel: (202) 312-3320
Fax: (202) 312-3322
Email: bmccalmon@vedderprice.com

Gregory G. Wrobel (admitted *pro hac vice*)
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Tel: (312) 609-7500
Fax: (312) 609-5005
Email: gwrobel@vedderprice.com

Henry W. Jones, Jr. (admitted *pro hac vice*)
JORDAN PRICE WALL GRAY JONES
& CARLTON, PLLC
1951 Clark Avenue
Raleigh, North Carolina 27605
Tel:  (919) 828-2501
Fax:  (919) 834-8447
Email: hjones@jordanprice.com

*Attorneys for Defendants House of Raeford Farms, Inc., House of Raeford Farms of Louisiana, LLC*

/s/ Edward C. Konieczny (signed with permission)
Edward C. Konieczny (admitted *pro hac vice*)
EDWARD C. KONIECZNY LLC
400 Colony Square, Ste 1501
1201 Peachtree Street, NE
Atlanta, GA 30361
Tel: (404) 380-1430
Fax:  (404) 382-6011
ed@koniecznylaw.com

David C. Newman (admitted *pro hac vice*)
Dana Richens (admitted *pro hac vice*)
W. Parker Sanders (admitted *pro hac vice*)
SMITH, GAMBRELL & RUSSELL, LLP
1230 Peachtree Street, N.E.
Promenade, Ste 3100
Atlanta, GA  30309
Tel:  (404) 815-3500
Fax:  (404) 815-3509
dnewman@sgrlaw.com
drichens@sgrlaw.com
psanders@sgrlaw.com

Edward A. Pennington (Bar No. 29080)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, N.W.
Suite 400
Washington, DC 20007
Tel: (202) 263-4300
Fax: (202) 263-4329
Email: epennington@sgrlaw.com

*Attorneys for Defendants Mar-Jac Poultry, Inc., Mar-Jac Poultry, LLC, Mar-Jac Poultry MS, LLC, Mar-Jac Poultry AL, LLC, and Mar-Jac Holdings, Inc.*

5

/s/ David McAloon (signed with permission)
David McAloon (Bar No. 13150)
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005
Tel: (202) 736-8316
Fax: (202) 736-8711
dmcaloon@sidley.com

John W. Treece (*pro hac vice* pending)
SIDLEY AUSTIN LLP
1 S. Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
jtreece@sidley.com

Amanda K. Wofford (*pro hac vice* pending)
Bourgon B. Reynolds (*pro hac vice* pending)
ROSE LAW FIRM
120 East Fourth Street
Little Rock, Arkansas 72201
Tel: (501) 377-0334
Fax: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendants Mountaire Farms, Inc. and Mountaire Farms of Delaware, Inc.*

/s/ Jennifer M. Blunt (signed with permission)
Jennifer M. Blunt (D. Md. Bar # 09496)
KUTAK ROCK LLP
1625 Eye Street, #800,
Washington, DC 20006
Tel: (202) 828-2400
Fax: (202) 828-2488
jennifer.blunt@kutakrock.com

John P. Passarelli (admitted *pro hac vice*)
James M. Sulentic (admitted *pro hac vice*)
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
Tel: (402) 346-6000
Fax: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll (admitted *pro hac vice*)
Jeff Fletcher (admitted *pro hac vice*)
Scott Jackson (admitted *pro hac vice*)
Stephen Dacus (admitted *pro hac vice*)
KUTAK ROCK LLP
234 East Millsap Road, Suite 200
Fayetteville, AR 72703-4099
Tel: (479) 973-4200
Fax: (479) 973-0007
jr.caroll@kutakrock.com
jeff.fletcher@kutakrock.com
scott.jackson@kutakrock.com
stephen.dacus@kutakrock.com

*Attorneys for Defendant O.K. Foods, Inc.*

/s/ Cary Silverman (signed with permission)
Cary Silverman (Bar # 15137)
SHOOK HARDY & BACON LLP
1800 K Street NW, Suite 1000
Washington, D.C. 20006
Tel: (202) 783-8400|
Fax: (202) 783-4211
csilverman@shb.com

Lynn H. Murray (admitted *pro hac vice*)
SHOOK HARDY & BACON LLP
111 S. Wacker Dr., Ste 4700
Chicago IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
SHOOK HARDY & BACON LLP
2555 Grand
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
lnovion@shb.com

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
CONNER & WINTERS 4375 N. Vantage
Drive, Ste. 405 Fayetteville, AR 72703
Tel: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendants Simmons Foods, Inc.
and Simmons Prepared Foods Inc*.

/s/ James E. Edwards, Jr. (signed with permission)
James E. Edwards, Jr., (MDB No. 02360)
jedwards@bakerdonelson.com
Ty Kelly Cronin, (MDB No. 27166)
tykelly@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 685-1120
Fax: (410) 547-0699

*Pro Hac Vice*
John G. Calender (DCB No. 939124)
jcalender@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
901 K Street, N.W., Suite 900
Washington, D.C. 20001
Tel: (202) 508-3474
Fax: (202) 220-2274

Scott W. Pedigo (MSB No. 10735)
spedigo@bakerdonelson.com
Amy L. Champagne (MSB No. 102447)
achampagne@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
MAILING: Post Office Box 14167
Jackson, Mississippi 39236-4167
PHYSICAL: One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Tel: (601) 351-2400
Fax: (601) 351-2424

Russell W. Gray (TNB No. 16120*)*
rgray@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450-1801
Tel: (423) 209-4218
Fax: (423) 752-9563

*Attorneys for Defendants Koch Foods, Inc., JCG Foods of Alabama, Inc., JCG Foods of Georgia, LLC, JCG Industries, Inc., Koch Foods LLC, Koch Foods of Alabama, LLC, Koch Foods of Ashland, LLC, Koch Foods of Gadsden, LLC, Koch Foods of Cumming, LLC, Koch Foods of Gainesville, LLC and Koch Foods of Mississippi, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Terri S. Reiskin