IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jien

**Plaintiff,**

v.

Perdue Farms, Inc. et al.

**Defendant.**

Case No. 1:19-cv-02521

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Defendants Mountaire Farms Inc. and Mountaire Farms of Delaware, Inc.

I certify that I am admitted to practice in this Court.

1/2/2020

Date

Knapp, Kristen A.
Digitally signed by Knapp, Kristen A.
Date: 2020.01.02 15:59:35 -05'00'

Signature

Kristen A. Knapp Bar No. 21169

Printed name and bar number

Sidley Austin LLP 1501 K Street NW, Washington, DC, 20005

Address

kknapp@sidley.com

Email address

202-736-8219

Telephone number

202-736-8711

Fax number