IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JUDY JIEN, *et. al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No.: 1:19-cv- 02521-SAG |
| PERDUE FARMS, INC., *et. al.*, | * |
| | * |
| Defendants. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Eric R. Harlan, and Shapiro, Sher, Guinot & Sandler, P.A. as counsel for Plaintiff, Emily Earnest.

/s/ *Eric R. Harlan*
Eric R. Harlan – (Bar No. 23492)
Shapiro, Sher, Guinot & Sandler, P.A.
250 West Pratt Street, Suite 2000
Baltimore, Maryland 21201
Telephone:  (410) 385-0202
Facsimile:  (410) 539-7611
pms@shapirosher.com
erh@shapirosher.com

*Attorney for Plaintiff, Emily Earnest*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 9th day of January, 2020, I caused the foregoing Entry of Appearance to be served via CM/ECF, Electronic mail on all counsel of record.

/s/ *Eric R. Harlan*
Eric R. Harlan