# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>PERDUE FARMS, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | C.A. No. 1:19-CV-2521-SAG<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT MOTION FOR A BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT** |

WHEREAS, on December 20, 2019, Class Plaintiffs filed a Consolidated Amended Complaint;

WHEREAS, the Court ordered the parties to submit an agreed upon briefing schedule—or a statement that they are at an impasse and require the Court's assistance in setting a briefing schedule—by January 10, 2020, *see* ECF No. 262;

WHEREAS, the parties have met, conferred, and agreed on the briefing schedule;

THE COURT HEREBY ADOPTS THE PARTIES' PROPOSED BRIEFING SCHEUDLE:

- Defendants' motions to dismiss the Consolidated Amended Complaint are due on March 2, 2020.

- Class Plaintiffs' opposition to the motions to dismiss is due on April 24, 2020.

- Defendants' replies are due on May 21, 2020.

SO ORDERED.

DATED: _____     _____
The Honorable Stephanie A. Gallagher
United States District Judge