**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

|  |  |  |
|---|---|---|
| JUDY JIEN, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:19-CV-2521-SAG |
| v. | ) | |
| | ) | |
| PERDUE FARMS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

Please enter my appearance as counsel in this case for Cargill, Inc. and Cargill Meat Solutions Corporation.  I certify that I am admitted to practice in this court.

Dated: January 17, 2020

Respectfully submitted,

<u>/s/ Christopher N. Thatch</u>
Christopher N. Thatch
MD Federal Bar No. 29097
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone: (202) 879-4658
Facsimile: (202) 626-1700
Email: cthatch@jonesday.com

*Counsel for Defendants Cargill, Inc. and*
*Cargill Meat Solutions Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of January, 2020, I caused the foregoing Entry of Appearance to be served via CM/ECF, Electronic mail on all counsel of record.

Dated: January 17, 2020

Respectfully submitted,

/s/ Christopher N. Thatch
Christopher N. Thatch
MD Federal Bar No. 29097
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone: (202) 879-4658
Facsimile: (202) 626-1700
Email: cthatch@jonesday.com

*Counsel for Defendants Cargill, Inc. and Cargill Meat Solutions Corporation*