IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUDY JIEN, et al

Plaintiff,

v.

PERDUE FARMS, INC., et al

Defendant.

Case No. 1:19-cv-02521-SAG

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Plaintiff Glenda Robinson

I certify that I am admitted to practice in this Court.

February 3, 2020
Date

*[Signature]*
Signature

James P. Ulwick (Fed. Bar No. 00536)
Printed name and bar number

1 South Street, Suite 2600, Baltimore, MD 21202
Address

julwick@kg-law.com
Email address

(410) 752-6030
Telephone number

(410) 539-1269
Fax number

EntryofAppearanceCivil (08/2015)