UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PERDUE FARMS, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-02521-SAG |

**UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

　　　　Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Local Rules 103 and 105, and this Court's September 16, 2020 Memorandum Opinion, Plaintiffs, by their undersigned attorneys, respectfully move this Court for leave to file their Second Amended Complaint.  Pursuant to Local Rule 103.6(d), counsel for Plaintiffs have conferred with counsel for the remaining Defendants, who have indicated that the remaining Defendants do not oppose this motion.  ECF 382 at 2.  For the reasons set forth in Plaintiffs' accompanying Memorandum of Points and Authorities, the filing of Plaintiffs' proposed Second Amended Complaint would be proper and Plaintiffs' Motion should be granted.

Dated: October 16, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Matthew K. Handley
　　　　　　　　　　　　　　　　　　　　Matthew K. Handley (D. Md. Bar # 18636)
　　　　　　　　　　　　　　　　　　　　Rachel E. Nadas (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　HANDLEY FARAH & ANDERSON PLLC
　　　　　　　　　　　　　　　　　　　　777 6th Street, NW, Eleventh Floor
　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 559-2433
　　　　　　　　　　　　　　　　　　　　mhandley@hfajustice.com
　　　　　　　　　　　　　　　　　　　　rnadas@hfajustice.com

George F. Farah (admitted *pro hac vice*)
Rebecca P. Chang (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com

William H. Anderson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive
Suite G-200
Boulder, CO 80305
Telephone: (202) 559-2433
wanderson@hfajustice.com

Daniel A. Small (D. Md. Bar # 20279)
Benjamin D. Brown (admitted *pro hac vice*)
Brent W. Johnson (admitted *pro hac vice*)
Daniel Silverman (admitted *pro hac vice*)
Alison S. Deich (admitted *pro hac vice*)
Zach Glubiak (D. Md. Bar # 20962)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
dsmall@cohenmilstein.com
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
adeich@cohenmilstein.com
zglubiak@cohenmilstein.com

Steve W. Berman (admitted *pro hac vice*)
Breanna Van Engelen (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington  98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett (admitted *pro hac vice*)
Rio R. Pierce (admitted *pro hac vice*)

HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*