IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jien et al
**Plaintiff,**

v.

Perdue Farms, Inc. et al
**Defendant.**

\*
\*
\*
\*

Case No. 1:19-cv-02521

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Plaintiffs Judy Jien, Kieo Jibidi, Elaisa Clement, and Glenda Robinson

I certify that I am admitted to practice in this Court.

11/12/2020
Date

/s/ Zachary R. Glubiak
Signature

Zachary R. Glubiak (D. Md. Bar No. 20962)
Printed name and bar number

1100 New York Ave. NW, Ste. 500, Washington, DC 20005
Address

ZGlubiak@cohenmilstein.com
Email address

202-408-4600
Telephone number

202-408-4699
Fax number

EntryofAppearanceCivil (08/2015)