UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JUDY JIEN, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PERDUE FARMS, INC., *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 1:19-cv-2521-SAG |

**DEFENDANTS' MOTION TO DISMISS
FOR LACK OF STANDING PURSUANT TO FED. R. CIV. P. 12(b)(1)**

Defendants, by their respective undersigned counsel, hereby move pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss the Second Amended Consolidated Complaint for lack of standing. Defendants incorporate by reference, as if set forth fully herein, the Memorandum of Law in Support of Motion to Dismiss Second Amended Consolidated Complaint.

WHEREFORE, Defendants respectfully request that this Court enter an Order (1) dismissing Defendants Butterball, LLC, Cargill Meat Solutions Corporation, and Jennie-O Turkey Store, Inc. from this action; (ii) dismissing all claims concerning salaried employees and turkey processing plant employees from this action; and (iii) granting such other and further relief as this Court deems just and proper under the circumstances.

Dated: December 18, 2020

/s/ Christopher N. Thatch
Julia E. McEvoy (*Pro hac vice*)
Christopher N. Thatch (Bar No. 29097)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3867
cnthatch@jonesday.com
jmcevoy@jonesday.com

Faris Rashid (*Pro hac vice*)
Davida S. Williams (*Pro hac vice*)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
khibbard@greeneespel.com

*Attorneys for Defendant Cargill Meat Solutions Corporation*

/s/ Steven F. Barley
Steven F. Barley (Bar No. 10049)
HOGAN LOVELLS US LLP
100 International Drive,
Baltimore, MD 21202
Tel: (410) 659-2700
Fax: (410) 659-2701
steve.barley@hoganlovells.com

William L. Monts III (*Pro hac vice*)
Justin W. Bernick (*Pro hac vice*)
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Attorneys for Defendant Agri Stats, Inc.*

/s/ David B. Hamilton
David B. Hamilton (Bar No. 04308)
Hillary V. Colonna (Bar No. 19704)
Womble Bond Dickinson (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
(410) 545-5850 (telephone)
(410) 545-5801 (facsimile)
David.Hamilton@wbd-us.com
Hillary.Colonna@wbd-us.com

And

Hayden J. Silver III (*Pro hac vice*)
Jonathon D. Townsend (*Pro hac vice*)
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
(919) 755-2188 (telephone)
(919) 755-7099 (facsimile)
Jay.Silver@wbd-us.com
Jonathon.Townsend@wbd-us.com

*Attorneys for Defendant Butterball, LLC*

*/s/ Brian D. Frey*
Brian D. Frey (Bar No. 17592)
Alston & Bird LLP
The Atlantic Building 950 F Street, NW
Washington, D.C. 20004
(202) 239-3067 (telephone)
(202) 239-3333
Brian.Frey@alston.com

B. Parker Miller (*Pro hac vice*)
Valarie Williams (*Pro hac vice*)
Raechel J. Bimmerle (*Pro hac vice*) Alston & Bird LLP
1201 West Peachtree St.
Atlanta, GA 30309
(404) 881-7000 (telephone)
(404) 881-7777 (facsimile)
Parker.Miller@alston.com
Valarie.Wiliams@alston.com
Raechel.Bimmerle@alston.com

*Attorneys for Defendant Fieldale Farms Corporation*

*/s/ Steven K. White*
Steven K. White (Bar No. 04274)
STINSON LLP
1775 Pennsylvania Avenue N.W., Suite 800
Washington, DC 20006
Tel: (202) 785-9100
Fax: (202) 572-9963
steven.white@stinson.com

William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Jon M. Woodruff (admitted *pro hac vice*)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1500
Fax: (612) 335-1657
william.greene@stinson.com
peter.schwingler@stinson.com
jon.woodruff@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 259-4570
nicci.warr@stinson.com

Lauren T. Fleming (admitted *pro hac vice*)
STINSON LLP
1201 Walnut St., Suite 2900
Kansas City, MO 64105
(816) 842-8600
lauren.fleming@stinson.com

Gary V. Weeks (admitted *pro hac vice*)
K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
THE LAW GROUP OF NW. ARKANSAS LLP
1830 Shelby Lane
Fayetteville, AR 72704
(479) 316-3760
gary.weeks@lawgroupnwa.com
kc.tucker@lawgroupnwa.com
kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Foods, LLC.*

/s/ Jonathan H. Todt--------------------
Jonathan H. Todt (Bar No. 07166)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Phone: (202) 230-5823
Fax: (202) 842-8465
jonathan.todt@faegredrinker.com

Richard A. Duncan (*pro hac vice*)
Craig S. Coleman (*pro hac vice*)
Emily E. Chow (*pro hac vice*)
Isaac B. Hall (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600
richard.duncan@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Christopher A. Kreuder (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Phone: (515) 248-4733
Fax: (515) 248-9010
christopher.kreuder@faegredrinker.com

*Attorneys for Defendant Jennie-O Turkey Store, Inc.*

/s/ James E. Edwards, Jr.
James E. Edwards, Jr., (MDB No. 02360)
jedwards@bakerdonelson.com
Ty Kelly Cronin, (MDB No. 27166)
tykelly@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
100 Light Street
Baltimore, Maryland  21202
(410) 685-1120
(410) 547-0699 – Fax

*Pro hac vice:*
John G. Calender (DCB No. 939124)
jcalender@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
901 K Street, N.W., Suite 900
Washington, D.C. 20001
Telephone: 202.508.3474
Facsimile: 202.220.2274

Scott W. Pedigo (MSB No. 10735)
spedigo@bakerdonelson.com
Amy L. Champagne (MSB No. 102447)
achampagne@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
MAILING:  Post Office Box 14167
Jackson, Mississippi 39236-4167
PHYSICAL:  One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi  39211
Telephone:  (601) 351-2400
Facsimile:  (601) 351-2424

Russell W. Gray (TNB No. 16120)
rgray@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
1800 Republic Centre

        633 Chestnut Street
        Chattanooga, Tennessee 37450-1801
        Telephone:   (423) 209-4218
        Facsimile:    (423) 752-9563

        *Attorneys for Defendant Koch Foods, Inc.*

| | |
|---|---|
| /s/ Kristen A. Knapp | /s/ J. Douglas Baldridge |
| Kristen A. Knapp (Bar. No. 21169) | J. Douglas Baldridge (Bar No. 11023) |
| SIDLEY AUSTIN LLP | Lisa Jose Fales (Bar No. 08141) |
| 1501 K Street, NW #600 | Danielle R. Foley (Bar No. 21113) |
| Washington, DC 20005 | Andrew T. Hernacki (Bar No. 21107) |
| Tel: (202) 736-8219 | VENABLE LLP |
| Fax: (202) 736-8711 | 600 Massachusetts Ave, N.W. |
| kknapp@sidley.com | Washington, DC 20001 |
| | Tel: (202) 344-4000 |
| Colleen M. Kenney (admitted *pro hac vice*) | jbaldridge@venable.com |
| SIDLEY AUSTIN LLP | ljfales@venable.com |
| One South Dearborn | drfoley@venable.com |
| Chicago, IL  60603 | athernacki@venable.com |
| Tel:  (312) 853-4166 | |
| Fax: (312) 853-7036 | *Attorneys for Defendants Perdue Farms, Inc.* |
| ckenney@sidley.com | *and Perdue Foods, LLC* |

John W. Treece (admitted *pro hac vice*)
1135 West Montana St.
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

Amanda Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
ROSE LAW FIRM
a Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendant Mountaire Farms, Inc.*

| | |
|---|---|
| /s/ Aaron L. Casagrande | /s/ Joseph W. Hovermill |
| Aaron L. Casagrande (Bar # 28518) | Joseph W. Hovermill (Bar No. 22446) |
| WHITEFORD, TAYLOR & PRESTON L.L.P. | Alexander P. Creticos (Bar No. 30199) |
| Seven Saint Paul Street, Suite 1500 | Miles & Stockbridge P.C. |
| Baltimore, Maryland 21202 | 100 Light Street |
| Tel: (410) 347-8714 | Baltimore, Maryland 21202 |
| Fax: (410) 234-2326 | 410-385-3442 |
| acasagrande@wtplaw.com | 410-385-3700 (f) |
| | jhovermill@milesstockbridge.com |
| | acreticos@milesstockbridge.com |
| Carrie C. Mahan | |
| Christopher J. Abbott | Daniel E. Laytin, P.C. *pro hac vice* |
| WEIL, GOTSHAL & MANGES LLP | Christa C. Cottrell, P.C. *pro hac vice* |
| 2001 M Street N.W., Suite 600 | Stacy Pepper *pro hac vice* |
| Washington, D.C. 20036 | KIRKLAND & ELLIS LLP |
| Tel: (202) 682-7000 | 300 North LaSalle Street |
| Fax: (202) 857-0940 | Chicago, IL 60654 |
| carrie.mahan@weil.com | (312) 862-2000 |
| christopher.abbott@weil.com | dlaytin@kirkland.com |
| | ccottrell@kirkland.com |
| Adam C. Hemlock | stacy.pepper@kirkland.com |
| WEIL, GOTSHAL & MANGES LLP | |
| 767 Fifth Avenue | Joseph C. Schroeder *pro hac vice* |
| New York, NY 10153 | KIRKLAND & ELLIS LLP |
| Tel: (212) 310-8000 | 1301 Pennsylvania Ave N.W. |
| Fax: (212) 310-8007 | Washington, DC 20004 |
| adam.hemlock@weil.com | (202) 389-5118 |
| | joseph.schroeder@kirkland.com |
| *Attorneys for Defendants Pilgrim's Pride Corporation, Pilgrim's Pride Corporation of West Virginia, Inc., and JFC LLC (d/b/a GNP Company)* | *Attorneys for Defendant Sanderson Farms, Inc.* |

*/s/ Cary Silverman*--------------------------
Cary Silverman (Bar No. 15137)
SHOOK HARDY & BACON LLP
1880 K Street NW, Suite 1000
Washington, D.C.  20006
Tel: (202) 783-8400
Fax:  (202) 783-4211
csilverman@shb.com

Lynn H. Murray (admitted *pro hac vice*)
SHOOK HARDY & BACON LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL  606060
Tel: (312)704-7700
Fax: (312) 558-1195
lhmuray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO  64108
Tel: (816) 474-6550
Fax: (816) 421-5547
lnovion@shb.com

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
CONNER & WINTERS
4375 N. Vantage Drive, Suite 405
Fayetteville, AR  72703
Tel: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc.*

*/s/ Eric Pelletier*
Eric Pelletier (Bar # 12716)
OFFIT KURMAN, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814
Tel: (240) 507-1739
Fax: (240) 507-1735
epelletier@offitkurman.com

John F. Terzaken
Abram J. Ellis
Elizabeth H. French
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, DC 20001
Phone: 202-636-5500
Facsimile: 202-636-5502

*Attorneys for Defendants Tyson Foods, Inc. and Keystone Foods, LLC*

| | |
|---|---|
| */s/ Christopher E. Ondeck*         - | */s/ Gerard P. Martin* |
| Christopher E. Ondeck | Gerard P. Martin, Bar No. 00691 |
| Stephen R. Chuk | Jeffrey M. Lichtstein, Bar No. 20731 |
| Rucha A. Desai | ROSENBERG MARTIN GREENBERG, LLP |
| PROSKAUER ROSE LLP | 25 S. Charles Street, 21st Floor |
| 1001 Pennsylvania Ave., NW | Baltimore, Maryland 21201 |
| Suite 600 South | Tel: (410) 727-6600 |
| Washington, DC 20004 | Fax: (410) 727-1115 |
| Telephone: (202) 416-6800 | gmartin@rosenbergmartin.com |
| Facsimile: (202) 416-6899 | jlichtstein@rosenbergmartin.com |
| condeck@proskauer.com | |
| schuk@proskauer.com | *Attorneys for Defendant Webber, Meng, Sahl* |
| rdesai@proskauer.com | *and Company* |

*Attorneys for Defendant Wayne Farms LLC*


*/s/ Edward J. Baines*
Edward J. Baines (USDC Bar No. 06776)
Geoffrey M. Gamble (USDC Bar No. 28919)
Gregory L. Waterworth (USDC Bar No. 20938)
SAUL EWING ARNSTEIN & LEHR LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD  21202-3133
(410) 332-8600 (Main No.)
(410) 332-8862 (Facsimile)
Ted.Baines@saul.com
Geoff.Gamble@saul.com
Greg.Waterworth@saul.com

Patrick Fitzgerald (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (admitted *pro hac vice*)
Sam Auld (admitted *pro hac vice*)

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
boris.bershteyn@skadden.com
lara.flath@skadden.com
sam.auld@skadden.com

*Attorneys for Defendant Peco Foods, Inc*.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 18, 2020, I electronically filed Defendants' Motion to Dismiss for Lack of Standing Pursuant to Fed. R. Civ. P. 12(b)(1), Defendants' Memorandum of Law in Support thereof, and a Proposed Order with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                          */s/ Christopher N. Thatch*
                                           Christopher N. Thatch