UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____
                                    )
JUDY JIEN, et al.,                  )
                                    )
        Plaintiffs,                 )
                                    )   CIVIL ACTION
                                    )   No. 1:19-CV-2521
    v.                              )
                                    )
PERDUE FARMS, INC., et al.,         )
                                    )
        Defendants.                 )
                                    )
_____)

### DEFENDANT MOUNTAIRE FARMS INC.'S
### MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT

Pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), Defendant Mountaire Farms Inc. ("Mountaire") requests that the Court dismiss Plaintiffs' Second Amended Consolidated Complaint for failure to state a claim upon which relief can be granted.

Defendant Mountaire fully joins the Motion to Dismiss for Lack of Standing pursuant to Federal Rule of Civil Procedure 12(b)(1) filed separately by all Defendants. In addition, the Second Amended Consolidated Complaint should be dismissed as to Mountaire for the independent reasons set forth in this motion and accompanying memorandum in support thereof.

Defendant Mountaire respectfully requests that this Court enter an Order: (i) granting Defendant Mountaire's Motion to Dismiss the Second Amended Consolidated Complaint; and (ii) dismissing Counts I and II of the Second Amended Consolidated Complaint with prejudice.

Dated: December 18, 2020

Respectfully submitted,

MOUNTAIRE FARMS INC.

/S/
By:    Kristen A. Knapp (Bar. No. 21169)
SIDLEY AUSTIN LLP
1501 K Street, NW #600
Washington, DC 20005
Tel: (202) 736-8219
Fax: (202) 736-8711
kknapp@sidley.com

Colleen M. Kenney (admitted *pro hac vice)*
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-4166
Fax: (312) 853-7036
ckenney@sidley.com

John W. Treece (admitted *pro hac vice*)
1135 West Montana St.
Chicago, IL 60614
Telephone: (312) 961-7808
jtreece@jwtreece.com

Amanda Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
ROSE LAW FIRM
a Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com