**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| JUDY JIEN, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>PERDUE FARMS, INC., et al.,<br><br>                              Defendants. | C.A. No. 1:19-CV-2521-SAG<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING ORDER ON MOTION TO DISMISS BRIEFING** |

The parties, by and through their undersigned counsel and pursuant to Local Rule 105.3, on this 26th day of January 2021, recite and stipulate as follows:

WHEREAS, on November 2, 2020, this Court granted Plaintiffs leave to file their Second Amended Complaint, *see* ECF Nos. 385, 386;

WHEREAS, on November 18, 2020, this Court approved a Joint Stipulation and Proposed Order extending Defendants' time "to answer, move to dismiss, or otherwise respond to the Second Amended Complaint" until December 18, 2020, and Plaintiffs' time "to file oppositions to any such motion(s) to dismiss" until February 2, 2021, and Defendants' time "to file reply briefs in support of their motion(s) to dismiss" until February 25, 2021, *see* ECF No. 389;

WHEREAS, on December 18, 2020, Defendants filed a Joint Motion to Dismiss for Lack of Standing, *see* ECF No. 398;

WHEREAS, on December 18, 2020, three Individual Defendants filed separate Motions to Dismiss, *see* ECF No. 399 (Jennie-O Turkey Store, Inc.), ECF No. 400 (Mountaire Farms, Inc.), and ECF No. 401 (Sanderson Farms, Inc.);

WHEREAS, Plaintiffs request and Defendants do not oppose an amendment to the Order on Agreed Stipulation Extending Time (ECF No. 389) to allow Plaintiffs to file a single brief in response to Defendants' Joint Motion to Dismiss and Defendants' three individual or supplemental briefs, not to exceed 70 pages—half the number of pages to which Plaintiffs would otherwise be entitled in responding to four briefs, *see* Local Rule 105.3 ("Unless otherwise ordered by the Court, memoranda in support of a motion or in opposition thereto and trial briefs shall not exceed thirty-five (35) pages.");

WHEREAS, Defendants may still file individual replies consistent with the original order (ECF No. 389).

CLASS PLAINTIFFS RESPECTFULLY REQUEST that the Court order that Plaintiffs may file a single brief in response to Defendants' Joint Motion to Dismiss and Defendants' three individual or supplemental briefs, not to exceed 70 pages.

Dated: January 26, 2021

Respectfully submitted,

/s/ Matthew K. Handley
Matthew K. Handley (D. Md. Bar # 18636)
Rachel Nadas (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
777 6th Street, NW, Eleventh Floor
Washington, DC 20001
Telephone: (202) 559-2433
mhandley@hfajustice.com
rnadas@hfajustice.com

George F. Farah (admitted *pro hac vice*)
Rebecca Chang (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 477 8090
gfarah@hfajustice.com
rchang@hfajustice.com

William A. Anderson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa
Drive Suite G-200
Boulder, CO 80305
Telephone: (202) 559-2433
wanderson@hfajustice.com

       /s/ Brent W. Johnson
Brent W. Johnson (admitted *pro hac vice*)
Benjamin D. Brown (admitted *pro hac vice*)
Daniel A. Small (D. Md. Bar # 20279)
Alison S. Deich (admitted *pro hac vice*)
Zachary R. Glubiak (D. Md. Bar # 20962)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW
5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
dsmall@cohenmilstein.com
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
adeich@cohenmilstein.com
zglubiak@cohenmilstein.com

       /s/ Steven W. Berman
Steven W. Berman (admitted *pro hac vice*)
Breanna Van Engelen (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett (admitted *pro hac vice*)
Rio R. Pierce (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

/s/ Brent W. Johnson

IT IS SO ORDERED.

DATED: _____         _____
                                United States District Judge Stephanie A. Gallagher