**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **JUDY JIEN, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Case No. 1:19-CV-2521-SAG |
| | * | |
| **PERDUE FARMS, INC., et al.,** | * | |
| | * | |
| Defendants. | * | |
| | * | |

*************

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 10th day of March, 2021, ORDERED that Defendants' Motions to Dismiss, ECF 398, 399, 400, 401, are **DENIED**.

/s/
Stephanie A. Gallagher
United States District Judge