UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, et al.,<br><br>              Plaintiffs,<br><br>vs.<br><br>PERDUE FARMS, INC. et al.,<br><br>              Defendants. | C.A. No. 1:19-cv-02521-SAG |

**JOINT STIPULATION REGARDING SCHEDULING ORDER
& ESI PROTOCOL DOCUMENT**

WHEREAS, on April 23, 2021, Plaintiffs and Defendants (collectively, the "Parties") in the above-captioned matter submitted a Joint Letter (ECF No. 449) regarding the status of their negotiations and remaining areas of dispute on a Proposed First Scheduling Order ("Scheduling Order") and a Proposed Order Regarding Production of Electronically Stored Information and Paper Documents ("ESI Protocol Document");

WHEREAS, on April 29, 20201, the Court issued a Letter to Counsel (ECF No. 451) in response to the Parties' Joint Letter;

WHEREAS, in that Letter the Court resolved the Parties' remaining disputes regarding the Scheduling Order and the ESI Protocol Document and instructed the parties to "incorporate the details of this Order into an updated proposed Scheduling Order and ESI Protocol Document and [ ] submit those updated documents jointly for the Court's review and approval," ECF No. 451 at 2;

THEREFORE, the Parties submit for this Court's review and approval an updated Scheduling Order (Exhibit A) and an updated ESI Protocol Document (Exhibit B), revised according to this Court's instructions.

Respectfully submitted,

| | |
|---|---|
| */s/ Brent W. Johnson* | */s/ Julia E. McEvoy* |
| BRENT W. JOHNSON | Julia E. McEvoy (admitted *pro hac vice*) |
| | Christopher N. Thatch (Bar No. 29097) |
| Daniel A. Small (D. Md. Bar # 20279) | JONES DAY |
| Benjamin D. Brown (admitted *pro hac vice*) | 51 Louisiana Avenue, N.W. |
| Brent W. Johnson (admitted *pro hac vice*) | Washington, D.C. 20001-2113 |
| Daniel H. Silverman (admitted *pro hac vice*) | (202) 879-3867 |
| Alison S. Deich (admitted *pro hac vice*) | cnthatch@jonesday.com |
| Zachary R. Glubiak (D. Md. Bar # 20962) | jmcevoy@jonesday.com |
| COHEN MILSTEIN SELLERS & TOLL PLLC | |
| 1100 New York Avenue NW | Faris Rashid (admitted *pro hac vice*) |
| 5th Floor | Davida S. Williams (admitted *pro hac vice*) |
| Washington, DC 20005 | GREENE ESPEL PLLP |
| Telephone: (202) 408-4600 | 222 South Ninth Street, Suite 2200 |
| Fax: (202) 408-4699 | Minneapolis, MN 55402 |
| dsmall@cohenmilstein.com | (612) 373-0830 |
| bbrown@cohenmilstein.com | khibbard@greeneespel.com |
| bjohnson@cohenmilstein.com | |
| dsilverman@cohenmilstein.com | *Attorneys for Defendant Cargill Meat Solutions Corporation* |
| adeich@cohenmilstein.com | |
| zglubiak@cohenmilstein.com | |
| | */s/ Steven F. Barley* |
| Steven W. Berman (admitted *pro hac vice*) | Steven F. Barley (Bar No. 10049) |
| Breanna Van Engelen (admitted *pro hac vice*) | HOGAN LOVELLS US LLP |
| HAGENS BERMAN SOBOL SHAPIRO LLP | 100 International Drive, |
| 1301 Second Avenue, Suite 2000 | Baltimore, MD 21202 |
| Seattle, Washington 98101 | Tel: (410) 659-2700 |
| Tel: (206) 623-7292 | Fax: (410) 659-2701 |
| steve@hbsslaw.com | Steve.barley@hoganlovells.com |
| breannav@hbsslaw.com | |
| | William L. Monts III (admitted *pro hac vice*) |
| | Justin W. Bernick (admitted *pro hac vice*) |
| Shana E. Scarlett (admitted *pro hac vice*) | HOGAN LOVELLS US LLP |
| Rio R. Pierce (admitted *pro hac vice*) | 555 Thirteenth Street, N.W. |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Washington, D.C. 20004 |
| | Tel: (202) 637-5600 |

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Matthew K. Handley (D. Md. Bar # 18636)
Rachel E. Nadas (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
777 6th Street, NW, Eleventh Floor
Washington, DC 20001
Telephone: (202) 559-2433
mhandley@hfajustice.com

George F. Farah (admitted *pro hac vice*)
Rebecca P. Chang (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 477-8090
gfarah@hfajustice.com

William H. Anderson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive
Suite G-200
Boulder, CO 80305
Telephone: (202) 559-2433
wanderson@hfajustice.com

Brian D. Clark (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981
bdclark@locklaw.com

*Counsel for Plaintiffs and the Proposed Class*

Fax: (202) 637-5910
William.monts@hoganlovells.com
Justin.bernick@hoganlovells.com

*Attorneys for Defendant Agri Stats, Inc.*

*/s/ David B. Hamilton*
David B. Hamilton (Bar No. 04308)
Hillary V. Colonna (Bar No. 19704)
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
Tel: (410) 545-5850
Fax: (410) 545-5801
David.Hamilton@wbd-us.com
Hillary.Colonna@wbd-us.com

Hayden J. Silver III (admitted *pro hac vice*)
Jonathon D. Townsend (admitted *pro hac vice*)
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Tel: (919) 755-2188
Fax: (919) 755-7099
Jay.Silver@wbd-us.com
Jonathon.Townsend@wbd-us.com

*Attorneys for Defendant Butterball, LLC*

*/s/ Brian D. Frey*
Brian D. Frey (Bar No. 17592)
ALSTON & BIRD LLP
The Atlantic Building 950 F Street, N.W.
Washington, D.C. 20004
Tel: (202) 239-3067
Fax: (202) 239-3333
Brian.Frey@alston.com

B. Parker Miller (admitted *pro hac vice*)
Valarie Williams (admitted *pro hac vice*)
Raechel J. Bimmerle (admitted *pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree St.

3

Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
Parker.Miller@alston.com
Valarie.Williams@alston.com
Raechel.Bimmerle@alston.com

*Attorneys for Defendant Fieldale Farms Corporation*

*/s/ Steven K. White*
Steven K. White (Bar No. 04274)
STINSON LLP
1775 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
Tel: (202) 785-91000
Fax: (202) 572-9963
Steven.white@stinson.com

William L. Greene (admitted *pro hac vice*)
Peter J. Schwingler (admitted *pro hac vice*)
Jon M. Woodruff (admitted *pro hac vice*)
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 335-1500
Fax: (612) 335-1657
William.greene@stinson.com
Peter.schwingler@stinson.com
Jon.woodruff@stinson.com

J. Nicci Warr (admitted *pro hac vice*)
STINSON LLP
7700 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
Tel: (314) 259-4570
Nicci.warr@stinson.com

Lauren T. Fleming (admitted *pro hac vice*)
STINSON LLP
1201 Walnut St., Suite 2900
Kansas City, MO 64105
Tel: (816) 842-8600
Lauren.fleming@stinson.com

Gary V. Weeks (admitted *pro hac vice*)

4

K.C. Dupps Tucker (admitted *pro hac vice*)
Kristy E. Boehler (admitted *pro hac vice*)
THE LAW GROUP OF NW. ARKANSAS LLP
1830 Shelby Lane
Fayetteville, AR 72704
Tel: (479) 316-3760
Gary.weeks@lawgroupnwa.com
Kc.tucker@lawgroupnwa.com
Kristy.boehler@lawgroupnwa.com

*Attorneys for Defendants George's, Inc. and George's Foods, LLC*

*/s/ Jonathan H. Todt*
Jonathan H. Todt (Bar No. 07166)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Tel: (202) 230-5823
Fax: (202) 842-8465
Jonathan.todt@faegredrinker.com

Richard A. Duncan (admitted *pro hac vice*)
Craig S. Coleman (admitted *pro hac vice*)
Emily E. Chow (admitted *pro hac vice*)
Isaac B. Hall (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
Fax: (612) 766-1600
Richard.duncan@faegredrinker.com
Craig.coleman@faegredrinker.com
Emily.chow@faegredrinker.com
Isaac.hall@faegredrinker.com

Christopher A. Kreuder (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309

Tel: (515) 248-4733
Fax: (515) 248-9010
Christopher.kreuder@faegredrinker.com

*Attorneys for Defendant Jennie-O Turkey Store, Inc.*

*/s/ James E. Edwards, Jr.*
James E. Edwards, Jr. (MDB No. 02360)
Ty Kelly Cronin (MDB No. 27166)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
100 Light Street
Baltimore, MD 21202
Tel: (410) 685-1120
Fax: (410) 547-0699
jedwards@bakerdonelson.com
tykelly@bakerdonelson.com

*Pro hac vice:*
John G. Calender (DCB No. 939124)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
901 K Street, N.W., Suite 900
Washington, D.C. 20001
Tel: (202) 508-3474
Fax: (202) 220-2274
jcalendar@bakerdonelson.com

Scott W. Pedigo (MSB No. 10735)
Amy L. Champagne (MSB No. 102447)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Mailing: P.O. Box 14167
Jackson, Mississippi 39236-4167
Physical: One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Tel: (601) 351-2400
Fax: (601) 251-2424
spedigo@bakerdonelson.com
achampagne@bakerdonelson.com

Russell W. Gray (TNB No. 16120)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

6

1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450-1801
Tel: (423) 209-4218
Fax: (423) 752-9563
rgray@bakerdonelson.com

*Attorneys for Defendant Koch Foods, Inc.*

*/s/ J. Douglas Baldridge*
J. Douglas Baldridge (Bar No. 11023)
Lisa Jose Fales (Bar No. 08141)
Danielle R. Foley (Bar No. 21113)
Andrew T. Hernacki (Bar No. 21107)
VENABLE LLP
600 Massachusetts Ave, N.W.
Washington, DC 20001
Tel: (202) 344-4000
jbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods, LLC*

*/s/ Kristin A. Knapp*
Kristin A. Knapp (Bar No. 21169)
SIDLEY AUSTIN LLP
1501 K Street, N.W. #600
Washington, D.C. 20005
Tel: (202) 736-8219
Fax: (202) 736-8711
kknapp@sidley.com

Colleen M. Kenney (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-4166
Fax: (312) 853-7036
ckenney@sidley.com

John W. Treece (admitted *pro hac vice*)
1135 West Montana St.
Chicago, IL 60614

7

Tel: (312) 961-7808
jtreece@jwtreece.com

Amanda Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
ROSE LAW FIRM
A Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
Tel: (501) 375-9131
Fax: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

*Attorneys for Defendant Mountaire Farms, Inc.*

*/s/ Aaron L. Casagrande*
Aaron L. Casagrande (Bar No. 28518)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
Tel: (410) 347-8714
Fax: (410) 234-2326
acasagrande@wtplaw.com

Carrie C. Mahan
Christopher J. Abbott
WEIL, GOTSHAL & MANGES LLP
2001 M Street, N.W., Suite 600
Washington, D.C. 20036
Tel: (202) 682-7000
Fax: (202) 857-0940
Carrie.mahan@weil.com
Christopher.abbott@weil.com

Adam C. Hemlock
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007
Adam.hemlock@weil.com

*Attorneys for Defendants Pilgrim's Pride Corporation, Pilgrim's Pride Corporation of West Virginia, Inc., and JFC LLC (d/b/a GNP Company)*

*/s/ Joseph W. Hovermill*
Joseph W. Hovermill (Bar No. 22446)
Alexander P. Creticos (Bar No. 30199)
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 385-3442
Fax: (410) 385-3700
jhovermill@milsstockbridge.com
acreticos@milsstockbridge.com

Daniel E. Laytin, P.C. (admitted *pro hac vice*)
Christa C. Cottrell, P.C. (admitted *pro hac vice*)
Stacy Pepper (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
stacy.pepper@kirkland.com

*Attorneys for Defendant Sanderson Farms, Inc.*

*/s/ Cary Silverman*
Cary Silverman (Bar No. 15137)
SHOOK HARDY & BACON LLP
1880 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel: (202) 783-8400
Fax: (202) 783-4211
csilverman@shb.com

Lynn H. Murray (admitted *pro hac vice*)
SHOOK HARDY & BACON LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700

9

Fax: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
lnovion@shb.com

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
CONNER & WINTERS
4375 N. Vantage Drive, Suite 405
Fayetteville, AR 72703
Tel: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc.*

*/s/ Eric Pelletier*
Eric Pelletier (Bar No. 12716)
OFFIT KURMAN, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814
Tel: (240) 507-1739
Fax: (240) 507-1735
epelletier@offitkurman.com

John F. Terzaken
Abram J. Ellis
Elizabeth H. French
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, D.C. 20001
Tel: (202) 636-5500
Fax: (202) 636-5502

*Attorneys for Defendants Tyson Foods, Inc. and Keystone Foods, LLC*

*/s/ Christopher E. Ondeck*
Christopher E. Ondeck
Stephen R. Rhuk

Rucha A. Desai
PROSKAUER ROSE LLP
1011 Pennsylvania Ave., N.W.
Suite 600 South
Washington, D.C. 20004
Tel: (202) 416-6800
Fax: (202) 416-689
condeck@proskauer.com
schuk@proskauer.com
rdesai@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

*/s/ Gerard P. Martin*
Gerard P. Martin (Bar No. 00691)
Jeffrey M. Lichtstein (Bar No. 20731)
ROSENBERG MARTIN GREENBERG, LLP
25 S. Charles Street, 21st Floor
Baltimore, Maryland 21201
Tel: (410) 727-6600
Fax: (410) 727-1115
gmartin@rosenbergmartin.com
jlichtstein@rosenbergmartin.com

*Attorneys for Defendant Webber, Meng, Sahl and Company*

*/s/ Edward J. Baines*
Edward J. Baines (USDC Bar No. 06776)
Geoffrey M. Gamble (USDC Bar No. 28919)
Gregory L. Waterworth (USDC Bar No. 20938)
SAUL EWING ARNSTEIN & LEHR LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD 21202-3133
Tel: (410) 332-8600
Fax: (410) 332-8862
Ted.baines@saul.com
Geoff.gamble@saul.com
Greg.waterworth@saul.com

Patrick Fitzgerald (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
144 N. Wacker Drive

Chicago, IL 60606  
Tel: (312) 407-0700  
Fax: (312) 407-0411  
Patrick.fitzgerald@skadden.com

Boris Bershteyn (admitted *pro hac vice*)  
Lara Flath (admitted *pro hac vice*)  
Sam Auld (admitted *pro hac vice*)  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP  
One Manhattan West  
New York, NY 10001  
Tel: (212) 735-3000  
Fax: (212) 735-2000  
Boris.bershteyn@skadden.com  
Lara.flath@skadden.com  
Sam.auld@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*