UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, et al.,<br><br>                            Plaintiffs,<br><br>     v.<br><br>PERDUE FARMS, INC., et al.,<br><br>                            Defendants. | C.A. No. 1:19-cv-02521-SAG<br><br>**PLAINTIFFS' AND DEFENDANT PILGRIM'S PRIDE CORPORATION'S JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR SUSPENSION OF PROCEEDINGS** |

     Plaintiffs and Defendant Pilgrim's Pride Corporation ("Pilgrim's" and, together with Plaintiffs, the "Parties") respectfully write to the Court to provide notice that Plaintiffs have reached an agreement with Pilgrim's to settle all claims against Pilgrim's. This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Plaintiffs will move for preliminary approval of a proposed settlement in the near future.

     The Parties further stipulate that all proceedings between them be suspended by the Court consistent with the terms of their settlement agreement, which will be provided to the Court in connection with Plaintiffs' motion for preliminary approval of the proposed settlement.

Dated: June 16, 2021

                                         Respectfully submitted,

                                         */s/ Brent W. Johnson*
                                         Daniel A. Small (D. Md. Bar # 20279)
                                         Benjamin D. Brown (admitted *pro hac vice*)
                                         Brent W. Johnson (admitted *pro hac vice*)
                                         Daniel H. Silverman (admitted *pro hac vice*)
                                         Alison S. Deich (admitted *pro hac vice*)
                                         Zachary R. Glubiak (D. Md. Bar # 20962)
                                         COHEN MILSTEIN SELLERS & TOLL PLLC
                                         1100 New York Avenue NW
                                         5th Floor

Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
dsmall@cohenmilstein.com
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
zglubiak@cohenmilstein.com

Steven W. Berman (admitted *pro hac vice*)
Breanna Van Engelen (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett (admitted *pro hac vice*)
Rio R. Pierce (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

George F. Farah (admitted *pro hac vice*)
Rebecca P. Chang (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
33 Irving Place
New York, NY 10003
Telephone: (212) 477 8090
gfarah@hfajustice.com
rchang@hfajustice.com

Matthew K. Handley (D. Md. Bar # 18636)
Rachel E. Nadas (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
200 Massachusetts Ave, Seventh Floor
Washington, DC 20001
Telephone: (202) 559-2433
mhandley@hfajustice.com
rnadas@hfajustice.com

William Anderson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa
Drive Suite G-200
Boulder, CO 80305
Telephone: (202) 559-2433
wanderson@hfajustice.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*


/s/ Carrie C. Mahan

Carrie C. Mahan
Christopher J. Abbott
WEIL GOTSHAL & MANGES LLP
2001 M Street N.W., Suite 600
Washington, D.C. 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
carrie.mahan@weil.com
christopher.abbott@weil.com

*Counsel for Pilgrim's Pride Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

                                                  */s/ Brent W. Johnson*