**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| JUDY JIEN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PERDUE FARMS, INC., et al., <br><br> Defendants. | Case No. 1:19-cv-02521-SAG |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**
**OF SETTLEMENT WITH PILGRIM'S PRIDE CORP., CERTIFICATION OF**
**SETTLEMENT CLASS, AND APPOINTMENT OF SETTLEMENT CLASS COUNSEL**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs Judy Jien, Kieo Jibidi, Elaisa Clement, Glenda Robinson, and Emily Earnest (collectively "Plaintiffs") hereby move for an Order granting preliminary approval of the settlement reached between Plaintiffs and Defendant Pilgrim's Pride Corporation ("Pilgrim's"). The settlement terms are memorialized in a written agreement entered into by the parties on June 14, 2021 ("Settlement Agreement").

Plaintiffs respectfully request that the Court:

a) Grant preliminary approval of the Settlement Agreement;

b) Certify the proposed Settlement Class;

c) Appoint the Named Plaintiffs in this litigation—Judy Jien, Kieo Jibidi, Elaisa Clement, Glenda Robinson, and Emily Earnest—as class representatives of the Settlement Class;

d) Appoint the law firms Handley Farah & Anderson PLLC; Cohen Milstein Sellers & Toll, PLLC; and Hagens Berman Sobol Shapiro LLP (which currently serve as Interim Co-Lead Counsel) as Settlement Class Counsel;

e)   Direct Settlement Class Counsel to submit a motion to approve a plan of notice of the Settlement Agreement at an appropriate time, *i.e.* after Defendants have produced contact information regarding Settlement Class members and prior to Plaintiffs moving for final approval of the Settlement Agreement; and

f)   Grant a stay of all proceedings in this litigation against the Released Parties (as defined in the Settlement Agreement) except as necessary to effectuate the Settlement Agreement or otherwise agreed to by the settling parties.

This motion is made on the grounds that the Settlement Agreement, which provides a $29,000,000 cash payment for the Settlement Class and material cooperation by Pilgrim's in the litigation against the remaining Defendants, is fair, reasonable, and adequate, thereby satisfying the requirements of Rule 23(e) of the Federal Rules of Civil Procedure. This motion is based on the Settlement Agreement; the Memorandum in Support of Motion for Preliminary Approval of Settlement with Pilgrim's Pride Corp., Certification of Settlement Class, and Appointment of Settlement Class Counsel; and the Declaration of George F. Farah (all three of which accompany this motion).

Dated: July 2, 2021                          Respectfully submitted,

                                              /s/ George F. Farah
                                         George F. Farah (admitted *pro hac vice*)
                                         Rebecca P. Chang (admitted *pro hac vice*)
                                         HANDLEY FARAH & ANDERSON PLLC
                                         33 Irving Place
                                         New York, NY 10003
                                         Telephone: (212) 477-8090
                                         gfarah@hfajustice.com
                                         rchang@hfajustice.com

Matthew K. Handley (D. Md. Bar # 18636)
Stephen Pearson (admitted *pro hac vice*)
Rachel E. Nadas (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
200 Massachusetts Avenue, NW, Seventh Floor
Washington, DC 20001
Telephone: (202) 559-2433
mhandley@hfajustice.com
spearson@hfajustice.com
rnadas@hfajustice.com

William H. Anderson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive
Suite G-200
Boulder, CO 80305
Telephone: (202) 559-2433
wanderson@hfajustice.com

Daniel A. Small (D. Md. Bar # 20279)
Benjamin D. Brown (admitted *pro hac vice*)
Brent W. Johnson (admitted *pro hac vice*)
Daniel Silverman (admitted *pro hac vice*)
Alison S. Deich (admitted *pro hac vice*)
Zach Glubiak (D. Md. Bar # 20962)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
dsmall@cohenmilstein.com
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
adeich@cohenmilstein.com
zglubiak@cohenmilstein.com

Steve W. Berman (admitted *pro hac vice*)
Breanna Van Engelen (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett (admitted *pro hac vice*)
Rio R. Pierce (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

*Interim Co-Lead Counsel for Plaintiffs and the*
*Proposed Settlement Class*