**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| JUDY JIEN, et al., <br><br>                              Plaintiffs, <br><br> v. <br><br> PERDUE FARMS, INC., et al., <br><br>                              Defendants. | C.A. No. 1:19-CV-2521-SAG <br><br> **MOTION TO WITHDRAW AS COUNSEL** |

## MOTION TO WITHDRAW AS COUNSEL

Plaintiffs, through their undersigned counsel, hereby request leave for Zachary R. Glubiak to withdraw his appearance as counsel for Plaintiffs in this matter. Mr. Glubiak is leaving Cohen Milstein Sellers & Toll PLLC. Plaintiffs continue to be represented by Cohen Milstein's counsel of record in this litigation and thus no prejudice or delay will result from Mr. Glubiak's withdrawal.

WHEREFORE, Plaintiffs respectfully request that the Court grant Mr. Glubiak leave to withdraw as counsel in this action, and that he be removed from the docket and all service lists and no longer receive electronic notices in this case.

DATED this 7th day of July, 2021.

/s/ *Brent W. Johnson*
Brent W. Johnson (admitted *pro hac vice*)
Daniel A. Small (D. Md. Bar # 20279)
Benjamin D. Brown (admitted *pro hac vice*)
Daniel Silverman (admitted *pro hac vice*)
Alison S. Deich (admitted *pro hac vice*)
Louis R. Katz (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
bjohnson@cohenmilstein.com
dsmall@cohenmilstein.com
bbrown@cohenmilstein.com

dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
lkatz@cohenmilstein.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

/s/ *Brent W. Johnson*
Brent W. Johnson