# PLAINTIFFS' EXHIBIT 4 (PX004)

# PART A

# 2019

# Annual Poultry Industry

# Compensation and Benefits Survey

# Final Report

All data was reported as of:
January 7, 2019

**Prepared by:**                                                **May 2019**

## WMS AND COMPANY, INC.

1200 E. High Street, Suite 104
Pottstown, PA  19464
(484) 300-4825
(484) 300-4954 Fax

P.O. Box 271250
Louisville, CO  80027
(720) 890-1528
(720) 890-1529 Fax

G. Jonathan Meng, General Partner
jmeng@wms-wms.com

PITMAN00377

# TABLE OF CONTENTS

                                                                        **Page**

I.   **Participants**

II.  **Compensation Data by Position**

| | | |
|---|---|---|
| 1A: | Complex Manager (>1,000 ee's) | II-3 |
| 1B: | Complex Manager (<1,000 ee's) | II-4 |
| 2A: | Live Production Head (Single incumbent) | II-5 |
| 2B: | Live Production Head (Multiple incumbents) | II-6 |
| 3A: | Feed Mill Head (>100 tons/hr) | II-7 |
| 3B: | Feed Mill Head (<100 tons/hr) | II-8 |
| 4: | Feed Mill Supervisor (1 level) | II-9 |
| 5: | Hatchery Head (1 level) | II-10 |
| 6: | Hatchery Supervisor (1 level) | II-11 |
| 7A: | Breeder Growout Head (>801K) | II-12 |
| 7B: | Breeder Growout Head (<801K) | II-13 |
| 8: | Breeder Technical Advisor (1 level) | II-14 |
| 9A: | Broiler Growout Head (>12M) | II-15 |
| 9B: | Broiler Growout Head (<12M) | II-16 |
| 10: | Broiler Advisor Tech (1 level) | II-17 |
| 11A: | Fresh Processing Plant Manager (Kill Plt) (>1,000 ee's) | II-18 |
| 11B: | Fresh Processing Plant Manager (Kill Plt) (<1,000 ee's) | II-19 |
| 12A: | Further Processing Plant Manager (>500 ee's) | II-20 |
| 12B: | Further Processing Plant Manager (<500 ee's) | II-21 |
| 13: | First Line Supervisor (1 level) | II-22 |
| 14: | Processing Shift/Unit Manager (1 level) | II-23 |
| 15A: | Waste Water Head-Pretreatment | II-24 |
| 15B: | Waste Water Head-Biological | II-25 |
| 16: | Live Haul Manager (1 level) | II-26 |
| 17: | Sanitation Head (1 level) | II-27 |
| 18: | Plant Maintenance Head (1 level) | II-28 |
| 19: | Plant Maintenance Supervisor (1 level) | II-29 |
| 20A: | Plant QA/QC Head (1 level) | II-30 |
| ~~20B:~~ | ~~Feed Mill QA/QC Head (1 level)~~   Not surveyed | |
| ~~21:~~ | ~~Rendering/Protein Conversion Head (1 level)~~   Not surveyed | |
| 22A: | Rendering Plant Manager (1 level) | II-31 |
| 22B: | Rendering/Protein Conversion Supervisor (1 level) | II-32 |
| 23: | HACCP Coordinator (1 level) | II-33 |
| 24A: | Plant Nurse Supervisor (1 level) | II-34 |
| 24B: | Plant Staff Nurse / EMT (BSN / RN Certification) | II-35 |
| 24C: | Plant Staff Nurse / EMT (LVN / LPN / EMT skill level) | II-36 |

PITMAN00378

## TABLE OF CONTENTS - Continued

<u>Page</u>

II.   **Compensation Data by Position**

| | | |
|---|---|---|
| 25A: | Complex HR Head (>1,000 ee's) | II-37 |
| 25B: | Complex HR Head (<1,000 ee's) | II-38 |
| 26A: | Plant HR Head (>1,000) | II-39 |
| 26B: | Plant HR Head (<1,000) | II-40 |
| 27: | Plant Process Engineer (1 level) | II-41 |
| 28: | Manager/Director of Veterinary Services (1 level) | II-42 |
| 29: | Sales Director (1 level) | II-43 |
| 30: | Regional/National Account (Sales) Manager (1 level) | II-44 |
| 31: | Account (Sales) Representative (1 level) | II-45 |
| 32A: | Plant Safety Manager (1 level) | II-46 |
| 32B: | Complex Safety Manager (1 level) | II-47 |
| 33A: | Top QC Position (Executive level) | II-48 |
| 33B: | Top QC Position (Director level) | II-49 |
| 34: | Food/Ingredient Buyer (1 level) | II-50 |
| 35: | HR Shift Supervisor (1 level) | II-51 |
| 36: | QA Supervisor (1 level) | II-52 |
| 37: | Production Superintendent (1 level) | II-53 |
| 38: | Cost/Plant Accountant (1 level) | II-54 |
| 39: | Logistics Coordinator (1 level) | II-55 |
| 40: | Human Resources Multi-Region/Multi-Complex (1 level) | II-56 |

III.   **Benefits**

| | | |
|---|---|---|
| A. | Pension – Defined Benefit | III-2 |
| B. | Pension – Defined Contribution | III-2 |
| C. | Flexible Benefits Plans | III-3 |
| D. | Life Insurance | III-5 |
| E. | Accidental Death & Dismemberment | III-7 |
| F. | Long-Term Disability | III-8 |
| G. | Short-Term Disability | III-9 |
| H. | Sick Leave | III-12 |
| I. | Holidays | III-12 |
| J. | Vacation Policy | III-13 |
| K. | Vehicle Policy | III-15 |
| L. | Health Plan Cost Sharing Strategies | III-17 |
| M. | Group Health – Domestic Partner Coverage | III-19 |
| N. | Group Health – Paternity Leave | III-19 |
| O. | Group Health – Autism Spectrum Disorder | III-19 |

PITMAN00379

## TABLE OF CONTENTS - Continued

**Page**

**III.**  **Benefits - continued**

| | | |
|---|---|---|
| P. | Group Health – Reimbursement Accounts | III-20 |
| Q. | Group Health – Wellness/Prevention/Special Programs | III-21 |
| R. | Medical Insurance | III-25 |
| S. | Dental Plans | III-42 |
| T. | Vision Plans | III-48 |

**IV.**  **Merit Budget / Salary Range Changes**

| | | |
|---|---|---|
| A. | Salary Merit Increases | IV-1 |
| B. | Salary Range Movement | IV-1 |
| C. | Salary Range Adjustment Date | IV-2 |

**V.**  **General Questionnaire Findings**

| | | |
|---|---|---|
| A. | Incentive Compensation Plans | V-3 |
| B. | Poultry Processing Plant Average Rates | V-5 |
| C. | Human Resources Functions – Outsourcing & Staffing | V-32 |
| D. | Starting Salaries Paid For a BA/BS Degree | V-34 |
| E. | Titling | V-35 |
| F. | Plant Turnover | V-53 |

**APPENDIX**

2019 Poultry Survey Questionnaire

PITMAN00380

# I. PARTICIPANTS

On the following pages is a listing of the organizations participating in the 2019 Poultry Industry Compensation and Benefits Survey.  This year the survey had 13 organizations participating—four less than last year.  (Allen Harim Foods, George's, Keystone Foods, and Simmons Foods declined to participate.)

The participating organizations indicated that they are currently operating as a:

| Entity | No. of Organizations |
|---|---|
| Division | 3 |
| Subsidiary | 1 |
| Independent | 9 |
| Total: | 13 |

Poultry sales volumes can be summarized as:

| Sales Volume | No. of Organizations |
|---|---|
| Over $5,000,000,000 | 6 |
| $1,000,000,000 to $5,000,000,000 | 2 |
| $500,000,000 to $1,000,000,000 | 4 |
| Under $500,000,000 | 1 |
| Total: | 13 |

Total Employment – Poultry Operations:

| | |
|---|---|
| 75th Percentile | 15,200 |
| Median | 6,987 |
| Average | 12,039 |
| 25th Percentile | 3,246 |

PITMAN00381

**2019 Poultry Industry Compensation and Benefits Survey**

## Total Number of Employees

|  | Salaried | Non-Union Hourly Production |
|---|---|---|
| **75th Percentile** | 1,774 | 11,872 |
| **Median** | 846 | 3,223 |
| **Average** | 1,328 | 8,208 |
| **25th Percentile** | 330 | 2,739 |

## State Location

| Salaried | | Non-Union Hourly Production | |
|---|---|---|---|
| State | # Cos | State | # Cos |
| Alabama | 4 | Alabama | 4 |
| Arizona | 1 | Arkansas | 5 |
| Arkansas | 5 | California | 5 |
| California | 6 | Colorado | 4 |
| Colorado | 4 | Delaware | 2 |
| Delaware | 2 | Florida | 4 |
| Florida | 5 | Georgia | 6 |
| Georgia | 9 | Illinois | 3 |
| Hawaii | 1 | Indiana | 2 |
| Illinois | 5 | Iowa | 3 |
| Indiana | 2 | Kansas | 3 |
| Iowa | 3 | Kentucky | 3 |
| Kansas | 3 | Louisiana | 2 |
| Kentucky | 4 | Maryland | 2 |
| Louisiana | 2 | Michigan | 1 |
| Maryland | 4 | Minnesota | 2 |
| Michigan | 2 | Mississippi | 3 |
| Minnesota | 3 | Missouri | 4 |

**WMS and Company, Inc.** PITMAN00382

2019 Poultry Industry Compensation and Benefits Survey

## State Location – continued

| Salaried | | Non-Union Hourly Production | |
|---|---|---|---|
| State | # Cos | State | # Cos |
| Mississippi | 3 | Nebraska | 2 |
| Missouri | 4 | Nevada | 1 |
| Nebraska | 2 | New Jersey | 1 |
| Nevada | 1 | New York | 1 |
| New Jersey | 2 | North Carolina | 7 |
| New York | 2 | Ohio | 3 |
| North Carolina | 7 | Oklahoma | 2 |
| Ohio | 5 | Oregon | 1 |
| Oklahoma | 2 | Pennsylvania | 3 |
| Oregon | 1 | South Carolina | 6 |
| Pennsylvania | 4 | South Dakota | 1 |
| South Carolina | 5 | Tennessee | 4 |
| South Dakota | 1 | Texas | 4 |
| Tennessee | 4 | Vermont | 1 |
| Texas | 5 | Virginia | 4 |
| Vermont | 1 | Washington | 3 |
| Virginia | 5 | West Virginia | 2 |
| Washington | 3 | Wisconsin | 3 |
| West Virginia | 2 | | |
| Wisconsin | 4 | | |

PITTMAN00383

2019 Poultry Industry Compensation and Benefits Survey

## Amick Farms, LLC

*Mailing*
PO Box 2309
Batesburg – Leesville, SC  29070

*Shipping*
2079 Batesburg Highway
Batesburg, SC  29006

*Prime Contact*
Alanna M. Tanner
Director of Benefits
(803) 332-1743
(803) 332-1732 Fax
atanner@amickfarms.com

*Compensation Contact*
Alanna Tanner

*Benefits Contact*
Alanna Tanner

## Butterball, LLC

*Mailing*
One Butterball Lane
Garner, NC  27529

*Shipping*
Same

*Prime Contact*
Beth Gurley
Director, Compensation & Benefits
(919) 255-7658
(919) 255-7986 Fax
bgurley@butterball.com

*Compensation Contact*
Beth Gurley

Ron Tomaszewski
VP, Human Resources
(919) 255-7906
(919) 255-7971 Fax
rtomaszewski@butterball.com

*Benefits Contact*
Beth Gurley

WMS and Company, Inc.
PITMAN00384

## Cargill, Inc.

*Mailing*
15407 McGinty Road W.
Wayzata, MN  55391

*Shipping*
Same

*Prime Contact*
Katie Mason
Compensation Lead
(952) 742-0282
katie_mason@cargill.com

*Compensation Contact*
Megan Groskreutz
Compensation Consultant
(952) 742-0282
megan_groskreutz@cargill.com

*Benefits Contact*
Tanya Teeter
IT/Labor Lead
(316) 291-2149
tanya_teeter@cargill.com

## Case Foods, Inc.

*Mailing*
P.O. Box 729
Troutman, NC  28166-0729

*Shipping*
385 Pilch Road
Troutman, NC  28166

*Prime Contact*
Teresa Brown
Benefits Manager
(704) 528-2722
(704) 528-4509 Fax
teresa.brown@casefarms.com

*Compensation Contact*
Kim VanGeersdaelen
Director Compensation & Benefits
704-528-2721
704-528-4509 Fax
kimberlyv@casefarms.com

*Benefits Contact*
Teresa Brown

PITMAN00385

**2019 Poultry Industry Compensation and Benefits Survey**

## Cooper Farms

*Mailing*
One Cooper Drive
St. Henry, OH  45883

*Shipping*
Same

*Prime Contact*
Jack Staugler
Human Resources Director
(419) 852-5767
jacks@cooperfarms.com

*Compensation Contact*
Jack Staugler

*Benefits Contact*
Jack Staugler

## Fieldale Farms Corporation

*Mailing*
P.O. Box 558
Baldwin, GA  30511

*Shipping*
One Broiler Boulevard
Baldwin, GA  30511

*Prime Contact*
H. Jonathan Allen
VP Human Resources
706-778-5100
706-894-2351 Fax
jonallen@fieldale.com

*Compensation Contact*
Rebecca Bennett
Corporate Personnel Manager
(706) 778-5100
(706) 894-2351
rebeccabennett@fieldale.com

*Benefits Contact*
Denise Ivester
Group Benefits Manager
(706) 778-5100
(706) 894-2351 Fax
deniseivester@fieldale.com

PITMAN00386

## Foster Poultry Farms

*Mailing*
PO Box 457
Livingston, CA  95334

*Shipping*
1000 Davis Street
Livingston, CA  95334

*Prime Contact*
Bert Neuenschwander
Corporate Human Resources
(209) 602-9358
(209) 394-6329 Fax
bert.neuenschwander@fosterfarms.com

*Compensation Contact*
Bert Neuenschwander

*Benefits Contact*
Bert Neuenschwander

## Koch Foods

*Mailing*
501 Paden Road
Gadsden, AL  35903

*Shipping*
Same

*Prime Contact*
Bobby Elrod
Corporate Director Human Resources
(601) 732-3021
(601) 732-3276 Fax
bobby.elrod@kochfoods.com

*Compensation Contact*
Bobby Elrod

*Benefits Contact*
Bobby Elrod

PHMAN00387

2019 Poultry Industry Compensation and Benefits Survey

## Perdue Farms Inc.

*Mailing*
P.O. Box 1537
Salisbury, MD  21802-1537

*Shipping*
31149 Old Ocean City Road
Salisbury, MD  21804

*Prime Contact*
Kim Huerta
Sr. Director Compensation
(410) 341-2649
(410) 341-2119 Fax
kim.huerta@perdue.com

*Compensation Contact*
Nancy Rock
Compensation Administrator
(410) 543-3342
(410) 341-2119 Fax
nancy.rock@perdue.com

*Benefits Contact*
Ha Phenix
Director Benefits
(410) 341-2608
ha.phenix@perdue.com

## Pilgrim's Pride Corporation

*Mailing*
1770 Promontory Circle
Greeley, CO  80634

*Shipping*
Same

*Prime Contact*
Zachary Adams
HR Analytics and Compensation Manager
(970) 347-5705
zachary.adams@jbssa.com

*Compensation Contact*
Zachary Adams

*Benefits Contacts*
Keely King
Health and Benefits Manager
(970) 506-7698
keely.king@jbssa.com

PITMAN00388

**2019 Poultry Industry Compensation and Benefits Survey**

## Pitman Farms

*Mailing*
1075 North Avenue
Sanger, CA  93657

*Shipping*
Same

*Prime Contact*
David Rubenstein
Administrative Manager
(559) 875-9300
davidr@pitmanfarms.com

*Compensation Contact*
David Rubenstein

*Benefits Contact*
David Rubenstein

## Tyson Foods, Inc.

*Mailing*
2200 W. Don Tyson Parkway
Springdale, AR  72762

*Shipping*
Same

*Prime Contact*
Elizabeth Farmer
Manager Compensation
(479) 290-8450
elizabeth.farmer@tyson.com

*Compensation Contact*
Elizabeth Farmer

*Benefits Contact*
Elizabeth Farmer

PITMAN00389

**2019 Poultry Industry Compensation and Benefits Survey**

## Wayne Farms LLC

*Mailing*
4110 Continental Drive
Oakwood, GA  30566

*Shipping*
Same

*Prime Contact*
Mindy Bolen
Compensation Analyst
(770) 297-3463
(770) 538-2137 Fax
mindy.bolen@waynefarms.com

*Compensation Contact*
Mindy Bolen

*Benefits Contact*
Evelyn Carver
Senior Benefits Specialist
(378) 450-3063
evelyn.carver@waynefarms.com

PITMAN00390

2019 Poultry Industry Compensation and Benefits Survey

## II. COMPENSATION DATA BY POSITION

On the following pages of this section is a listing of each surveyed position and the aggregated data for that position.

For each position, data is shown indicating:

- ▶ Description of the position
- ▶ Number of companies reporting (against that title)
- ▶ Number of incumbents reported (from all reporting companies)
- ▶ Percentage of incumbents receiving a bonus (from the total number reported)
- ▶ Percentage of organizations reporting the position as bonus eligible
- ▶ Percentage of organizations reporting a job match larger or smaller than the survey job
- ▶ The pay level for the position at the:

    - 90th Percentile
    - Q3 or 75th Percentile
    - Median
    - Average
    - Weighted Average (shown only if no company accounts for more than 25% of the incumbents reported)
    - Q1 or 25th Percentile
    - 10th Percentile

For each of the above, data is presented relative to:

    - Base salary
    - Bonus pay (the average bonus paid for the last twelve months) for all positions, whether bonus eligible or not
    - Bonus eligible pay (the average bonus paid for the last 12 months for those actually receiving a bonus)
    - Total compensation (base salary plus average bonus) for all positions, whether bonus eligible or not
    - Actual incentive percent (the average bonus paid as a percent of base compensation)
    - Target opportunity percent (the target opportunity as a percent of base compensation)

PITMAN00391

- Maximum opportunity percent (the maximum opportunity as a percent of base compensation)
- Base salary policy (minimum, midpoint and maximum)

If a cell is blank there was insufficient data reported back to WMS to perform a given calculation. Below each column is a number. This number indicates the number of organizations reporting data for the column above the number. If less than five (5) companies reported data, the cell has been left blank intentionally to ensure data confidentiality is protected and that the survey is in compliance with the Safe Harbor Guidelines.

The name of your organization is at the top of each page. Under the aggregated data described above, you will find an indication of the title and data you reported against the survey's position description. This will allow you to easily see how your pay is positioned relative to the databank.

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: __01A__   SURVEY TITLE: __Complex Manager (>1000 ee's)__

Number of Organizations Reporting: __8__    Percentage of Organizations Reporting Job Match Larger Than Survey Job : __0.0__

Number of Incumbents Reported: __36__    Percentage of Organizations Reporting Job Match Smaller Than Survey Job : __12.5__

Percentage of Incumbents Receiving Bonus Pay : __102.8__    Percentage of Organizations Reporting Job As Bonus Eligible: __100.0__

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| 90th | | | | | | | | | | |
| Q3 | 202.8 | 114.2 | 114.2 | 310.5 | 58.2 | 50.0 | 75.0 | 159.2 | 185.9 | 233.8 |
| MEDIAN | 192.3 | 74.5 | 74.5 | 262.9 | 45.8 | 35.0 | 70.0 | 135.2 | 185.8 | 215.4 |
| AVERAGE | 189.5 | 80.5 | 80.5 | 270.0 | 42.5 | 40.6 | 65.7 | 142.6 | 178.3 | 213.1 |
| WGT. AVG. | 196.8 | 76.2 | 76.2 | 273.0 | 38.7 | | | | | |
| Q1 | 182.1 | 43.9 | 43.9 | 230.3 | 22.4 | 31.5 | 60.0 | 130.1 | 169.0 | 202.8 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 7 | 7 | 7 |

*   No Data Reported

Responsible for overall planning, directing, control, and profitability of a poultry operation complex from live production to final plant processing, and/or responsible for more than one facility. Has one or more subordinate Plant Managers. Complex Managers responsible for multiple cook facilities may be reported against this title.

A. More than 1,000 employees

II - 3

WMS & Company, Inc.

PITMAN00393

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **01B**   SURVEY TITLE: **Complex Manager (<1000 ee's)**

Number of Organizations Reporting: **2**     Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **67**     Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **11.1**

Percentage of Incumbents Receiving Bonus Pay : **95.5**     Percentage of Organizations Reporting Job As Bonus Eligible: **88.9**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | 207.4 | 80.7 | 86.6 | 263.0 | 49.6 | 47.0 | 70.0 | 150.2 | 185.8 | 233.8 |
| MEDIAN | 181.1 | 63.5 | 64.3 | 257.0 | 31.7 | 35.0 | 60.0 | 135.2 | 172.6 | 223.0 |
| AVERAGE | 183.4 | 58.7 | 66.0 | 242.1 | 33.7 | 36.9 | 60.7 | 140.6 | 177.7 | 214.0 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 164.1 | 46.1 | 48.0 | 217.7 | 22.4 | 26.5 | 50.0 | 125.0 | 169.0 | 188.8 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 9 | 9 | 8 | 9 | 9 | 8 | 7 | 7 | 7 | 7 |

* Complex Manager

| 200.0 | 0.0 | 0.0 | 200.0 | 0.0 | | | | | |

Responsible for overall planning, directing, control, and profitability of a poultry operation complex from live production to final plant processing, and/or responsible for more than one facility. Has one or more subordinate Plant Managers. Complex Managers responsible for multiple cook facilities may be reported against this title.

B. Fewer than 1,000 employees

II - 4

WMS & Company, Inc.

PITMAN00394

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: __02A__   SURVEY TITLE: __Live Production Head (Single Incumbent)__

Number of Organizations Reporting: __8__  Percentage of Organizations Reporting Job Match Larger Than Survey Job : __12.5__

Number of Incumbents Reported: __8__  Percentage of Organizations Reporting Job Match Smaller Than Survey Job : __0.0__

Percentage of Incumbents Receiving Bonus Pay : __87.5__  Percentage of Organizations Reporting Job As Bonus Eligible: __87.5__

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| 90th | | | | | | | | | | |
| Q3 | 322.4 | 145.8 | 149.2 | 434.6 | 56.8 | 50.0 | 100.0 | 184.7 | | |
| MEDIAN | 224.4 | 77.7 | 105.8 | 328.0 | 27.1 | 40.0 | 75.0 | 166.5 | | |
| AVERAGE | 262.8 | 87.1 | 99.6 | 349.9 | 33.4 | 39.3 | 75.6 | 169.5 | | |
| WGT. AVG. | 262.8 | 87.1 | 99.6 | 349.9 | 33.4 | | | | | |
| Q1 | 213.4 | 21.0 | 35.1 | 257.8 | 8.5 | 30.0 | 60.0 | 155.8 | | |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 8 | 8 | 7 | 8 | 8 | 7 | 7 | 5 | 4 | 4 |
| * Live Production Manager | | | | | | | | | | |
| | 182.5 | 0.0 | | 182.5 | 0.0 | | | 182.5 | | |

This is the top live production position for the company covering alll complexes/regions.  Responsible for all live production activities company wide.

( Only report if responsible for multiple complexes/regions.)

A. Single Incumbent

WMS & Company, Inc.

PITMAN00395

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **02B**   SURVEY TITLE: **Live Production Head (Multiple Incumbents)**

Number of Organizations Reporting: **8**

Number of Incumbents Reported: **61**

Percentage of Incumbents Receiving Bonus Pay: **100.0**

Percentage of Organizations Reporting Job Match Larger Than Survey Job: **0.0**

Percentage of Organizations Reporting Job Match Smaller Than Survey Job: **25.0**

Percentage of Organizations Reporting Job As Bonus Eligible: **100.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| **90th** | | | | | | | | | | |
| **Q3** | 172.1 | 42.9 | 42.9 | 209.5 | 32.5 | 34.0 | 60.0 | 112.2 | 148.0 | 189.7 |
| **MEDIAN** | 136.0 | 31.2 | 31.2 | 163.8 | 23.9 | 30.0 | 37.5 | 102.4 | 129.4 | 157.8 |
| **AVERAGE** | 148.9 | 47.5 | 47.5 | 196.3 | 28.3 | 28.6 | 47.4 | 106.2 | 135.7 | 165.9 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 118.6 | 25.7 | 25.7 | 146.1 | 21.3 | 17.7 | 30.0 | 95.7 | 118.4 | 138.0 |
| **10th** | | | | | | | | | | |
| **# of Cos. Rptg:** | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 8 | 8 | 8 |

**\*  No Data Reported**

This is the top position for all live operations covering multiple complexes. This position does not report to any higher live operations position; there may be multiples of this position in a company. Responsible for planning, organizing, directing, and controlling production activities to ensure development and delivery of top quality birds for processing on a least-cost basis. May also be responsible for establishing hatchery and breeder/broiler management programs and procedures to ensure overall production meets Complex and Division volume and cost objectives. In addition, directing all live haul, feed haul, and garage activities to ensure timely delivery of live bird for processing, the timely delivery of feed to growers, and the maintenance of vehicles and equipment in good

II - 6

WMS & Company, Inc.

PITMAN00396

**2019 POULTRY INDUSTRY COMPENSATION SURVEY**

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE:   **03A**   SURVEY TITLE:   **Feed Mill Head (>100 tons/hr)**

Number of Organizations Reporting:   **11**        Percentage of Organizations Reporting Job Match Larger Than Survey Job :   **9.1**

Number of Incumbents Reported:   **62**        Percentage of Organizations Reporting Job Match Smaller Than Survey Job :   **0.0**

Percentage of Incumbents Receiving Bonus Pay :   **100.0**        Percentage of Organizations Reporting Job As Bonus Eligible:   **100.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| **90th** | 131.0 | 43.1 | 43.1 | 174.0 | 35.0 | 29.0 | 49.4 | 135.3 | 151.6 | 167.9 |
| **Q3** | 115.4 | 24.3 | 24.3 | 125.7 | 27.5 | 22.0 | 41.2 | 84.2 | 104.0 | 124.8 |
| **MEDIAN** | 95.4 | 17.6 | 17.6 | 112.6 | 17.4 | 20.0 | 31.0 | 70.0 | 85.7 | 103.3 |
| **AVERAGE** | 100.8 | 17.5 | 17.5 | 118.3 | 16.8 | 17.9 | 32.9 | 77.4 | 95.2 | 113.3 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 88.3 | 5.8 | 5.8 | 97.3 | 6.4 | 10.0 | 24.0 | 61.6 | 82.0 | 101.5 |
| **10th** | 80.4 | 3.3 | 3.3 | 90.0 | 3.5 | 7.6 | 18.2 | 55.3 | 70.8 | 82.1 |
| **# of Cos. Rptg:** | 11 | 11 | 11 | 11 | 11 | 11 | 10 | 10 | 10 | 10 |

* **No Data Reported**

Responsible for the operation of a feed manufacturing facility, may also include ingredient purchasing, outside sales and delivery of finished product to user.

A. Mixing capacity over 100 tons per hour

WMS & Company, Inc.

PITMAN00397

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE:   **03B**   SURVEY TITLE:   **Feed Mill Head (<100 tons/hr)**

Number of Organizations Reporting:   **10**   Percentage of Organizations Reporting Job Match Larger Than Survey Job :   **0.0**

Number of Incumbents Reported:   **73**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job :   **0.0**

Percentage of Incumbents Receiving Bonus Pay :   **98.6**   Percentage of Organizations Reporting Job As Bonus Eligible:   **90.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| **90th** | 108.3 | 24.5 | | 113.6 | 27.5 | | | | | |
| **Q3** | 90.9 | 20.9 | 21.9 | 110.8 | 23.6 | 17.5 | 29.0 | 76.7 | 91.1 | 105.4 |
| **MEDIAN** | 88.7 | 6.8 | 7.6 | 97.2 | 8.0 | 12.0 | 21.3 | 65.2 | 83.2 | 102.2 |
| **AVERAGE** | 86.7 | 10.7 | 11.8 | 97.4 | 12.6 | 13.2 | 23.9 | 65.9 | 81.9 | 98.0 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 82.1 | 5.3 | 5.6 | 87.8 | 6.2 | 10.0 | 20.0 | 55.1 | 77.0 | 97.6 |
| **10th** | 62.4 | 0.4 | | 71.0 | 0.5 | 9 | 8 | 8 | 8 | 8 |
| **# of Cos. Rptg:** | 10 | 10 | 9 | 10 | 10 | | | | | |
| **\* Mill Manager** | | | | | | | | | | |
| | **110.0** | **0.0** | | **110.0** | **0.0** | | | | | |

Responsible for the operation of a feed manufacturing facility, may also include ingredient purchasing, outside sales and delivery of finished product to user.

B.   Mixing capacity less than 100 tons per hour

II -   8

WMS & Company, Inc.

PITMAN00398

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: __04__   SURVEY TITLE: __Feed Mill Supervisor (1 level)__

Number of Organizations Reporting: __12__   Percentage of Organizations Reporting Job Match Larger Than Survey Job: __0.0__

Number of Incumbents Reported: __116__   Percentage of Organizations Reporting Job Match Smaller Than Survey Job: __0.0__

Percentage of Incumbents Receiving Bonus Pay: __87.1__   Percentage of Organizations Reporting Job As Bonus Eligible: __75.0__

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 74.6 | 6.8 | | 75.5 | 12.7 | | | 63.1 | 71.1 | 84.6 |
| Q3 | 59.3 | 3.9 | 4.5 | 63.1 | 7.3 | 11.6 | 15.0 | 51.4 | 61.7 | 70.6 |
| MEDIAN | 53.5 | 1.6 | 2.9 | 55.8 | 3.1 | 8.8 | 14.0 | 42.7 | 51.8 | 63.3 |
| AVERAGE | 55.9 | 2.2 | 3.0 | 58.1 | 4.2 | 8.8 | 13.0 | 44.9 | 55.3 | 66.3 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 51.3 | 0.2 | 0.9 | 52.2 | 0.3 | 5.3 | 10.0 | 37.9 | 48.7 | 60.5 |
| 10th | 44.8 | 0.0 | | 47.1 | 0.0 | | | 34.5 | 48.1 | 58.2 |
| # of Cos. Rptg: | 12 | 12 | 9 | 12 | 12 | 8 | 7 | 10 | 10 | 10 |
| * Feed Mill Superintendent | | | | | | | | | | |
| | 77.3 | 0.0 | | 77.3 | 0.0 | | | | | |

May report to Feed Mill Head, Superintendent or equivalent level.  Responsible for direct supervision of hourly-paid Feed Mill production workers.

(Only one level)

II - 9

WMS & Company, Inc.

PITMAN00399

**2019 POULTRY INDUSTRY COMPENSATION SURVEY**

COMPENSATION RANGES BY SURVEY JOB TITLE

**Pitman Farms**

JOB CODE: __05__    SURVEY TITLE: __Hatchery Head (≥500K chicks/wk) (1 level)__

Number of Organizations Reporting: __13__    Percentage of Organizations Reporting Job Match Larger Than Survey Job : __0.0__

Number of Incumbents Reported: __108__    Percentage of Organizations Reporting Job Match Smaller Than Survey Job : __0.0__

Percentage of Incumbents Receiving Bonus Pay : __88.0__    Percentage of Organizations Reporting Job As Bonus Eligible: __84.6__

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| **90th** | 111.1 | 17.4 | 18.9 | 117.4 | 23.6 | 29.0 | 49.0 | 89.4 | 109.4 | 129.9 |
| **Q3** | 83.8 | 11.7 | 13.0 | 95.9 | 15.4 | 20.0 | 33.0 | 62.7 | 79.0 | 99.0 |
| **MEDIAN** | 71.6 | 4.7 | 6.4 | 82.6 | 6.6 | 15.0 | 26.3 | 59.0 | 73.4 | 89.1 |
| **AVERAGE** | 78.8 | 7.1 | 8.4 | 85.9 | 9.2 | 15.8 | 27.2 | 63.1 | 78.3 | 93.6 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 70.0 | 3.4 | 3.5 | 74.2 | 4.8 | 10.0 | 19.0 | 55.3 | 69.5 | 82.5 |
| **10th** | 65.9 | 0.0 | 3.3 | 68.6 | 0.0 | 7.6 | 14.1 | 52.8 | 65.4 | 75.8 |
| **# of Cos. Rptg:** | 13 | 13 | 11 | 13 | 13 | 11 | 10 | 11 | 11 | 11 |
| *  **Hatchery Manager** | | | | | | | | | | |
| | 102.3 | 0.0 | | 102.3 | 0.0 | | | | | |

Responsible for directing operations which includes receipt of fertile egg, traying, debeaking, vaccination, grading, and placement of baby chicks at growout. Hatchery volume of more than 500K chicks per week. If less than 500K chicks, please note on the sheet.

(Only one level)

II -  10

WMS & Company, Inc.

PITMAN00400

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **06**    SURVEY TITLE: **Hatchery Supervisor (1 level)**

Number of Organizations Reporting: **9**

Number of Incumbents Reported: **88**

Percentage of Incumbents Receiving Bonus Pay: **76.1**

Percentage of Organizations Reporting Job Match Larger Than Survey Job: **0.0**

Percentage of Organizations Reporting Job Match Smaller Than Survey Job: **0.0**

Percentage of Organizations Reporting Job As Bonus Eligible: **66.7**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| 90th | | | | | | | | | | |
| Q3 | 53.8 | 2.5 | 2.7 | 55.5 | 5.0 | 10.6 | 20.0 | 44.2 | 54.3 | 65.2 |
| MEDIAN | 51.8 | 1.2 | 2.4 | 51.8 | 2.7 | 8.8 | 14.0 | 40.1 | 51.3 | 62.9 |
| AVERAGE | 50.4 | 1.2 | 2.2 | 51.6 | 2.6 | 8.4 | 14.2 | 40.5 | 51.3 | 62.6 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 45.2 | 0.0 | 1.5 | 47.0 | 0.0 | 5.8 | 8.5 | 37.5 | 47.1 | 59.9 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 9 | 9 | 5 | 9 | 9 | 6 | 5 | 8 | 8 | 8 |

*    No Data Reported

Responsible for the direct supervision of hourly-paid employees in the vaccination debeaking area.

(Only one level)

II -  11

WMS & Company, Inc.

PITMAN00401

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **07A**   SURVEY TITLE: **Breeder Growout Head (>800K)**

Number of Organizations Reporting: **10**

Number of Incumbents Reported: **46**

Percentage of Incumbents Receiving Bonus Pay: **91.3**

Percentage of Organizations Reporting Job Match Larger Than Survey Job: **10.0**

Percentage of Organizations Reporting Job Match Smaller Than Survey Job: **0.0**

Percentage of Organizations Reporting Job As Bonus Eligible: **90.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| **90th** | 116.7 | 19.8 | | 132.5 | 25.2 | | | | | |
| **Q3** | 107.5 | 17.6 | 17.9 | 115.0 | 17.0 | 20.0 | 38.4 | 83.8 | 99.0 | 119.2 |
| **MEDIAN** | 87.2 | 8.4 | 10.9 | 98.6 | 8.9 | 15.0 | 31.0 | 67.0 | 89.0 | 103.5 |
| **AVERAGE** | 90.4 | 9.9 | 11.0 | 100.3 | 11.0 | 15.9 | 31.1 | 70.9 | 89.9 | 107.6 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 76.4 | 5.2 | 5.4 | 89.0 | 5.1 | 12.5 | 23.0 | 61.8 | 76.9 | 90.7 |
| **10th** | 67.8 | 0.5 | | 71.2 | 0.5 | | | | | |
| **# of Cos. Rptg:** | 10 | 10 | 9 | 10 | 10 | 9 | 8 | 9 | 9 | 9 |

\* No Data Reported

Responsible for providing direction to functions extending from receipt of live chicks, pullet growout operations, placement on breeder farm, and collection of eggs; may also include delivery of eggs to hatchery.

A. On average, breeder bird inventory over 800K

II - 12

WMS & Company, Inc.

PITMAN00402

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **07B**   SURVEY TITLE: **Breeder Growout Head (<800K)**

Number of Organizations Reporting: **7**   Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **49**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **89.8**   Percentage of Organizations Reporting Job As Bonus Eligible: **71.4**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | 96.8 | 16.0 | 17.3 | 101.5 | 19.5 | 25.0 | | 67.0 | 85.0 | 105.1 |
| MEDIAN | 84.4 | 5.0 | 10.3 | 98.0 | 6.4 | 15.0 | | 64.2 | 79.2 | 91.0 |
| AVERAGE | 85.7 | 7.8 | 10.9 | 93.5 | 9.2 | 16.4 | | 62.6 | 79.7 | 94.0 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 77.8 | 0.0 | 4.9 | 82.8 | 0.0 | 8.5 | | 59.1 | 74.2 | 84.3 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 7 | 7 | 5 | 7 | 7 | 5 | 4 | 6 | 6 | 6 |
| * Breeder Manager | 99.9 | 0.0 | | 99.9 | 0.0 | | | | | |

Responsible for providing direction to functions extending from receipt of live chicks, pullet growout operations, placement on breeder farm, and collection of eggs; may also include delivery of eggs to hatchery.

B. On average, breeder bird inventory less than 800K

II - 13

WMS & Company, Inc.

PITMAN000403

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **08**   SURVEY TITLE: **Breeder Technical Advisor (1 level)**

Number of Organizations Reporting: **12**   Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **406**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **93.1**   Percentage of Organizations Reporting Job As Bonus Eligible: **91.7**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| **90th** | 65.2 | 8.5 | 9.0 | 73.6 | 13.1 | 29.0 | 48.0 | 59.1 | 66.0 | 74.6 |
| **Q3** | 56.6 | 4.2 | 4.4 | 60.2 | 7.0 | 15.0 | 23.0 | 48.0 | 57.9 | 70.0 |
| **MEDIAN** | 55.4 | 2.6 | 2.6 | 57.5 | 4.8 | 10.0 | 15.0 | 43.3 | 54.8 | 66.5 |
| **AVERAGE** | 54.9 | 2.9 | 3.2 | 57.8 | 5.1 | 12.2 | 18.9 | 45.1 | 55.3 | 66.0 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 50.0 | 1.3 | 1.5 | 51.3 | 2.7 | 6.0 | 10.8 | 38.9 | 51.4 | 61.8 |
| **10th** | 47.4 | 0.0 | 0.3 | 49.1 | 0.1 | 5.0 | 6.4 | 36.3 | 46.3 | 54.0 |
| **# of Cos. Rptg:** | 12 | 12 | 11 | 12 | 12 | 11 | 10 | 11 | 11 | 11 |

* No Data Reported

Responsible for the movement of pullets, field vaccinations and medication, and hen productivity; may also include gathering and transportation of eggs and hatchability. (Does not include trainees.) Companies with more than one range report weighted average.

(Only one level)

II - 14

WMS & Company, Inc.

PITMAN00404

**2019 POULTRY INDUSTRY COMPENSATION SURVEY**

COMPENSATION RANGES BY SURVEY JOB TITLE

**Pitman Farms**

JOB CODE: **09A**   SURVEY TITLE: **Broiler Growout Head (>12M)**

Number of Organizations Reporting: **8**   Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **61**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **95.1**   Percentage of Organizations Reporting Job As Bonus Eligible: **87.5**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | 131.7 | 15.0 | 15.9 | 140.8 | 12.8 | 25.0 | 45.1 | 72.3 | 90.4 | 111.0 |
| MEDIAN | 85.0 | 7.4 | 7.6 | 97.3 | 7.6 | 15.0 | 30.0 | 64.2 | 79.3 | 94.1 |
| AVERAGE | 96.9 | 9.2 | 10.5 | 106.1 | 9.6 | 17.0 | 30.5 | 67.4 | 86.1 | 102.8 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 75.9 | 4.6 | 4.7 | 81.5 | 5.0 | 10.0 | 15.0 | 59.5 | 72.5 | 84.4 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 8 | 8 | 7 | 8 | 8 | 7 | 6 | 7 | 7 | 7 |

\*   No Data Reported

Responsible for giving direction to the location and selection of contract growers and to the broiler service operation. Typically, Broiler Advisor Technicians and/or Field Managers report to this position.

A.   On average, broiler bird inventory over 12M

II -   15

WMS & Company, Inc.

PITMAN00405

**2019 POULTRY INDUSTRY COMPENSATION SURVEY**

COMPENSATION RANGES BY SURVEY JOB TITLE

**Pitman Farms**

JOB CODE:  **09B**   SURVEY TITLE:  **Broiler Growout Head (<12M)**

Number of Organizations Reporting:  **6**   Percentage of Organizations Reporting Job Match Larger Than Survey Job :  **0.0**

Number of Incumbents Reported:  **66**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job :  **0.0**

Percentage of Incumbents Receiving Bonus Pay :  **92.4**   Percentage of Organizations Reporting Job As Bonus Eligible:  **83.3**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| **90th** | | | | | | | | | | |
| **Q3** | 91.5 | 12.2 | 15.2 | 105.6 | 14.0 | 20.0 | | 65.6 | 84.2 | 104.0 |
| **MEDIAN** | 85.4 | 5.8 | 7.3 | 94.1 | 6.4 | 15.0 | | 60.8 | 74.5 | 89.1 |
| **AVERAGE** | 85.1 | 7.5 | 9.0 | 92.6 | 8.8 | 14.4 | | 60.0 | 77.7 | 93.1 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 78.0 | 2.4 | 3.6 | 78.6 | 3.3 | 8.5 | | 54.0 | 72.8 | 84.3 |
| **10th** | | | | | | | | | | |
| **# of Cos. Rptg:** | 6 | 6 | 5 | 6 | 6 | 5 | 4 | 5 | 5 | 5 |

\*  **No Data Reported**

Responsible for giving direction to the location and selection of contract growers and to the broiler service operation. Typically, Broiler Advisor Technicians and/or Field Managers report to this position.

B.  On average, broiler bird inventory less than 12M

II -  16

WMS & Company, Inc.

PITMAN00406

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE: **10**   SURVEY TITLE: **Broiler Advisor Tech (1 level)**

Number of Organizations Reporting: **12**   Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **740**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **90.8**   Percentage of Organizations Reporting Job As Bonus Eligible: **83.3**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| **90th** | 58.9 | 6.5 | 7.2 | 61.3 | 13.3 | 24.5 | | 49.2 | 61.6 | 74.2 |
| **Q3** | 54.9 | 2.8 | 3.3 | 58.1 | 5.7 | 16.5 | 20.0 | 43.4 | 53.6 | 66.5 |
| **MEDIAN** | 51.4 | 2.2 | 2.4 | 53.3 | 3.8 | 10.0 | 15.0 | 41.7 | 51.3 | 61.3 |
| **AVERAGE** | 51.8 | 2.2 | 2.7 | 54.0 | 4.3 | 11.6 | 18.4 | 41.2 | 51.6 | 62.7 |
| **WGT. AVG.** | 52.6 | 1.7 | 1.9 | 54.3 | 3.3 | | | | | |
| **Q1** | 48.0 | 0.4 | 1.3 | 50.4 | 0.9 | 5.8 | 10.5 | 38.6 | 48.1 | 59.9 |
| **10th** | 45.9 | 0.0 | 0.2 | 46.9 | 0.0 | 5.0 | | 33.2 | 45.8 | 53.3 |
| **# of Cos. Rpg:** | 12 | 12 | 10 | 12 | 12 | 10 | 9 | 10 | 10 | 10 |
| **\*   Field Technician** | 48.0 | 0.0 | | 48.0 | 0.0 | | | | | |

(Only one level)

Responsible for bird mortality, feed conversion, sizing, and scheduling. May also include accountability for vaccination, finding and signing contract growers, and other related activities. (Does not include trainee.)

II -   17

WMS & Company, Inc.

PITMAN00407

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: __11A__   SURVEY TITLE: __Fresh Processing Plant Mgr (Kill Plt>1000 ee's)__

Number of Organizations Reporting: __11__    Percentage of Organizations Reporting Job Match Larger Than Survey Job : __0.0__

Number of Incumbents Reported: __76__    Percentage of Organizations Reporting Job Match Smaller Than Survey Job : __9.1__

Percentage of Incumbents Receiving Bonus Pay : __88.2__    Percentage of Organizations Reporting Job As Bonus Eligible: __100.0__

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| **90th** | 198.3 | 47.2 | 47.2 | 233.9 | 36.7 | 38.0 | 50.0 | 151.7 | 190.6 | 229.7 |
| **Q3** | 174.8 | 39.9 | 39.9 | 192.1 | 31.3 | 30.0 | 48.6 | 126.1 | 150.4 | 186.7 |
| **MEDIAN** | 141.8 | 29.4 | 29.4 | 178.2 | 19.6 | 25.0 | 40.0 | 106.1 | 133.8 | 162.3 |
| **AVERAGE** | 143.2 | 29.3 | 29.3 | 172.4 | 21.4 | 25.1 | 40.4 | 104.7 | 133.0 | 163.3 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 116.8 | 18.0 | 18.0 | 151.8 | 13.4 | 20.0 | 36.0 | 84.1 | 109.2 | 137.9 |
| **10th** | 96.6 | 10.1 | 10.1 | 114.5 | 6.4 | 16.0 | 24.6 | 64.5 | 81.1 | 97.7 |
| **# of Cos. Rptg:** | 11 | 11 | 11 | 11 | 11 | 11 | 10 | 10 | 10 | 10 |

\* No Data Reported

Responsible for directing a production operation in its entirety, including the maintenance function; may also include quality control.

A. More than 1,000 employees

II - 18

WMS & Company, Inc.

PITMAN00408

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE: **11B**   SURVEY TITLE: **Fresh Processing Plant Mgr (Kill Plt<1000 ee's)**

Number of Organizations Reporting: **9**   Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **53**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **11.1**

Percentage of Incumbents Receiving Bonus Pay : **88.7**   Percentage of Organizations Reporting Job As Bonus Eligible: **100.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| 90th | | | | | | | | | | |
| Q3 | 149.1 | 35.9 | 35.9 | 175.9 | 29.2 | 27.5 | 47.4 | 112.8 | 140.8 | 169.0 |
| MEDIAN | 127.5 | 25.1 | 25.1 | 163.7 | 15.4 | 22.0 | 42.0 | 105.4 | 125.1 | 150.5 |
| AVERAGE | 137.6 | 27.3 | 27.3 | 164.9 | 20.5 | 22.9 | 41.1 | 97.3 | 123.3 | 149.2 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 122.6 | 19.4 | 19.4 | 144.9 | 13.7 | 20.0 | 38.3 | 82.3 | 112.2 | 136.2 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 9 | 9 | 9 | 9 | 9 | 9 | 8 | 8 | 8 | 8 |

* No Data Reported

---

Responsible for directing a production operation in its entirety, including the maintenance function; may also include quality control.

B.  Less than 1,000 employees

II -  19

WMS & Company, Inc.

PITMAN00409

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE: __12A__   SURVEY TITLE: __Further Processing Plant Manager (>500 ee's)__

Number of Organizations Reporting: __8__

Number of Incumbents Reported: __26__

Percentage of Incumbents Receiving Bonus Pay: __96.2__

Percentage of Organizations Reporting Job Match Larger Than Survey Job: __0.0__

Percentage of Organizations Reporting Job Match Smaller Than Survey Job: __12.5__

Percentage of Organizations Reporting Job As Bonus Eligible: __100.0__

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | 163.1 | 29.2 | 29.2 | 184.4 | 21.8 | 34.0 | 50.0 | 112.0 | 150.0 | 188.0 |
| MEDIAN | 137.0 | 22.0 | 22.0 | 156.8 | 18.9 | 24.5 | 40.0 | 102.0 | 127.5 | 160.6 |
| AVERAGE | 139.1 | 23.5 | 23.5 | 162.5 | 17.0 | 25.5 | 42.4 | 95.0 | 125.3 | 156.4 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 114.5 | 20.8 | 20.8 | 136.3 | 13.1 | 20.0 | 25.0 | 85.0 | 105.0 | 130.0 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 7 | 7 | 7 |

* No Data Reported

Responsible for directing a production operation in its entirety, including the maintenance function; may also include quality control.

A. More than 500 employees

II - 20

WMS & Company, Inc.

PITMAN00410

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **12B**   SURVEY TITLE: **Further Processing Plant Manager (<500 ee's)**

Number of Organizations Reporting: **9**

Number of Incumbents Reported: **28**

Percentage of Incumbents Receiving Bonus Pay: **92.9**

Percentage of Organizations Reporting Job Match Larger Than Survey Job: **0.0**

Percentage of Organizations Reporting Job Match Smaller Than Survey Job: **11.1**

Percentage of Organizations Reporting Job As Bonus Eligible: **88.9**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| 90th | | | | | | | | | | |
| Q3 | 144.8 | 39.0 | 42.2 | 172.4 | 26.4 | 30.0 | 48.0 | 112.0 | 140.7 | 166.7 |
| MEDIAN | 135.0 | 17.2 | 22.2 | 161.1 | 15.0 | 23.0 | 44.0 | 99.5 | 130.0 | 160.6 |
| AVERAGE | 135.1 | 23.0 | 25.8 | 158.1 | 15.9 | 24.5 | 44.4 | 99.2 | 126.0 | 152.8 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 118.4 | 6.5 | 12.1 | 132.5 | 5.3 | 20.0 | 40.0 | 86.5 | 117.0 | 134.6 |
| 10th | | | | | | | | | | |
| # of Cos. Rpg: | 9 | 9 | 8 | 9 | 9 | 8 | 7 | 7 | 7 | 7 |
| * Plant Manager | 92.4 | 0.0 | 0.0 | 92.4 | 0.0 | | | | | |

Responsible for directing a production operation in its entirety, including the maintenance function; may also include quality control.

B. Fewer than 500 employees

II - 21

WMS & Company, Inc.

PITMAN00411

PITMAN00412

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **13**   SURVEY TITLE: **First Line Supervisor (1 level)**

Number of Organizations Reporting: **13**

Number of Incumbents Reported: **2755**

Percentage of Incumbents Receiving Bonus Pay: **73.4**

Percentage of Organizations Reporting Job Match Larger Than Survey Job: **0.0**

Percentage of Organizations Reporting Job Match Smaller Than Survey Job: **0.0**

Percentage of Organizations Reporting Job As Bonus Eligible: **76.9**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 68.8 | 4.8 | 5.0 | 69.3 | 9.1 | | | 59.0 | 68.4 | 86.0 |
| Q3 | 55.8 | 2.4 | 3.0 | 58.5 | 4.6 | 10.0 | 19.0 | 47.5 | 61.0 | 76.0 |
| MEDIAN | 51.0 | 1.2 | 1.8 | 52.5 | 2.8 | 9.0 | 10.5 | 43.0 | 51.5 | 61.8 |
| AVERAGE | 52.4 | 1.6 | 2.1 | 54.0 | 3.2 | 9.2 | 12.6 | 44.8 | 55.6 | 66.3 |
| WGT. AVG. | 76.0 | 0.0 | | 76.0 | 0.0 | | | | | |
| Q1 | 46.6 | 0.1 | 1.1 | 48.3 | 0.1 | 5.5 | 9.3 | 39.9 | 48.5 | 57.0 |
| 10th | 43.7 | 0.0 | 0.2 | 45.1 | 0.0 | | | 37.6 | 46.2 | 53.1 |
| # of Cos. Rptg: | 13 | 13 | 10 | 13 | 13 | 9 | 8 | 11 | 11 | 11 |

\* Processing Supervisor

Responsible for direct supervision of hourly-paid line workers. Usually reports to a department head. (Includes first processing and further processing.)

(Only one level)

II - 22

WMS & Company, Inc.

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE: __14__   SURVEY TITLE: __Processing Shift/Unit Manager (1 level)__

Number of Organizations Reporting: __11__          Percentage of Organizations Reporting Job Match Larger Than Survey Job : __0.0__

Number of Incumbents Reported: __346__          Percentage of Organizations Reporting Job Match Smaller Than Survey Job : __0.0__

Percentage of Incumbents Receiving Bonus Pay : __87.3__          Percentage of Organizations Reporting Job As Bonus Eligible: __90.9__

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 110.3 | 19.7 | 19.8 | 119.1 | 22.1 | 29.5 | 36.0 | 82.7 | 103.5 | 128.5 |
| Q3 | 100.2 | 15.0 | 16.0 | 115.2 | 15.2 | 21.5 | | 80.4 | 100.9 | 121.3 |
| MEDIAN | 90.0 | 8.9 | 9.1 | 103.7 | 8.4 | 16.5 | 30.0 | 74.3 | 91.0 | 110.5 |
| AVERAGE | 91.8 | 9.5 | 10.4 | 101.2 | 10.4 | 17.3 | 29.2 | 72.8 | 91.3 | 110.7 |
| WGT. AVG. | 91.5 | 10.2 | 11.0 | 101.7 | 11.3 | | | | | |
| Q1 | 80.3 | 5.6 | 5.9 | 90.5 | 6.4 | 10.0 | 20.0 | 63.9 | 85.2 | 102.2 |
| 10th | 74.9 | 0.3 | 2.1 | 80.9 | 0.4 | 10.0 | | 61.0 | 74.1 | 85.8 |
| # of Cos. Rptg: | 11 | 11 | 10 | 11 | 11 | 10 | 9 | 10 | 10 | 10 |

\*   No Data Reported

Responsible for directing a production operation for either the entire shift operation or front-end/back-end day and night.

(Only one level)

II - 23

WMS & Company, Inc.

PITMAN00413

**2019 POULTRY INDUSTRY COMPENSATION SURVEY**

COMPENSATION RANGES BY SURVEY JOB TITLE

**Pitman Farms**

JOB CODE: **15A**    SURVEY TITLE: **Waste Water Head - Pretreatment**

Number of Organizations Reporting: **10**     Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **37**     Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **75.7**     Percentage of Organizations Reporting Job As Bonus Eligible: **60.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| **90th** | 86.4 | 11.0 | | 90.0 | 18.9 | | | | | 87.1 |
| **Q3** | 80.4 | 6.7 | 9.2 | 80.4 | 10.0 | 20.0 | | 60.5 | 73.3 | 81.5 |
| **MEDIAN** | 69.6 | 1.6 | 5.0 | 73.9 | 2.6 | 12.0 | | 54.0 | 68.3 | 80.8 |
| **AVERAGE** | 70.8 | 3.3 | 5.5 | 74.0 | 5.1 | 13.7 | | 53.2 | 66.9 | |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 63.9 | 0.0 | 1.9 | 68.7 | 0.0 | 8.2 | | 49.6 | 62.2 | 73.6 |
| **10th** | 55.5 | 0.0 | | 57.4 | 0.0 | | | | | |
| **# of Cos. Rptg:** | 10 | 10 | 6 | 10 | 10 | 5 | 4 | 8 | 8 | 8 |
| * **Waste Water Technician** | | | | | | | | | | |
| | **80.0** | **0.0** | | **80.0** | **0.0** | | | | | |

Responsible for ensuring that all water leaving a water treatment facility meets the requirements set by local, state and federal governments, and for ensuring the city is informed of all changes in water quality or engineering processes.  Water is treated for release into city water system. This is a complex, not company-wide position.

WMS & Company, Inc.

PITMAN00414

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE:  **15B**   SURVEY TITLE:  **Waste Water Head - Biological**

Number of Organizations Reporting:  **8**   Percentage of Organizations Reporting Job Match Larger Than Survey Job :  **0.0**

Number of Incumbents Reported:  **30**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job :  **0.0**

Percentage of Incumbents Receiving Bonus Pay :  **86.7**   Percentage of Organizations Reporting Job As Bonus Eligible:  **75.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| 90th | | | | | | | | | | |
| Q3 | 74.9 | 6.6 | 8.4 | 75.6 | 10.0 | 13.5 | | 55.1 | 68.0 | 80.2 |
| MEDIAN | 63.8 | 3.0 | 3.8 | 69.9 | 4.6 | 11.3 | | 51.0 | 64.0 | 77.0 |
| AVERAGE | 67.6 | 3.8 | 5.0 | 71.4 | 5.9 | 9.7 | | 51.0 | 65.5 | 78.6 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 60.8 | 0.4 | 2.5 | 64.2 | 0.6 | 5.0 | | 49.3 | 61.9 | 72.8 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 8 | 8 | 6 | 8 | 8 | 5 | 4 | 7 | 7 | 7 |

\*   **No Data Reported**

Responsible for ensuring that all water leaving a water treatment facility meets the requirements set by local, state and federal governments, and for ensuring the
city is informed of all changes in water quality or engineering processes.  Water is treated for release into natural environment. This is a complex, not
company-wide position.

II -   25

WMS & Company, Inc.

PITMAN00415

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE:   16   SURVEY TITLE:   Live Haul Manager (1 level)

Number of Organizations Reporting:   13   Percentage of Organizations Reporting Job Match Larger Than Survey Job :   0.0

Number of Incumbents Reported:   92   Percentage of Organizations Reporting Job Match Smaller Than Survey Job :   0.0

Percentage of Incumbents Receiving Bonus Pay :   90.2   Percentage of Organizations Reporting Job As Bonus Eligible:   84.6

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 93.0 | 17.8 | 18.1 | 101.5 | 25.8 | 24.0 | 48.0 | 82.9 | 101.4 | 120.3 |
| Q3 | 80.8 | 10.4 | 10.9 | 86.4 | 12.5 | 15.0 | 30.0 | 66.0 | 79.0 | 94.1 |
| MEDIAN | 73.4 | 4.6 | 5.7 | 83.4 | 6.2 | 15.0 | 20.0 | 59.5 | 73.4 | 92.0 |
| AVERAGE | 74.6 | 6.8 | 8.0 | 81.4 | 9.2 | 14.0 | 22.9 | 60.8 | 75.0 | 89.5 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 69.1 | 3.1 | 4.0 | 72.0 | 4.3 | 10.0 | 15.0 | 49.9 | 64.0 | 78.8 |
| 10th | 59.4 | 0.0 | 2.8 | 63.9 | 0.0 | 7.6 | 14.1 | 49.1 | 58.2 | 66.6 |
| # of Cos. Rptg: | 13 | 13 | 11 | 13 | 13 | 11 | 10 | 11 | 11 | 11 |

* Live Haul Supervisor

| | 72.0 | 0.0 | | 72.0 | 0.0 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

Responsible for the catching and hauling of birds to various plants on a schedule that allows for a constant flow of birds while ensuring both low shrinkage and low DOA count.

(Only one level)

II - 26

WMS & Company, Inc.

PITMAN00416

---

**2019 POULTRY INDUSTRY COMPENSATION SURVEY**

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: __17__   SURVEY TITLE: __Sanitation Head (1 level)__

Number of Organizations Reporting: __2__     Percentage of Organizations Reporting Job Match Larger Than Survey Job : __0.0__

Number of Incumbents Reported: __33__     Percentage of Organizations Reporting Job Match Smaller Than Survey Job : __0.0__

Percentage of Incumbents Receiving Bonus Pay : __54.5__     Percentage of Organizations Reporting Job As Bonus Eligible: __77.8__

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| 90th | | | | | | | | | | |
| Q3 | 77.6 | 6.9 | 8.1 | 84.6 | 10.8 | 19.5 | 30.0 | 60.6 | 77.7 | 89.7 |
| MEDIAN | 72.4 | 2.4 | 5.0 | 73.9 | 3.4 | 12.5 | 20.0 | 55.3 | 63.0 | 78.0 |
| AVERAGE | 70.8 | 4.3 | 5.6 | 75.1 | 6.1 | 13.8 | 21.2 | 54.9 | 68.0 | 80.2 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 63.5 | 0.6 | 1.4 | 68.2 | 1.0 | 7.0 | 13.0 | 48.7 | 60.0 | 69.5 |
| 10th | | | | | | | | | | |
| # of Cos. Rpg: | 9 | 9 | 7 | 9 | 9 | 6 | 5 | 9 | 9 | 9 |

\*   No Data Reported

---

Responsible for directing the cleaning and sanitizing of the plant to maintain conformance to USDA standards and within a schedule to ensure maximum operating time.  May direct two or more supervisors.

(Only one level)

II -   27

WMS & Company, Inc.

PITMAN00417

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY
COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE:  18   SURVEY TITLE:  Plant Maintenance Head (1 level)

Number of Organizations Reporting: 13   Percentage of Organizations Reporting Job Match Larger Than Survey Job : 0.0

Number of Incumbents Reported: 122   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : 0.0

Percentage of Incumbents Receiving Bonus Pay : 95.1   Percentage of Organizations Reporting Job As Bonus Eligible: 92.3

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 117.3 | 30.6 | 32.1 | 141.1 | 27.8 | 30.0 | 48.0 | 120.2 | 138.4 | 160.0 |
| Q3 | 113.1 | 17.6 | 17.8 | 129.5 | 18.9 | 24.2 | 40.0 | 86.6 | 111.2 | 134.3 |
| MEDIAN | 97.3 | 12.3 | 12.7 | 108.0 | 12.0 | 20.0 | 30.0 | 78.6 | 97.0 | 117.9 |
| AVERAGE | 100.2 | 13.4 | 14.5 | 113.6 | 13.1 | 19.0 | 31.8 | 83.5 | 103.1 | 122.8 |
| WGT. AVG. | 102.7 | 13.4 | 13.5 | 116.0 | 13.0 | | | | | |
| Q1 | 89.4 | 6.4 | 8.3 | 99.5 | 6.9 | 12.9 | 24.0 | 73.7 | 91.9 | 105.0 |
| 10th | 87.6 | 1.8 | 4.9 | 91.3 | 2.0 | 10.0 | 16.5 | 71.2 | 86.2 | 101.4 |
| # of Cos. Rptg: | 13 | 13 | 12 | 13 | 13 | 12 | 11 | 11 | 11 | 11 |

\* Maintenance Supervisor

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 90.1 | 0.0 | 0.0 | 90.1 | 0.0 | | | | | |

Responsible for total mechanical maintenance of the processing plant. Individual may be a degreed engineer or equivalent.

(Only one level)

II -  28

WMS & Company, Inc.

PITMAN00418

**2019 POULTRY INDUSTRY COMPENSATION SURVEY**

COMPENSATION RANGES BY SURVEY JOB TITLE

**Pitman Farms**

JOB CODE:   **19**   SURVEY TITLE:   **Plant Maintenance Supervisor (1 level)**

Number of Organizations Reporting:   **12**      Percentage of Organizations Reporting Job Match Larger Than Survey Job :   **0.0**

Number of Incumbents Reported:   **560**      Percentage of Organizations Reporting Job Match Smaller Than Survey Job :   **0.0**

Percentage of Incumbents Receiving Bonus Pay :   **80.4**      Percentage of Organizations Reporting Job As Bonus Eligible:   **83.3**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| **90th** | 76.8 | 6.5 | 6.8 | 80.9 | 9.3 | | | 68.5 | 82.6 | 97.9 |
| **Q3** | 70.1 | 4.0 | 4.6 | 75.3 | 6.0 | 10.0 | 19.0 | 60.0 | 69.0 | 85.0 |
| **MEDIAN** | 63.0 | 2.5 | 2.7 | 63.6 | 4.0 | 9.0 | 10.5 | 51.0 | 68.0 | 78.8 |
| **AVERAGE** | 64.8 | 2.6 | 3.1 | 67.4 | 3.9 | 9.2 | 12.6 | 54.8 | 67.5 | 79.6 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 61.0 | 0.4 | 1.9 | 62.6 | 0.7 | 5.5 | 9.3 | 49.3 | 61.9 | 72.8 |
| **10th** | 54.2 | 0.0 | 0.2 | 56.5 | 0.0 | | | 44.4 | 58.6 | 67.4 |
| **# of Cos. Rptg:** | 12 | 12 | 10 | 12 | 12 | 9 | 8 | 11 | 11 | 11 |

*   **No Data Reported**

Responsible for direct supervision of hourly-paid maintenance mechanics in a processing plant.

(Only one level)

II -   29

WMS & Company, Inc.

PITMAN00419

**2019 POULTRY INDUSTRY COMPENSATION SURVEY**

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE:  **20A**   SURVEY TITLE:  **Plant QA/QC Head (1 level)**

Number of Organizations Reporting:  **13**   Percentage of Organizations Reporting Job Match Larger Than Survey Job :  **0.0**

Number of Incumbents Reported:  **129**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job :  **0.0**

Percentage of Incumbents Receiving Bonus Pay :  **93.0**   Percentage of Organizations Reporting Job As Bonus Eligible:  **84.6**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| **90th** | 115.8 | 26.3 | 28.0 | 135.9 | 24.2 | 29.0 | 49.0 | 113.6 | 131.4 | 154.8 |
| **Q3** | 105.0 | 11.7 | 13.6 | 114.6 | 13.8 | 20.0 | 40.0 | 80.0 | 100.0 | 128.6 |
| **MEDIAN** | 86.9 | 6.5 | 7.4 | 96.1 | 8.3 | 15.0 | 30.0 | 70.6 | 88.5 | 106.4 |
| **AVERAGE** | 89.6 | 9.2 | 10.8 | 98.8 | 9.9 | 16.5 | 30.0 | 75.7 | 93.0 | 111.7 |
| **WGT. AVG.** | 86.8 | 9.9 | 10.1 | 96.7 | 11.3 | | | | | |
| **Q1** | 75.9 | 5.1 | 5.7 | 79.0 | 5.1 | 10.0 | 22.0 | 64.1 | 78.4 | 98.0 |
| **10th** | 66.6 | 0.0 | 4.7 | 72.7 | 0.0 | 7.6 | 11.0 | 59.7 | 71.6 | 80.4 |
| **# of Cos. Rptg:** | 13 | 13 | 11 | 13 | 13 | 11 | 10 | 11 | 11 | 11 |
| | 74.5 | 0.0 | | 74.5 | 0.0 | | | | | |

* **QA Supervosor**

Responsible for plant quality assurance only at a single plant. Duties include microbiological testing, sanitation inspection, production yields, as well as evaluation and testing of product quality. Duties may also include implementing and supervising certain USDA programs. Responsible for directing activities of in-plant testing.

(Only one level)

II - 30   WMS & Company, Inc.

PITMAN00420

**2019 POULTRY INDUSTRY COMPENSATION SURVEY**

COMPENSATION RANGES BY SURVEY JOB TITLE

**Pitman Farms**

JOB CODE: **22A**   SURVEY TITLE: **Rendering Plant Manager (1 level)**

Number of Organizations Reporting: **5**        Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **24**        Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **91.7**        Percentage of Organizations Reporting Job As Bonus Eligible: **80.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | | BASE SALARY POLICY | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| **90th** | | | | | | | | | | |
| **Q3** | 126.7 | 30.8 | | 147.1 | 28.5 | | | | | |
| **MEDIAN** | 109.3 | 14.2 | | 138.2 | 10.5 | | | | | |
| **AVERAGE** | 102.5 | 16.2 | | 118.7 | 14.5 | | | | | |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 75.1 | 2.6 | | 80.6 | 2.4 | | | | | |
| **10th** | | | | | | | | | | |
| **# of Cos. Rptg:** | 5 | 5 | 4 | 5 | 5 | 4 | 3 | 4 | 4 | 4 |
| **\*   Rendering Plant Manager** | | | | | | | | | | |
| | 46.7 | 0.0 | | 46.7 | 0.0 | | | | | |

Responsible for directing and monitoring the operation of the plant to ensure continuous and efficient production. Coordinates the activities of various departments as well as individual employees; monitors processes and makes changes to meet customer's needs. This position is responsible for food safety, food quality, and regulatory compliance. This position is a facility plant manager level position.

(Only one level)

II - 31

WMS & Company, Inc.

PITMAN00421

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE:   **22B**   SURVEY TITLE:   **Rendering/Protein Conversion Supervisor (1 level)**

Number of Organizations Reporting:   **4**   Percentage of Organizations Reporting Job Match Larger Than Survey Job :   **0.0**

Number of Incumbents Reported:   **950**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job :   **0.0**

Percentage of Incumbents Receiving Bonus Pay :   **98.0**   Percentage of Organizations Reporting Job As Bonus Eligible:   **100.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | | | | | | | | | | |
| MEDIAN | | | | | | | | | | |
| AVERAGE | | | | | | | | | | |
| WGT. AVG. | | | | | | | | | | |
| Q1 | | | | | | | | | | |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 4 | 4 | 3 | 4 | 4 | 3 | 2 | 4 | 4 | 4 |
| * No Data Reported | | | | | | | | | | |

First level exempt position responsible for supervising hourly workers in the rendering process.

(Only one level)

II -   32

WMS & Company, Inc.

PITMAN00422

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE: **23**    SURVEY TITLE: **HACCP Coordinator (1 level)**

Number of Organizations Reporting: **8**

Number of Incumbents Reported: **72**

Percentage of Incumbents Receiving Bonus Pay: **86.1**

Percentage of Organizations Reporting Job Match Larger Than Survey Job: **0.0**

Percentage of Organizations Reporting Job Match Smaller Than Survey Job: **0.0**

Percentage of Organizations Reporting Job As Bonus Eligible: **75.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | 66.0 | 2.4 | 3.2 | 66.8 | 3.6 | 9.7 | | 50.3 | 62.9 | 75.4 |
| MEDIAN | 52.1 | 0.6 | 1.5 | 52.1 | 1.2 | 7.5 | | 44.4 | 54.8 | 65.2 |
| AVERAGE | 56.0 | 1.1 | 1.8 | 57.2 | 2.0 | 7.8 | | 44.1 | 54.8 | 65.9 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 49.5 | 0.0 | 0.6 | 50.2 | 0.0 | 6.0 | | 37.3 | 45.7 | 52.6 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 8 | 8 | 5 | 8 | 8 | 5 | 4 | 7 | 7 | 7 |

*   No Data Reported

Responsible for the development, implementation, maintenance, and validation of the Plant's HACCP Program, as well as the training and certification of management, QA, and HACCP monitors. (Hazard Analysis Critical Control Points-HACCP-is designed to ensure the safety of processed foods. Food processing procedures are analyzed by individual processing plants to identify the most important points at which food safety hazards can be reduced or eliminated.) Does not directly supervise other employees.

WMS & Company, Inc.

PITMAN00423

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE:  24A  SURVEY TITLE:  Plant Nurse Supervisor (1 level)

Number of Organizations Reporting: **8**  Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **59**  Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **76.3**  Percentage of Organizations Reporting Job As Bonus Eligible: **75.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | 90.0 | 5.5 | 6.6 | 95.0 | 8.9 | 20.0 | | 72.8 | 89.4 | 111.0 |
| MEDIAN | 69.3 | 3.5 | 4.8 | 73.8 | 4.7 | 10.0 | | 57.0 | 67.8 | 88.2 |
| AVERAGE | 73.7 | 3.5 | 4.7 | 77.2 | 5.0 | 13.2 | | 61.5 | 75.9 | 90.6 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 60.6 | 0.4 | 2.5 | 62.7 | 0.6 | 8.0 | | 47.5 | 61.9 | 72.8 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 8 | 8 | 6 | 8 | 8 | 5 | 4 | 7 | 7 | 7 |

* No Data Reported

Facility-wide esponsibility for facilitating effective, appropriate, economical care for team members injured on the job, and for ensuring the medical department adheres to State, Federal and Corporate policies and regulations. Coordinating health education programs for employees, ensuring continual professional development for the staff, and assisting with budget planning to provide for efficient occupational health nursing services. Incumbent has an R.N. certification and may supervise other medical staff. Do not report if not a supervisory position.

WMS & Company, Inc.

PITMAN00424

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **24B**   SURVEY TITLE: **Plant Staff Nurse/EMT (BSN/RN Certification)**

Number of Organizations Reporting: **8**   Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **78**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **9.0**   Percentage of Organizations Reporting Job As Bonus Eligible: **50.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| 90th | | | | | | | | | | |
| Q3 | 63.4 | 3.3 | | 63.4 | 7.3 | | | 50.0 | 66.5 | 78.8 |
| MEDIAN | 56.3 | 0.0 | | 60.1 | 0.0 | | | 47.0 | 57.0 | 70.1 |
| AVERAGE | 56.9 | 1.4 | | 58.3 | 2.7 | | | 46.4 | 58.4 | 70.8 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 54.0 | 0.0 | | 54.0 | 0.0 | | | 40.0 | 56.0 | 67.0 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 8 | 8 | 3 | 8 | 8 | 3 | 3 | 7 | 7 | 7 |

* No Data Reported

Facilitates effective, appropriate, care for team members injured on the job, following medical department's established policies and procedures. May conduct health education programs for employees. This position does not directly supervise other employees and does not have facility wide responsibility.

B. Requires a BSN / RN Certification

II - 35

WMS & Company, Inc.

PITMAN00425

**2019 POULTRY INDUSTRY COMPENSATION SURVEY**

COMPENSATION RANGES BY SURVEY JOB TITLE

**Pitman Farms**

JOB CODE:   24C   SURVEY TITLE:   **Plant Staff Nurse/EMT (LVN/LPN/EMT)**

Number of Organizations Reporting:   **2**   Percentage of Organizations Reporting Job Match Larger Than Survey Job :   **0.0**

Number of Incumbents Reported:   **134**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job :   **0.0**

Percentage of Incumbents Receiving Bonus Pay :   **4.5**   Percentage of Organizations Reporting Job As Bonus Eligible:   **22.2**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| 90th | | | | | | | | 46.6 | 58.3 | 69.9 |
| Q3 | 52.3 | 0.2 | | 53.0 | 0.5 | | | 38.0 | 47.9 | 59.7 |
| MEDIAN | 44.2 | 0.0 | | 44.6 | 0.0 | | | 39.7 | 49.6 | 59.8 |
| AVERAGE | 46.2 | 0.6 | | 46.9 | 1.2 | | | | | |
| WGT. AVG. | | | | | | | | 34.3 | 42.4 | 49.7 |
| Q1 | 41.6 | 0.0 | | 41.6 | 0.0 | | | 8 | 8 | 8 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 9 | 9 | 2 | 9 | 9 | 2 | 2 | | | |

*   **No Data Reported**

Facilitates effective, appropriate, care for team members injured on the job, following medical department's established policies and procedures. May conduct health education programs for employees. This position does not directly supervise other employees and does not have facility wide responsibility.

C. LVN/LPN/EMT skill level

II -   36

WMS & Company, Inc.

PITMAN00426

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE:   **25A**   SURVEY TITLE:   **Complex HR Head (>1000 ee's))**

Number of Organizations Reporting:   **7**   Percentage of Organizations Reporting Job Match Larger Than Survey Job :   **0.0**

Number of Incumbents Reported:   **32**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job :   **0.0**

Percentage of Incumbents Receiving Bonus Pay :   **90.6**   Percentage of Organizations Reporting Job As Bonus Eligible:   **85.7**

|  | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| **90th** | | | | | | | | | | |
| Q3 | 108.8 | 18.9 | 20.7 | 132.1 | 17.8 | 21.5 | 38.8 | 86.6 | 110.0 | 137.0 |
| MEDIAN | 105.9 | 13.7 | 15.1 | 115.9 | 17.0 | 17.5 | 30.0 | 81.1 | 101.4 | 121.7 |
| AVERAGE | 97.3 | 13.4 | 15.6 | 110.7 | 13.3 | 16.7 | 30.5 | 78.0 | 97.4 | 117.2 |
| **WGT. AVG.** | | | | | | | | | | |
| Q1 | 75.3 | 7.1 | 11.7 | 88.1 | 6.5 | 10.0 | 22.5 | 64.1 | 83.3 | 102.5 |
| **10th** | | | | | | | | | | |
| # of Cos. Rptg: | 7 | 7 | 6 | 7 | 7 | 6 | 5 | 7 | 7 | 7 |

*   No Data Reported

Responsible for administering all HR programs, including employment (screening, interviewing, and placement), training, safety, and grievance procedures for a complex. (Plant and live operations.) Do not include multi-region/multiple-complex HR Head positions (include those in job code 40).

A. More than 1,000 employees

II -   37

WMS & Company, Inc.

PITMAN00427

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **25B**   SURVEY TITLE: **Complex HR Head (<1000 ee's)**

Number of Organizations Reporting: **7**    Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **43**    Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **95.3**    Percentage of Organizations Reporting Job As Bonus Eligible: **100.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | 107.7 | 17.0 | 17.6 | 115.0 | 18.0 | 21.5 | 38.8 | 84.8 | 109.7 | 134.0 |
| MEDIAN | 94.2 | 7.3 | 8.1 | 111.2 | 6.8 | 15.9 | 25.0 | 81.1 | 101.4 | 121.7 |
| AVERAGE | 97.5 | 8.5 | 9.9 | 106.0 | 8.9 | 16.1 | 28.3 | 78.7 | 99.3 | 119.7 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 88.6 | 2.3 | 4.5 | 97.1 | 2.7 | 10.0 | 19.5 | 71.4 | 87.9 | 104.5 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 7 | 7 | 6 | 7 | 7 | 6 | 5 | 5 | 5 | 5 |
| * Director Human Resources | | | | | | | | | | |
| | 115.0 | 0.0 | 0.0 | 115.0 | 0.0 | | | | | 115.0 |

Responsible for administering all HR programs, including employment (screening, interviewing, and placement), training, safety, and grievance procedures for a complex. (Plant and live operations.) Do not include multi-region/multiple-complex HR Head positions (include those in job code 40).

B. Fewer than 1,000 employees

II - 38

WMS & Company, Inc.

PITMAN00428

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: __26A__   SURVEY TITLE: __Plant HR Head (>1000 ee's)__

Number of Organizations Reporting: __5__   Percentage of Organizations Reporting Job Match Larger Than Survey Job : __0.0__

Number of Incumbents Reported: __35__   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : __0.0__

Percentage of Incumbents Receiving Bonus Pay : __100.0__   Percentage of Organizations Reporting Job As Bonus Eligible: __100.0__

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | 98.8 | 12.2 | 12.2 | 106.6 | 14.4 | 22.5 | | 67.5 | 93.3 | 119.0 |
| MEDIAN | 75.3 | 8.1 | 8.1 | 88.1 | 10.2 | 15.0 | | 64.1 | 83.3 | 102.5 |
| AVERAGE | 82.2 | 8.0 | 8.0 | 90.2 | 9.8 | 16.4 | | 62.5 | 82.0 | 101.5 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 69.0 | 3.9 | 3.9 | 74.9 | 5.1 | 11.0 | | 56.9 | 70.2 | 83.5 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 5 | 5 | 5 | 5 | 5 | 5 | 4 | 5 | 5 | 5 |

\*   No Data Reported

Responsible for administering all HR programs, including employment (screening, interviewing, and placement), training, safety, and grievance procedures for a plant.

A. More than 1,000 employees

II - 39

WMS & Company, Inc.

PITMAN00429

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **26B**   SURVEY TITLE: **Plant HR Head (<1000 ee's)**

Number of Organizations Reporting: **8**          Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **60**            Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **98.3**   Percentage of Organizations Reporting Job As Bonus Eligible: **112.5**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | | BASE SALARY POLICY | |
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | 86.3 | 7.7 | 7.7 | 92.9 | 10.0 | 22.5 | 38.0 | 71.4 | 96.8 | 118.0 |
| MEDIAN | 81.0 | 4.9 | 4.9 | 85.1 | 7.0 | 15.0 | 27.5 | 65.1 | 85.7 | 105.3 |
| AVERAGE | 79.7 | 5.7 | 5.7 | 85.4 | 7.2 | 15.9 | 28.5 | 64.2 | 82.0 | 100.1 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 68.4 | 3.7 | 3.7 | 74.8 | 5.0 | 10.0 | 18.6 | 54.5 | 66.9 | 79.2 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 8 | 8 | 8 | 8 | 8 | 9 | 8 | 8 | 8 | 8 |

\*   No Data Reported

Responsible for administering all HR programs, including employment (screening, interviewing, and placement), training, safety, and grievance procedures for a plant.

B. Fewer than 1000 employees

II -   40

WMS & Company, Inc.

PITMAN00430

**2019 POULTRY INDUSTRY COMPENSATION SURVEY**

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: __27__   SURVEY TITLE: __Plant Process Engineer (1 level)__

Number of Organizations Reporting: __9__   Percentage of Organizations Reporting Job Match Larger Than Survey Job: __11.1__

Number of Incumbents Reported: __45__   Percentage of Organizations Reporting Job Match Smaller Than Survey Job: __0.0__

Percentage of Incumbents Receiving Bonus Pay: __88.9__   Percentage of Organizations Reporting Job As Bonus Eligible: __88.9__

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | 132.1 | 42.0 | 43.3 | 167.2 | 32.6 | 29.0 | 37.5 | 93.3 | 116.6 | 140.8 |
| MEDIAN | 120.3 | 11.9 | 13.6 | 136.0 | 10.0 | 19.2 | 30.0 | 80.3 | 108.6 | 137.0 |
| AVERAGE | 116.8 | 20.2 | 22.8 | 137.1 | 16.9 | 19.8 | 33.5 | 85.0 | 108.2 | 132.6 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 109.6 | 7.4 | 8.5 | 118.4 | 8.1 | 11.5 | 30.0 | 75.8 | 96.0 | 120.4 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 9 | 9 | 8 | 9 | 9 | 8 | 7 | 8 | 8 | 8 |

\*   No Data Reported

Responsible for the installation of new equipment, processes, and facility construction or renovation. Engineering degree required. May develop systems to increase energy and environmental conservation. Performs most efficient system. Develops equipment utilization programs. Formulates costs, bids, and directs special projects such as new equipment, processes, facilities, and work standards. Typically has a 4 year degree.

(Only one level)

II -   41

WMS & Company, Inc.

PITMAN00431

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: 28   SURVEY TITLE: Manager/Director of Veterinary Services (1 level)

Number of Organizations Reporting: 10   Percentage of Organizations Reporting Job Match Larger Than Survey Job: 0.0

Number of Incumbents Reported: 16   Percentage of Organizations Reporting Job Match Smaller Than Survey Job: 0.0

Percentage of Incumbents Receiving Bonus Pay: 87.5   Percentage of Organizations Reporting Job As Bonus Eligible: 90.0

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 208.0 | 105.9 | | 293.6 | 57.7 | | | 132.3 | 167.2 | 206.0 |
| Q3 | 186.8 | 52.2 | 53.4 | 233.8 | 28.1 | 36.3 | 61.3 | 118.5 | 150.8 | 184.5 |
| MEDIAN | 152.6 | 26.5 | 33.5 | 190.5 | 16.6 | 26.3 | 50.0 | 117.6 | 149.0 | 181.3 |
| AVERAGE | 149.6 | 35.4 | 39.4 | 185.0 | 20.9 | 29.3 | 52.3 | | | |
| WGT. AVG. | 148.6 | 31.6 | 33.7 | 180.2 | 19.5 | | | | | |
| Q1 | 127.2 | 15.7 | 18.2 | 136.1 | 11.0 | 25.0 | 41.0 | 106.5 | 136.2 | 157.4 |
| 10th | 55.7 | 0.7 | | 57.5 | 0.5 | | | | | |
| # of Cos. Rptg: | 10 | 10 | 9 | 10 | 10 | 9 | 9 | 8 | 8 | 8 |

* Veterinary Manager

| | 49.0 | 0.0 | 0.0 | 49.0 | 0.0 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

(Only one level)

Responsible for the direction and management of animal health, environment, and medical treatment programs. Oversees the development, coordination, and implementation of animal health programs. May direct and oversee other veterinarians, interact with federal and state officials, work with external customers, train production personnel and producers, and ensure compliance with federal and state regulations.

WMS & Company, Inc.

PITMAN00432

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: 29    SURVEY TITLE: **Sales Director (1level)**

| | |
|---|---|
| Number of Organizations Reporting: **10** | Percentage of Organizations Reporting Job Match Larger Than Survey Job : **10.0** |
| Number of Incumbents Reported: **45** | Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0** |
| Percentage of Incumbents Receiving Bonus Pay : **100.0** | Percentage of Organizations Reporting Job As Bonus Eligible: **100.0** |

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| **90th** | 229.2 | 125.0 | 125.0 | 316.3 | 67.6 | 50.0 | 75.0 | 159.2 | 193.2 | 237.6 |
| **Q3** | 219.7 | 61.3 | 61.3 | 270.5 | 34.4 | 48.6 | 60.0 | 133.5 | 164.5 | 207.5 |
| **MEDIAN** | 191.4 | 41.2 | 41.2 | 233.4 | 25.0 | 30.0 | 60.0 | 131.5 | 167.4 | 206.3 |
| **AVERAGE** | 185.6 | 50.8 | 50.8 | 236.4 | 28.5 | 34.4 | 58.8 | | | |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 156.4 | 37.7 | 37.7 | 204.2 | 19.2 | 25.0 | 50.0 | 104.6 | 140.2 | 173.8 |
| **10th** | 130.3 | 13.8 | 13.8 | 172.3 | 6.4 | 25.0 | | | | |
| **# of Cos. Rptg:** | 10 | 10 | 10 | 10 | 10 | 10 | 9 | 9 | 9 | 8 |

\*   **No Data Reported**

Manage all aspects of the Sales and Merchandising activities in a specified account base. Includes people management, goal setting, and establishing measurement. This position is the "top to top" contact and communicator between the company and accounts. This job will typically report to the top sales position for the company.

(Only 1 level)

WMS & Company, Inc.

PITMAN00433

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE:  **30**   SURVEY TITLE:  **Regional/National Account (Sales) Mgr (1 level)**

Number of Organizations Reporting: **11**   Percentage of Organizations Reporting Job Match Larger Than Survey Job : **9.1**

Number of Incumbents Reported: **113**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **97.3**   Percentage of Organizations Reporting Job As Bonus Eligible: **90.9**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| **90th** | 183.2 | 65.9 | 67.6 | 229.3 | 50.2 | 39.0 | | | | |
| **Q3** | 171.9 | 30.9 | 37.2 | 193.8 | 22.3 | 30.0 | 56.3 | 123.6 | 149.2 | 169.6 |
| **MEDIAN** | 124.7 | 18.4 | 20.8 | 150.0 | 15.9 | 25.0 | 50.0 | 109.0 | 136.2 | 156.6 |
| **AVERAGE** | 136.6 | 24.0 | 26.4 | 160.5 | 17.7 | 25.2 | 45.3 | 103.7 | 130.4 | 154.1 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 113.5 | 8.9 | 8.9 | 133.2 | 7.1 | 23.4 | 32.0 | 82.3 | 112.6 | 141.4 |
| **10th** | 93.2 | 1.8 | 8.8 | 104.7 | 1.0 | 10.7 | | | | |
| **# of Cos. Rptg:** | 11 | 11 | 10 | 11 | 11 | 10 | 9 | 9 | 9 | 8 |
| | | | | | | | | | | |
| **\*   Sales Manager** | | | | | | | | | | |
| | 150.0 | 0.0 | | 150.0 | 0.0 | | | | | |

Manage all aspects of the Sales and Merchandising activities in a specified account base. Includes people management, goal setting, and establishing measurement. This position is the mid-level contact and communicator between the company and accounts/region. Will typically manage Sales Reps and require a Bachelor's degree, or equivalent, with more than 5 years related experience.

On the Salary Data Sheet, all bonus/incentive questions refer to the applicable sales or related incentive program

WMS & Company, Inc.

PITMAN00434

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: __31__    SURVEY TITLE: __Account (Sales) Representative (1 level)__

Number of Organizations Reporting: __10__    Percentage of Organizations Reporting Job Match Larger Than Survey Job : __10.0__

Number of Incumbents Reported: __78__    Percentage of Organizations Reporting Job Match Smaller Than Survey Job : __0.0__

Percentage of Incumbents Receiving Bonus Pay : __88.5__    Percentage of Organizations Reporting Job As Bonus Eligible: __90.0__

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| **90th** | 127.4 | 22.2 | | 146.6 | 31.6 | | | | | |
| **Q3** | 84.2 | 12.6 | 15.0 | 91.2 | 15.1 | 25.0 | 59.6 | 67.5 | 82.5 | 97.6 |
| **MEDIAN** | 74.8 | 7.1 | 8.0 | 84.9 | 9.2 | 15.0 | 25.0 | 58.3 | 72.9 | 87.5 |
| **AVERAGE** | 76.4 | 8.5 | 9.4 | 84.9 | 10.8 | 17.6 | 34.4 | 54.9 | 69.0 | 83.0 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 58.3 | 3.8 | 4.4 | 63.3 | 4.4 | 8.8 | 20.0 | 41.0 | 51.3 | 63.5 |
| **10th** | 49.4 | 0.1 | | 50.9 | 0.3 | | | | | |
| **# of Cos. Rptg:** | 10 | 10 | 9 | 10 | 10 | 9 | 8 | 9 | 9 | 9 |

*   No Data Reported

Responsible for implementing all aspects of the Sales and Merchandising activities for specified accounts as established by the Regional Director. This is an individual contributor position. Do not include internal sales support.

On the Salary Data Sheet, all bonus/incentive questions refer to the applicable sales or related incentive program.

II - 45

WMS & Company, Inc.

PITMAN00435

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **32A**   SURVEY TITLE: **Plant Safety Manager (1 level)**

Number of Organizations Reporting: **8**   Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **61**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **91.8**   Percentage of Organizations Reporting Job As Bonus Eligible: **75.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | 78.7 | 7.5 | 7.9 | 79.7 | 11.6 | 22.5 | | 73.9 | 92.4 | 110.9 |
| MEDIAN | 64.7 | 4.6 | 6.3 | 72.4 | 6.2 | 12.0 | | 51.0 | 64.0 | 78.8 |
| AVERAGE | 70.3 | 4.3 | 5.7 | 74.5 | 6.2 | 14.4 | | 59.7 | 75.0 | 90.1 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 60.4 | 0.4 | 3.4 | 60.8 | 0.6 | 7.5 | | 49.3 | 61.9 | 72.8 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 8 | 8 | 6 | 8 | 8 | 5 | 4 | 7 | 7 | 7 |
| * EHS Manager | | | | | | | | | | |
| | 60.0 | 0.0 | | 60.0 | 0.0 | | | | | |

Responsible for all safety related tasks and functions for a plant . Includes inspections, training and all OSHA issues. Individual may possess bachelor's degree or equivalent.

(Only one level)

II - 46

WMS & Company, Inc.

PITMAN00436

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: __32B__   SURVEY TITLE: __Complex Safety Manager (1 level)__

Number of Organizations Reporting: __10__   Percentage of Organizations Reporting Job Match Larger Than Survey Job : __0.0__

Number of Incumbents Reported: __87__   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : __0.0__

Percentage of Incumbents Receiving Bonus Pay : __86.2__   Percentage of Organizations Reporting Job As Bonus Eligible: __80.0__

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| **90th** | 102.7 | 19.4 | | 120.3 | 19.7 | | | | | |
| **Q3** | 96.8 | 9.1 | 9.2 | 102.2 | 12.2 | 15.0 | 30.0 | 81.9 | 104.9 | 124.4 |
| **MEDIAN** | 87.6 | 7.0 | 8.2 | 93.9 | 7.8 | 12.5 | 20.0 | 62.7 | 82.6 | 107.4 |
| **AVERAGE** | 85.5 | 7.0 | 8.8 | 92.5 | 8.0 | 13.1 | 23.1 | 69.2 | 87.4 | 105.5 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 74.2 | 2.3 | 5.9 | 76.0 | 3.3 | 10.0 | 15.0 | 59.3 | 72.6 | 84.6 |
| **10th** | 67.9 | 0.0 | | 74.2 | 0.0 | | | | | |
| **# of Cos. Rptg:** | 10 | 10 | 8 | 10 | 10 | 8 | 7 | 9 | 9 | 9 |

* No Data Reported

Responsible for all safety related tasks and functions for a complex . Includes inspections, training and all OSHA issues. Individual may possess bachelor's degree or equivalent.

(Only one level)

II - 47

WMS & Company, Inc.

PITMAN00437

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **33A**   SURVEY TITLE: **Top QC Position (Executive (VP) level)**

Number of Organizations Reporting: **7**

Number of Incumbents Reported: **7**

Percentage of Incumbents Receiving Bonus Pay : **100.0**

Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Organizations Reporting Job As Bonus Eligible: **100.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| 90th | | | | | | | | | | |
| Q3 | 315.0 | 355.0 | 355.0 | 648.0 | 121.2 | 60.0 | 120.0 | 398.4 | | 692.9 |
| MEDIAN | 293.0 | 147.7 | 147.7 | 420.5 | 55.5 | 50.0 | 72.0 | 222.6 | | 280.6 |
| AVERAGE | 269.2 | 180.6 | 180.6 | 449.8 | 63.2 | 47.1 | 86.7 | 284.8 | | 426.1 |
| WGT. AVG. | 269.2 | 180.6 | 180.6 | 449.8 | 63.2 | | | | | |
| Q1 | 182.1 | 91.5 | 91.5 | 291.4 | 31.2 | 35.0 | 60.0 | 202.4 | | 232.0 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 4 | 5 | 5 |

* No Data Reported

Top quality control position. Responsible for all quality control functions, including devising or approving quality specifications to ensure manufacture and legal compliance, plus analytical testing of raw materials, intermediates, and finished products. Also responsible for chemical, biological, and inspection control.

(Must be responsible for all locations in the company, otherwise do not report.)

II - 48

WMS & Company, Inc.

PITMAN00438

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE: __33B__   SURVEY TITLE: __Top QC Position (Director level)__

Number of Organizations Reporting: __6__   Percentage of Organizations Reporting Job Match Larger Than Survey Job : __0.0__

Number of Incumbents Reported: __11__   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : __0.0__

Percentage of Incumbents Receiving Bonus Pay : __90.9__   Percentage of Organizations Reporting Job As Bonus Eligible: __83.3__

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| 90th | | | | | | | | | | |
| Q3 | 180.4 | 49.2 | 59.4 | 223.7 | 31.2 | 27.5 | 50.0 | 143.2 | 164.2 | 188.1 |
| MEDIAN | 129.3 | 19.3 | 25.3 | 152.8 | 12.5 | 25.0 | 45.0 | 119.0 | 148.1 | 170.3 |
| AVERAGE | 140.9 | 27.1 | 32.5 | 168.0 | 16.8 | 26.0 | 42.0 | 115.1 | 136.3 | 157.9 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 115.4 | 4.2 | 9.3 | 116.5 | 4.0 | 25.0 | 32.5 | 85.0 | 102.5 | 121.6 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 6 | 6 | 5 | 6 | 6 | 5 | 5 | 5 | 5 | 5 |

\* No Data Reported

Top quality control position. Responsible for all quality control functions, including devising or approving quality specifications to ensure manufacture and legal compliance, plus analytical testing of raw materials, intermediates, and finished products. Also responsible for chemical, biological, and inspection control.

(Must be responsible for all locations in the company, otherwise do not report.)

II -  49

WMS & Company, Inc.

PITMAN00439

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE:   **34**   SURVEY TITLE:   **Food/Ingredient Buyer (1 level)**

Number of Organizations Reporting:   **8**   Percentage of Organizations Reporting Job Match Larger Than Survey Job :   **0.0**

Number of Incumbents Reported:   **15**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job :   **0.0**

Percentage of Incumbents Receiving Bonus Pay :   **86.7**   Percentage of Organizations Reporting Job As Bonus Eligible:   **87.5**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | 177.2 | 57.3 | 60.0 | 216.5 | 38.6 | 25.0 | 53.8 | 121.7 | 151.8 | 182.6 |
| MEDIAN | 137.3 | 22.7 | 23.2 | 171.2 | 17.4 | 25.0 | 45.0 | 94.9 | 115.9 | 139.9 |
| AVERAGE | 145.3 | 34.9 | 39.9 | 180.2 | 22.5 | 26.4 | 45.0 | 99.9 | 127.2 | 152.5 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 123.0 | 10.5 | 13.7 | 129.8 | 7.4 | 20.0 | 36.0 | 80.4 | 111.0 | 134.6 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg | 8 | 8 | 7 | 8 | 8 | 7 | 6 | 8 | 8 | 7 |

\*   No Data Reported

Responsible for the purchase of raw commodities, ingredients and grower's crop in accordance with approved buying programs using established procurement policy.  Secures desired quantities and varieties at lowest feasible costs that meet quality specifications and plant production requirements.  Negotiates or coordinates with transportation department for raw production transportation rates.  Typically reports to a senior executive level position. (Do not include Sourcing/Purchasing positions.)

II -   50

WMS & Company, Inc.

PITMAN00440

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE: **35**   SURVEY TITLE: **HR Shift Supervisor (1 level)**

Number of Organizations Reporting: **9**   Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **148**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **89.2**   Percentage of Organizations Reporting Job As Bonus Eligible: **66.7**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | 59.7 | 2.8 | 3.0 | 60.0 | 4.9 | 9.3 | 15.5 | 51.3 | 63.3 | 75.3 |
| MEDIAN | 52.9 | 1.6 | 2.1 | 54.5 | 3.0 | 6.8 | 10.0 | 43.3 | 55.0 | 66.5 |
| AVERAGE | 54.0 | 1.5 | 2.3 | 55.5 | 2.7 | 7.1 | 11.2 | 44.9 | 56.9 | 68.6 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 49.4 | 0.0 | 1.6 | 51.5 | 0.0 | 5.0 | 7.5 | 37.3 | 48.5 | 59.7 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 9 | 9 | 6 | 9 | 9 | 6 | 5 | 7 | 7 | 7 |
| * Human Relations Manager | | | | | | | | | | |
| | 57.7 | 0.0 | | 57.7 | 0.0 | | | | | |

Supervise HR activities on a shift. Activities include employment; records maintenance/compliance; policy administration; supervising HR clerical employees; other duties as required.

(Only one level)

II - 51

WMS & Company, Inc.

PITMAN00441

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE: **36**   SURVEY TITLE: **QA Supervisor (1 level)**

Number of Organizations Reporting: **12**   Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **290**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **81.4**   Percentage of Organizations Reporting Job As Bonus Eligible: **75.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| **90th** | 58.6 | 4.7 | | 60.9 | 9.5 | | | 56.5 | 67.4 | 85.9 |
| **Q3** | 56.4 | 2.5 | 3.6 | 59.8 | 4.8 | 10.0 | 20.0 | 47.5 | 61.7 | 74.1 |
| **MEDIAN** | 49.8 | 1.5 | 2.0 | 51.6 | 3.0 | 8.3 | 11.0 | 44.0 | 52.0 | 61.8 |
| **AVERAGE** | 51.4 | 1.7 | 2.2 | 53.1 | 3.3 | 9.1 | 13.0 | 43.8 | 54.8 | 66.0 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 47.3 | 0.1 | 1.0 | 49.3 | 0.1 | 5.3 | 9.0 | 38.9 | 48.4 | 57.0 |
| **10th** | 43.5 | 0.0 | | 44.4 | 0.0 | | | 33.1 | 44.3 | 52.9 |
| **# of Cos. Rptg:** | 12 | 12 | 9 | 12 | 12 | 8 | 7 | 11 | 11 | 11 |

\*   No Data Reported

Hire, train, monitor and administer job duties for hourly QA personnel.

(Only one level- report exempt level positions only.)

II -   52

WMS & Company, Inc.

PITMAN00442

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **37**   SURVEY TITLE: **Production Superintendent (1 level)**

Number of Organizations Reporting: **10**

Number of Incumbents Reported: **627**

Percentage of Incumbents Receiving Bonus Pay: **92.8**

Percentage of Organizations Reporting Job Match Larger Than Survey Job: **0.0**

Percentage of Organizations Reporting Job Match Smaller Than Survey Job: **0.0**

Percentage of Organizations Reporting Job As Bonus Eligible: **90.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| **90th** | 88.7 | 10.8 | | 93.3 | 17.3 | | | | | |
| **Q3** | 81.2 | 7.1 | 7.2 | 85.0 | 10.6 | 20.0 | 30.0 | 65.6 | 82.5 | 97.6 |
| **MEDIAN** | 68.4 | 4.1 | 4.2 | 74.1 | 4.9 | 11.3 | 13.5 | 57.4 | 67.6 | 81.1 |
| **AVERAGE** | 70.8 | 4.7 | 5.3 | 75.5 | 6.9 | 13.6 | 21.1 | 57.6 | 71.1 | 84.9 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 62.3 | 3.0 | 3.4 | 69.1 | 4.5 | 7.3 | 11.0 | 49.2 | 60.9 | 70.5 |
| **10th** | 53.5 | 0.2 | | 56.0 | 0.4 | | | 9 | 9 | 9 |
| **# of Cos. Rptg:** | 10 | 10 | 9 | 10 | 10 | 9 | 8 | 9 | 9 | 9 |

\* No Data Reported

Responsible for directing a group of first line supervisors and production operations for a department. Reports to Processing Shift/Unit Manager.

(Only one level)

WMS & Company, Inc.

PITMAN00443

**2019 POULTRY INDUSTRY COMPENSATION SURVEY**

COMPENSATION RANGES BY SURVEY JOB TITLE

## Pitman Farms

JOB CODE: **38**   SURVEY TITLE: **Cost/Plant Accountant (1 level)**

Number of Organizations Reporting: **10**   Percentage of Organizations Reporting Job Match Larger Than Survey Job : **0.0**

Number of Incumbents Reported: **121**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **90.9**   Percentage of Organizations Reporting Job As Bonus Eligible: **70.0**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| **90th** | 73.4 | 5.7 | | 73.7 | 11.5 | | | | | |
| **Q3** | 63.3 | 3.1 | 4.4 | 64.5 | 6.1 | 13.0 | 21.3 | 52.5 | 65.5 | 79.8 |
| **MEDIAN** | 53.5 | 2.0 | 2.4 | 55.5 | 3.4 | 9.5 | 20.0 | 47.0 | 62.0 | 70.9 |
| **AVERAGE** | 56.5 | 2.0 | 2.9 | 58.5 | 3.9 | 9.8 | 16.3 | 47.1 | 58.8 | 69.4 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 50.3 | 0.0 | 1.7 | 52.6 | 0.0 | 5.0 | 9.5 | 41.2 | 49.8 | 57.4 |
| **10th** | 44.6 | 0.0 | | 48.8 | 0.0 | | | | | |
| **# of Cos. Rptg:** | 10 | 10 | 7 | 10 | 10 | 6 | 5 | 9 | 9 | 9 |

\*   **No Data Reported**

Responsible for basic unit accounting functions at the plant/complex level. Duties include preparation of weekly and monthly reports, inventory control, assisting controller with forecasting, maintaining product costs, month end close and annual budget development, processing payables, monitoring capital expenditures and account reconciliation.

(Only one level - report individual contributors, not managers.)

II -   54

WMS & Company, Inc.

PITMAN00444

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE: **39**    SURVEY TITLE: **Logistics Coordinator (1 level)**

Number of Organizations Reporting: **9**    Percentage of Organizations Reporting Job Match Larger Than Survey Job: **0.0**

Number of Incumbents Reported: **62**    Percentage of Organizations Reporting Job Match Smaller Than Survey Job: **0.0**

Percentage of Incumbents Receiving Bonus Pay: **82.3**    Percentage of Organizations Reporting Job As Bonus Eligible: **55.6**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP% | BASE SALARY POLICY | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | MINIMUM | MIDPOINT | MAXIMUM |
| **90th** | | | | | | | | | | |
| **Q3** | 55.7 | 5.0 | 6.6 | 58.4 | 9.6 | 27.5 | 40.0 | 51.3 | 63.3 | 75.3 |
| **MEDIAN** | 52.0 | 2.1 | 3.7 | 56.6 | 3.9 | 10.0 | 20.0 | 37.5 | 51.1 | 65.0 |
| **AVERAGE** | 50.3 | 2.5 | 4.5 | 52.8 | 4.6 | 16.8 | 25.8 | 43.3 | 54.1 | 64.9 |
| **WGT. AVG.** | | | | | | | | | | |
| **Q1** | 41.1 | 0.0 | 2.7 | 41.1 | 0.0 | 9.5 | 14.5 | 35.8 | 44.0 | 54.0 |
| **10th** | | | | | | | | | | |
| **# of Cos. Rptg:** | 9 | 9 | 5 | 9 | 9 | 5 | 5 | 7 | 7 | 7 |

**\*   Live Production Logistics Coordinator**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% |
|---|---|---|---|---|---|
| | 43.3 | 0.0 | | 43.3 | 0.0 |

Coordinates deliveries from the plant to customers.  Operates and maintains an efficient inbound material pipeline that supports the plant production schedules to meet customer service objectives. Maintain inventories at optimal level that balances use of working capital against the risk of disruption to production.

(Only one level)

II -   55

WMS & Company, Inc.

PITMAN00445

## 2019 POULTRY INDUSTRY COMPENSATION SURVEY

COMPENSATION RANGES BY SURVEY JOB TITLE

### Pitman Farms

JOB CODE: **40**   SURVEY TITLE: **Human Resources Multi-Region/Multi-Complex**

Number of Organizations Reporting: **9**   Percentage of Organizations Reporting Job Match Larger Than Survey Job : **11.1**

Number of Incumbents Reported: **29**   Percentage of Organizations Reporting Job Match Smaller Than Survey Job : **0.0**

Percentage of Incumbents Receiving Bonus Pay : **96.6**   Percentage of Organizations Reporting Job As Bonus Eligible: **88.9**

| | BASE SALARY | ALL ORGS BONUS | BONUS PAID ONLY ORGS | TOTAL COMP. | ACTUAL INCT% | TARGET OPP% | MAX OPP % | BASE SALARY POLICY MINIMUM | MIDPOINT | MAXIMUM |
|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | |
| Q3 | 163.4 | 44.2 | 46.1 | 190.9 | 28.5 | 26.6 | 50.0 | 131.9 | 167.5 | 206.5 |
| MEDIAN | 135.0 | 29.4 | 29.6 | 165.5 | 18.4 | 25.0 | 37.5 | 111.5 | 145.7 | 178.3 |
| AVERAGE | 138.8 | 28.1 | 31.6 | 166.9 | 19.3 | 24.1 | 40.6 | 115.0 | 148.8 | 182.5 |
| WGT. AVG. | | | | | | | | | | |
| Q1 | 120.3 | 15.8 | 22.0 | 140.7 | 11.9 | 22.0 | 33.0 | 99.2 | 129.5 | 162.7 |
| 10th | | | | | | | | | | |
| # of Cos. Rptg: | 9 | 9 | 8 | 9 | 9 | 8 | 7 | 6 | 6 | 6 |
| * Human Resources Manager | | | | | | | | | | |
| | 80.0 | 0.0 | 0.0 | 80.0 | 0.0 | | | | | |

Responsible for all Human Resources activity for multiple complexes, multiple plants and/or multiple regions. Typically, an upper management, Director or lower VP level.

(Only one level)

II -  56

WMS & Company, Inc.

PITMAN00446

**2019 Poultry Industry Compensation and Benefits Survey**

# III. BENEFITS

All data is displayed in summary form and in the aggregate except where summary of data would be unduly difficult and not meaningful. In such instances, actual data is displayed but the company is not identified.



**Pitman Farms**

**Your Code is:  K**

WMS and Company, Inc.   PITMAN 00447