# PLAINTIFFS' EXHIBIT 4 (PX004)

# PART B

2019 Poultry Industry Compensation and Benefits Survey

## A.    Pension – Defined Benefit

|  | Salaried Personnel | Hourly Personnel |
|---|---|---|
| **Offered** | Provided by one (1) company (7.7%).  Plus, three plans are frozen/closed to new entrants. | Provided by one (1) company (7.7%).  Plus, two plans are frozen/closed to new entrants. |

## B.    Pension – Defined Contribution

|  | Salaried Personnel | Hourly Personnel |
|---|---|---|
| **Offered** | 401(K) provided by 100% of companies. | 401(K) provided by 100% companies. |
| **New Hire Enrollment** | Five (5) companies (38.5%) automatically enroll new hires. | Four (4) companies (30.8%) automatically enroll new hires. |
| **Vesting** | Ranges from immediate to 6 years. Median  = immediate Average = 1.8 years | Ranges from immediate to 6 years. Median  = immediate Average = 1.8 years |
| **Safe Harbor Matching Contributions** | Nine (9) companies (69.2%) have a Safe Harbor matching contribution. | Nine (9) companies (69.2%) have a Safe Harbor matching contribution. |
| **Contributions Matched** | Maximum employee contribution matched by employer ranges from 3% to 6%. Median = 5.0% Average = 4.8% | Maximum employee contribution matched by employer ranges from 3% to 6%. Median = 5.0% Average = 4.8% |
| **Effective Employer Matching Contribution** | Ranges from 25% to 100% as a percent of employee contribution. Median  = 75.0% Average  = 65.3% Most prevalent plan (5 companies) is an effective employer match of 4% of employee pay (i.e., 100% of first 3%; 50% of next 2%). Median = 4.0% Average =3.2% | Ranges from 25% to 100% as percent of employee contribution. Median   = 80.0% Average  = 67.7% Most prevalent plan (5 companies) are an effective employer match of 4% of employee pay (i.e., 100% of first 3%; 50% of next 2%). Median = 4.0% Average = 3.2% |
| **Profit Sharing 3 Year Average Contribution** | Reported by two (2) companies (15.4%): 2.0% and 4.0%. <br>• Profit Sharing:  1 company <br>• ESOP:  1 company <br>• Thrift Savings Plan:  1 company | Reported by one (1) company (7.7%): 2.0%. <br>• Thrift Savings Plan:  1 company |

2019 Poultry Industry Compensation and Benefits Survey

## C.   Flexible Benefits Plans

|  | **Salaried Personnel** | **Hourly Personnel** |
|---|---|---|
| **Policy** | Provided by nine (9) companies (69.2%). | Provided by eight (8) companies (61.5%). |
| **Available Options** | | |
| ▪ **Medical** | Provided by eight (8) companies (61.5%). | Provided by seven (7) companies (53.8%). |
| ▪ **Dental** | Provided by seven (7) companies (53.8%). | Provided by six (6) companies (46.2%). |
| ▪ **Paid Leave** | Provided by two (2) companies (15.4%). | Provided by two (2) companies (15.4%). |
| ▪ **Sick Leave/Salary Continuance** | Provided by two (2) companies (15.4%). | Provided by two (2) companies (15.4%). |
| ▪ **Basic Life** | Provided by four (4) companies (30.8%). | Provided by three (3) companies (23.1%). |
| ▪ **Supplemental Life** | Provided by eight (8) companies (61.5%). | Provided by six (6) companies (46.2%). |
| ▪ **AD & D** | Provided by six (6) companies (46.2%). | Provided by five (5) companies (38.5%). |
| ▪ **Long-term Disability** | Provided by six (6) companies (46.2%). | Provided by four (4) companies (30.8%). |
| ▪ **Short-term Disability** | Provided by five (5) companies (38.5%). | Provided by five (5) companies (38.5%). |
| ▪ **Supplemental Medical** | Provided by two (2) companies (15.4%). | Not provide by any company. |
| ▪ **Vision** | Provided by six (6) companies (46.2%). | Provided by six (6) companies (46.2%). |
| ▪ **EAP** | Provided by three (3) companies (23.1%). | Provided by three (3) companies (23.1%). |
| ▪ **Adoption Assistance** | Provided by two (2) companies (15.4%). | Provided by one (1) company (7.7%). |
| ▪ **Flexible Spending Account** | Provided by six (6) companies (46.2%). | Provided by four (4) companies (30.8%). |

PITMAN00449

2019 Poultry Industry Compensation and Benefits Survey

## C.    <u>Flexible Benefits Plans</u>  -  continued

| | Salaried Personnel | Hourly Personnel |
|---|---|---|
| ▪ **Healthcare Reimbursement** | Provided by one (1) company (7.7%). | Provided by one (1) company (7.7%). |
| ▪ **Dependent Care Reimbursement** | Provided by one (1) company (7.7%). | Provided by one (1) company (7.7%). |
| ▪ **Other:** Accident, Critical Care/Illness | Provided by (1) company (7.7%). | Provided by one (1) company (7.7%). |

WMS and Company, Inc.

PITMAN00450

2019 Poultry Industry Compensation and Benefits Survey

## D.    Life Insurance

|  | Salaried Personnel | Hourly Personnel |
|---|---|---|
| **Basic Life**<br><br>- Offered | Provided by all companies.<br><br>Entirely company paid by 12 companies (92.3%).  Partially paid by one (1) company (7.7%). | Provided by all companies.<br><br>Entirely company paid by 12 companies (92.3%).  Partially paid by one (1) company (7.7%). |
| **Basic Life**<br><br>- Coverage | 1 company:    1-5x salary<br>                     ($800,000 max)<br><br>1 company:    3x salary<br>                     ($1,000,000 max)<br><br>2 companies:  2x salary<br>                     (maximums:<br>                     1 at $2,500,000;<br>                     1 at $600,000)<br><br>1 company     1.5x salary<br>                     ($350,000 max)<br><br>3 companies:  1x salary<br>                     (maximums:<br>                     2 at $1,000,000;<br>                     1 at $500,000)<br><br>1 company:    $40,000<br><br>2 companies:  $25,000<br><br>1 company:    $20,000<br><br>1 company:    $10,000 | 1 company:    3x pay<br>                     ($1,000,000 max)<br><br>4 companies:  1x salary<br>                     (maximums:<br>                     1 at $2,500,000;<br>                     1 at $1,000,000;<br>                     1 at $100,000;<br>                     1 at $50,000)<br><br>2 companies:  $25,000<br><br>2 companies:  $20,000<br><br>1 company:    $15,000<br><br>3 companies:  $10,000 |

PITMAN00451

2019 Poultry Industry Compensation and Benefits Survey

## D.   Life Insurance - continued

|  | Salaried Personnel | Hourly Personnel |
|---|---|---|
| **Optional Life**<br><br>**- Offered** | Provided by all companies.<br><br>Entirely employee paid by twelve (12) companies (92.3%).<br><br>Partially paid by one (1) company (7.7%). | Provided by twelve (12) companies (92.3%).<br><br>Entirely employee paid by eleven (11) companies (84.6%).<br><br>One (1) company pays 50% of premium (7.7%). |
| **Optional Life**<br><br>**- Coverage** | 4 companies:  up to 5x salary<br>(maximums:<br>1 at $2,500,000;<br>1 at $1,500,000;<br>1 at $800,000;<br>1 at $500,000)<br><br>1 company:  up to 4x salary<br>($1,000,000 max)<br><br>2 companies:  up to 2x salary<br>($600,000 max)<br><br>2 companies:  $500,000<br><br>1 company:  $10,000 increments<br>up to $500,000<br><br>1 company:  $10,000 increments up to<br>$150,000<br><br>1 company:  $10,000 minimum<br>($100,000 max)<br><br>1 company:  $25,000 to $200,000 | 3 companies:  up to 5x salary<br>(maximums:<br>1 at $2,500,000;<br>1 at $1,500,000;<br>1 at $500,000)<br><br>2 companies:  $500,000<br><br>1 company:  $10,000 increments to<br>$500,000 max<br><br>1 company:  $25,000 to $200,000<br><br>1 company:  $10,000 to $150,000<br><br>2 companies:  $10,000 to $100,000<br><br>1 company:  $10,000/$25,000/$50,000<br><br>1 company:  $10,000 |

FIRMANU0452

2019 Poultry Industry Compensation and Benefits Survey

## E.   <u>Accidental Death and Dismemberment</u>

|  | Salaried Personnel | Hourly Personnel |
|---|---|---|
| **Offered** | Provided by eleven (11) companies (84.6%).<br><br>Entirely employer paid by nine (9) companies.<br><br>Partially employer paid by one (1) company.<br><br>Entirely employee paid by one (1) company. | Provided by eleven (11) companies (84.6%).<br><br>Entirely employer paid by eight (8) companies.<br><br>Partially employer paid by one (1) company.<br><br>Entirely employee paid by two (2) companies. |
| **Coverage** | In ten (10) companies Basic ADD equals Basic Life coverage.<br><br>For the one (1) company where the coverage is different:<br><br>One (1) of the companies has a maximum of $250,000 (instead of $10,000). | In eleven (11) companies Basic ADD equals Basic Life coverage. |

WMS and Company, Inc.

PILPMAN00453

## F.   Long-Term Disability

| | Salaried Personnel | | | Hourly Personnel | | |
|---|---|---|---|---|---|---|
| **Offered** | Provided by eleven (11) companies (84.6%). Entirely employer paid by four (4) companies. Entirely employee paid at five (5) companies. Partially employee paid at one (1) company. | | | Provided by eight (8) companies (61.5%). Entirely employer paid at one (1) company. Entirely employee paid at seven (7) companies. | | |
| **Coverage** | **# Co's** | **Waiting Period** | **Benefits as a % of Salary** | **# Co's** | **Waiting Period** | **Benefits as a % of Salary** |
| | 1 | 6 months | 60%-70% ($10,000 max) | 1 | 3 months | $66^{2/3}$% ($900 max) |
| | 2 | 3 months | 60% (maximums: 1 at $15,000; 1 at $10,000) | 2 | 3 months | 60% (maximums: 1 at $10,000 1 at $2,500) |
| | 1 | 3 months | 50% ($5,000 max) | 1 | 3 months | 50% ($5,000 max) |
| | 6 | 6 months | 60% (maximums: 1 at $12,500; 1 at $10,000; 1 at $7,500; 1 at $6,000; 2 at $5,000) | 3 | 6 months | 60% (maximums: 1 at $7,500; 1 at $6,000; 1 at $4,000) |
| | | | | 1 | 6 months | 50% ($6,000 max) |
| | 1 | 6 months | 50% ($10,000 max) | | | |
| **Supplemental Coverage** | Offered by four (4) companies (30.8%). | | | Offered by two (2) companies (15.4%). | | |

PITMAN00454

2019 Poultry Industry Compensation and Benefits Survey

## G.  Short-Term Disability

| | Salaried Personnel | Hourly Personnel |
|---|---|---|
| Policy | Provided by eleven (11) companies (84.6%).<br><br>    Entirely company paid by eight (8) companies.<br><br>    Partially paid by one (1) company.<br><br>    Employee paid by two (2) companies. | Provided by twelve (12) companies (92.3%).<br><br>    Entirely company paid by six (6) companies.<br><br>    Partially employee paid at two (2) companies.<br><br>    Entirely employee paid at four (4) companies. |
| Salary (Pay) Continuation | Present at eleven (11) companies (84.6%). | Present at six (6) companies (46.2%). |
| Insured Product | Product is insured by three (3) companies (23.1%) with one (1) company paying 100%, one (1) company at 0%, and one (1) company at partial. | Product is insured by six (6) companies (46.2%).<br><br>2 companies:  100% paid<br><br>2 companies:  partially paid<br><br>2 companies:  0% paid |

| Policy | Code | | |
|---|---|---|---|
| | A | Covered up to 13 weeks at 60% of salary.  Seven (7) day wait period. | Covered up to 13 weeks at 60% of salary.  Seven (7) day wait period. |
| | B | Covered up to 26 weeks at 100% of salary with 5 years of seniority. No wait period. | Covered up to 26 weeks at 50% of salary.  Seven (7) day wait period. |
| | C | Full salary for certain number of weeks based on years of service and then covered up to 26 weeks at 67% of salary. No wait period. | Covered up to 26 weeks at 50%-60% of salary.  Five (5) days wait period. |
| | D | First 90 days no benefit; 90 days to 1 year up to 7 weeks 100% of pay; 1 year to 3 years up to 12 weeks 100% of pay, plus up to 14 weeks at 50% of pay; 3 years or more 26 weeks at 100% of pay.  No wait period. | Covered up to 13 weeks at $175 per week.  Seven (7) day wait period for an illness, if an accident no wait. |
| | E | Covers 6 weeks at 100% of salary and next 20 weeks at 60% of salary. Maximum is 26 weeks.  Seven (7) day wait period for illness; no wait for accident. | Covered up to 26 weeks at 60% of salary.  Seven (7) day wait period for illness; no wait for accident. |
| | F | Covered up to 26 weeks at 50% of salary.  Five (5) day wait period. | Cover up to 26 weeks at $225 per week.  Seven (7) day wait period. |

PILMAN00455

**2019 Poultry Industry Compensation and Benefits Survey**

## G.   <u>Short-Term Disability</u> - continued

| | Code | Salaried Personnel | Hourly Personnel |
|---|---|---|---|
| **Policy** | G | No STD. Sick leave policy based on length of service and position. | Covered up to 3 months at 60% of pay. Waiting period is 1 to 8 days. |
| | H | Covered up to 26 weeks at 60-100% of salary. Wait period? | Cover up to 18 weeks at 50% of salary with a $325 weekly max. Twelve (12) month waiting period. |
| | I | Covered up to 26 weeks at 60%/100% of salary. No wait period. | Cover up to 12 weeks at 50%/60% of salary. First day of hospitalization or 7 days wait period. |
| | J | Covered up to 26 weeks at 60% of pay. Seven (7) day wait period. | Cover up to 26 weeks at 60% of pay. Seven (7) day wait period. |
| | K | -- | -- |
| | L | Covered up to 3 months (520 hours) at 100% of pay. Five (5) day wait period. | Covered up to 3 months (520 hours) at 60% of salary. Five (5) day wait period. |
| | M | Covered up to 25 weeks at 60% of pay. Seven (7) day wait period. | Covered up to 25 weeks at 60% of pay. Seven (7) day wait period. |

WMS and Company, Inc.

PITMAN00456

2019 Poultry Industry Compensation and Benefits Survey

## G.   Short-Term Disability - continued

| Schedule Benefit Based on Service | Code | Salaried Personnel | | | Hourly Personnel | | |
|---|---|---|---|---|---|---|---|
| | | Yrs Service | Weeks Full Salary | Weeks at Partial % of Salary | Yrs Service | Weeks at Full Salary | Weeks at Partial % of Salary |
| | C | >5 | 4 | 22 @ 67% | >5 | 0 | 4 @ 50% |
| | | 5-9 | 13 | 13 @ 67% | 5-9 | 0 | 13 @ 50% |
| | | 10+ | 26 | 26 @ 67% | 10+ | 0 | 26 @ 50% |
| | D | 90 days | 7 | | | | |
| | | 1-3 | 12 | 14 @ 50% | -- | -- | -- |
| | | 3+ | 26 | | | | |
| | F | <1 | 1 | 25 @ 66 2/3% | | | |
| | | 1-4 | 3 | 23 @ 66 2/3% | -- | -- | -- |
| | | 5-9 | 9 | 17 @ 66 2/3% | | | |
| | | 10-14 | 15 | 11 @ 66 2/3% | | | |
| | G | 3 mos | 4 | -- | | | |
| | | 3 | 6 | -- | -- | -- | -- |
| | | 5 | 8 | 4 @ 50% | | | |
| | | 10 | 12 | 8 @ 50% | | | |
| | H | <1 | 2 | 6 @ 60% | -- | -- | -- |
| | | 1+ | 13 | 13 @ 60% | | | |
| | I | 0-5 | 4 | 22 @ 60% | 1-3 | 0 | 12 @ 50% |
| | | 5-10 | 13 | 13 @ 60% | 3+ | 0 | 12 @ 60% |
| | | 10+ | 26 | | | | |

WMS and Company, Inc.

PITMAN00457

2019 Poultry Industry Compensation and Benefits Survey

## H.   Sick Leave

|  | Salaried Personnel | Hourly Personnel |
|---|---|---|
| Policy | Sick days are provided by seven (7) companies (53.8%). | Sick days are provided by five (5) companies (38.5%). |

## I.   Holidays (including personal days)

|  | Salaried Personnel | Hourly Personnel |
|---|---|---|
| Policy | Range:   6-12 days<br>Median:  8 days<br>Average: 8.2 days | Range:   6-11 days<br>Median:  8 days<br>Average: 7.9 days |

PILFMAN00458

**2019 Poultry Industry Compensation and Benefits Survey**

## J.   Vacation Policy

### Salaried Personnel

| Length of Service | \multicolumn{15}{c}{Number of Vacation Days} |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 0 | 5 | 10 | 12 | 13 | 14 | 15 | 17 | 18 | 20 | 22 | 25 | 27 | 29 | 30 |
| <1 year | 9 | 3 | 1 | | | | | | | | | | | | |
| 1 year | | 2 | 8 | 1 | | 1 | 1 | | | | | | | | |
| 2 years | | 2 | 7 | 2 | | 1 | 1 | | | | | | | | |
| 3 years | | | 9 | 2 | 1 | | 1 | | | | | | | | |
| 4 years | | | 8 | 1 | | | 1 | | | 1 | | | | | |
| 5 years | | | 4 | | | | 6 | 1 | | 2 | | | | | |
| 9 years | | | 4 | | | | 6 | 1 | | 2 | 1 | | | | |
| 10 years | | | 1 | | | | 8 | 1 | 1 | 1 | 1 | 1 | | | |
| 11 years | | | 1 | | | | 7 | 1 | 1 | 1 | 1 | 2 | | | |
| 12 years | | | | | | | 9 | 1 | 1 | | | 2 | | | |
| 14 years | | | | | | | 8 | 1 | 1 | 1 | | 2 | | | |
| 15 years | | | | | | | 5 | | | 5 | 1 | 2 | | | |
| 17 years | | | | | | | 4 | | | 6 | 1 | 2 | | | |
| 18 years | | | | | | | 4 | | | 6 | 1 | 1 | | 1 | |
| 20 years | | | | | | | 2 | | | 8 | 1 | | | 1 | 1 |
| 24 years | | | | | | | 1 | | | 8 | 1 | 1 | 1 | 1 | 1 |
| 25 years | | | | | | | 1 | | | 7 | | 2 | 1 | 1 | 1 |

WMS and Company, Inc.
PITMAN000459

**2019 Poultry Industry Compensation and Benefits Survey**

## J.    Vacation Policy - continued

| Length of Service | Hourly Personnel Number of Vacation Days | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **0** | **5** | **7** | **10** | **12** | **15** | **17** | **20** | **22** | **25** | **27** |
| <1 year | 12 | 1 | | | | | | | | | |
| 1 year | | 8 | 1 | 3 | 1 | | | | | | |
| 2 years | | 5 | 1 | 6 | 1 | | | | | | |
| 3 years | | | | 11 | 2 | | | | | | |
| 5 years | | | | 10 | 1 | 1 | 1 | | | | |
| 8 years | | | | 9 | | 2 | 2 | | | | |
| 10 years | | | | 1 | | 10 | 2 | | | | |
| 12 years | | | | | | 11 | 2 | | | | |
| 14 years | | | | | | 11 | 1 | | 1 | | |
| 15 years | | | | | | 10 | | 1 | | 2 | |
| 19 years | | | | | | 9 | | 2 | 2 | | |
| 20 years | | | | | | 2 | | 9 | 2 | | |
| 25 years | | | | | | 2 | | 9 | 1 | 1 | 1 |

| | **Salaried Personnel** | **Hourly Personnel** |
|---|---|---|
| **Vacation Forfeited if Not Used** | Yes:   6 companies (46.2%)<br>No:   7 companies (53.8%) | Yes:   8 companies (61.5%)<br>No:   5 companies (38.5%) |
| **Vacation Carryover** | Permitted by six (6) companies (46.2%).<br><br>Two (2) companies permit 5 days to be carried over.<br><br>One (1) company permits 10 days to be carried over.<br><br>One (1) company permits unlimited carryover.<br><br>Two (2) companies permit up to 2x annual accrual. | Permitted by three (3) companies (23.1%).<br><br>Two (2) companies permit 2x annual accrual.<br><br>One (1) company permits a carryover of what earned that year. |
| **Employees Compensated for Unused Vacation Time** | Yes: 5 companies (38.5%)<br>• All unused time: 4 companies<br>• Partial unused time: 1 company<br>No: 8 companies (61.5%) | Yes: 7 companies (53.8%)<br>• All unused time: 5 companies<br>• Percent of unused time: 1 company<br>No: 6 companies (46.2%) |

## K.    Vehicle Policy

| Policy | | Salaried Personnel | |
|---|---|---|---|
| | | Reported by nine (9) companies (69.2%). | |
| | Code | Eligible Position | Vehicle Type |
| | A | Service Reps, Feed Mill Manager, Live Haul Manager, Director of Live Operations and Hatchery Manager | Pickup Truck |
| | B | Farm Managers and Service Reps<br><br>Executive Staff and Sales Team | Pickup Truck<br><br>Cars / Vans |
| | C | Flock/Sr. Flock Advisors, Growout Manager, Field Vaccinators and Blood Testers (hourly)<br><br>(Flock/Sr. Flock Advisors and Growout Managers may use company vehicle for personal use also. | Truck or Car (perquisite/required) |
| | D | Live Operations, VP Operations, Live Operations Manager, and Veterinarian<br><br>Executives, VP's, Sales, and Safety & Technology | Vehicle provided<br><br>Allowance |
| | F | VP & above<br><br>Sales Managers<br><br>Breeder / Broiler Reps | Allowance provided<br><br>Chevy Impala<br><br>Vehicle provided |
| | G | Head of Live Areas, Feed Mills, Truck Shop Managers<br><br>Broiler Techs, Breeder Techs, Area Safety Coordinator, Environmental Manager, Process Improvement Manager, and Quality Manager<br><br>Corporate Recruiter, and Corporate Trainer | Pickup Truck / Ford Escape<br><br>Pickup Truck<br><br>Ford Escape |
| | I | All Service Techs and Housing Manager<br><br>General Manager, Director HR, Director Safety, Director QA, VP and CEO | Pickup Truck<br><br>Car |

WMS and Company, Inc.

PITMAN00461

**2019 Poultry Industry Compensation and Benefits Survey**

## K.   <u>Vehicle Policy</u> - continued

| Policy | | Salaried Personnel | |
|---|---|---|---|
| | | Reported by nine (9) companies (69.2%). | |
| | **Code** | **Eligible Position** | **Vehicle Type** |
| | J | Vice President | Vehicle provided |
| | | Complex Managers | Allowance provided |
| | K | Field Technician and Sales | Economy hybrid sedan |

PILMAN00462

2019 Poultry Industry Compensation and Benefits Survey

## L.   Health Plan Cost Sharing Strategies

### 1.   Company Plan to Cover Total Health Plan Costs

Not able to calculate by one (1) company.

|  | Expressed as a Percentage of Total Costs |
|---|---|
| Highest | 80.0% |
| 75th Percentile | 77.0% |
| Median | 75.0% |
| Average | 74.5% |
| 25th Percentile | 70.0% |
| Lowest | 70.0% |

### 2.   Employee Opt Out

All companies permit their salaried and hourly employees to opt out of the health insurance programs.  No one permits employees who decide to opt out of the program to receive compensation.

### 3.   Percentage of employees enrolled in health plans.

| Highest | 93.0% |
|---|---|
| 75th Percentile | 84.5% |
| Median | 78.0% |
| Average | 74.0% |
| 25th Percentile | 66.0% |
| Lowest | 40.0% |

WMS and Company, Inc.   PRIMIAN 00463

2019 Poultry Industry Compensation and Benefits Survey

## L.    Health Plan Cost Sharing Strategies - continued

### 4. Total Health Care Costs (per enrolled employee).

Not able to calculate by two (2) companies.

|  | All Enrolled Employees |
|---|---|
| 75th Percentile | $9,307 |
| Median | $7,976 |
| Average | $7,944 |
| 25th Percentile | $6,716 |

A 11.3% increase in median (10.3% increase in average) from prior year.

### 5. Spousal Carve Out / Surcharge

| | Salaried Personnel | Hourly Personnel |
|---|---|---|
| **Policy** | Provided by all companies. | Provided by all companies. |
| **Available coverage if spouse has coverage available from another employer** | Ineligible entirely under the plan: 2 companies<br><br>Eligible, but employee must pay additional cost to cover spouse:                    7 companies<br><br>Additional cost per month:<br>   75th:    $155.00<br>   Median: $115.00<br>   Average: $125.56<br>   25th:    $100.00<br><br>Eligible, but only if the spouse Is also enrolled in the plan available through their employer:  0 companies<br><br>Eligible, no conditions:          4 companies | Ineligible entirely under the plan: 2 companies<br><br>Eligible, but employee must pay additional cost to cover spouse:                    8 companies<br><br>Additional cost per month:<br>   75th:    $150.00<br>   Median: $100.00<br>   Average: $118.33<br>   25th:    $100.00<br><br>Eligible, but only if the spouse Is also enrolled in the plan available through their employer:  0 companies<br><br>Eligible, no conditions:          3 companies |

WMS and Company 000464

2019 Poultry Industry Compensation and Benefits Survey

## M.   Group Health – Domestic Partner Coverage

|  | Salaried Personnel | | Hourly Personnel | |
|---|---|---|---|---|
| Policy | Provided by five (5) companies (38.5%). One (1) company recognizes legal marriage regardless of gender. | | Provided by five (5) companies (38.5%). One (1) company recognizes legal marriage regardless of gender. | |
| Available Coverage | Same Sex Partners Only: | 0 companies | Same Sex Partners Only: | 0 companies |
|  | Opposite Sex Partners Only: | 0 companies | Opposite Sex Partners Only: | 0 companies |
|  | Both Same Sex and Opposite Sex Partner (must be legally married at two companies): | 5 companies | Both Same Sex and Opposite Sex Partner (must be legally married at two companies): | 5 companies |

## N.   Paternity Leave

|  | Salaried Personnel | Hourly Personnel |
|---|---|---|
| Policy | Provided by four (4) companies (30.8%). Nine (9) companies do not have paternity leave.   One (1) company reported per FMLA. | Provided by four (4) companies (30.8%). Nine (9) companies do not have paternity leave.   One (1) company reported per FMLA. |

## O.   Autism Spectrum Disorder

|  | Salaried Personnel | Hourly Personnel |
|---|---|---|
| Policy | Provided under plan by seven (7) companies (53.8%). The plans of six (6) companies (46.2%) do not cover Autism Spectrum Disorder. | Provided under plan by seven (7) companies (53.8%). The plans of six (6) companies (46.2%) do not cover Autism Spectrum Disorder. |

PI-FMAN00465

2019 Poultry Industry Compensation and Benefits Survey

## P.  <u>Group Health – Reimbursement Accounts</u>

|  | **Salaried Personnel** | | **Hourly Personnel** | |
|---|---|---|---|---|
| **Policy** | Provided by eight (8) companies (61.5%). | | Provided by seven (7) companies (53.8%). | |
| **Accounts Offered** | Health Savings Account: | 4 companies | Health Savings Account: | 2 companies |
|  | Flexible Spending Account: | 7 companies | Flexible Spending Account: | 7 companies |
|  | Healthcare Reimbursement Account: | 2 companies | Healthcare Reimbursement Account: | 2 companies |
|  | Dependent Care Reimbursement Account: | 4 companies | Dependent Care Reimbursement Account: | 4 companies |

III - 20

PILGRIM00466

## Q.   Group Health – Wellness / Prevention / Special Programs

| | Salaried Personnel | Hourly Personnel |
|---|---|---|
| **Policy** | Provided by all companies. | Provided by all companies. |
| **Programs Offered** | | |
| ▪ **Stress Management** | Provided by five (5) companies (38.5%). | Provided by four (4) companies (30.8%). |
| ▪ **Smoking Cessation** | Provided by eleven (11) companies (84.6%). | Provided by twelve (12) companies (92.3%). |
| ▪ **Weight Control** | Provided by eight (8) companies (61.5%). | Provided by seven (7) companies (53.8%). |
| ▪ **Employee Assistance** | Provided by twelve (12) companies (92.3%). | Provided by eleven (11) companies (84.6%). |
| ▪ **Infertility** | Provided by five (5) companies (38.5%). | Provided by five (5) companies (38.5%). |
| ▪ **Prenatal Care** | Provided by eleven (11) companies (84.6%). | Provided by ten (10) companies (76.9%). |
| ▪ **Well Baby Care** | Provided by eleven (11) companies (84.6%). | Provided by twelve (12) companies (92.3%). |
| ▪ **Home Health Care** | Provided by nine (9) companies (69.2%). | Provided by nine (9) companies (69.2%). |
| ▪ **Elder Care** | Provided by one (1) company (7.7%). | Provided by one (1) company (7.7%). |
| ▪ **On-site Health Clinics** | Provided by seven (7) companies (53.8%). | Provided by seven (7) companies (53.8%). |
| ▪ **Physical Fitness Facility Access** | Provided by four (4) companies (30.8%). | Provided by four (4) companies (30.8%). |
| ▪ **Telemedicine** | Provided by eleven (11) companies (84.6%). | Provided by eleven (11) companies (84.6%). |

PITMAN00467

## Q.   Group Health – Wellness / Prevention / Special Programs
   - continued

| | Salaried Personnel | Hourly Personnel |
|---|---|---|
| **Other:** Off site clinical | -- | Provided by one (1) company (7.7%). |
| **Other:** Routine physicals; Colonoscopies; Mammograms; Flu shots; Cardiovascular screenings; PSA | Provided by one (1) company (7.7%). | -- |
| **Other:** Future Mom's Program | -- | Provided by one (1) company (7.7%). (Future Mom's Program with tiered cash incentive up to $200 to complete the program.) |

PITMAN00468

**2019 Poultry Industry Compensation and Benefits Survey**

## Q. <u>Group Health – Wellness / Prevention / Special Programs</u>
### - continued

| | | Salaried Personnel | Hourly Personnel |
|---|---|---|---|
| **Policy** | | Provided by five (5) companies (38.5%). | Provided by four (4) companies (30.8%). |
| **Wellness Programs / Incentives** | <u>Code</u> | | |
| | A | Not offered | Not offered |
| | B | Results based incentives tied to premiums. | Results based incentives tied to premiums. |
| | C | Not offered | Not offered |
| | D | Not offered | Not offered |
| | E | Not offered | Not offered |
| | F | Not offered | Not offered |
| | G | Screenings involve on-site lab screenings with contracted hospital staff. Employees who participate in the wellness screenings receive a Wal-Mart gift card as well as access to gym memberships, nutritional counseling classes, follow-up screenings to monitor lab values, etc.  Available to all employees and spouses covered under the health plan. | Screenings involve on-site lab screenings with contracted hospital staff. Employees who participate in the wellness screenings receive a Wal-Mart gift card as well as access to gym memberships, nutritional counseling classes, follow-up screenings to monitor lab values, etc.  Available to all employees and spouses covered under the health plan. |
| | H | Annual physical and biometric screening will fulfill 100% of wellness incentives. | When annual physical and biometrics are completed, full wellness incentives can be earned. |
| | I | Not offered | Not offered |
| | J | Not offered | Not offered |
| | K | Not offered | Not offered |

2019 Poultry Industry Compensation and Benefits Survey

## Q.  Group Health – Wellness / Prevention / Special Programs
### - continued

| | | Salaried Personnel | Hourly Personnel |
|---|---|---|---|
| **Policy** | | Provided by five (5) companies (38.5%). | Provided by four (4) companies (30.8%). |
| **Wellness Programs / Incentives** | **Code** <br> L | Lower premiums for team members that participate and pass biometric measures. | Not offered |
| | M | Employees who participate in "Rally (brand)" survey, and attend biometric health screening receive up to 20% discount. | Employees who participate in "Rally (brand)" survey, and attend biometric health screening receive up to 20% discount. |

WMS and Company, Inc.
PITMAN00470

2019 Poultry Industry Compensation and Benefits Survey

## R.   Medical Insurance

### 1. Salaried Personnel

#### a.   Monthly Contributions for Medical Coverage Plan

| Code | Type | Provided | Employee Cost Per Month | | |
|------|------|----------|-------------------|-------------|--------|
| | | | Employee Only | Employee + 1 | Family |
| A | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $130.00 | $238.00 | $433.00 |
| B | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $122.00 | $216.00 | $312.00 |
| C | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $125.97 | $356.12 | $468.56 |
| D | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $112.67 | $253.50 | $377.00 |
| E | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | Yes | $102.92 | $186.33 | $351.00 |
| | PPO Plan | No | -- | -- | -- |
| F | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan<br>Under $55,000 /<br>$55,000 or more | Yes | $110.00 /<br>$136.00 | w/spouse:<br>$287.99 / $355.01<br>child(ren):<br>$242.00 / $298.00 | $408.01 /<br>$502.00 |
| | PPO Plan | No | -- | -- | -- |

WMS and Company, Inc.

PIPKMAN00471

2019 Poultry Industry Compensation and Benefits Survey

1. **Salaried Personnel**

    a. <u>**Monthly Contributions for Medical Coverage Plan**</u> – continued

| Code | Type | Provided | Employee Cost Per Month | | |
|---|---|---|---|---|---|
| | | | Employee Only | Employee + 1 | Family |
| **G** | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $169.00 | $273.00 | $325.00 |
| **H** | Indemnity Plan (HRA) | Yes | $104.00 | w/spouse: $289.00 children: $235.00 | $380.00 |
| | High Deductible Plan (HSA) | Yes | $83 | w/spouse: $227.00 children: $183.00 | $295.00 |
| | PPO Plan (Primary) | Yes | $37 | w/spouse: $145.00 children: $107.00 | $201.00 |
| **I** | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $98.58 | $191.75 | $341.17 |
| **J** | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $82.42/$110.20/ $172.90 | $161.85/$214.15/ $345.97 | $271.66/$350.87/ $518.96 |
| **K** | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | Yes | -- | -- | -- |
| | PPO Plan | Yes | $132.00 | $455.65 | $702.45 |

WMS and Company, Inc.

PRMAN00472

2019 Poultry Industry Compensation and Benefits Survey

1. **Salaried Personnel**

    a. <u>Monthly Contributions for Medical Coverage Plan</u> – continued

| Code | Type | Provided | Employee Cost Per Month | | |
|---|---|---|---|---|---|
| | | | Employee Only | Employee + 1 | Family |
| L | Indemnity Plan | Yes | -- | -- | -- |
| | High Deductible Plan | Yes | $68.14 | $118.80 | $254.22 |
| | PPO Plan | Yes | $68.14 | $118.80 | $254.22 |
| M | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | Yes | $88.62 | $216.97 | $410.11 |
| | PPO Plan | Yes | $99.95 | $268.84 | $464.28 |

PHMAN00473

2019 Poultry Industry Compensation and Benefits Survey

1. **Salaried Personnel**

   b. <u>**Medical Plan Provisions**</u>

   **Medical Deductibles**

| Code | Plan with highest enrollment | In-network | | Out-of-network | |
|------|------------------------------|------------|--------|----------------|--------|
|      |                              | Individual | Family | Individual | Family |
| A | Green PPO | $500 | $1,500 | $1,500 | $4,500 |
| B | Standard Plan | $1,150 | $2,300 | $2,300 | $4,600 |
| C | Essential 20 | $1,200 | $2,400 | $2,400 | $4,800 |
| D | Employee Only | $1,000 | $3,000 | $3,000 | $9,000 |
| E | CDHP Plan | $1,600 | $3,200 | $4,000 | $8,000 |
| F | WellChoice | $1,500 | $2,700 | $3,000 | $5,000 |
| G | Only Plan Option | $750 | $1,500 | $850 | $1,700 |
| H | HRA | $1,200 | $2,400 | $2,400 | $4,800 |
| I | High Plan | $175 | $350 | $350 | $750 |
| J | 70/50 PPO | $550 | $1,650 | $1,100 | $3,300 |
| K | Unknown | $1,250 | $2,500 | -- | -- |
| L | PPO Plan | $1,100 | $2,200 | $1,100 | $2,200 |
| M | PPO Preventive | $500 | $1,000 | $1,500 | $3,000 |

WMS and Company, Inc.
PITMAN00474

2019 Poultry Industry Compensation and Benefits Survey

## 1. Salaried Personnel

### b. <u>Medical Plan Provisions</u>

Maximums

| Code | Maximum Deductible In-network | | Maximum Deductible Out-of-network | |
|------|------------|--------|------------|--------|
| | Individual | Family | Individual | Family |
| A | $2,500 | $5,000 | No limit | No limit |
| B | $4,500 | $9,000 | $9,000 | $18,000 |
| C | $6,000 | $12,000 | $12,000 | $24,000 |
| D | $3,000 | $6,000 | $9,000 | $18,000 |
| E | $5,000 | $10,000 | $12,500 | $25,000 |
| F | $2,500 | $5,000 | n/a | n/a |
| G | $5,000 | $10,000 | $6,000 | $12,000 |
| H | $3,500 | $6,800 ind / $7,000 fam | $7,000 | $14,000 |
| I | $2,500 | $5,000 | $5,000 | $10,000 |
| J | $3,050 | $9,150 | $6,150 | $18,400 |
| K | $5,000 | $10,000 | -- | -- |
| L | $1,100 | $2,200 | $1,000 | $2,100 |
| M | $6,600 | $13,200 | $16,500 | $33,000 |

WMS and Company, Inc.   FAIRMAN 003475

**2019 Poultry Industry Compensation and Benefits Survey**

1. Salaried Personnel

   b. <u>Medical Plan Provisions</u>

      Doctors Visits

| Code | Co-pay Required Per Doctors Visit | | Is Preventive Care Provided? | |
|---|---|---|---|---|
| | In-network | Out-of-network | In-network | Out-of-network |
| A | $15 | 0 | Yes | No |
| B | $40 | $60 | Yes | Yes |
| C | $30/$50 | 40% after deductible | Yes | Yes |
| D | $30 | 60% after deductible | Yes | No |
| E | n/a | n/a | Yes | Yes |
| F | n/a | n/a | Yes | No |
| G | -- | -- | Yes | No |
| H | 20% coinsurance employee | 40% coinsurance employee | Yes | Yes |
| I | $20 | 40% after deductible | Yes | Yes |
| J | $25 / $50 | 50% | Yes | Yes |
| K | $30 | -- | Yes | Yes |
| L | $35 (PCP) | co-pays do not apply for out-of-network doctors' visits | Yes | Yes (not 100%) |
| M | $40 | 50% | Yes | Yes |

WMS and Company, Inc.   FPPWAN 004476

2019 Poultry Industry Compensation and Benefits Survey

## 1. Salaried Personnel

### c. Prescription Drug Coverage

| Code | Covered Under Medical Plan | Retail Card Drug Plan Only | Mail Order Drug Plan Only | Integrated Retail/ Mail Program | Retail Co-Pay | | Mail Order Co-Pay | |
|------|------|------|------|------|------|------|------|------|
| | | | | | Generic | Brand Name | Generic | Brand Name |
| A | Yes | -- | -- | -- | $10 | $25 | $20 | $50 |
| B | No | No | No | No | $10 | $25 | n/a | n/a |
| C | No | No | No | Yes | $32 | $100 max after 30% | $32 | $100 max after 30% |
| D | Yes | -- | -- | Yes | $15 | $50 | $15 | $50 |
| E | Yes | -- | -- | -- | -- | -- | -- | -- |
| F | No | No | No | Yes | -- | -- | -- | -- |
| G | No | No | No | Yes | $6 | $20 or 20% | $14 | $40 or 20% |
| H | Yes | -- | -- | Yes | $10 min / $25 max | $25 min / $75 max (formulary) | $20 min / $50 max | $50 min / $150 max (formulary) |
| I | Yes | -- | -- | -- | $15 | $40 / $60 | $30 | $80 |
| J | Yes | -- | -- | -- | $8 | $30 | $24 | $90 |
| K | Yes | Yes | No | No | $35 | $50 | -- | -- |
| L | No | No | No | Yes | $10/$20 or $20/$40 | $30/$60 or $60/$120 | $20/$40 | $60/$150 |
| M | Yes | No | No | Yes | $10 | $40/$75 | $20 | $80/$150 |

PHRMAN00477

2019 Poultry Industry Compensation and Benefits Survey

1. Salaried Personnel

   d. Prescription Drug Coverage  -  Additional Comments

| Code | Additional Comments |
|------|---------------------|
| A | Mail Order 90-day supply / 2 months copay. |
| F | Deductible applied to all prescriptions. |
| L | Members on HDHP must first meet deductibles before copays apply. |
| M | Preventive medications with generic equivalent available for Diabetes, Asthma, Blood Pressure, Heart, and Cholesterol are $0 copay for 90-day supply through retail/mail order. |

PHMAN00478

1. **Salaried Personnel**

    e. <u>Tobacco Surcharge</u>

| Code | Provide | Salaried Employee (monthly) | Spouse (monthly) |
|------|---------|-----------------------------|------------------|
| A | Yes | $7.50 | $15.00 |
| B | Yes | $36 | $36 |
| C | No | -- | -- |
| D | No | -- | -- |
| E | Yes | 20% more on medical | 20% more on medical |
| F | Yes | 25% | -- |
| G | No | -- | -- |
| H | No | Tobacco free employees and spouses earn a higher wellness incentive vs. a fee. | -- |
| I | No | -- | -- |
| J | No | -- | -- |
| K | No | -- | -- |
| L | Yes | $43.34 | $43.34 |
| M | Yes | $50 | $50 |

PITMAN00479

## R.   <u>Medical Insurance</u> – continued

### 2. Hourly Personnel

#### a. <u>Monthly Contributions for Medical Coverage Plan</u>

| Code | Type | Provided | Employee Cost Per Month | | |
|---|---|---|---|---|---|
| | | | **Employee Only** | **Employee + 1** | **Family** |
| A | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $65.00 | $108.00 | $217.00 |
| B | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $122.00 | $216.00 | $312.00 |
| C | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $125.97 | $356.05 | $468.56 |
| D | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $112.67 | $253.50 | $377.00 |
| E | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | Yes | $102.92 | $186.33 | $351.00 |
| | PPO Plan | No | | | |
| F | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $20.61 | $42.25 | $58.73 |
| G | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $169.00 | $273.00 | $325.00 |

WMS and Company, Inc.
PITMAN00480

2019 Poultry Industry Compensation and Benefits Survey

## 2. Hourly Personnel

### a. <u>Monthly Contributions for Medical Coverage Plan</u> – continued

| Code | Type | Provided | Employee Cost Per Month | | |
|---|---|---|---|---|---|
| | | | Employee Only | Employee + 1 | Family |
| H | Indemnity Plan | Yes | -- | -- | -- |
| | High Deductible Plan (HRA) | Yes | $80.50 | Spouse: $151.50 Children: $127.50 | $176.50 |
| | PPO Plan | Yes | $118.00 | Spouse: $189.00 Children: $165.00 | $214.00 |
| I | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $98.58 | $191.75 | $341.17 |
| J | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | No | -- | -- | -- |
| | PPO Plan | Yes | $82.42/$110.20/ $172.90 | $161.85/$214.15/ $345.97 | $271.66/$350.87/ $518.96 |
| K | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | Yes | -- | -- | -- |
| | PPO Plan | Yes | $132.00 | $455.65 | $702.45 |
| L | Indemnity Plan | Yes | -- | -- | -- |
| | High Deductible Plan | Yes | $59.24 | $193.01 | $222.17 |
| | PPO Plan | Yes | $59.24 | $193.01 | $222.17 |
| M | Indemnity Plan | No | -- | -- | -- |
| | High Deductible Plan | Yes | $87.72 | $215.56 | $416.91 |
| | PPO Plan | Yes | $103.90 | $265.90 | $460.95 |

WMS and Company, Inc.

PITTMAN0049T

## 2. Hourly Personnel

### b. Medical Plan Provisions

#### Medical Deductibles

| Code | Plan with the Highest Enrollment | In-network | | Out-of-network | |
|------|-----------------------------------|------------|--------|----------------|--------|
| | | Individual | Family | Individual | Family |
| A | Blue Plan | $2,000 | $4,000 | $4,000 | $8,000 |
| B | Standard Plan | $1,150 | $2,300 | $2,300 | $4,600 |
| C | Essential 20 | $1,200 | $2,400 | $2,400 | $4,800 |
| D | Employee Only | $1,000 | $3,000 | $3,000 | $9,000 |
| E | CDHP | $1,600 | $3,200 | $4,000 | $8,000 |
| F | Standard PPO | $400 | $800 | -- | -- |
| G | Only Plan Offered | $750 | $1,500 | $850 | $1,700 |
| H | HRA Plan | $1,200 | $2,400 | $2,400 | $4,800 |
| I | High Plan | $175 | $350 | $350 | $750 |
| J | 70/50 PPO | $550 | $1,650 | $1,100 | $3,300 |
| K | Base Plan | $1,250 | $2,500 | -- | -- |
| L | PPO Plan | $1,100 | $2,200 | $1,100 | $2,200 |
| M | PPO Preventative | $500 | $1,000 | $1,500 | $3,000 |

WMS and Company, Inc.
FITMAN004882

2019 Poultry Industry Compensation and Benefits Survey

## 2. Hourly Personnel

### b. Medical Plan Provisions

Maximums

| Code | Maximum Deductible In-network | | Maximum Deductible Out-of-network | |
|------|------------|-----------|------------|-----------|
|      | Individual | Family    | Individual | Family    |
| A    | $4,000     | $10,000   | No limit   | No limit  |
| B    | $4,500     | $9,000    | $9,000     | $18,000   |
| C    | $6,000     | $12,000   | $12,000    | $24,000   |
| D    | $3,000     | $6,000    | $9,000     | $18,000   |
| E    | $5,000     | $10,000   | $12,500    | $25,000   |
| F    | $3,000     | $6,000    | --         | --        |
| G    | $5,000     | $10,000   | $6,000     | $12,000   |
| H    | $3,500     | $6,850 ind / $7,000 fam | $7,000 | $14,000 |
| I    | $2,500     | $5,000    | $5,000     | $10,000   |
| J    | $3,050     | $9,150    | $6,150     | $18,400   |
| K    | $5,000     | $10,000   | --         | --        |
| L    | $1,100     | $2,200    | $1,100     | $2,200    |
| M    | $6,600     | $13,200   | $16,500    | $33,000   |

PITMAN00483

2019 Poultry Industry Compensation and Benefits Survey

## 2. Hourly Personnel

### b. <u>Medical Plan Provisions</u>

Doctors Visits

| Code | Co-pay Required Per Doctors Visit | | Is Preventive Care Provided? | |
|------|-----------|---------------|------------|----------------|
| | In-network | Out-of-network | In-network | Out-of-network |
| A | $15 | 0 | Yes | No |
| B | $40 | $50 | No | No |
| C | $30 / $50 | 40% after deductible | Yes | Yes |
| D | $30 | 60% after deductible | Yes | No |
| E | n/a | n/a | Yes | Yes |
| F | $30 | 50% | Yes | No |
| G | -- | -- | Yes | No |
| H | 20% coinsurance | 40% coinsurance | Yes | Yes |
| I | $20 | 40% after deductible | Yes | No |
| J | $25 / $50 | 50% | Yes | Yes |
| K | $30 | -- | Yes | Yes |
| L | $35 PCP | Co-pays do not apply for out-of-network doctors' visits | Yes | Yes |
| M | $40 | 50% after deductible | Yes | Yes |

WMS and Company, Inc.
PITTMAN00484

2019 Poultry Industry Compensation and Benefits Survey

2. **Hourly Personnel**

    c. <u>**Prescription Drug Coverage**</u>

| Code | Covered Under Medical Plan | Retail Card Drug Plan Only | Mail Order Drug Plan Only | Integrated Retail/ Mail Program | Retail Co-Pay | | Mail Order Co-Pay | |
|------|------|------|------|------|------|------|------|------|
| | | | | | Generic | Brand Name | Generic | Brand Name |
| A | No | -- | -- | Yes | $10 | $25 | $20 | $50 |
| B | No | No | No | No | $10 | $25 | -- | -- |
| C | No | No | No | Yes | $32 | $100 max after 30% | $32 | $100 max after 30% |
| D | Yes | -- | -- | Yes | -- | -- | -- | -- |
| E | Yes | -- | -- | -- | -- | -- | -- | -- |
| F | Yes | -- | -- | Yes | 10% | 30% | 10% | 20% |
| G | No | No | No | Yes | $6 | $20 or 20% | $14 | $40 or 20% |
| H | Yes | -- | -- | Yes | $10 min / $25 max | $25 min / $75 max | $20 min / $50 max | $50 min / $150 max |
| I | Yes | -- | -- | -- | $15 | $40 / $60 | $30 | $80 |
| J | Yes | -- | -- | -- | $8 | 75% | $24 | 75% |
| K | Yes | Yes | No | No | $35 | $50 | -- | -- |
| L | No | No | No | Yes | $10/$20 or $20/$40 | $30/$60 or $60/$120 | $20/$40 | $60/$150 |
| M | Yes | No | No | Yes | $10 | $40/$75 | $20 | $80/$150 |

WMS and Company, Inc.
PITMAN00485

## 2. Hourly Personnel

### d. Prescription Drug Coverage - Additional Comments

| Code | Additional Comments |
|------|---------------------|
| A | Mail order 90-day supply/2 months copay. |
| L | Members on HDHP must first meet deductible before copays apply. |
| M | Preventive medications with generic equivalent available for Diabetes, Asthma, Blood Pressure, Heart, and Cholesterol are $0 copay for 90-day supply through retail/mail order. |

PITMAN00486

2019 Poultry Industry Compensation and Benefits Survey

## 2. Hourly Personnel

### e. Tobacco Surcharge

| Code | Provide | Salaried Employee (monthly) | Spouse (monthly) |
|---|---|---|---|
| A | Yes | $5.00 | $10.00 |
| B | Yes | $36.00 | $36.00 |
| C | No | -- | -- |
| D | No | -- | -- |
| E | Yes | 20% | 20% |
| F | Yes | 25% | -- |
| G | No | -- | -- |
| H | No | Tobacco free employees and spouses earn higher amounts of wellness incentives. | -- |
| I | No | -- | -- |
| J | No | -- | -- |
| K | No | -- | -- |
| L | Yes | $43.34 | $43.34 |
| M | Yes | $50.00 | $50.00 |

PITMAN00487

2019 Poultry Industry Compensation and Benefits Survey

## S.   Dental Plans

### 1. Salaried Personnel

#### a. Monthly Contributions for Dental Plan Coverage

| Code | Provide/ Highest Enrolled Plan | Employee Cost Per Month | | | Employee Contribution Toward Dental Coverage |
|------|------|------|------|------|------|
| | | Employee Only | Employee + 1 | Family | |
| A | Yes High Plan | $19.98 | $52.39 (children) $43.46 (spouse) | $78.26 | 100% |
| B | Yes Only one plan | $21.00 | $38.00 | $58.00 | 80% |
| C | Yes Buy-Up | $9.75 | $20.63 | $34.36 | 30% |
| D | Yes Employee Only | $13.30 | $22.19 | $31.03 | 60% |
| E | Yes Premium Plan | $18.72 | $33.45 | $62.92 | 100% |
| F | Yes Only one plan | $4.62 | $10.15 | $15.23 | 100% |
| G | Yes Included with health plan | $9.75 | $15.17 | $20.58 | 35% |
| H | Yes Only one plan | $14.00 | $13.00 (w/spouse) $28.00 (children) | $46.00 | 28% |
| I | Yes Only one plan | $15.99 | $31.85 | $69.77 | 100% |
| J | Yes High Dental Plan | $17.55 / $10.57 | $36.01 / $22.58 | $55.08 / $40.95 | 100% |
| K | Yes Base Plan | $22.85 | $45.70 | $87.51 | 100% |
| L | Yes Core Plan | $11.14 | $22.06 | $45.98 | 55% (Buy-up Plan only) |
| M | Yes CIGNA | $18.13 | $40.22 | $68.06 | 45% |

PILFIRMAN00488

2019 Poultry Industry Compensation and Benefits Survey

### 1. Salaried Personnel

#### b. Dental Maximums

| Code | In-network | | | Out-of-network | | |
|------|-----------|-----------|-----------|----------------|-----------|-----------|
| | Maximum Annual | Maximum Lifetime | Orthodontia | Maximum Annual | Maximum Lifetime | Orthodontia |
| A | $1,500 | -- | $1,500 lifetime | $1,500 | 0 | 0 |
| B | $750 | $750 | -- | $750 | $750 | -- |
| C | $1,500 | -- | $1,000 lifetime | $1,500 | -- | $1,000 lifetime |
| D | $1,200 | -- | $1,300 lifetime | $1,200 | -- | $1,300 lifetime |
| E | $1,200 basic / $1,500 premium | n/a | Basic – N/A $1,500 lifetime premium | n/a | n/a | n/a |
| F | $2,000 | n/a | $1,500 lifetime | $2,000 | -- | $1,500 lifetime |
| G | $1,000 | n/a | $2,000 lifetime | $1,000 | n/a | $2,000 lifetime |
| H | $1,750 | n/a | 50% to lifetime max of $2,000/person | -- | -- | -- |
| I | $1,500 | n/a | $1,500 annual $1,500 lifetime | $1,500 | n/a | $1,500 annual $1,500 lifetime |
| J | $1,500 | n/a | $1,500 lifetime | $1,500 | n/a | $1,500 lifetime |
| K | $1,000 | -- | $1,000 lifetime | $1,000 | -- | $1,000 lifetime |
| L | $1,500 | n/a | $1,500 lifetime | $1,500 | n/a | $1,500 lifetime |
| M | $2,000 | -- | $1,500 lifetime | $1,500 | -- | $1,500 lifetime |

2019 Poultry Industry Compensation and Benefits Survey

### 1. Salaried Personnel

#### c. Dental - Additional Comments

| Code | Additional Comments |
|------|---------------------|
| L | Core dental coverage provided at no cost to members (preventative only). |

PITTMAN00490

## S.   Dental Plans - continued

### 2. Hourly Personnel

#### a. Monthly Contributions for Dental Plan Coverage

| Code | Provide / Highest Enrolled Plan | Employee Cost Per Month | | | Employee Contribution Toward Dental Coverage |
|------|---------------------------------|-------------------------|---|---|----------------------------------------------|
| | | Employee | Employee + 1 | Family | |
| A | Yes<br>Low Plan | $12.62 | $30.64 (children)<br>$25.70 (spouse) | $45.02 | 100% |
| B | Yes<br>Only one plan | $21.00 | $38.00 | $58.00 | 80% |
| C | Yes<br>Buy Up | $9.75 | $20.63 | $34.36 | 30% |
| D | Yes<br>Employee Only Plan | $13.30 | $22.19 | $31.03 | 60% |
| E | Yes<br>Premium Plan | $18.72 | $33.45 | $62.92 | 100% |
| F | Yes<br>Premium | $2.79 | $5.72 | $8.24 | 100% |
| G | Yes<br>Advanced | $10.44 / $17.25 | $21.41 / $35.36 | $32.37 / $53.43 | 100% |
| H | Yes<br>Only one plan | $14.00 | $31.00 (w/spouse)<br>$28.00 (children) | $46.00 | 24% |
| I | Yes<br>Only one plan | $15.99 | $31.85 | $69.77 | 100% |
| J | Yes<br>High Dental Plan | $17.55 / $10.57 | $36.01 / $22.58 | $55.08 / $40.95 | 100% |
| K | Yes<br>Base Plan | $22.85 | $45.70 | $87.51 | 100% |
| L | Yes<br>Core Plan | $11.14 | $22.06 | $45.98 | 0% Core Plan |
| M | Yes<br>CIGNA | $21.51 | $45.28 | $76.45 | 47% |

WMS and Company, Inc.

PITMAN00491

2019 Poultry Industry Compensation and Benefits Survey

## 2. Hourly Personnel

### b. Dental Maximums

| Code | In-network | | | Out-of-network | | |
|------|------------|---|---|----------------|---|---|
| | Maximum Annual | Lifetime Annual | Orthodontia | Maximum Annual | Lifetime Annual | Orthodontia |
| A | $1,000 | -- | -- | $1,000 | -- | -- |
| B | $750 | n/a | n/a | $750 | n/a | n/a |
| C | $1,500 | -- | $1,000 lifetime | $1,500 | -- | $1,000 lifetime |
| D | $1,200 | -- | $1,300 lifetime | $1,200 | -- | $1,300 lifetime |
| E | $1,200 basic / $1,500 premium | n/a | $1,500 lifetime premium | n/a | n/a | n/a |
| F | $1,250 | n/a | $1,500 lifetime | n/a | n/a | n/a |
| G | $750 | -- | -- | $750 | -- | -- |
| H | $1,750 | -- | 50% up to lifetime max of $2,000/person | -- | -- | -- |
| I | $1,500 | n/a | $1,500 annual $1,500 lifetime | $1,500 | n/a | $1,500 annual $1,500 lifetime |
| J | $1,500 | -- | $1,500 lifetime | $1,500 | -- | $1,500 lifetime |
| K | $1,000 | -- | $1,000 lifetime | $1,000 | -- | $1,000 lifetime |
| L | $1,500 | n/a | $1,500 lifetime | $1,500 | n/a | $1,500 lifetime |
| M | $2,000 | -- | $1,500 lifetime | $1,500 | -- | $1,500 lifetime |

PITMAN00492

2019 Poultry Industry Compensation and Benefits Survey

## 2. Hourly Personnel

### c. Dental - Additional Comments

| Code | Additional Comments |
|------|---------------------|
| C | Annual INN/OON combined. |
| L | Core dental plan provided at no cost to the member (preventative only).  Orthodontia is not available for core plan members. |

WMS and Company, Inc.
PITMAN00493

## T.  Vision Plans

### 1. Salaried Personnel

#### a. Monthly Contributions for Vision Plan Coverage

| Code | Provide | Employee Cost Per Month | | | Employee Contribution Toward Vision Coverage |
|------|---------|-----------|-------------|--------|-----------|
|      |         | Employee | Employee + 1 | Family |           |
| A | Yes | $5.24 | $9.00 (child) $8.84 (spouse) | $14.26 | 100% |
| B | Yes | $21.00 | $38.00 | $58.00 | 80% |
| C | Yes | $5.72 | $10.01 | $14.84 | 100% |
| D | Yes | $4.33 | $8.67 | $10.83 | 94% |
| E | Yes | $4.60 | $8.50 | $13.30 | 100% |
| F | Yes | $1.93 | $3.96 | $6.09 | 100% |
| G | No | -- | -- | -- | No |
| H | Yes | $7.67 | $15.00 (w/spouse) $16.32 (children) | $23.55 | 100% |
| I | Yes | $5.72 | $11.44 | $18.42 | 100% |
| J | Yes | $4.38 | $7.67 | $10.57 | 100% |
| K | Yes | $5.87 | $11.18 | $17.29 | 100% |
| L | Yes | $3.56 | $7.11 | $10.27 | 44% (Buy-Up Plan Only) |
| M | Yes | $4.01 | $9.12 | $13.86 | 50% |

PITMAN00494

2019 Poultry Industry Compensation and Benefits Survey

## 1. Salaried Personnel

### b. Vision Maximums

| Code | In-network | | Out-of-network | | Comments |
|------|---|---|---|---|---|
| | Maximum Annual | Maximum Lifetime | Maximum Annual | Maximum Lifetime | |
| A | -- | -- | -- | -- | -- |
| B | $750 | n/a | $750 | n/a | -- |
| C | n/a | n/a | n/a | n/a | -- |
| D | n/a | n/a | n/a | n/a | -- |
| E | -- | -- | -- | -- | -- |
| F | -- | -- | -- | -- | No maximum |
| G | -- | -- | -- | -- | -- |
| H | Varies by benefit | n/a | -- | -- | $20 copay eye exams; Frames every two years with an $150 allowance; Lenses 100% every year; Contacts lenses - $150 max per year. |
| I | $200 | -- | $200 | -- | -- |
| J | -- | -- | -- | -- | -- |
| K | -- | -- | -- | -- | -- |
| L | -- | -- | -- | -- | Core vision coverage provided at no cost.  Buy-Up Plan coverage requires contribution. |
| M | $120 allowance | -- | $100 allowance | -- | Lenses/frames 24 months in or out-of-network. |

WMS and Company, Inc.
PITMAN00495

2019 Poultry Industry Compensation and Benefits Survey

## T.   Vision Plans - continued

### 2. Hourly Personnel

#### a. Monthly Contributions for Vision Plan Coverage

| Code | Provide | Employee Cost Per Month | | | Employee Contribution Toward Vision Coverage |
|------|---------|-------------------------|------------|--------|-----------|
|      |         | Employee | Employee + 1 | Family | |
| A | Yes | $5.24 | $9.01 (child)<br>$8.84 (spouse) | $14.26 | 100% |
| B | Yes | $21.00 | $38.00 | $58.00 | 80% |
| C | Yes | $5.72 | $10.01 | $14.82 | 100% |
| D | Yes | $4.33 | $8.67 | $10.83 | 95% |
| E | Yes | $4.60 | $8.50 | $13.30 | 100% |
| F | Yes | $0.97 | $1.98 | $3.05 | 100% |
| G | No | -- | -- | -- | No |
| H | Yes | $7.67 | $15.00 (w/spouse)<br>$16.32 (children) | $16.32 | 100% |
| I | Yes | $5.72 | $11.44 | $18.42 | 100% |
| J | Yes | $4.38 | $7.67 | $10.57 | 100% |
| K | Yes | $5.87 | $11.18 | $17.29 | 100% |
| L | Yes | $3.56 | $7.11 | $10.27 | 44%<br>(Buy-Up Plan Only) |
| M | Yes | $4.09 | $8.65 | $13.56 | 50% |

WMS and Company, Inc.

PITMAN00496

2019 Poultry Industry Compensation and Benefits Survey

## 2. Hourly Personnel

### b. Vision Maximums

| Code | In-network | | Out-of-network | | Comments |
|---|---|---|---|---|---|
| | Maximum Annual | Maximum Lifetime | Maximum Annual | Maximum Lifetime | |
| A | -- | -- | -- | -- | -- |
| B | $750 | n/a | $750 | n/a | -- |
| C | -- | -- | -- | -- | -- |
| D | n/a | n/a | n/a | n/a | -- |
| E | -- | -- | -- | -- | -- |
| F | n/a | n/a | -- | -- | -- |
| G | -- | -- | -- | -- | -- |
| H | Varies by benefit | n/a | -- | -- | $20 copay eye exams; Frames every two years with an $150 allowance; Lenses 100% every year; Contacts lenses - $150 max per year. |
| I | $200 | -- | $200 | -- | -- |
| J | -- | -- | -- | -- | -- |
| K | -- | -- | -- | -- | -- |
| L | -- | -- | -- | -- | Core vision coverage provided at no cost.  Buy-Up Plan coverage requires contribution. |
| M | $120 allowance | -- | $100 allowance | -- | -- |

WMS and Company, Inc.
PITMAN00497

## IV.  MERIT BUDGET / SALARY RANGE CHANGES

In keeping with the Safe Harbor Guidelines, data is presented in the aggregate and future increases are **not** a part of the survey.

### A.   Salary Merit Increases

|  | FY 2018 Actual | FY 2018 Planned |
|---|---|---|
| Highest | 5.0% | 3.3% |
| 75th Percentile | 3.1% | 3.0% |
| Median | 3.0% | 3.0% |
| Average | 2.9% | 2.9% |
| 25th Percentile | 2.6% | 2.5% |
| Lowest | 0 | 2.5% |
| No. of Companies | 12 | 11 |

### B.   Salary Range Movement

|  | Current Budget Year |
|---|---|
| Highest | 3.5% |
| 75th Percentile | 3.0% |
| Median | 2.5% |
| Average | 2.35% |
| 25th Percentile | 2.0% |
| Lowest | 0 |
| No. of Companies | 10 |

PITMAN00498

## C.   Salary Range Adjustment Date

| No. of Companies | Date |
|------------------|------|
| 1 | March |
| 2 | April |
| 1 | May |
| 2 | June |
| 1 | July |
| 1 | August |
| 1 | September |
| 4 | Not answered / Unknown / Not Applicable |

WMS and Company, Inc.
PITMAN00499

2019 Poultry Industry Compensation and Benefits Survey

# V. GENERAL QUESTIONNAIRE FINDINGS

In this section data is presented in seven areas, as follows:

**A.    Incentive Compensation Plans:**

Incentive compensation plan prevalence and inclusions are identified.

**B.    Poultry Processing Plant Average Rates:**

In keeping with the Safe Harbor Guidelines, this data is reported in the aggregate and is broken out geographically.  For each breakout, there had to be responses from at least four different companies.

**C.    Human Resources Functions Outsourced/Human Resource Staff Ratio:**

This is a practice in many organizations today.  The data is displayed by company code.  Three (3) companies do not outsource any Human Resources functions.

Also included is the Human Resource Staff Ratio which was determined by dividing the total number of employees (organization wide) by your total human resource headcount (exempt positions only; safety excluded).

**D.    Starting Salaries Paid For a BA/BS Degree:**

Data is shown in the aggregate, as outlined in the Safe Harbor Guidelines.  It is quite likely that geographic location is an influencing factor here, to some degree, as well as the desired market position of an organization.

**E.    Titling:**

Organizations frequently struggle with appropriate titles to use.  Furthermore, titles may be misleading.  In an attempt to avoid a problem of this type, you will find listed in this area:

- ▸  JBCD, the Job Code used in the survey packet;
- ▸  The titles reported against this Job Code;
- ▸  An indication of the position to which the reported/matched company position typically reports.

WMS and Company, Inc.

PITMAN00500

F.   **Plant Turnover:**

Data is shown pertaining to plant turnover (overall, union and non-union).  Data is shown in the aggregate.

PITMAN00501

2019 Poultry Industry Compensation and Benefits Survey

## A.   Incentive Compensation Plans

1. **Company Wide** Incentive / Bonus Plan

| Provided | |
|---|---|
| Yes | 11 |
| No | 2 |

2. Plan includes (for those having a plan):

Eleven (11) companies have a plan.

| | Yes | No |
|---|---|---|
| Executive | 11 | 0 |
| Director Level | 11 | 0 |
| Manager Level | 11 | 0 |
| Other Exempt | 10 | 1 |
| Nonexempt  (Salaried) | 1 | 10 |
| Nonexempt  (Hourly) | 2 | 9 |

WMS and Company, Inc.
PITMAN00502

**2019 Poultry Industry Compensation and Benefits Survey**

3. Incentive / bonus plan metrics:

| Incentive / Bonus Metrics | Executive | Director | Manager | Other Exempt Employees | Nonexempt (Salaried) | Nonexempt (Hourly) |
|---|---|---|---|---|---|---|
| Revenue (Company Wide) | 7 | 6 | 6 | 6 | -- | -- |
| Profitability (Company Wide) | 11 | 10 | 9 | 9 | 1 | 2 |
| Revenue (Complex and/or Individual Plant) | 1 | 1 | 1 | 1 | -- | -- |
| Profitability (Complex and/or individual Plant) | 1 | 1 | 2 | 2 | -- | -- |
| Other: Individual Culture Score; Individual Goal Achievement | 1 | 1 | 1 | 1 | -- | -- |
| Production bonus for production goals | -- | 1 | 1 | 1 | 1 | 1 |
| Bi-Annual plan based on individual/area objectives | -- | -- | -- | 1 | -- | -- |
| Gainsharing Program (Value Add/Labor Costs) | 1 | 1 | 1 | 1 | 1 | 1 |
| Agri-stats | 1 | 1 | 1 | 1 | -- | -- |
| Agri-stats Standing | 1 | 1 | 1 | 1 | -- | -- |
| Performance and Agri-stats | 1 | 1 | 1 | 1 | -- | -- |
| Safety, Target product growth | 1 | 1 | 1 | 1 | -- | -- |
| Individual Performance (performance against goals, i.e. these may include Plant KPI's, project deliverables, etc. | 1 | 1 | 1 | 1 | 1 | 1 |
| Company Profitability as measured by EBITDA. | | | | | | 1 |

WMS and Company, Inc.
PITMAN00503

## B.   **Poultry Processing Plant Average Rates**

Tables follow.

## 2019 Poultry Industry Compensation and Benefits Survey
### - Poultry Processing Plant Average Rates -

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **All Processing Workers** | | | | | | | | | | | |
| 90th | 1328 | $12.75 | $13.50 | 1051 | 14.25 | $17.00 | $1.00 | $1.00 | 115.0% | 120.5% | 87.0% |
| 75th | 1068 | $12.00 | $12.75 | 663 | 13.44 | $15.90 | $0.50 | $0.50 | 83.0% | 83.0% | 65.2% |
| 50th | 718 | $11.50 | $12.25 | 312 | 12.73 | $14.87 | $0.35 | $0.38 | 58.2% | 55.0% | 53.7% |
| Average | 780 | $11.49 | $12.35 | 445 | 12.97 | $14.86 | $0.43 | $0.49 | 65.3% | 66.5% | 53.2% |
| 25th | 436 | $11.00 | $11.80 | 159 | 12.28 | $13.55 | $0.25 | $0.30 | 44.0% | 45.0% | 33.8% |
| 10th | 266 | $10.20 | $11.45 | 67 | 12.03 | $13.00 | $0.15 | $0.20 | 28.0% | 28.0% | 23.0% |
| Number of Plants | 146 | 146 | 143 | 143 | 139 | 134 | 139 | 134 | 143 | 41 | 68 |

WMS and Company, Inc.
PITMAN00505