# PLAINTIFFS' EXHIBIT 4 (PX004)

# PART C

## 2019 Poultry Industry Compensation and Benefits Survey
### - Poultry Processing Plant Average Rates -

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **All Processing Workers - Slaughter Process** | | | | | | | | | | | |
| 90th | 1469 | $13.00 | $13.50 | 830 | 14.02 | $17.10 | $1.00 | $1.00 | 118.9% | 111.4% | 87.9% |
| 75th | 1126 | $12.05 | $12.75 | 517 | 13.44 | $16.00 | $0.50 | $0.75 | 87.5% | 88.1% | 70.5% |
| 50th | 800 | $11.50 | $12.25 | 276 | 12.74 | $15.00 | $0.35 | $0.40 | 65.0% | 63.9% | 57.4% |
| Average | 843 | $11.57 | $12.32 | 388 | 12.98 | $14.90 | $0.46 | $0.52 | 71.8% | 70.1% | 57.0% |
| 25th | 511 | $11.06 | $11.78 | 129 | 12.28 | $13.50 | $0.25 | $0.30 | 54.0% | 51.4% | 33.7% |
| 10th | 316 | $10.25 | $11.40 | 61 | 12.04 | $13.00 | $0.15 | $0.20 | 30.0% | 32.8% | 16.0% |
| Number of Plants | 87 | 87 | 85 | 85 | 82 | 79 | 82 | 81 | 84 | 20 | 36 |

WMS and Company, Inc.
PITMAN000506

## 2019 Poultry Industry Compensation and Benefits Survey
### - Poultry Processing Plant Average Rates -

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| All Processing Workers - Further Process | | | | | | | | | | | |
| 90th | 1274 | $12.75 | $13.65 | 1112 | 14.35 | $16.95 | $0.55 | $1.00 | 108.4% | 122.0% | 85.3% |
| 75th | 1045 | $12.00 | $12.75 | 858 | 13.44 | $15.50 | $0.40 | $0.50 | 67.1% | 67.4% | 62.6% |
| 50th | 644 | $11.50 | $12.30 | 333 | 12.625 | $14.70 | $0.35 | $0.35 | 53.2% | 52.6% | 49.9% |
| Average | 738 | $11.40 | $12.35 | 478 | 12.89 | $14.82 | $0.38 | $0.44 | 59.5% | 63.6% | 51.6% |
| 25th | 404 | $11.00 | $11.85 | 165 | 12.23 | $13.70 | $0.25 | $0.30 | 41.0% | 45.0% | 35.0% |
| 10th | 239 | $10.05 | $11.45 | 68 | 11.91 | $13.15 | $0.15 | $0.20 | 29.0% | 28.0% | 28.0% |
| Number of Plants | 74 | 74 | 71 | 71 | 70 | 65 | 71 | 67 | 73 | 26 | 38 |

WMS and Company, Inc.
PITMAN000507

## 2019 Poultry Industry Compensation and Benefits Survey
### - Poultry Processing Plant Average Rates -

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **All Maintenance Workers** | | | | | | |
| 90th | 75 | $18.00 | $18.70 | 66 | 22.59 | 27.90 | $1.00 | $1.00 | 56.0% | 62.6% | 47.9% |
| 75th | 61 | $16.84 | $17.00 | 38 | 20.45 | 25.14 | $0.45 | $0.50 | 30.0% | 27.0% | 41.7% |
| 50th | 43 | $15.48 | $16.00 | 13 | 18.94 | 22.95 | $0.35 | $0.40 | 20.0% | 18.0% | 20.0% |
| Average | 46 | $15.67 | $16.14 | 24 | 19.32 | 23.36 | $0.43 | $0.49 | 25.1% | 24.1% | 20.7% |
| 25th | 30 | $14.23 | $14.78 | 2 | 17.76 | 21.355 | $0.25 | $0.30 | 10.8% | 10.8% | 1.0% |
| 10th | 16 | $13.28 | $13.70 | 1 | 16.52 | 19.85 | $0.15 | $0.20 | 1.0% | 0.0% | 1.0% |
| Number of Plants | 142 | 124 | 140 | 119 | 135 | 140 | 130 | 125 | 35 | 19 | 11 |

WMS and Company, Inc.
PITMAN000508

**2019 Poultry Industry Compensation and Benefits Survey**
**- Poultry Processing Plant Average Rates -**

### All Refrigeration Technicians

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 14 | $21.46 | $22.35 | 12 | $22.72 | $28.44 | $1.00 | $1.00 | 43.0% | 50.0% | 43.0% |
| 75th | 11 | $18.52 | $19.36 | 9 | $20.93 | $25.00 | $0.45 | $0.50 | 25.0% | 25.0% | 33.0% |
| 50th | 8 | $16.84 | $17.52 | 4 | $18.52 | $20.90 | $0.35 | $0.35 | 5.5% | 5.0% | 1.0% |
| Average | 10 | $17.14 | $17.81 | 5 | $19.41 | $22.04 | $0.41 | $0.46 | 14.8% | 14.4% | 13.4% |
| 25th | 6 | $15.42 | $16.07 | 1 | $17.07 | $18.52 | $0.25 | $0.30 | 0.0% | 0.0% | 1.0% |
| 10th | 4 | $13.39 | $14.00 | 0 | $16.84 | $16.84 | $0.15 | $0.20 | 0.0% | 0.0% | 0.0% |
| Number of Plants | 125 | 108 | 122 | 120 | 117 | 121 | 114 | 110 | 22 | 16 | 7 |

WMS and Company, Inc.
PITMAN00509

**2019 Poultry Industry Compensation and Benefits Survey**
**- Poultry Processing Plant Average Rates -**

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **All Quality Technicians** | | | | | | |
| 90th | 35 | $14.40 | $15.60 | 27 | $16.07 | $16.80 | $1.00 | $1.00 | 112.0% | 14.0% | 112.0% |
| 75th | 24 | $13.00 | $14.88 | 20 | $14.32 | $15.15 | $0.45 | $0.50 | 59.0% | 7.0% | 74.5% |
| 50th | 18 | $12.55 | $14.05 | 13 | $13.61 | $14.64 | $0.35 | $0.40 | 16.0% | 0.0% | 36.0% |
| Average | 19 | $12.70 | $13.88 | 13 | $13.83 | $14.65 | $0.43 | $0.49 | 33.7% | 3.5% | 44.0% |
| 25th | 11 | $12.00 | $12.75 | 5 | $13.08 | $13.50 | $0.25 | $0.30 | 8.0% | 0.0% | 8.0% |
| 10th | 5 | $11.50 | $12.30 | 1 | $12.39 | $12.60 | $0.15 | $0.20 | 0.0% | 0.0% | 8.0% |
| Number of Plants | 126 | 122 | 122 | 116 | 120 | 119 | 119 | 115 | 19 | 4 | 11 |

WMS and Company, Inc.
PITMAN000510

**2019 Poultry Industry Compensation and Benefits Survey**
**- Poultry Processing Plant Average Rates -**

**Processing Workers - AL**

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 1101 | $12.10 | $12.60 | 506 | $14.25 | $15.00 | $1.00 | $1.00 | 102.9% | 108.2% | |
| 75th | 934 | $11.55 | $12.18 | 417 | $12.96 | $14.13 | $0.40 | $0.40 | 90.6% | 93.2% | |
| 50th | 713 | $11.00 | $11.93 | 312 | $12.58 | $13.48 | $0.30 | $0.30 | 67.7% | 65.7% | |
| Average | 718 | $10.68 | $11.67 | 289 | $12.59 | $13.68 | $0.38 | $0.36 | 71.5% | 71.7% | |
| 25th | 474 | $10.10 | $11.43 | 130 | $12.02 | $12.93 | $0.10 | $0.15 | 62.0% | 61.9% | |
| 10th | 303 | $9.40 | $11.00 | 59 | $11.70 | $12.10 | $0.10 | $0.10 | 39.0% | 40.6% | |
| Number of Plants | 16 | 16 | 16 | 16 | 16 | 16 | 15 | 15 | 16 | 10 | 3 |

WMS and Company, Inc.
PITMAN000511

## 2019 Poultry Industry Compensation and Benefits Survey
### - Poultry Processing Plant Average Rates -

**Maintenance Workers - AL**

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 69 | $16.30 | $17.90 | 57 | $20.55 | $25.50 | $1.00 | $0.50 | | | |
| 75th | 64 | $16.07 | $16.30 | 14 | $19.51 | $22.95 | $0.40 | $0.40 | | | |
| 50th | 46 | $15.60 | $15.60 | 7 | $17.43 | $21.40 | $0.35 | $0.33 | | | |
| Average | 47 | $15.04 | $15.38 | 14 | $17.91 | $21.58 | $0.37 | $0.34 | | | |
| 25th | 33 | $13.32 | $13.85 | 2 | $16.23 | $19.85 | $0.10 | $0.20 | | | |
| 10th | 13 | $12.90 | $13.32 | 1 | $15.71 | $18.45 | $0.10 | $0.10 | | | |
| Number of Plants | 15 | 15 | 15 | 14 | 15 | 15 | 15 | 14 | 4 | 3 | 1 |

WMS and Company, Inc.
PITMAN00512

## 2019 Poultry Industry Compensation and Benefits Survey
### - Poultry Processing Plant Average Rates -

### Refrigeration Technicians - AL

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 46 | $19.75 | $19.75 | 12 | $21.40 | $23.10 | $1.00 | $0.50 | | | |
| 75th | 26 | $17.68 | $17.90 | 9 | $19.75 | $22.10 | $0.40 | $0.40 | | | |
| 50th | 10 | $15.80 | $15.80 | 2 | $17.68 | $20.90 | $0.35 | $0.33 | | | |
| Average | 17 | $16.02 | $16.37 | 5 | $18.25 | $20.65 | $0.37 | $0.34 | | | |
| 25th | 8 | $13.32 | $13.85 | 1 | $16.89 | $17.68 | $0.10 | $0.20 | | | |
| 10th | 7 | $12.90 | $13.32 | 0 | $16.16 | $17.16 | $0.10 | $0.10 | | | |
| Number of Plants | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 14 | 4 | 3 | 1 |

WMS and Company, Inc.
PITMAN00513

## 2019 Poultry Industry Compensation and Benefits Survey
## - Poultry Processing Plant Average Rates -

### Quality Technicians - AL

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 46 | $13.35 | $14.85 | 30 | $14.04 | $15.15 | $1.00 | $1.00 | | | |
| 75th | 24 | $12.90 | $14.15 | 22 | $13.62 | $14.70 | $0.40 | $0.40 | | | |
| 50th | 20 | $12.30 | $12.95 | 13 | $12.95 | $12.95 | $0.33 | $0.33 | | | |
| Average | 23 | $12.24 | $13.12 | 14 | $13.05 | $13.37 | $0.40 | $0.38 | | | |
| 25th | 14 | $11.85 | $12.20 | 6 | $12.27 | $12.20 | $0.10 | $0.20 | | | |
| 10th | 12 | $10.35 | $11.85 | 2 | $11.95 | $11.85 | $0.10 | $0.10 | | | |
| | | | | | | | | | | | |
| Number of Plants | 15 | 15 | 15 | 15 | 15 | 15 | 14 | 14 | 4 | 2 | 3 |

WMS and Company, Inc.
PITMAN000514

**2019 Poultry Industry Compensation and Benefits Survey**
**- Poultry Processing Plant Average Rates -**

## Processing Workers - GA

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 1636 | $12.00 | $13.00 | 1154 | $13.76 | $17.05 | $0.75 | $0.80 | 119.7% | | 105.0% |
| 75th | 1469 | $11.50 | $12.25 | 763 | $13.04 | $16.20 | $0.40 | $0.50 | 105.0% | | 87.0% |
| 50th | 835 | $11.15 | $11.90 | 280 | $12.36 | $15.25 | $0.30 | $0.30 | 64.7% | | 60.0% |
| Average | 903 | $11.13 | $11.97 | 430 | $12.58 | $15.11 | $0.37 | $0.41 | 75.6% | | 66.0% |
| 25th | 461 | $11.00 | $11.45 | 112 | $12.11 | $14.10 | $0.25 | $0.25 | 55.0% | | 53.4% |
| 10th | 314 | $10.00 | $11.31 | 68 | $12.04 | $13.15 | $0.12 | $0.20 | 31.0% | | 31.3% |
| Number of Plants | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 1 | 11 |

WMS and Company, Inc.
PITMAN00515

## 2019 Poultry Industry Compensation and Benefits Survey
### - Poultry Processing Plant Average Rates -

**Maintenance Workers - GA**

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 90 | $16.84 | $18.50 | 70 | $22.10 | $27.40 | $0.75 | $1.00 | | | |
| 75th | 65 | $15.68 | $17.00 | 21 | $20.45 | $24.05 | $0.45 | $0.75 | | | |
| 50th | 48 | $15.00 | $16.50 | 10 | $18.50 | $22.10 | $0.35 | $0.40 | | | |
| Average | 49 | $14.71 | $15.87 | 20 | $18.64 | $22.54 | $0.40 | $0.48 | | | |
| 25th | 35 | $13.28 | $14.53 | 2 | $16.54 | $20.18 | $0.25 | $0.28 | | | |
| 10th | 9 | $12.68 | $13.25 | 0 | $16.09 | $19.00 | $0.12 | $0.20 | | | |
| Number of Plants | 19 | 16 | 19 | 16 | 19 | 19 | 16 | 16 | 3 | 1 | 2 |

WMS and Company, Inc.
PITMAN000516

2019 Poultry Industry Compensation and Benefits Survey
- Poultry Processing Plant Average Rates -

**Refrigeration Technicians - GA**

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 17 | $18.52 | $21.21 | 11 | $21.55 | $29.00 | $0.75 | $0.80 | | | |
| 75th | 9 | $17.94 | $18.53 | 3 | $20.93 | $27.00 | $0.50 | $0.75 | | | |
| 50th | 6 | $15.67 | $18.25 | 2 | $18.28 | $22.17 | $0.40 | $0.40 | | | |
| Average | 7 | $15.84 | $17.68 | 3 | $18.87 | $23.75 | $0.41 | $0.45 | | | |
| 25th | 2 | $14.53 | $16.42 | 1 | $17.71 | $21.63 | $0.25 | $0.25 | | | |
| 10th | 0 | $12.68 | $13.73 | 0 | $15.63 | $18.52 | $0.12 | $0.25 | | | |
| Number of Plants | 18 | 16 | 18 | 18 | 16 | 18 | 15 | 15 | 3 | 1 | 2 |

WMS and Company, Inc.
PITMAN00517

**2019 Poultry Industry Compensation and Benefits Survey**
**- Poultry Processing Plant Average Rates -**

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Quality Technicians - GA | | | | | | |
| 90th | 51 | $12.75 | $14.70 | 23 | $14.67 | $15.60 | $0.75 | $0.80 | | | |
| 75th | 34 | $12.44 | $13.30 | 18 | $13.61 | $14.83 | $0.40 | $0.40 | | | |
| 50th | 18 | $11.91 | $12.60 | 13 | $13.12 | $13.30 | $0.30 | $0.30 | | | |
| Average | 22 | $11.80 | $12.23 | 11 | $13.14 | $13.59 | $0.35 | $0.38 | | | |
| 25th | 14 | $11.51 | $12.35 | 5 | $12.40 | $12.60 | $0.25 | $0.25 | | | |
| 10th | 0 | $10.00 | $9.88 | 0 | $12.35 | $12.25 | $0.00 | $0.12 | | | |
| Number of Plants | 19 | 19 | 19 | 19 | 16 | 19 | 19 | 19 | 3 | 1 | 2 |

WMS and Company, Inc.
PITMAN000518

## 2019 Poultry Industry Compensation and Benefits Survey
### - Poultry Processing Plant Average Rates -

**Processing Workers - NC**

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 1971 | $12.30 | $13.00 | 1529 | $13.44 | $16.50 | $1.00 | $1.00 | 124.2% | | 109.3% |
| 75th | 1495 | $11.75 | $13.00 | 877 | $13.21 | $15.42 | $0.45 | $0.50 | 94.5% | | 85.3% |
| 50th | 646 | $11.30 | $12.50 | 276 | $12.88 | $14.90 | $0.40 | $0.45 | 72.7% | | 68.8% |
| Average | 852 | $11.47 | $12.53 | 552 | $12.90 | $14.98 | $0.47 | $0.50 | 77.0% | | 66.8% |
| 25th | 225 | $11.20 | $12.30 | 150 | $12.47 | $13.85 | $0.30 | $0.30 | 55.0% | | 55.0% |
| 10th | 206 | $11.00 | $11.85 | 65 | $12.36 | $12.85 | $0.20 | $0.20 | 23.5% | | 17.2% |
| Number of Plants | 15 | 15 | 15 | 15 | 15 | 13 | 15 | 14 | 15 | 1 | 10 |

WMS and Company, Inc.
PITMAN000519

## 2019 Poultry Industry Compensation and Benefits Survey
### - Poultry Processing Plant Average Rates -

**Maintenance Workers - NC**

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 91 | $18.85 | $18.85 | 80 | $22.94 | $30.04 | $1.00 | $1.00 | | | |
| 75th | 74 | $16.84 | $18.00 | 25 | $20.45 | $24.05 | $0.73 | $1.00 | | | |
| 50th | 32 | $16.50 | $16.84 | 13 | $19.51 | $23.70 | $0.45 | $0.45 | | | |
| Average | 46 | $16.78 | $17.42 | 23 | $19.53 | $24.51 | $0.51 | $0.55 | | | |
| 25th | 25 | $16.00 | $16.20 | 3 | $17.98 | $22.91 | $0.30 | $0.35 | | | |
| 10th | 9 | $14.30 | $16.00 | 1 | $16.80 | $21.20 | $0.20 | $0.20 | | | |
| Number of Plants | 15 | 12 | 15 | 12 | 15 | 15 | 12 | 11 | 5 | 0 | 3 |

WMS and Company, Inc.
PITMAN000526

**2019 Poultry Industry Compensation and Benefits Survey**
**- Poultry Processing Plant Average Rates -**

### Refrigeration Technicians - NC

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 12 | $21.68 | $24.00 | 12 | $27.62 | $33.35 | $1.00 | $1.00 | | | |
| 75th | 11 | $18.52 | $19.00 | 8 | $20.00 | $27.91 | $0.45 | $0.50 | | | |
| 50th | 8 | $17.76 | $18.52 | 5 | $18.52 | $21.00 | $0.45 | $0.45 | | | |
| Average | 9 | $17.65 | $18.75 | 5 | $20.26 | $23.55 | $0.50 | $0.51 | | | |
| 25th | 8 | $16.00 | $16.53 | 1 | $18.41 | $19.36 | $0.35 | $0.35 | | | |
| 10th | 6 | $14.18 | $16.20 | 1 | $17.07 | $18.52 | $0.20 | $0.20 | | | |
| Number of Plants | 13 | 10 | 13 | 13 | 13 | 13 | 10 | 10 | 3 | 0 | 3 |

WMS and Company, Inc.
PITMAN00521

## 2019 Poultry Industry Compensation and Benefits Survey
## - Poultry Processing Plant Average Rates -

### Quality Technicians - NC

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | 24 | $13.50 | $15.60 | 22 | $14.49 | $15.60 | $1.00 | $1.00 | | | |
| 75th | 22 | $13.26 | $15.24 | 19 | $14.43 | $15.60 | $0.73 | $0.75 | | | |
| 50th | 15 | $12.69 | $13.63 | 9 | $13.67 | $14.44 | $0.45 | $0.45 | | | |
| Average | 17 | $12.76 | $13.93 | 11 | $13.84 | $14.59 | $0.51 | $0.55 | | | |
| 25th | 10 | $12.13 | $12.88 | 5 | $13.33 | $13.75 | $0.30 | $0.40 | | | |
| 10th | 8 | $11.75 | $12.68 | 0 | $13.17 | $13.60 | $0.20 | $0.20 | | | |
| Number of Plants | 12 | 12 | 12 | 10 | 12 | 12 | 12 | 12 | 2 | 0 | 0 |

WMS and Company, Inc.
PITMAN000522

## 2019 Poultry Industry Compensation and Benefits Survey
## - Poultry Processing Plant Average Rates -

### Processing Workers - TN

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | | |
| 75th | 1132 | $14.00 | $14.00 | 809 | $15.55 | $17.30 | | | 134.2% | | |
| 50th | 690 | $12.50 | $13.50 | 257 | $14.02 | $17.00 | $0.43 | $0.43 | 109.0% | | |
| Average | 697 | $12.82 | $13.24 | 467 | $14.11 | $16.59 | $0.56 | $0.56 | 93.6% | | |
| 25th | 374 | $12.05 | $12.05 | 72 | $12.84 | $16.00 | | | 47.8% | | |
| 10th | | | | | | | | | | | |
| Number of Plants | 7 | 7 | 7 | 7 | 7 | 7 | 6 | 6 | 7 | 4 | 3 |

WMS and Company, Inc.
PITMAN00523

## 2019 Poultry Industry Compensation and Benefits Survey
## - Poultry Processing Plant Average Rates -

### Maintenance Workers - TN

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | | |
| 75th | 60 | | $17.60 | | $20.45 | $25.14 | | | | | |
| 50th | 42 | | $16.84 | | $19.28 | $22.65 | $0.43 | $0.43 | | | |
| Average | 48 | | $16.42 | | $19.24 | $23.25 | $0.56 | $0.56 | | | |
| 25th | 39 | | $13.85 | | $18.01 | $21.75 | | | | | |
| 10th | | | | | | | | | | | |
| Number of Plants | 7 | 6 | 7 | 6 | 7 | 7 | 6 | 6 | 3 | 3 | 1 |

WMS and Company, Inc.
PITMAN000524

**2019 Poultry Industry Compensation and Benefits Survey**
**- Poultry Processing Plant Average Rates -**

### Refrigeration Technicians - TN

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | | |
| 75th | 11 | | $20.20 | 11 | $20.60 | $24.66 | | | | | |
| 50th | 9 | $18.68 | $19.36 | 3 | $20.12 | $22.65 | $0.43 | $0.43 | | | |
| Average | 9 | $18.10 | $18.58 | 5 | $19.92 | $22.42 | $0.56 | $0.56 | | | |
| 25th | 6 | | $15.85 | 2 | $19.36 | $20.20 | | | | | |
| 10th | | | | | | | | | | | |
| Number of Plants | 7 | 6 | 7 | 7 | 7 | 7 | 6 | 6 | 3 | 3 | 1 |

WMS and Company, Inc.
PITMAN00525

**2019 Poultry Industry Compensation and Benefits Survey**
**- Poultry Processing Plant Average Rates -**

### Quality Technicians - TN

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | | |
| 75th | 22 | $14.28 | $16.80 | 21 | $15.54 | $16.80 | | | | | |
| 50th | 17 | $13.75 | $14.50 | 11 | $14.73 | $15.25 | $0.43 | $0.43 | | | |
| Average | 18 | $13.41 | $14.73 | 14 | $14.58 | $15.53 | $0.56 | $0.56 | | | |
| 25th | 14 | $12.30 | $12.80 | 9 | $13.23 | $14.40 | | | | | |
| 10th | | | | | | | | | | | |
| Number of Plants | 7 | 7 | 7 | 7 | 7 | 7 | 6 | 6 | 3 | 1 | 3 |

WMS and Company, Inc.
PITMAN000526

**2019 Poultry Industry Compensation and Benefits Survey**
**- Poultry Processing Plant Average Rates -**

### Processing Workers - VA

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | | |
| 75th | | | | | | | | | | | |
| 50th | 798 | $11.85 | $12.56 | 416 | $13.52 | $15.68 | $0.35 | $0.35 | 50.0% | | |
| Average | 910 | $11.90 | $12.64 | 600 | $13.94 | $16.86 | $0.46 | $0.48 | 50.8% | | |
| 25th | | | | | | | | | | | |
| 10th | | | | | | | | | | | |
| Number of Plants | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 1 | 4 |

WMS and Company, Inc.
PITMAN00527

## 2019 Poultry Industry Compensation and Benefits Survey
### - Poultry Processing Plant Average Rates -

### Maintenance Workers - VA

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | | |
| 75th | | | | | | | | | | | |
| 50th | 39 | | $16.82 | | $21.51 | $25.30 | $0.35 | $0.35 | | | |
| Average | 41 | | $16.77 | | $21.62 | $25.32 | $0.47 | $0.48 | | | |
| 25th | | | | | | | | | | | |
| 10th | | | | | | | | | | | |
| Number of Plants | 6 | 4 | 6 | 4 | 6 | 6 | 6 | 6 | 0 | 0 | 0 |

WMS and Company Inc.
PHMAN006528

## 2019 Poultry Industry Compensation and Benefits Survey
### - Poultry Processing Plant Average Rates -

### Refrigeration Technicians - VA

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | | |
| 75th | | | | | | | | | | | |
| 50th | 8 | | $19.91 | | $20.73 | $22.52 | $0.35 | $0.35 | | | |
| Average | 8 | | $19.42 | | $21.62 | $24.10 | $0.47 | $0.48 | | | |
| 25th | | | | | | | | | | | |
| 10th | | | | | | | | | | | |
| Number of Plants | 6 | 4 | 6 | 4 | 6 | 6 | 6 | 6 | 0 | 0 | 0 |

WMS and Company, Inc.
PITMAN00529

## 2019 Poultry Industry Compensation and Benefits Survey
### - Poultry Processing Plant Average Rates -

**Quality Technicians - VA**

| Range of Survey Responses | Total # of Employees | Entry Level Start Rate | Entry Level Base Rate | # of Employees at Entry Level Base Rate | Weighted Average Base Rate | Highest Level Base Rate | Amount of 2nd Shift Premium | Amount of 3rd Shift Premium | Annual Turnover Percentage | Union Turnover Percentage | Non-Union Turnover Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 90th | | | | | | | | | | | |
| 75th | | | | | | | | | | | |
| 50th | 13 | | | | $13.68 | | $0.35 | $0.35 | | | |
| Average | 16 | | | | $14.12 | | $0.47 | $0.48 | | | |
| 25th | | | | | | | | | | | |
| 10th | | | | | | | | | | | |
| Number of Plants | 6 | 5 | 5 | 5 | 6 | 5 | 6 | 6 | 0 | 0 | 0 |

WMS and Company, Inc.
PITMAN00530

2019 Poultry Industry Compensation and Benefits Survey

## C.   Human Resources Functions

1. Outsourcing

| Code | Human Resource Functions Outsourced |
|------|--------------------------------------|
| A | Health benefits claim processing; Benefit or flex enrollment; Temporary staffing; Other: FMLA/Absence Administration |
| B | Health benefits claim processing |
| C | Health benefits claim processing; Benefit or flex enrollment; Temporary staffing; Relocation; Employee surveys; Other: Workers Compensation claims processing, short-term disability administration and FMLA claims processing and administration |
| D | Health benefits claim processing; Relocation; Employee Surveys |
| E | Health benefits claim processing; Benefit or flex enrollment; Training; Temporary staffing; Relocation |
| F | Health benefits claim processing; Benefit or flex enrollment; Temporary staffing; Payroll |
| G | Health benefits claim processing; Training; Recruitment; Temporary staffing; Relocation; Employee surveys |
| H | Health benefits claim processing; Benefit or flex enrollment; Temporary staffing; Relocation; Employee surveys; Other: FMLA/STD Administration |
| I | Health benefits claim processing; Training; Temporary staffing; Employee Surveys; Other: Public/Media Relations |
| J | Health benefits claim processing; Recruitment; Temporary staffing; Payroll |
| K | Health benefits claim processing; Benefit or flex enrollment; Temporary staffing |
| L | Health benefits claim processing; Benefit or flex enrollment; Other:  Cobra Administration will be outsourced in Calendar Year 2019 |
| M | Health benefits claim processing; Benefit or flex enrollment; Relocation; Other: FSA Administration, Title 7 outreach efforts |

PITMAN00531

2. Staffing

Reported by twelve (12) companies.

|  | Human Resource Staff Ratio |
|---|---|
| Highest | 457 – 1 |
| 75th Percentile | 304 – 1 |
| Median | 220 – 1 |
| Average | 247 – 1 |
| 25th Percentile | 168 – 1 |
| Lowest | 118 – 1 |

WMS and Company, Inc.
PITMAN00532

## D.    Starting Salaries Paid for a BA/BS Degree

Average starting salary increased by approximately 6.4% since last year.  The median starting salary increased by 8.1% since last year.

| | |
|---|---|
| Highest | $56,850 |
| 75th Percentile | $54,000 |
| Median | $50,000 |
| Average | $49,450 |
| 25th Percentile | $45,000 |
| Lowest | $42,500 |

WMS and Company, Inc.

PHMAN00533

2019 Poultry Industry Compensation and Benefits Survey

## E.    <u>Titling</u>

Table follows.

PITMAN00534

## 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|---|---|---|
| 01A | Plant General Manager | Operations Director |
| 01A | General Manager | VP of Operations |
| 01A | Director of Processing | COO |
| 01A | Complex Manager | Vice President |
| 01A | Director Operations | VP Operations |
| 01A | Complex Manager | Head of Operations |
| 01A | Manager Complex | VP Operations |
| 01A | Area Complex Mgr/Complex Mgr/Asst Comp | Sr Director Fresh Operations |
| 01B | Plant General Manager | Operations Director |
| 01B | Director of Live Production | COO |
| 01B | General Manager | VP Chicken Plant Operations |
| 01B | Complex Manager | Vice President |
| 01B | Director Operations | VP Operations |
| 01B | Complex Manager | CEO/Owner |
| 01B | Complex Manager | Head of Operations |
| 01B | Manager Complex | VP Division |
| 01B | Complex Manager | Sr Director Fresh Operations |
| 02A | Senior Director Live Operations | EVP Live Operations |
| 02A | Plant Operations Manager | BOSC Leader |
| 02A | VP Live Production | President |
| 02A | VP Live Production | President |
| 02A | VP Live Operations | Chief Operations Officer |
| 02A | VP Live Operations | SVP Food Safety, Quality & Live Ops |
| 02A | Live Production Manager | CEO/Owner |
| 02A | Sr Director Live Operations | CEO |

WMS and Company Inc.

PITMAN00535

# 2019 POULTRY INDUSTRY COMPENSATION SURVEY

## Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
| --- | --- | --- |
| 02B | Director of Live Operations | VP Live Operations |
| 02B | Live Production Manager | VP Live Production |
| 02B | Live Production Manager | Director of Live Production |
| 02B | Live Production Manager | Complex Manager |
| 02B | Director Live Production | VP Operations |
| 02B | Head of Live Production Services | Executive VP of Operations |
| 02B | Sr Manager Live Production | Manager Complex |
| 02B | Area Live Operations Manager | Sr Director Fresh Operations |
| | | |
| 03A | Feed Mill Manager | Director of Live Operations |
| 03A | Director Feed Mill Oprs/Feed Mill Mgr | Sr Director Live Operations |
| 03A | Plant Manager Agri | Agri Operations Manager |
| 03A | Senior Feed Mill Manager | Director of Live Production |
| 03A | Feed Mill Manager | VP Ingredient Purchasing |
| 03A | Feed Mill Manager - Large | Feed Mill Operations Manager |
| 03A | Feed Mill Manager | Live Production Manager |
| 03A | Feed Mill Manager | Director Live Production |
| 03A | Feed Mill Manager | Live Operations Manager |
| 03A | Manager Feed Mill | Sr Manager Live Production |
| 03A | Feed Mill Manager | Live Operations Manager |
| | | |
| 03B | Feed Mill Manager | Director Feed Mill Operations |
| 03B | Feed Mill Manager | Plant Manager Agri |
| 03B | Feed Mill Manager | Live Production Manager |
| 03B | Feed Mill Manager | Senior Feed Mill Manager |
| 03B | Feed Mill Manager - Medium/Small | Mill Manager |
| 03B | Feed Mill Manager/Mill Manager | Director Live Production |
| 03B | Mill Manager | Live Production Manager |
| 03B | Feed Mill Manager | Live Operations Manager |
| 03B | Manager Feed Mill | Sr Manager Live Production |
| 03B | Feed Mill Manager | Live Operations Manager |

WMS and Company Inc.

PITMAN00536

# 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

## Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|---|---|---|
| 04 | Feed Mill Supv/Feed Mill Asst Mgr | Feed Mill Manager |
| 04 | Mill Supervisor | Feed Mill Manager |
| 04 | Feed Mill Supervisor | Feed Mill Manager |
| 04 | Feed Mill Supervisor | Feed Mill Manager |
| 04 | Mill Supervisor | Feed Mill Manager |
| 04 | Feed Mill Supervisor | Feed Mill Manager |
| 04 | Feed Mill Supervisor | Feed Mill Manager |
| 04 | Feed Mill Superintendent/Supervisor | Feed Mill Manager/Mill Manager |
| 04 | Feed Mill Superintendent | Complex Manager |
| 04 | Feed Mill Supervisor | Feed Mill Manager |
| 04 | Supervisor Feed Mill | Manager Feed Mill |
| 04 | Feed Mill Supervisor | Feed Mill Manager |
| | | |
| 05 | Hatchery Manager | Director of Live Operations |
| 05 | Hatchery Manager | Breeder Division Manager |
| 05 | Hatchery Manager | Plant Manager Agri |
| 05 | Hatchery Manager | Live Production Manager |
| 05 | Hatchery Manager | Live Production Manager |
| 05 | Hatchery Manager | Hatchery Division Manager |
| 05 | Manager of Hatcheries | VP Live Operations |
| 05 | Hatchery Manager | Breeder/Hatchery Manager |
| 05 | Hatchery Manager | Director Live Production |
| 05 | Hatchery Manager | Live Production Manager |
| 05 | Hatchery Manager | Live Operations Manager |
| 05 | Manager Hatchery | Manager Breeder |
| 05 | Hatchery Manager | Area Hatchery Mgr/Live Operations Mgr |
| | | |
| 06 | Hatchery Supervisor | Hatchery Manager |
| 06 | Hatchery Supervisor/Hatchery Asst Mgr | Hatchery Manager |
| 06 | Hatchery Supervisor | Hatchery Manager |
| 06 | Hatchery Supervisor | Manager of Hatcheries |
| 06 | Hatchery Supervisor | Hatchery Manager |
| 06 | Hatchery Assistant Manager | Hatchery Manager |
| 06 | Hatchery Supervisor | Hatchery Manager |
| 06 | Supervisor Hatchery | Manager Hatchery |
| 06 | Hatchery Superintendent | Hatchery Manager |

WMS and Company Inc.

PITMAN00537

## 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|---|---|---|
| 07A | Breeder Manager | Director of Live Operations |
| 07A | Breeder Division Manager | Sr Director Live Operations |
| 07A | Grow Out Manager | Plant Manager Agri |
| 07A | Breeder Division Manager | VP Live Operations |
| 07A | Breeder Manager | VP Chicken Live Production |
| 07A | Breeder/Hatchery Manager | Live Production Manager |
| 07A | Breeder Manager | Regional Breeder Manager |
| 07A | Breeder Manager | Live Operations Manager |
| 07A | Manager Breeder | Sr Manager Live Production |
| 07A | Breeder Manager | Live Operations Manager |
| 07B | Breeder Manager | Live Production Manager |
| 07B | Breeder Division Manager | Live Production Manager |
| 07B | Breeder Manager | Regional Breeder Manager |
| 07B | Breeder Manager | Live Production Manager |
| 07B | Breeder Manager | Live Operations Manager |
| 07B | Manager Breeder | Sr Manager Live Production |
| 07B | Breeder Manager | Live Operations Manager |
| 08 | Breeder Representative | Breeder Manager |
| 08 | Breeder Serviceperson | Breeder Division Manager |
| 08 | Flock Management Supervisor | Grow Out Manager |
| 08 | Breeder Technicians | Breeder Manager |
| 08 | Breeder Service Rep | Breeder Division Manager |
| 08 | Breeder Field Supervisor | Breeder Division Manager |
| 08 | Field Supervisor | Breeder Manager |
| 08 | Breeder Technician | Breeder/Hatchery Manager |
| 08 | Breeder Flock Advisor | Area Coordinator Breeder Manager |
| 08 | Breeder Service Technician | Breeder Manager |
| 08 | Breeder Tech Advisor I | Manager Breeder |
| 08 | Breeder Field Representative | Breeder Manager |

WMS and Company Inc.

PITMAN00538

## 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

### Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|---|---|---|
| 09A | Broiler Manager | Director of Live Operations |
| 09A | Director Market Bird Division | Sr Director Live Operations |
| 09A | Broiler Division Manager | VP Live Operations |
| 09A | Live Superintendent | General Manager |
| 09A | Broiler Manager | Live Production Manager |
| 09A | Broiler Manager | Live Operations Manager |
| 09A | Manager Broiler | Sr Manager Live Production |
| 09A | Broiler Manager | Live Operations Manager |
| | | |
| 09B | Market Bird Division Manager | Sr Director Live Operations |
| 09B | Broiler Manager | Live Production Manager |
| 09B | Growout Manager | Live Production Manager |
| 09B | Broiler Manager | Live Operations Manager |
| 09B | Manager Broiler | Sr Manager Live Production |
| 09B | Broiler Manager | Area/Live Operations Manager |
| | | |
| 10 | Broiler Service Representative | Broiler Manager |
| 10 | Market Bird Serviceperson | Market Bird Division Manager |
| 10 | Broiler Technicians | Broiler Manager |
| 10 | Turkey Service Rep | Turkey Production Manager |
| 10 | Broiler Field Supervisor | Regional Broiler Manager |
| 10 | Field Supervisor | Growout Superintendent |
| 10 | Broiler Technician | Broiler Manager |
| 10 | Flock Advisor | Area Coordinator/Growout Manager |
| 10 | Field Technician | Live Production Manager |
| 10 | Broiler Service Technician | Broiler Manager |
| 10 | Broiler Technical Advisor I | Manager Broiler |
| 10 | Broiler Field Representative | Broiler Manager |

WMS and Company Inc.

PITMAN00539

## 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|---|---|---|
| 11A | Director of Processing | AVP of Processing |
| 11A | Complex/Plant Manager | VP Operations |
| 11A | Plant Operations Manager | Plant General Manager |
| 11A | Plant Manager | Director of Processing |
| 11A | Plant Manager | VP Operations |
| 11A | Plant Manager | VP Chicken Plant Operations |
| 11A | Plant Manager | Complex Manager |
| 11A | Unit Leader/Business Unit Leader | Director Operations |
| 11A | Plant Manager | Complex Manager |
| 11A | Manager Plant III | Manager Complex |
| 11A | Operations Manager | Area Oprs Mgr/Complex Mgr/Asst Comp |
| | | |
| 11B | Complex/Plant Manager | VP Operations |
| 11B | Plant Operations Manager | Plant General Manager |
| 11B | Plant Manager | General Manager |
| 11B | Plant Manager | Complex Manager |
| 11B | Plant Manager | Complex Manager |
| 11B | Unit Leader/Business Unit Leader | Director Operations |
| 11B | Plant Manager | Complex Manager |
| 11B | Manager Plant II | Manager Complex |
| 11B | Operations Manager | Area  Operations Manager/Complex Man |
| | | |
| 12A | Complex/Plant Manager | VP Operations |
| 12A | Plant Manager | Director of Processing |
| 12A | Plant Manager | General Manager |
| 12A | Plant Manager | Complex Manager |
| 12A | Unit Leader/Business Unit Leader | Director Operations |
| 12A | Operations Manager | Head of Operations |
| 12A | Manager Plant II | Manager Complex |
| 12A | Plant Manager - FP | Sr Director Business Operations - FP |

WMS and Company Inc.

PITMAN00540

## 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

### Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|---|---|---|
| 12B | Complex/Plant Manager | VP Operations |
| 12B | Plant Operations Manager | Plant General Manager |
| 12B | Plant Manager | General Manager |
| 12B | Plant Manager | Asst Director level titles |
| 12B | Plant Manager | Complex Manager |
| 12B | Unit Leader/Business Unit Leader | Director Operations |
| 12B | Plant Manager | Complex Manager |
| 12B | Operations Manager | Head of Operations |
| 12B | Manager Plant I | Manager Complex |
| | | |
| 13 | Processing Supervisor | Processing Superintendent |
| 13 | Production Supervisor | Processing Superintendent |
| 13 | Production Supervisor | Operations Manager |
| 13 | Production Supervisor | Shift Manager |
| 13 | Production Supervisor | Plant Manager |
| 13 | Supervisor | Department Manager |
| 13 | Plant Supervisor | First Processing Superintendent |
| 13 | Supervisor | Shift Manager |
| 13 | Team Leader/Production Supervisor | Shift Leader/Production Superintendent |
| 13 | Processing Supervisor | Complex Manager |
| 13 | Production Supervisor | Production Superintendent |
| 13 | Supervisor Production | General Manager Production |
| 13 | Poultry Processing Supervisor | Superintendent/Shift Manager |
| | | |
| 14 | Processing Manager | Director of Processing |
| 14 | Operations Manager | Complex/Plant Manager |
| 14 | Operations Manager | Plant Operations Manager |
| 14 | Shift Manager | Plant Manager |
| 14 | Processing Manager | Plant Manager |
| 14 | Plant Superintendent I | Plant Production Manager |
| 14 | Shift Manager | Plant Manager |
| 14 | Shift Leader/Production Superintendent | Unit Leader/Business Unit Ldr/Plant Mgr |
| 14 | Production Manager | Plant Manager |
| 14 | Sr Production Manager | Manager Plant III |
| 14 | Shift Manager | Operations Manager/Complex Manager |

WMS and Company Inc.

PITMAN00541

## 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

### Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|----------|-------|------------------------|
| 15A | Waste Water Manager | Director of Processing |
| 15A | Maintenance Superintendent | Maintenance Manager |
| 15A | Waste Water Manager | Plant Manager |
| 15A | Waste Water Manager | QC Manager |
| 15A | Waste Water Manager | Plant Manager |
| 15A | Waste Water Manager I | Evironmental Manager/Director Operati |
| 15A | Waste Water Technician | Maintenance Supervisor |
| 15A | Wastewater Manager | Complex Manager |
| 15A | Sr Supervisor Environmental | Manager Complex Environmental |
| 15A | Waste Water Manager | Complex Manager |
| 15B | Maintenance Superintendent | Maintenance Manager |
| 15B | Waste Water Manager | QC Manager |
| 15B | Waste Water Environmental Supervisor | Maintenance Manager |
| 15B | Environmental Manager | Plant Manager |
| 15B | Waste Water Manager II | Environmental Manager/Maintenance Mg |
| 15B | Wastewater Manager | Complex Manager |
| 15B | Sr Supervisor Environmental | Manager Complex Environmental |
| 15B | Manager Environmental | Operations Manager |
| 16 | Live Haul Manager | Director of Live Operations |
| 16 | Live Haul Manager | Market Bird Division Manager |
| 16 | Live Haul Manager | Plant Manager Agri |
| 16 | Live Haul Manager | Live Production Manager |
| 16 | Live Haul Manager | Turkey Production Manager |
| 16 | Live Haul Manager | Live Haul Director |
| 16 | Live Haul Manager | Asst Director level titles |
| 16 | Live Haul Manager | Live Production Manager |
| 16 | Live Haul Manager | Business Unit Leader |
| 16 | Live Haul Supervisor | Transportation Manager |
| 16 | Live Haul Manager | Live Operations Manager |
| 16 | Manager Live Haul | Sr Manager Live Production |
| 16 | Manager Catching/Hauling | Live Operations Manager |

WMS and Company Inc.

PITMAN00542

## 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|---|---|---|
| 17 | Sanitation Manager | Director of Processing |
| 17 | Sanitation Manager | Plant Manager |
| 17 | Sanitation Manager | Plant Manager |
| 17 | Sanitation Manager | QC Manager |
| 17 | Sanitation Superintendent | Plant Manager |
| 17 | Sanitation Manager | Plant Manager |
| 17 | Sanitation Manager | Plant Manager |
| 17 | Sr Supervisor Sanitation | Sr Production Manager |
| 17 | Manager Sanitation | Maintenance Manager |
| | | |
| 18 | Maintenance Manager | Director of Processing |
| 18 | Maintenance Manager | Complex Manager |
| 18 | Engineering Manager | Plant General Manager |
| 18 | Maintenance Manager | Plant Manager |
| 18 | Facilities and Maintenance Manager | Plant Manager |
| 18 | Maintenance Manager | Plant Manager |
| 18 | Maintenance Manager I/II | Plant Manager/General Manager |
| 18 | Maintenance Manager | Plant Manager |
| 18 | Maintenance Manager | Director Operations |
| 18 | Maintenance Supervisor | Complex Manager |
| 18 | Maintenance Manager I | Plant Manager |
| 18 | Manager Maintenance I | Manager Plant II |
| 18 | Maintenance Manager | Operations Manager/Complex Manager |
| | | |
| 19 | Maintenance Supervisor | Maintenance Manager |
| 19 | Maintenance Supervisor/Utilities Supervisor | Maintenance Mgr/Maintenance Supt |
| 19 | Maintenance Supervisor | Engineering Manager |
| 19 | Maintenance Supervisor | Maintenance Manager |
| 19 | Maintenance Supervisor | Maintenance Manager |
| 19 | Maintenance Supervisor | Maintenance Manager |
| 19 | Maintenance Supervisor | Maintenance Manager |
| 19 | Maintenance Supervisor | Maintenance Manager |
| 19 | Maintenance Supervisor | Asst Maintenance Mgr/Maintenance Mgr |
| 19 | Maintenance Supervisor | Maintenance Superintendent |
| 19 | Supervisor Maintenance | Manager Maintenance I |
| 19 | Maintenance Supervisor | Maintenance Manager |

WMS and Company Inc.

PITMAN00543

## 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

### Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|---|---|---|
| 20A | Quality Assurance Manager | Director of QC/QA |
| 20A | Quality Assurance Manager | Quality Assurance Director |
| 20A | FSQR Manager | Plant General Manager |
| 20A | Quality Control Manager | Director Quality Control |
| 20A | Quality Assurance Manager | Director of Processing |
| 20A | QC Manager | Corp Food Safety & QA Officer |
| 20A | Quality Control Manager I/II | Director of Quality Control |
| 20A | Plant QA Manager | Complex QA Manager |
| 20A | Complex QA/Food Safety Manager | Division QA/Food Safety Manager |
| 20A | QA Supervosor | Complex Manager |
| 20A | Quality Assurance Manager | Director Quality Assurance |
| 20A | General Manager FSQA | Associate Director FSQA |
| 20A | Quality Assurance Manager | Area QA Mgr/Dir QA & Food & Safety |
| 22A | Rendering Plant Manager | VP Protein Conversion |
| 22A | Rendering Manager | Complex Manager/Plant Manager |
| 22A | Rendering Plant Manager | Maintenance Supervisor |
| 22A | Protein Conversion Plant Manager | Director By-Products |
| 22A | Manager Plant I | Manager Complex |
| 22B | Rendering Supervisor | Rendering Plant Manager |
| 22B | Rendering Supervisor | Rendering Manager |
| 22B | Protein Conversion Supervisor | Protein Conversion Plant Manager |
| 22B | Supervisor Production | General Manager Production |
| 23 | FSQA Manager | Plant QA Manager |
| 23 | QA HACCP Coordinator | Quality Assurance Manager/Director |
| 23 | HACCP Coordinator | Quality Control Manager |
| 23 | HACCP Coordinator | QA Manager |
| 23 | HACCP Coordinator | Complex QA Manager |
| 23 | HACCP Supervisor | Quality Assurance Manager |
| 23 | Sr Supervisor HACCP | General Manager FSQA |
| 23 | Coordinator HACCP | Quality Assurance Manager |

WMS and Company Inc.

PITMAN00544

## 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|---|---|---|
| 24A | OHS Nurse Supervisor/Nurse Case Manager | Safety Manager |
| 24A | Health Services Manager | Regional HR Market Lead |
| 24A | Health and Wellness Manager | Director of Human Resources |
| 24A | Nurse Manager | Plant Manager |
| 24A | Registered Nurse | Human Resources Manager |
| 24A | Wellness Center Supervisor | Regional Nurse Manager |
| 24A | Occupational Health Manager | Complex Safety & Health Manager |
| 24A | Manager Nursing | Associate Director Occupational Health |
| 24B | OHS Nurse (RN) | OHS Nurse Supervisor/Safety Manager |
| 24B | Nurse RN | Health Services Manager |
| 24B | Plant Nurse | Health and Wellness Manager |
| 24B | Plant Nurse | Nurse Manager |
| 24B | Plant Nurse RN | Wellness Center Supervisor |
| 24B | Occupational Health Manager | Complex Safety & Health Manager |
| 24B | Nurse RN | Manager Nursing |
| 24B | Plant Nurse | EH&S Manager/Safety Manager |
| 24C | Heath Services Nurse Aid/Nurse (LPN) | OHS Nurse Supervisor/Safety Manager |
| 24C | Nurse LPN | Health Services Manager |
| 24C | Nurse | Complex Human Resource Mgr |
| 24C | Plant Nurse | Nurse Manager |
| 24C | Plant Nurse/EMT | Human Resources Manager |
| 24C | Plant Nurse LPN | Wellness Center Supervisor |
| 24C | Occupational Health Manager | Complex Safety & Health Manager |
| 24C | Nurse LPN | Manager Nursing |
| 24C | Plant Nurse | EH&S Manager/Safety Manager |
| 25A | Human Resources Manager | Director of Human Resources |
| 25A | Complex Human Resources Manager | Director of Human Resources |
| 25A | Labor Relations Manager | VP / Director Human Resources |
| 25A | Complex HR Manager | Director HR |
| 25A | Complex Human Resources Manager I | Complex Manager |
| 25A | Manager Human Resources II | Director Human Resources |
| 25A | Human Resources Manager | Complex Manager |

WMS and Company Inc.

PITMAN00545

# 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

## Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
| --- | --- | --- |
| 25B | Complex HR Manager/HR Manager | Director Human Resources |
| 25B | Complex Human Resources Manager | Director of Human Resources |
| 25B | Complex HR Manager | Director HR |
| 25B | Director Human Resources | CEO |
| 25B | Complex Human Resources Manager I | Complex Manager |
| 25B | Manager Human Resources II | Director Human Resources |
| 25B | Human Resources Manager | Complex Manager |
| 26A | HR Manager | Plant Manager |
| 26A | Plant HR Manager | Complex HR Manager |
| 26A | Complex HR Manager | Director HR Perdue Foods |
| 26A | Complex Human Resources Manager I | Complex Manager |
| 26A | Manager Human Resources | Manager Human Resources II |
| 26B | Complex HR Manager/HR Manager | Director Human Resources |
| 26B | Human Resources Manager | Director of Human Resources |
| 26B | HR Manager | Plant Manager |
| 26B | Sr. Human Resources Supervisor | Human Resources Director |
| 26B | Plant HR Manager | Complex HR Manager |
| 26B | Complex HR Manager | Director HR Perdue Foods |
| 26B | Complex Human Resources Manager | Complex Manager |
| 26B | Manager Human Resources | Director Human Resources |
| 26B | Plant Human Resources Manager | Complex Manager |
| 27 | Director of Engineering | VP of Operations |
| 27 | Dir Engineering Projects/Engineering Project | VP Engineering |
| 27 | Process Engineer | Plant Manager |
| 27 | Project Manager | Engineering Manager |
| 27 | Engineer | Director of Engineering |
| 27 | Sr Project Engineer/Sr Industrial Engr | Sr Director Engineering |
| 27 | Senior Project Engineer | Director of Engineering |
| 27 | Engineer Continuous Improvement | Manager Complex |
| 27 | Regional Engineer Manager | Director Engineering |

WMS and Company Inc.

PITMAN00546

# 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

## Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|---|---|---|
| 28 | Veterinarian/Head Veterinarian | Sr Director Live Operations |
| 28 | Veterinary Services Advisor | Agri Operations Manager |
| 28 | Director of Veterinary Services | President and COO |
| 28 | Director of Veterinary Medicine | Director of Live Production |
| 28 | Director of Veterinarian Services | VP Live Operations |
| 28 | Director Veterinary Services | Senior VP Technical Services |
| 28 | Sr Director Veterinary Services | SVP Food Safety/QA & Live Operations |
| 28 | Veterinary Manager | Live Production Manager |
| 28 | Veterinarian | Head of Live Production Technical Svcs |
| 28 | Director Veterinary Services | Sr Director Live Operations |
| 29 | Director of Business Development | AVP of Marketing & Sales |
| 29 | VP Retail Sales/VP Industrial Sales | Executive VP of Sales |
| 29 | Director of Sales | President and COO |
| 29 | Director of Sales | COO |
| 29 | Sales Director | VP Sales |
| 29 | VP Sales | Group VP Retail Sales |
| 29 | Director/Sr Director Sales | VP Sales |
| 29 | Director Sales | Executive VP Operations |
| 29 | Director Sales | VP Business Development |
| 29 | Sr Director Fresh Sales | VP Sales-Fresh |
| 30 | National Sales Account Manager | AVP of Sales & Marketing |
| 30 | Retail Sales Director/Director Food Service S | VP Retail Sales/SVP Food Service Sales |
| 30 | Sales Director and/or Sales Mgr | Director of Sales |
| 30 | Regional Sales Reps | Director of Sales |
| 30 | Sales Manager | VP Sales |
| 30 | Area Salaes Manager | Regional Sales Manager |
| 30 | Regional Sales Mgr/Reg Business Mgr | Director Sales |
| 30 | Sales Manager | Complex Manager/CEO |
| 30 | Regional Sales Manager | Director Sales |
| 30 | Manager Sales Account | Associate Director Sales |
| 30 | Regional Sales/National Accts and Sales Mgr | Director Sales |

WMS and Company Inc.

PITMAN00547

## 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

### Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|---|---|---|
| 31 | Sales Account Manager | AVP of Sales & Marketing |
| 31 | Natl Accts Mgr/Reg, Intl, Commodity Sales M | Dir Retail, Food Svc Sales/VP Retail, In |
| 31 | Sales Representative | Sales Manager |
| 31 | Account Sales Rep | Director of Sales |
| 31 | Account Sales | Sales Manager |
| 31 | Sales Representative I/II | National Account Manager |
| 31 | Sales/Sr Sales Rep | Director Sales |
| 31 | Sales Representative | Regional Sales Manager |
| 31 | Associate Manager Sales | Director Sales |
| 31 | Sales Representative | Sales Manager/Director Sales |
| | | |
| 32A | Plant Safety Manager | Corp. Safety Manager |
| 32A | Area Safety Coordinator | Safety Director |
| 32A | Safety Manager | General Manager |
| 32A | Safety Manager | Complex Safety Manager |
| 32A | EHS Manager | Complex Manager |
| 32A | Complex Safety & Health Manager | Complex Manager |
| 32A | Manager Safety | Sr Manager Area Safety |
| 32A | Safety Manager | Complex Manager/Operations Manager |
| | | |
| 32B | Safety Manager | Director of Safety |
| 32B | Safety Manager | Complex Manager |
| 32B | EHS Manager | Plant General Manager |
| 32B | Safety Manager | Director of Safety |
| 32B | Safety Manager | Complex Manager |
| 32B | Complex Safety Manager | Complex Manager |
| 32B | Safety Security/Sr Safety Security Mgr | Complex HR Manager |
| 32B | Complex Safety & Health Manager | Complex Manager |
| 32B | Manager Complex Safety | Sr Manager Area Safety |
| 32B | Mgr Environmental, Health & Safety | Complex Manager/Operations Manager |

WMS and Company Inc.

PITMAN00548

## 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|---|---|---|
| 33A | VP Plant Product Quality Assurance | SVP Food Safety & Animal Care Well-B |
| 33A | FSQR Leader | Corporate FSQR VP |
| 33A | Senior Vice President | Chief Executive Officer |
| 33A | VP Veterinary Services | CEO |
| 33A | SVP Food Safety/QA & Live Operations | President Premium Poultry |
| 33A | Head of Quality Assurance & Food Safety | President & CEO |
| 33A | VP Quality Assurance & Food Safety | CEO |
| | | |
| 33B | Director of QA/QC | AVP of Processing |
| 33B | Quality Assurance Director | VP Plant Product QA/SVP Food Safety & |
| 33B | FSQR Director | FSQR Leader |
| 33B | Director of Quality Control | President |
| 33B | Director of Quality | VP Operations |
| 33B | Quality Assurance Director | VP Veterinary Services |
| | | |
| 34 | Director of Grain Procurement | VP of Live Operations |
| 34 | Director of Ingredient Purchasing | CFO |
| 34 | VP Ingredient Purchasing | President |
| 34 | Senior Merchandiser | Manager of Gain & Soy |
| 34 | Regional Mgr Grain Procurement Orig | SVP Domestic Grain |
| 34 | Director Feed Ingredient Purchasing | Head of Business Risk Management |
| 34 | Director Commodity | VP Commodity Purchasing |
| 34 | Director Feed Ingredient Procurement | CFO |
| | | |
| 35 | Human Resources Representative | Human Resources Manager |
| 35 | HR Supervisor/HR Generalist | Complex Human Resources Manager |
| 35 | Human Resources Supervisor | Human Resources Manager |
| 35 | Human Resources Supervisor | Labor Relations Manager |
| 35 | Shift HR Supervisor | Plant HR Manager |
| 35 | Human Relations Manager | Complex Manager |
| 35 | Human Resources Supervisor | Complex Human Resources Manager |
| 35 | Associate Human Resources Generalist | Manager Humnan Resources |
| 35 | Human Resources Supervisor | Human Resources Mgr/Plant Human Re |

WMS and Company Inc.

PITMAN00549

## 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

### Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|---|---|---|
| 36 | QA Supervisor | QA Manager |
| 36 | Quality Assurance Supervisor | Quality Assurance Manager |
| 36 | QA Technical Services Supervosor | FSQR Manager |
| 36 | Quality Assurance Supervisor | Quality Assurance Manager |
| 36 | Quality Services Supervisor | Quality Services Manager |
| 36 | QC Supervisor | QC Manager |
| 36 | Quality Control Supervisor | Quality Assurance Manager |
| 36 | QA Supervisor | Plant QA Manager |
| 36 | QA/Food Safety Supervisor | Complex QA/Food Safety Manager |
| 36 | Quality Assurance Supervisor | Quality Assurance Manager |
| 36 | Supervisor FSQA | General Manager FSQA |
| 36 | Quality Assurance Supervisor | Quality Assurance Manager |
| 37 | Processing Superintendent | Processing Manager |
| 37 | Processing Superintendent | Operations Manager |
| 37 | Area Manager | Operations Manager |
| 37 | Production Manager | Plant Manager |
| 37 | Processing/Production Manager | Plant Manager |
| 37 | Department Supervisor Plant | First Processing Superintendent |
| 37 | Superintendent | Shift Manager |
| 37 | Production Superintendent | Production Manager |
| 37 | General Manager Production | Sr Production Manager |
| 37 | Processing Supt Fresh , Value Add or Further | Shift Manager/Operations Manager |
| 38 | Staff Accountant | Director of Accounting |
| 38 | Production Accountant/Cost Accounting Anal | |
| 38 | Staff Accountant | Controller |
| 38 | Plant Accountant | Accounting Manager |
| 38 | Plant Accountant | Cost Accounting Manager |
| 38 | Staff Accountant | Sr Accounting Supervisor |
| 38 | Cost Accountant/Sr Accountant | Operations Accounting Mgr |
| 38 | Accountant | Accounting Manager |
| 38 | Accountant | Controller II |
| 38 | Cost Accountant - Plant | Complex Finance Manager |

WMS and Company Inc.

PITMAN00550

# 2019  POULTRY INDUSTRY  COMPENSATION SURVEY

## Titles Reported and Typical Reporting Relationships

| JOB CODE | TITLE | TYPICALLY REPORTS TO: |
|---|---|---|
| 39 | Transportation Coordinators | Director of Transportation |
| 39 | Transportation Network/Logistics Procurment | |
| 39 | Logistics Assistant | Transportation Supervisor |
| 39 | Logistics Manager | Director of Sales |
| 39 | Transportation Coordinator | Sales Manager |
| 39 | Logistics Coordinator | Logistics Operations Manager |
| 39 | Live Production Logistics Coordinator | |
| 39 | Transportation Specialist | Transportation Supervisor |
| 39 | Logistics & IC Anal/ Trans & Log Anal | Director Supply Chain Management |
| 40 | Director Humna Resources | |
| 40 | Director of Human Resources | President |
| 40 | Human Resources Director | CHRO |
| 40 | QA Director | Corporate Director HR |
| 40 | Director HR Perdue Foods HQ | VP Foods |
| 40 | Human Resources Manager | CEO |
| 40 | Area Human Resources Director | Head of Human Resources |
| 40 | Director Human Resources | VP Human Resources Operations |
| 40 | Area Human Resources Manager | Sr Director Prepared Foods |

WMS and Company Inc.

PITMAN00551

2019 Poultry Industry Compensation and Benefits Survey

## F.   Plant Turnover

|  | All 2018 | Non-Union 2018 | Union 2018 |
|---|---|---|---|
| Highest | 145.0% | 99.0% | 168.7% |
| 75th Percentile | 102.3% | 93.0% | 119.0% |
| Median | 67.6% | 59.8% | 101.0% |
| Average | 71.1% | 68.0% | 95.5% |
| 25th Percentile | 51.2% | 52.0% | 58.0% |
| Lowest | 47.0% | 21.0% | 54.0% |
| No. Companies Reporting | 11 | 11 | 7 |

WMS and Company, Inc.
PITMAN00552

# APPENDIX
## 2019 Poultry Survey Questionnaire

The survey document follows.

PITMAN00553