# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Judy Jien, et al.  *

**Plaintiff,**

*

v.   Case No. 1:19-cv-02521-SAG

Perdue Farms, Inc. et al.  *

**Defendant.**  *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒  Exhibit  PX005  which is an attachment to  Joint Letter on Custodians and Objections to Rule 34 Requests

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐  _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by E-Mail or Electronic Service.

08/19/2021

Date

/s/ *Brent W. Johnson*

Signature

Brent W. Johnson

Printed Name and Bar Number

1100 New York Ave. NW, Washington, DC 20005

Address

bjohnson@cohenmilstein.com

Email Address

(202) 408-4600

Telephone Number

(202) 408-4699

Fax Number