# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Judy Jien, et al.     *

**Plaintiff,**

    *

**v.**                                    Case No. 1:19-cv-02521-SAG

Perdue Farms, Inc. et al.     *

**Defendant.**     *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒    Exhibit __PX007__ which is an attachment to _____

Joint Letter on Custodians and Objections to Rule 34 Requests

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐    _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **E-Mail or Electronic Service**.

**08/19/2021**                                   /s/ *Brent W. Johnson*

Date                                                                  Signature

**Brent W. Johnson**

Printed Name and Bar Number

1100 New York Ave. NW, Washington, DC 20005

Address

bjohnson@cohenmilstein.com

Email Address

**(202) 408-4600**

Telephone Number

**(202) 408-4699**

Fax Number