**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Judy Jien, et al.                           *

**Plaintiff,**

                             *

**v.**                                              **Case No.** 1:19-cv-02521-SAG

Perdue Farms, Inc. et al.              *

**Defendant.**                                 *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[x]     Exhibit PX008 which is an attachment to _____

Joint Letter on Custodians and Objections to Rule 34 Requests

will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ]     _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by E-Mail or Electronic Service _____ .

08/19/2021

Date

/s/ Brent W. Johnson

Signature

Brent W. Johnson

Printed Name and Bar Number

1100 New York Ave. NW, Washington, DC 20005

Address

bjohnson@cohenmilstein.com

Email Address

(202) 408-4600

Telephone Number

(202) 408-4699

Fax Number