**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Judy Jien, et al.                                    *

    **Plaintiff,**

                                                     *

    **v.**                                            **Case No.**   1:19-cv-02521-SAG

Perdue Farms, Inc. et al.                   *

    **Defendant.**                                 *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒   Exhibit _PX010_ which is an attachment to _____

Joint Letter on Custodians and Objections to Rule 34 Requests

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐   _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

    I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by E-Mail or Electronic Service _____.

08/19/2021 _____

Date

/s/ *Brent W. Johnson* _____

Signature

Brent W. Johnson _____

Printed Name and Bar Number

1100 New York Ave. NW, Washington, DC 20005 _____

Address

bjohnson@cohenmilstein.com _____

Email Address

(202) 408-4600 _____

Telephone Number

(202) 408-4699 _____

Fax Number