# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Judy Jien, et al.     *

**Plaintiff,**

    *

v.                  Case No. 1:19-cv-02521-SAG

Perdue Farms, Inc. et al.     *

**Defendant.**     *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒    Exhibit **PX011** which is an attachment to **Joint Letter on Custodians and Objections to Rule 34 Requests** will be electronically filed under seal within 24 hours of the filing of this Notice.

☐    _____
(title of document)
will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by **E-Mail or Electronic Service**.

**08/19/2021**
Date

/s/ *Brent W. Johnson*
Signature

**Brent W. Johnson**
Printed Name and Bar Number

1100 New York Ave. NW, Washington, DC 20005
Address

bjohnson@cohenmilstein.com
Email Address

(202) 408-4600
Telephone Number

(202) 408-4699
Fax Number

NoticeofFilingofDocumentUnderSeal (11/2017)