# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PERDUE FARMS, INC. et al., <br><br> Defendants. | C.A. No. 1:19-cv-02521-SAG |

## DECLARATION OF ELIZABETH H. FRENCH

I, Elizabeth H. French, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am an attorney at Simpson Thacher & Bartlett LLP and serve as counsel for Tyson Foods, Inc. and Keystone Foods, LLC in this action.

2. I have personal knowledge of the matters stated herein, and, if called upon, I could and would competently testify thereto.

3. Attached as Defendants' Exhibit 1 (DX001) is a true and correct copy of Defendant Jennie-O Turkey Store, Inc.'s Answers and Objections to Plaintiffs' First Set of Interrogatories to All Defendant Processors.

4. Attached as Defendants' Exhibit 2 (DX002) is a true and correct copy of a document produced in this action bearing Bates stamp WMS_000001.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2021.

/s/ Elizabeth H. French
Elizabeth H. French
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, DC 20001
Phone: 202-636-5500
Facsimile: 202-636-5502

*Attorneys for Defendants Tyson Foods, Inc. and Keystone Foods, LLC*