# EXHIBIT DX002

| 2019 Feedback Meeting Attendees | |
|---|---|
| Amick Farms | Alanna Tanner, Anissa Turner |
| Butterball | Ron Tomaszewski, Beth Gurley-? |
| Cargill | Megan Groskreutz, Tanya Teeter |
| Case Farms | Teresa Macemore |
| Cooper Farms | Jack Staugler-? |
| Fieldale Farms | Jon Allen |
| Foster Farms | Bert Neuenschwander, Kyle Bush |
| JBS (Pilgrims) | Zach Adams |
| Koch Foods | Bobby Elrod, Mike ??? |
| Perdue Farms | Kim Huerta, Lindsey Chaney |
| Pitman Farms | David Rubenstein |
| Tyson | Dominica Fleming |
| Wayne Farms | Christy Freeman, Jeff Higgins-? |

| 2017 Feedback Meeting Attendees | |
|---|---|
| (Committed to attend, but not certain they came.) | |
| Allen Harim | Janet Phillips |
| Amick Farms | Alanna Tanner, Anissa Turner |
| Butterball | Ron Tomaszewski, BA Smith |
| Cargill | Tanya Teeter |
| Case Farms | Teresa Macemore |
| Cooper Farms | Jack Staugler |
| Fieldale Farms | Jon Allen |
| Foster Farms | Bert Neuenschwander |
| Georges | Glen Balch |
| JBS (Pilgrims) | Krista Hoffmeister, Brad Sievers |
| Keystone Foods | Stacey Zimmer |
| Koch Foods | Bobby Elrod |
| Norbest | S. Brewer |
| OK Foods | Christy Terry |
| Perdue Farms | Kim Huerta |
| Simmons Foods | Lindsey Chaney, Kristi Pianalto |
| Tyson | Dominica Fleming |
| Wayne Farms | Christy Freeman, Jeff Higgins |