**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| JUDY JIEN, et al.,<br><br>                      Plaintiffs,<br><br>    v.<br><br>PERDUE FARMS, INC., et al.,<br><br>                      Defendants. | C.A. No. 1:19-CV-2521-SAG<br><br>**[PROPOSED] ORDER ON JOINT INTERIM MOTION FOR LEAVE TO FILE UNDER SEAL JOINT LETTER ON CUSTODIANS AND OBJECTIONS TO RULE 34 REQUESTS AND EXHIBITS** |

      This matter comes before the Court on Joint Interim Motion to Seal Joint Letter on Custodians and Objections to Rule 34 Requests and Exhibits ("Motion"). Plaintiffs and Defendants jointly request that the Court seal the following documents, as these documents either contain information designated by the Plaintiffs or Defendants as "Confidential" or "Highly Confidential" or reference or summarize such documents: (1) Joint Letter on Custodians and Objections to Rule 34 Requests, (2) Exhibit PX005, (3) Exhibit PX006, (4) Exhibit PX007, (5) Exhibit PX008, (6) Exhibit PX010, and (7) Exhibit PX011.

      Upon consideration of the Motion, the papers submitted in support and in response thereto, and good cause appearing, the Motion is GRANTED.

      This Court HEREBY ORDERS the Joint Letter on Custodians and Objections to Rule 34 Requests and the attached Exhibits PX005, PX006, PX007, PX008, PX010, and PX011 shall remain under seal.

IT IS SO ORDERED.

DATED: _____

                                HONORABLE STEPHANIE A. GALLAGHER
                                UNITED STATES DISTRICT COURT JUDGE