**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**Fax (410) 962-1812** |

August 23, 2021

LETTER ORDER

      RE:    Judy Jien v. Perdue Farms Inc.
                  Civil Case No. SAG-19-02521

Dear Counsel:

      I am scheduling a telephonic hearing on the discovery disputes set forth in ECF 498 and ECF 499. The hearing will be held on **Monday, September 13, 2021 at 10 a.m.,** and will last no more than two hours. The call-in number for the hearing will be 877-336-1280, with the password 8324569.

      To assist the court reporter and to ensure that the hearing can be conducted efficiently, counsel should confer in advance of the hearing and should provide my law clerk, Madeline Prebil, with a list of the attorneys who will be speaking. For issues where similar objections have been raised by multiple defendants, defense counsel should collectively identify a single attorney to act as the defense spokesperson for that issue. The list should be emailed to Madeline at Madeline_Prebil@mdd.uscourts.gov no later than 5 p.m. on Thursday, September 9, 2021. Attorneys and client representatives who are not identified on the list are welcome to listen into the call but need not be identified for the record. Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

      Sincerely yours,

      /s/

      Stephanie A. Gallagher
      United States District Judge