IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Judy Jien, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **Civil Action No. 1:19-cv-2521** |
| v. ) | **The Honorable Stephanie A. Gallagher** |
| ) | |
| Perdue Farms, Inc. *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Counsel for Defendant Sanderson Farms, Inc. ("Sanderson Farms") hereby give notice and respectfully request leave of the Court to withdraw Stacy Pepper of the law firm Kirkland & Ellis LLP as counsel of record for the above Defendants in this action, as Ms. Pepper was killed in a charged vehicular homicide. Sanderson Farms will continue to be represented by remaining counsel of record.

In further support of its Motion, Sanderson Farms states as follows:

1. Stacy Lynn Pepper was a brilliant, thoughtful, and talented attorney. She was a zealous and passionate advocate for Sanderson Farms. She brought intellectual curiosity, integrity, resolve, and attention-to-detail to every facet of her work.

2. Stacy was uniformly respected, liked, and admired by the attorneys on this case, not just for her intellect and advocacy skills, but also for her good nature, humor, and kindness. She treated everyone with respect, inspiring everyone to be better attorneys, colleagues, and people. Stacy had a rare combination of self-confidence and humility. She was dedicated to mentoring junior attorneys and supporting every team member through every work- and life-related dilemma, big or small.

3. Stacy Lynn Pepper leaves behind a lasting legacy. Stacy was a beloved friend, partner, colleague, teammate, mentor, and supporter. She turned her Sanderson Farms team into a family, and we loved her dearly. While Sanderson Farms cannot stand to file this Motion, we take comfort in her positive impact she made on this case and the hearts and lives of everyone involved.

Dated: August 24, 2021                                           Respectfully submitted,

/s/ *Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
for the Team at
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com

*Attorneys for Defendant Sanderson Farms, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ <i>Daniel E. Laytin</i>
Daniel E. Laytin, P.C.
