UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JUDY JIEN, et al.**, on behalf of themselves and all others similarly situated, | ) ) ) ) CASE NO. 1:19-cv-02521-SAG |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) ) |
| **PERUDE FARMS, INC., et al.**, | ) ) ) |
| **Defendants.** | ) ) |

## NOTICE OF APPEARANCE

TO THE CLERK:

      Kindly enter my appearance on behalf of defendant Mountaire Farms, Inc. in the above-captioned matter.

Dated:  August 26, 2021

                                              */s/ Michelle M. McGeogh*
                                              Michelle M. McGeogh (USDC Bar No. 28778)
                                              **BALLARD SPAHR LLP**
                                              300 East Lombard Street, 18th Floor
                                              Baltimore, MD  21202
                                              Phone:  (410) 528-5600
                                              Facsimile:  (410) 528-5650
                                              mcgeoghm@ballardspahr.com

                                              Attorney for Defendant
                                              Mountaire Farms, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing notice of appearance has been electronically served on all counsel of record via CM/ECF.

Dated:  August 26, 2021

/s/ *Michelle M. McGeogh*
Michelle M. McGeogh (USDC Bar No. 28778)
**BALLARD SPAHR LLP**
300 East Lombard Street, 18th Floor
Baltimore, MD  21202
Phone:  (410) 528-5600
Facsimile:  (410) 528-5650
mcgeoghm@ballardspahr.com

Attorney for Defendant
Mountaire Farms, Inc.