**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**Fax (410) 962-1812** |

September 13, 2021

LETTER TO COUNSEL

      RE:    <u>Jien, et al. v. Perdue Farms, Inc., et al.</u>,
               Case No. SAG-19-2521

Dear Counsel:

      A continuation of today's telephonic hearing has been scheduled for September 14, 2021 at 10:00 a.m. Please use the following numbers to call in to the conference:

    USA Toll-Free: 877-336-1280
    Access Code: 8324569

      Despite the informal nature of this letter, it is an Order of the Court, and shall be docketed accordingly.

                                                  Sincerely yours,

                                                  /s/

                                                  Stephanie A. Gallagher
                                                  United States District Judge