IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDY JIEN, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Case No. 1:19-CV-2521-SAG |
| | * | |
| PERDUE FARMS, INC., et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

For purposes of this Order, the parties' joint letter on custodians and objections to Rule 34 requests ("Joint Letter"), ECF 498-99, shall be treated as a series of motions to compel by Plaintiffs against Defendants. The rulings below apply only to the Defendants who objected as to each particular issue, and do not govern other Defendants who previously reached agreements with Plaintiffs to produce certain items or designate certain custodians. As outlined below, and for the reasons stated in the conference call conducted on this 14th day of September, 2021, it is ORDERED that Plaintiffs' Motions to Compel are **DENIED IN PART** and **GRANTED IN PART** as follows:

1) The following rulings are made with respect to designation of custodians for Defendant Tysons:

   a. Plaintiffs' requests to designate as custodians Donnie Smith, Thomas Hayes, Stewart Glendinning, and Dennis Leatherby are denied. Plaintiffs' remaining requests to designate Tyson senior executive custodians are granted.

    b. Plaintiffs' requests to designate as custodians Arturo Towns and Robert Barragan are denied. Plaintiffs' remaining requests to designate Human Resources ("HR") Directors of Operations custodians are granted.

    c. Plaintiffs' request to designate as custodians Stephen King, Agnes Kumwenda, and Cody Standridge are denied. Plaintiffs' remaining requests to designate Compensation Analysts custodians are granted.

    d. Plaintiffs' request to designate Kelle Christian as custodian is granted.

    e. Plaintiffs' request to designate as custodians Gregory Winston, Kent Massey, and Misti Lance is granted.

2) With respect to the designation of custodians for Defendant Simmons, Plaintiffs may designate as custodian any one Plant HR Manager. Plaintiffs' remaining requests to designate Simmons custodians are denied.

Dated: September 14, 2021                                  /s/
                                                                      Stephanie A. Gallagher
                                                                      United States District Judge