# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

JUDY JIEN, et al.,

Plaintiffs,

v.

PERDUE FARMS, INC., et al.,

Defendants.

C.A. No. 1:19-CV-2521-SAG

**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING INTERIM SCHEDULING ORDER**

The Plaintiffs and Defendants in the above-captioned matter (collectively, the "Parties"), by and through their undersigned counsel and pursuant to Local Rule 105.9, on this 8th day of October 2021, recite and stipulate as follows:

WHEREAS, on August 10, 2021, the Court approved the Parties' stipulation amending the Interim Scheduling Order in the above-captioned matter, *see* ECF No. 495;

WHEREAS, under the revised Interim Scheduling Order, the deadline for the Parties to submit a joint letter brief to the Court regarding areas of dispute on (1) search terms, (2) Defendants' objections to Plaintiffs' Rule 34 requests for structured data, other than Defendants' objections to the relevant time period for those requests, and (3) objections to interrogatories, is four weeks after the Court rules on the Parties' August 13, 2021 discovery disputes, which is October 12, 2021;

WHEREAS, the Parties have had productive dialogue on these issues, but believe that additional time to further negotiate these issues will significantly narrow the areas of disagreement and areas of impasse that will require the Court's resolution;

WHEREAS, the Parties have agreed to extend the deadline for the Parties to submit a joint letter brief to the Court regarding these issues to November 19, 2021;

THE PARTIES RESPECTFULLY REQUEST that the Court order that the deadline for the Parties to submit a joint letter brief to the Court regarding areas of dispute on (1) search terms, (2) Defendants' objections to Plaintiffs' Rule 34 requests for structured data, other than Defendants' objections to the relevant time period for those requests, and (3) objections to interrogatories be extended to November 19, 2021.

Dated: October 8, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Brent W. Johnson* | */s/ Julia E. McEvoy* |
| Daniel A. Small (D. Md. Bar # 20279) | Julia E. McEvoy (admitted *pro hac vice*) |
| Benjamin D. Brown (admitted *pro hac vice*) | Christopher N. Thatch (Bar No. 29097) |
| Brent W. Johnson (admitted *pro hac vice*) | JONES DAY |
| Daniel H. Silverman (admitted *pro hac vice*) | 51 Louisiana Avenue, N.W. |
| Alison S. Deich (admitted *pro hac vice*) | Washington, D.C. 20001-2113 |
| Louis Katz (admitted *pro hac vice*) | (202) 879-3867 |
| COHEN MILSTEIN SELLERS & TOLL | jmcevoy@jonesday.com |
| PLLC | cnthatch@jonesday.com |
| 1100 New York Avenue NW | |
| 5th Floor | Eddie Hasdoo (admitted *pro hac vice*) |
| Washington, DC 20005 | JONES DAY |
| Telephone: (202) 408-4600 | 77 W. Wacker Drive, Suite 3500 |
| Fax: (202) 408-4699 | Chicago, IL 60601 |
| dsmall@cohenmilstein.com | (312) 782-3939 |
| bbrown@cohenmilstein.com | ehasdoo@jonesday.com |
| bjohnson@cohenmilstein.com | |
| dsilverman@cohenmilstein.com | Faris Rashid (admitted *pro hac vice*) |
| adeich@cohenmilstein.com | Davida S. Williams (admitted *pro hac vice*) |
| lkatz@cohenmilstein.com | GREENE ESPEL PLLP |
| | 222 South Ninth Street, Suite 2200 |
| Steven W. Berman (admitted *pro hac vice*) | Minneapolis, MN 55402 |
| Breanna Van Engelen (admitted *pro hac vice*) | (612) 373-0830 |
| HAGENS BERMAN SOBOL SHAPIRO | khibbard@greeneespel.com |
| LLP | |
| 1301 Second Avenue, Suite 2000 | *Attorneys for Defendant Cargill Meat* |
| Seattle, Washington 98101 | *Solutions Corporation* |
| Tel: (206) 623-7292 | |
| steve@hbsslaw.com | |
| breannav@hbsslaw.com | */s/ Steven F. Barley* |
| | Steven F. Barley (Bar No. 10049) |
| Shana E. Scarlett (admitted *pro hac vice*) | HOGAN LOVELLS US LLP |
| Rio R. Pierce (admitted *pro hac vice*) | 100 International Drive, |
| HAGENS BERMAN SOBOL SHAPIRO | Baltimore, MD 21202 |
| LLP | Tel: (410) 659-2700 |
| 715 Hearst Avenue, Suite 202 | Fax: (410) 659-2701 |
| Berkeley, CA 94710 | Steve.barley@hoganlovells.com |

Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Elaine T. Byszewski (*pro hac vice*
forthcoming)
HAGENS BERMAN SOBOL SHAPIRO
LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Tel: (213) 330-7150
elaine@hbsslaw.com

Matthew K. Handley (D. Md. Bar # 18636)
Rachel E. Nadas (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
777 6th Street, NW, Eleventh Floor
Washington, DC 20001
Telephone: (202) 559-2433
mhandley@hfajustice.com
rnadas@hfajustice.com

George F. Farah (admitted *pro hac vice*)
Rebecca P. Chang (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Telephone: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com

William H. Anderson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive
Suite G-200
Boulder, CO 80305
Telephone: (202) 559-2433
wanderson@hfajustice.com

Brian D. Clark (admitted *pro hac vice*)
Stephen J. Teti (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T:  (612) 339-6900
F:  (612) 339-0981

William L. Monts III (admitted *pro hac vice*)
Justin W. Bernick (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
William.monts@hoganlovells.com
Justin.bernick@hoganlovells.com

*Attorneys for Defendant Agri Stats, Inc.*

/s/ David B. Hamilton
David B. Hamilton (Bar No. 04308)
Hillary V. Colonna (Bar No. 19704)
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
Tel: (410) 545-5850
Fax: (410) 545-5801
David.Hamilton@wbd-us.com
Hillary.Colonna@wbd-us.com

Hayden J. Silver III (admitted *pro hac vice*)
Jonathon D. Townsend (admitted *pro hac
vice*)
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Tel: (919) 755-2188
Fax: (919) 755-7099
Jay.Silver@wbd-us.com
Jonathon.Townsend@wbd-us.com

*Attorneys for Defendant Butterball, LLC*

/s/ Brian D. Frey
Brian D. Frey (Bar No. 17592)
ALSTON & BIRD LLP
The Atlantic Building 950 F Street, N.W.
Washington, D.C. 20004
Tel: (202) 239-3067
Fax: (202) 239-3333

bdclark@locklaw.com
steti@locklaw.com
*Co-Lead Counsel for Plaintiffs and the
Proposed Class*

Brian.Frey@alston.com

B. Parker Miller (admitted *pro hac vice*)
Valarie Williams (admitted *pro hac vice*)
Raechel J. Bimmerle (admitted *pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
Parker.Miller@alston.com
Valarie.Williams@alston.com
Raechel.Bimmerle@alston.com

*Attorneys for Defendant Fieldale Farms
Corporation*

/s/ Jonathan H. Todt
Jonathan H. Todt (Bar No. 07166)
FAEGRE DRINKER BIDDLE & REATH
LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Tel: (202) 230-5823
Fax: (202) 842-8465
Jonathan.todt@faegredrinker.com

Richard A. Duncan (admitted *pro hac vice*)
Craig S. Coleman (admitted *pro hac vice*)
Emily E. Chow (admitted *pro hac vice*)
Isaac B. Hall (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH
LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
Fax: (612) 766-1600
Richard.duncan@faegredrinker.com
Craig.coleman@faegredrinker.com
Emily.chow@faegredrinker.com
Isaac.hall@faegredrinker.com

Christopher A. Kreuder (admitted *pro hac
vice*)

5

FAEGRE DRINKER BIDDLE & REATH
LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Tel: (515) 248-4733
Fax: (515) 248-9010
Christopher.kreuder@faegredrinker.com

*Attorneys for Defendant Jennie-O Turkey
Store, Inc.*

/s/ James E. Edwards, Jr.
James E. Edwards, Jr. (MDB No. 02360)
Ty Kelly Cronin (MDB No. 27166)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
100 Light Street
Baltimore, MD 21202
Tel: (410) 685-1120
Fax: (410) 547-0699
jedwards@bakerdonelson.com
tykelly@bakerdonelson.com

*Pro hac vice:*
John G. Calender (DCB No. 939124)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
901 K Street, N.W., Suite 900
Washington, D.C. 20001
Tel: (202) 508-3474
Fax: (202) 220-2274
jcalendar@bakerdonelson.com

Scott W. Pedigo (MSB No. 10735)
Amy L. Champagne (MSB No. 102447)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Mailing: P.O. Box 14167
Jackson, Mississippi 39236-4167
Physical: One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Tel: (601) 351-2400
Fax: (601) 251-2424
spedigo@bakerdonelson.com
achampagne@bakerdonelson.com

6

Russell W. Gray (TNB No. 16120)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450-1801
Tel: (423) 209-4218
Fax: (423) 752-9563
rgray@bakerdonelson.com

*Attorneys for Defendant Koch Foods, Inc.*

/s/ J. Douglas Baldridge
J. Douglas Baldridge (Bar No. 11023)
Lisa Jose Fales (Bar No. 08141)
Danielle R. Foley (Bar No. 21113)
Andrew T. Hernacki (Bar No. 21107)
VENABLE LLP
600 Massachusetts Ave, N.W.
Washington, DC 20001
Tel: (202) 344-4000
jbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

*Attorneys for Defendants Perdue Farms, Inc.
and Perdue Foods, LLC*

John W. Treece (admitted *pro hac vice*)
1135 West Montana St.
Chicago, IL 60614
Tel: (312) 961-7808
jtreece@jwtreece.com

Amanda Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
ROSE LAW FIRM
A Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
Tel: (501) 375-9131
Fax: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

7

*Attorneys for Defendant Mountaire Farms Inc.*

/s/ Daniel E. Laytin
Daniel E. Laytin, P.C. (admitted *pro hac vice*)
Christa C. Cottrell, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com

Joseph W. Hovermill (Bar No. 22446)
Alexander P. Creticos (Bar No. 30199)
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 385-3442
Fax: (410) 385-3700
jhovermill@milsstockbridge.com
acreticos@milsstockbridge.com

*Attorneys for Defendant Sanderson Farms, Inc.*

/s/ Cary Silverman
Cary Silverman (Bar No. 15137)
SHOOK HARDY & BACON LLP
1880 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel: (202) 783-8400
Fax: (202) 783-4211
csilverman@shb.com

Lynn H. Murray (admitted *pro hac vice*)
SHOOK HARDY & BACON LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)

8

SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
lnovion@shb.com

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
CONNER & WINTERS
4375 N. Vantage Drive, Suite 405
Fayetteville, AR 72703
Tel: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc.*

*/s/ John Terzaken*
John F. Terzaken
Abram J. Ellis
Elizabeth H. French
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, D.C. 20001
Tel: (202) 636-5500
Fax: (202) 636-5502

Eric Pelletier (Bar No. 12716)
OFFIT KURMAN, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814
Tel: (240) 507-1739
Fax: (240) 507-1735
epelletier@offitkurman.com

*Attorneys for Defendants Tyson Foods, Inc.*
*and Keystone Foods, LLC*

*/s/ Christopher E. Ondeck*
Christopher E. Ondeck
Stephen R. Rhuk
Rucha A. Desai
PROSKAUER ROSE LLP
1011 Pennsylvania Ave., N.W.
Suite 600 South

Washington, D.C. 20004
Tel: (202) 416-6800
Fax: (202) 416-689
condeck@proskauer.com
schuk@proskauer.com
rdesai@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

*/s/ Gerard P. Martin*
Gerard P. Martin (Bar No. 00691)
Jeffrey M. Lichtstein (Bar No. 20731)
ROSENBERG MARTIN GREENBERG,
LLP
25 S. Charles Street, 21st Floor
Baltimore, Maryland 21201
Tel: (410) 727-6600
Fax: (410) 727-1115
gmartin@rosenbergmartin.com
jlichtstein@rosenbergmartin.com

*Attorneys for Defendant Webber, Meng, Sahl
and Company*

*/s/ Edward J. Baines*
Edward J. Baines (USDC Bar No. 06776)
Geoffrey M. Gamble (USDC Bar No. 28919)
Gregory L. Waterworth (USDC Bar No.
20938)
SAUL EWING ARNSTEIN & LEHR LLP
500 E. Pratt Street, 8th Floor
Baltimore, MD 21202-3133
Tel: (410) 332-8600
Fax: (410) 332-8862
Ted.baines@saul.com
Geoff.gamble@saul.com
Greg.waterworth@saul.com

Patrick Fitzgerald (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
144 N. Wacker Drive
Chicago, IL 60606
Tel: (312) 407-0700
Fax: (312) 407-0411
Patrick.fitzgerald@skadden.com

10

Boris Bershteyn (admitted *pro hac vice*)
Lara Flath (admitted *pro hac vice*)
Sam Auld (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
Fax: (212) 735-2000
Boris.bershteyn@skadden.com
Lara.flath@skadden.com
Sam.auld@skadden.com

*Attorneys for Defendant Peco Foods, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2021, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system, which will send notice to counsel for all parties that have

appeared in this case.

*/s/ John Terzaken*

IT IS SO ORDERED.

DATED:  October 13, 2021

/s/

Stephanie A. Gallagher
United States District Judge

12