# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>PERDUE FARMS, INC., et al.,<br><br>　　　　　　　　　　Defendants. | C.A. No. 1:19-CV-2521-SAG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING INTERIM SCHEDULING ORDER** |

The Plaintiffs and Defendants in the above-captioned matter (collectively, the "Parties"), by and through their undersigned counsel and pursuant to Local Rule 105.9, on this 9th day of December 2021, recite and stipulate as follows:

WHEREAS, on November 12, 2021, the Court approved the Parties' stipulation amending the Interim Scheduling Order in the above-captioned matter, *see* ECF Nos. 535, 536;

WHEREAS, under the revised Interim Scheduling Order, the deadline for the Parties to submit a joint letter brief to the Court regarding areas of dispute on (1) search terms, (2) Defendants' objections to Plaintiffs' Rule 34 requests for structured data, other than Defendants' objections to the relevant time period for those requests, and (3) objections to interrogatories, is December 10, 2021, *see* ECF Nos. 535, 536;

WHEREAS, the Parties have had productive dialogue on these issues;

WHEREAS, on November 22, 2021, Plaintiffs sought Defendants' consent to file a Third Amended Consolidated Complaint in this matter;

WHEREAS, the Parties have agreed that Plaintiffs will provide Defendants with a copy of the proposed Third Amended Consolidated Complaint, including a redline version showing the proposed changes to the operative complaint, no later than December 10, 2021;

WHEREAS, the Parties have agreed that, if Defendants do not consent to Plaintiffs' filing of a Third Amended Consolidated Complaint, Plaintiffs will file a motion for leave to file a Third Amended Consolidated Complaint by December 17, 2021;

WHEREAS, the Parties have agreed that Defendants will file any opposition to a motion for leave to file a Third Amended Consolidated Complaint by January 10, 2022;

WHEREAS, the Parties have agreed that, if the Defendants file any opposition to a motion for leave to file a Third Amended Consolidated Complaint, Plaintiffs will file any reply by January 28, 2022;

WHEREAS, the Parties have agreed that, in light of the proposed Third Amended Consolidated Complaint and its potential effects on the Parties' negotiations over discovery, the deadline (absent further extension) for the Parties to submit a joint letter brief to the Court regarding areas of dispute on (1) search terms, (2) Defendants' objections to Plaintiffs' Rule 34 requests for structured data, other than Defendants' objections to the relevant time period for those requests, and (3) objections to interrogatories should be extended from December 10, 2021 to January 21, 2022;

THE PARTIES STIPULATE AND AGREE that (1) no later than December 10, 2021, Plaintiffs will provide Defendants with a copy of the proposed Third Amended Consolidated Complaint, including a redline version showing the proposed changes to the operative complaint; (2) unless Defendants consent to Plaintiffs' filing of a Third Amended Consolidated Complaint, Plaintiffs will file a motion for leave to file a Third Amended Consolidated Complaint no later than December 17, 2021; (3) Defendants will file any opposition to a motion for leave to file a Third Amended Consolidated Complaint no later than January 10, 2022; (4) Plaintiffs will file any reply to any opposition to a motion for leave to file a Third Amended Consolidated Complaint no later than January 28, 2022; and (5) absent further extension the Parties will submit a joint letter brief to the Court regarding areas of dispute on (i) search terms, (ii) Defendants' objections to Plaintiffs' Rule 34 requests for structured data, other than Defendants' objections to the relevant time period for those requests, and (iii) objection to interrogatories, no later than January 21, 2022.

Dated: December 9, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Brent W. Johnson* | */s/ Julia E. McEvoy* |
| Daniel A. Small (D. Md. Bar # 20279) | Julia E. McEvoy (admitted *pro hac vice*) |
| Benjamin D. Brown (admitted *pro hac vice*) | Christopher N. Thatch (Bar No. 29097) |
| Brent W. Johnson (admitted *pro hac vice*) | JONES DAY |
| Daniel H. Silverman (admitted *pro hac vice*) | 51 Louisiana Avenue, N.W. |
| Alison S. Deich (admitted *pro hac vice*) | Washington, D.C. 20001-2113 |
| Louis Katz (admitted *pro hac vice*) | (202) 879-3867 |
| Zachary Krowitz (D. Md. Bar # 22370) | jmcevoy@jonesday.com |
| COHEN MILSTEIN SELLERS & TOLL PLLC | cnthatch@jonesday.com |
| 1100 New York Avenue NW | Eddie Hasdoo (admitted *pro hac vice*) |
| 5th Floor | JONES DAY |
| Washington, DC 20005 | 77 W. Wacker Drive, Suite 3500 |
| Tel: (202) 408-4600 | Chicago, IL 60601 |
| Fax: (202) 408-4699 | (312) 782-3939 |
| dsmall@cohenmilstein.com | ehasdoo@jonesday.com |
| bbrown@cohenmilstein.com | |
| bjohnson@cohenmilstein.com | Faris Rashid (admitted *pro hac vice*) |
| dsilverman@cohenmilstein.com | Davida S. Williams (admitted *pro hac vice*) |
| adeich@cohenmilstein.com | GREENE ESPEL PLLP |
| lkatz@cohenmilstein.com | 222 South Ninth Street, Suite 2200 |
| zkrowitz@cohenmilstein.com | Minneapolis, MN 55402 |
| | (612) 373-0830 |
| Steven W. Berman (admitted *pro hac vice*) | khibbard@greeneespel.com |
| Breanna Van Engelen (admitted *pro hac vice*) | |
| HAGENS BERMAN SOBOL SHAPIRO LLP | *Attorneys for Defendant Cargill Meat Solutions Corporation* |
| 1301 Second Avenue, Suite 2000 | |
| Seattle, Washington 98101 | |
| Tel: (206) 623-7292 | */s/ Steven F. Barley* |
| steve@hbsslaw.com | Steven F. Barley (Bar No. 10049) |
| breannav@hbsslaw.com | HOGAN LOVELLS US LLP |
| | 100 International Drive, |
| Shana E. Scarlett (admitted *pro hac vice*) | Baltimore, MD 21202 |
| Rio R. Pierce (admitted *pro hac vice*) | Tel: (410) 659-2700 |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Fax: (410) 659-2701 |
| | Steve.barley@hoganlovells.com |
| 715 Hearst Avenue, Suite 202 | |
| Berkeley, CA 94710 | William L. Monts III (admitted *pro hac vice*) |

Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Elaine T. Byszewski (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Tel: (213) 330-7150
elaine@hbsslaw.com

Matthew K. Handley (D. Md. Bar # 18636)
Rachel E. Nadas (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
777 6th Street, NW, Eleventh Floor
Washington, DC 20001
Tel: (202) 559-2433
mhandley@hfajustice.com
rnadas@hfajustice.com

George F. Farah (admitted *pro hac vice*)
Rebecca P. Chang (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Tel: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com

William H. Anderson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive
Suite G-200
Boulder, CO 80305
Tel: (202) 559-2433
wanderson@hfajustice.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Brian D. Clark (admitted *pro hac vice*)
Stephen J. Teti (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200

Justin W. Bernick (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
William.monts@hoganlovells.com
Justin.bernick@hoganlovells.com

*Attorneys for Defendant Agri Stats, Inc.*

/s/ *David B. Hamilton*
David B. Hamilton (Bar No. 04308)
Hillary V. Colonna (Bar No. 19704)
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
Tel: (410) 545-5850
Fax: (410) 545-5801
David.Hamilton@wbd-us.com
Hillary.Colonna@wbd-us.com

Hayden J. Silver III (admitted *pro hac vice*)
Jonathon D. Townsend (admitted *pro hac vice*)
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Tel: (919) 755-2188
Fax: (919) 755-7099
Jay.Silver@wbd-us.com
Jonathon.Townsend@wbd-us.com

*Attorneys for Defendant Butterball, LLC*

/s/ *Brian D. Frey*
Brian D. Frey (Bar No. 17592)
ALSTON & BIRD LLP
The Atlantic Building 950 F Street, N.W.
Washington, D.C. 20004
Tel: (202) 239-3067
Fax: (202) 239-3333
Brian.Frey@alston.com

5

Minneapolis, MN 55401  
Tel: (612) 339-6900  
Fax: (612) 339-0981  
bdclark@locklaw.com  
steti@locklaw.com  

Eric L. Cramer (admitted *pro hac vice*)  
Candice J. Enders (admitted *pro hac vice*)  
Julia R. McGrath (admitted *pro hac vice*)  
BERGER MONTAGUE PC  
1818 Market Street, Suite 3600  
Philadelphia, Pennsylvania 19103  
Tel: (215) 875-3000  
ecramer@bm.net  
cenders@bm.net  
jmcgrath@bm.net  

*Additional Counsel for the Plaintiffs and Proposed Class*

B. Parker Miller (admitted *pro hac vice*)  
Valarie Williams (admitted *pro hac vice*)  
Raechel J. Bimmerle (admitted *pro hac vice*)  
ALSTON & BIRD LLP  
1201 West Peachtree St.  
Atlanta, GA 30309  
Tel: (404) 881-7000  
Fax: (404) 881-7777  
Parker.Miller@alston.com  
Valarie.Williams@alston.com  
Raechel.Bimmerle@alston.com  

*Attorneys for Defendant Fieldale Farms Corporation*


/s/ Jonathan H. Todt  
Jonathan H. Todt (Bar No. 07166)  
FAEGRE DRINKER BIDDLE & REATH LLP  
1500 K Street, N.W., Suite 1100  
Washington, D.C. 20005-1209  
Tel: (202) 230-5823  
Fax: (202) 842-8465  
Jonathan.todt@faegredrinker.com  

Richard A. Duncan (admitted *pro hac vice*)  
Craig S. Coleman (admitted *pro hac vice*)  
Emily E. Chow (admitted *pro hac vice*)  
Isaac B. Hall (admitted *pro hac vice*)  
FAEGRE DRINKER BIDDLE & REATH LLP  
2200 Wells Fargo Center  
90 South Seventh Street  
Minneapolis, MN 55402-3901  
Tel: (612) 766-7000  
Fax: (612) 766-1600  
Richard.duncan@faegredrinker.com  
Craig.coleman@faegredrinker.com  
Emily.chow@faegredrinker.com  
Isaac.hall@faegredrinker.com  

Christopher A. Kreuder (admitted *pro hac vice*)  
FAEGRE DRINKER BIDDLE & REATH LLP

801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Tel: (515) 248-4733
Fax: (515) 248-9010
Christopher.kreuder@faegredrinker.com

*Attorneys for Defendant Jennie-O Turkey Store, Inc.*


/s/ James E. Edwards, Jr.
James E. Edwards, Jr. (MDB No. 02360)
Ty Kelly Cronin (MDB No. 27166)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
100 Light Street
Baltimore, MD 21202
Tel: (410) 685-1120
Fax: (410) 547-0699
jedwards@bakerdonelson.com
tykelly@bakerdonelson.com

*Pro hac vice:*
John G. Calender (DCB No. 939124)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
901 K Street, N.W., Suite 900
Washington, D.C. 20001
Tel: (202) 508-3474
Fax: (202) 220-2274
jcalendar@bakerdonelson.com

Scott W. Pedigo (MSB No. 10735)
Amy L. Champagne (MSB No. 102447)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
Mailing: P.O. Box 14167
Jackson, Mississippi 39236-4167
Physical: One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Tel: (601) 351-2400
Fax: (601) 251-2424
spedigo@bakerdonelson.com
achampagne@bakerdonelson.com

Russell W. Gray (TNB No. 16120)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450-1801
Tel: (423) 209-4218
Fax: (423) 752-9563
rgray@bakerdonelson.com

*Attorneys for Defendant Koch Foods, Inc.*


/s/ J. Douglas Baldridge
J. Douglas Baldridge (Bar No. 11023)
Lisa Jose Fales (Bar No. 08141)
Danielle R. Foley (Bar No. 21113)
Andrew T. Hernacki (Bar No. 21107)
VENABLE LLP
600 Massachusetts Ave, N.W.
Washington, DC 20001
Tel: (202) 344-4000
jbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

*Attorneys for Defendants Perdue Farms, Inc.
and Perdue Foods, LLC*


John W. Treece (admitted *pro hac vice*)
1135 West Montana St.
Chicago, IL 60614
Tel: (312) 961-7808
jtreece@jwtreece.com

Amanda Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
ROSE LAW FIRM
A Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
Tel: (501) 375-9131
Fax: (501) 375-1309
awofford@roselawfirm.com

breynolds@roselawfirm.com

*Attorneys for Defendant Mountaire Farms Inc.*

/s/ Daniel E. Laytin
Daniel E. Laytin, P.C. (admitted *pro hac vice*)
Christa C. Cottrell, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com

Joseph W. Hovermill (Bar No. 22446)
Alexander P. Creticos (Bar No. 30199)
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 385-3442
Fax: (410) 385-3700
jhovermill@milsstockbridge.com
acreticos@milsstockbridge.com

*Attorneys for Defendant Sanderson Farms, Inc.*

/s/ Cary Silverman
Cary Silverman (Bar No. 15137)
SHOOK HARDY & BACON LLP
1880 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel: (202) 783-8400
Fax: (202) 783-4211
csilverman@shb.com

Lynn H. Murray (admitted *pro hac vice*)
SHOOK HARDY & BACON LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195

lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
lnovion@shb.com

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
CONNER & WINTERS
4375 N. Vantage Drive, Suite 405
Fayetteville, AR 72703
Tel: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc.*


*/s/ Eric Pelletier*
Eric Pelletier (Bar No. 12716)
OFFIT KURMAN, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814
Tel: (240) 507-1739
Fax: (240) 507-1735
epelletier@offitkurman.com

John F. Terzaken
Abram J. Ellis
Elizabeth H. French
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, D.C. 20001
Tel: (202) 636-5500
Fax: (202) 636-5502

*Attorneys for Defendants Tyson Foods, Inc. and Keystone Foods, LLC*


*/s/ Christopher E. Ondeck*
Christopher E. Ondeck

>Stephen R. Rhuk
>Rucha A. Desai
>PROSKAUER ROSE LLP
>1011 Pennsylvania Ave., N.W.
>Suite 600 South
>Washington, D.C. 20004
>Tel: (202) 416-6800
>Fax: (202) 416-689
>condeck@proskauer.com
>schuk@proskauer.com
>rdesai@proskauer.com
>
>*Attorneys for Defendant Wayne Farms LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

/s/ Brent W. Johnson

IT IS SO ORDERED.

DATED: _____

United States District Judge Stephanie A. Gallagher