## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, et al., | C.A. No. 1:19-CV-2521-SAG |
| Plaintiffs, | **JOINT STIPULATION AND** |
| v. | **[PROPOSED] ORDER AMENDING** |
| PERDUE FARMS, INC., et al., | **INTERIM SCHEDULING ORDER** |
| Defendants. | |

The Plaintiffs and Defendants in the above-captioned matter (collectively, the "Parties"), by and through their undersigned counsel and pursuant to Local Rule 105.9, on this 21st day of January 2022, recite and stipulate as follows:

WHEREAS, on December 17, 2021, Plaintiffs filed a Motion for Leave to File a Third Amended Consolidated Complaint ("Original Motion to Amend") and a Motion for Leave to File Under Seal Plaintiffs' Memorandum of Points and Authorities in Support of Their Motion for Leave to File Third Amended Consolidated Complaint ("Original Motion to Seal Amended Complaint"), *see* ECF Nos. 544, 546;

WHEREAS, on December 17, 2021, Plaintiffs also filed a Motion for Leave to File Under Seal Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Settlement with WMS and Peco Defendants ("Preliminary Approval Sealing Motion"), *see* ECF Nos. 547, 549;

WHEREAS, on December 30, 2021, the Court approved the Parties' stipulation amending the Interim Scheduling Order in the above-captioned matter to establish a briefing schedule for the Original Motion to Amend, Original Motion to Seal Amended Complaint, and Preliminary Approval Sealing Motion, *see* ECF Nos. 556, 557;

WHEREAS, on January 20, 2022, Plaintiffs filed a Notice of Withdrawal of Motion for Leave to File Third Amended Consolidated Complaint, in which the Plaintiffs withdrew the Original Motion to Amend, *see* ECF No. 566;

WHEREAS, on January 20, 2022, Plaintiffs also filed an Amended Motion for Leave to File Third Amended Consolidated Complaint ("Amended Motion to Amend") and a Motion for Leave to File Under Seal Plaintiffs' Memorandum of Points and Authorities in Support of Their Amended Motion for Leave to File Third Amended Consolidated Complaint ("Amended Motion to Seal Amended Complaint"), *see* ECF 567, 569;

WHEREAS, Plaintiffs provided Defendants with specific proposed redactions to (1) the exhibits attached to the Memorandum in Support for Preliminary Approval of Settlement with WMS and Peco Defendants on December 23, 2021 and (2) Plaintiffs' memorandum in support of their Amended Motion to Amend and the attached exhibits on January 20, 2022;

WHEREAS, under the revised Interim Scheduling Order, Defendants were to file any opposition to the Original Motion to Amend, Original Motion to Seal Amended Complaint, and/or Preliminary Approval Sealing Motion by January 24, 2022, and Plaintiffs were to file any reply to any such opposition by February 18, 2022, *see* ECF Nos. 556, 557;

WHEREAS, the Parties have had productive dialogue on these issues;

WHEREAS, the Parties have agreed that the deadline for Defendants to file any oppositions to the Amended Motion to Amend, the Amended Motion to Seal Amended Complaint, and the Preliminary Approval Sealing Motion should be extended to February 4, 2022;

WHEREAS, the Parties have agreed that, to the extent Defendants elect to file such oppositions, Defendants will file one consolidated brief opposing the Amended Motion to Amend and a second consolidated brief opposing both the Amended Motion to Seal Amended Complaint and the Preliminary Approval Sealing Motion;

WHEREAS, the Parties have agreed that the deadline for Plaintiffs to file any replies to any oppositions to the Amended Motion to Amend, the Amended Motion to Seal Amended Complaint, and the Preliminary Approval Sealing Motion should be extended to March 4, 2022;[1]

---

[1] The Parties had originally agreed to a February 3, 2022 deadline for filing oppositions to the Amended Motion to Amend, the Amended Motion to Seal Amended Complaint, and the Preliminary Approval Sealing Motion and a March 3, 2022 deadline for filing replies in support of those motions. However, the Parties subsequently further met and conferred and agreed to push both deadlines back by one day.

3

WHEREAS, the Parties have agreed that Plaintiffs will file one consolidated brief replying to any opposition to the Amended Motion to Amend and a second consolidated brief replying to any opposition to the Amended Motion to Seal Amended Complaint and the Preliminary Approval Sealing Motion;

THE PARTIES STIPULATE AND AGREE that (1) Defendants will file any oppositions to the Amended Motion to Amend, the Amended Motion to Seal Amended Complaint, and the Preliminary Approval Sealing Motion no later than February 4, 2022; (2) to the extent Defendants elect to file such oppositions, Defendants will file one consolidated brief opposing Plaintiffs' Amended Motion to Amend and a second consolidated brief opposing both the Amended Motion to Seal Amended Complaint and the Preliminary Approval Sealing Motion; (3) Plaintiffs will file any replies to those oppositions no later than March 4, 2022; and (4) Plaintiffs will file one consolidated brief replying to any opposition to the Amended Motion to Amend and a second consolidated brief replying to any opposition to the Amended Motion to Seal Amended Complaint and the Preliminary Approval Sealing Motion.

Dated: January 21, 2022


Respectfully submitted,


/s/ Brent W. Johnson

Daniel A. Small (D. Md. Bar # 20279)
Benjamin D. Brown (admitted *pro hac vice*)
Brent W. Johnson (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
Alison S. Deich (admitted *pro hac vice*)
Louis Katz (admitted *pro hac vice*)
Zachary Krowitz (D. Md. Bar # 22370)
COHEN MILSTEIN SELLERS & TOLL
PLLC
1100 New York Avenue NW
5th Floor
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
dsmall@cohenmilstein.com
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
lkatz@cohenmilstein.com
zkrowitz@cohenmilstein.com


Steven W. Berman (admitted *pro hac vice*)
Breanna Van Engelen (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO
LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com


Shana E. Scarlett (admitted *pro hac vice*)
Rio R. Pierce (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO
LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

/s/ Julia E. McEvoy

Julia E. McEvoy (admitted *pro hac vice*)
Christopher N. Thatch (Bar No. 29097)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3867
jmcevoy@jonesday.com
cnthatch@jonesday.com


Eddie Hasdoo (admitted *pro hac vice*)
JONES DAY
77 W. Wacker Drive, Suite 3500
Chicago, IL 60601
(312) 782-3939
ehasdoo@jonesday.com


Faris Rashid (admitted *pro hac vice*)
Davida S. Williams (admitted *pro hac vice*)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
khibbard@greeneespel.com


*Attorneys for Defendant Cargill Meat
Solutions Corporation*


/s/ Steven F. Barley

Steven F. Barley (Bar No. 10049)
HOGAN LOVELLS US LLP
100 International Drive,
Baltimore, MD 21202
Tel: (410) 659-2700
Fax: (410) 659-2701
Steve.barley@hoganlovells.com


William L. Monts III (admitted *pro hac vice*)

Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Elaine T. Byszewski (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Tel: (213) 330-7150
elaine@hbsslaw.com

Matthew K. Handley (D. Md. Bar # 18636)
Rachel E. Nadas (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
777 6th Street, NW, Eleventh Floor
Washington, DC 20001
Tel: (202) 559-2433
mhandley@hfajustice.com
rnadas@hfajustice.com

George F. Farah (admitted *pro hac vice*)
Rebecca P. Chang (admitted *pro hac vice*)
Stephen Pearson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Tel: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com
spearson@hfajustice.com

William H. Anderson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive
Suite G-200
Boulder, CO 80305
Tel: (202) 559-2433
wanderson@hfajustice.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Brian D. Clark (admitted *pro hac vice*)

Justin W. Bernick (admitted *pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
William.monts@hoganlovells.com
Justin.bernick@hoganlovells.com

*Attorneys for Defendant Agri Stats, Inc.*

/s/ David B. Hamilton
David B. Hamilton (Bar No. 04308)
Hillary V. Colonna (Bar No. 19704)
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
Tel: (410) 545-5850
Fax: (410) 545-5801
David.Hamilton@wbd-us.com
Hillary.Colonna@wbd-us.com

Hayden J. Silver III (admitted *pro hac vice*)
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Tel: (919) 755-2188
Fax: (919) 755-7099
Jay.Silver@wbd-us.com

*Attorneys for Defendant Butterball, LLC*

/s/ Brian D. Frey
Brian D. Frey (Bar No. 17592)
ALSTON & BIRD LLP
The Atlantic Building 950 F Street, N.W.
Washington, D.C. 20004
Tel: (202) 239-3067
Fax: (202) 239-3333
Brian.Frey@alston.com

B. Parker Miller (admitted *pro hac vice*)
Valarie Williams (admitted *pro hac vice*)
Raechel J. Bimmerle (admitted *pro hac vice*)

Stephen J. Teti (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel:  (612) 339-6900
Fax:  (612) 339-0981
bdclark@locklaw.com
steti@locklaw.com

Eric L. Cramer (admitted *pro hac vice*)
Candice J. Enders (admitted *pro hac vice*)
Julia R. McGrath (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Tel:  (215) 875-3000
ecramer@bm.net
cenders@bm.net
jmcgrath@bm.net

*Additional Counsel for Plaintiffs and the
Proposed Class*

ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
Parker.Miller@alston.com
Valarie.Williams@alston.com
Raechel.Bimmerle@alston.com

*Attorneys for Defendant Fieldale Farms
Corporation*

*/s/ Jonathan H. Todt*
Jonathan H. Todt (Bar No. 07166)
FAEGRE DRINKER BIDDLE & REATH
LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Tel: (202) 230-5823
Fax: (202) 842-8465
Jonathan.todt@faegredrinker.com

Richard A. Duncan (admitted *pro hac vice*)
Craig S. Coleman (admitted *pro hac vice*)
Emily E. Chow (admitted *pro hac vice*)
Isaac B. Hall (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH
LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Tel: (612) 766-7000
Fax: (612) 766-1600
Richard.duncan@faegredrinker.com
Craig.coleman@faegredrinker.com
Emily.chow@faegredrinker.com
Isaac.hall@faegredrinker.com

Christopher A. Kreuder (admitted *pro hac
vice*)
FAEGRE DRINKER BIDDLE & REATH
LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Tel: (515) 248-4733

Fax: (515) 248-9010
Christopher.kreuder@faegredrinker.com

*Attorneys for Defendant Jennie-O Turkey
Store, Inc.*


*/s/ James E. Edwards, Jr.*
James E. Edwards, Jr. (MDB No. 02360)
Ty Kelly Cronin (MDB No. 27166)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
100 Light Street
Baltimore, MD 21202
Tel: (410) 685-1120
Fax: (410) 547-0699
jedwards@bakerdonelson.com
tykelly@bakerdonelson.com

*Pro hac vice:*
John G. Calender (DCB No. 939124)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
901 K Street, N.W., Suite 900
Washington, D.C. 20001
Tel: (202) 508-3474
Fax: (202) 220-2274
jcalendar@bakerdonelson.com

Scott W. Pedigo (MSB No. 10735)
Amy L. Champagne (MSB No. 102447)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Mailing: P.O. Box 14167
Jackson, Mississippi 39236-4167
Physical: One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Tel: (601) 351-2400
Fax: (601) 251-2424
spedigo@bakerdonelson.com
achampagne@bakerdonelson.com

Russell W. Gray (TNB No. 16120)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450-1801
Tel: (423) 209-4218
Fax: (423) 752-9563
rgray@bakerdonelson.com

*Attorneys for Defendant Koch Foods, Inc.*


*/s/ J. Douglas Baldridge*
J. Douglas Baldridge (Bar No. 11023)
Lisa Jose Fales (Bar No. 08141)
Danielle R. Foley (Bar No. 21113)
Andrew T. Hernacki (Bar No. 21107)
VENABLE LLP
600 Massachusetts Ave, N.W.
Washington, DC 20001
Tel: (202) 344-4000
jbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

*Attorneys for Defendants Perdue Farms, Inc. and Perdue Foods, LLC*


John W. Treece (admitted *pro hac vice*)
1135 West Montana St.
Chicago, IL 60614
Tel: (312) 961-7808
jtreece@jwtreece.com


Amanda Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
ROSE LAW FIRM
A Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
Tel: (501) 375-9131
Fax: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

9

*Attorneys for Defendant Mountaire Farms Inc.*

/s/ Daniel E. Laytin
Daniel E. Laytin, P.C. (admitted *pro hac vice*)
Christa C. Cottrell, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com

Joseph W. Hovermill (Bar No. 22446)
Alexander P. Creticos (Bar No. 30199)
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 385-3442
Fax: (410) 385-3700
jhovermill@milsstockbridge.com
acreticos@milsstockbridge.com

*Attorneys for Defendant Sanderson Farms, Inc.*

/s/ Cary Silverman
Cary Silverman (Bar No. 15137)
SHOOK HARDY & BACON LLP
1880 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel: (202) 783-8400
Fax: (202) 783-4211
csilverman@shb.com

Lynn H. Murray (admitted *pro hac vice*)
SHOOK HARDY & BACON LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
Tel: (312) 704-7700
Fax: (312) 558-1195
lhmurray@shb.com

Laurie A. Novion (admitted *pro hac vice*)
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 474-6550
Fax: (816) 421-5547
lnovion@shb.com

John R. Elrod (admitted *pro hac vice*)
Vicki Bronson (admitted *pro hac vice*)
CONNER & WINTERS
4375 N. Vantage Drive, Suite 405
Fayetteville, AR 72703
Tel: (479) 582-5711
jelrod@cwlaw.com
vbronson@cwlaw.com

*Attorneys for Defendant Simmons Foods, Inc.*


*/s/ Eric Pelletier*
Eric Pelletier (Bar No. 12716)
OFFIT KURMAN, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814
Tel: (240) 507-1739
Fax: (240) 507-1735
epelletier@offitkurman.com

John F. Terzaken
Abram J. Ellis
Elizabeth H. French
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, D.C. 20001
Tel: (202) 636-5500
Fax: (202) 636-5502

*Attorneys for Defendants Tyson Foods, Inc.*
*and Keystone Foods, LLC*


*/s/ Christopher E. Ondeck*
Christopher E. Ondeck
Stephen R. Rhuk
Rucha A. Desai

11

PROSKAUER ROSE LLP
1011 Pennsylvania Ave., N.W.
Suite 600 South
Washington, D.C. 20004
Tel: (202) 416-6800
Fax: (202) 416-689
condeck@proskauer.com
schuk@proskauer.com
rdesai@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

*/s/ Brent W. Johnson*       

IT IS SO ORDERED.

DATED: _____

                         United States District Judge Stephanie A. Gallagher