IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JUDY JIEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERDUE FARMS, INC., *et al.*, <br><br> Defendants. | Case No. 1:19-cv-2521-SAG |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTIONS TO SEAL**

Defendants Perdue Farms, Inc., Perdue Foods LLC, Tyson Foods, Inc., Keystone Foods, LLC, Sanderson Farms, Inc., Koch Foods, Inc., Wayne Farms, LLC., Mountaire Farms, Inc., Fieldale Farms Corporation, Butterball, LLC, Jennie-O Turkey Store, Inc., Cargill Meat Solutions Corporation, and Agri Stats, Inc., (collectively, "**Defendants**"), by their undersigned attorneys and pursuant to Local Rule 105.11 and the Stipulated Protective and Clawback Order (ECF No. 450) ("**Protective Order**"), hereby file this Response to Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Memorandum in Support of Motion for Preliminary Approval of Settlement with WMS and Peco Defendants (ECF No. 549) ("**First Motion to Seal**"), filed December 17, 2021, and Plaintiffs' Motion for Leave to File Under Seal Plaintiffs' Memorandum of Points and Authorities in Support of Their Amended Motion for Leave to File Third Amended Consolidated Complaint (ECF No. 569) ("**Second Motion to Seal**"), filed January 20, 2022 (collectively, "**Motions to Seal**").

Having conferred, the parties reached agreement as to the scope of redactions necessary to protect information designated as Confidential or Highly Confidential under the Protective Order. Defendants attach as exhibits, reflecting the agreed-upon redactions: [A] the Memorandum of Points and Authorities in Support of Their Amended Motion for Leave to File Third Amended Consolidated Complaint, [B] the proposed Third Amended Consolidated Complaint, [C] the proposed Third Amended Consolidated Complaint Redline, and [D] the Declaration of G. Jonathan Meng. Consistent with the Plaintiffs' Motions to Seal, Defendants request that the unredacted versions of these documents remain under seal in order to protect the confidential information therein.

Date: February 4, 2022

Respectfully submitted,


/s/ John Terzaken
John F. Terzaken (admitted *pro hac vice*)
Abram J. Ellis (admitted *pro hac vice*)
Elizabeth H. French (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT
900 G Street, N.W.
Washington, DC 20001
Phone: 202-636-5500
Facsimile: 202-636-5502

Eric Pelletier
Eric Pelletier (Bar No. 12716)
OFFIT KURMAN, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814
Tel: (240) 507-1739
Fax: (240) 507-1735
epelletier@offitkurman.com


*Attorneys for Defendants Tyson Foods, Inc. and Keystone Foods, LLC*

/s/ Christopher E. Ondeck
Christopher E. Ondeck
Stephen R. Chuk
Rucha A. Desai
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, NW, Suite 600S
Washington, DC 20004
Tel: (202) 416-5865
Fax: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com
rdesai@proskauer.com


*Attorneys for Defendant Wayne Farms, LLC*

/s/ J. Douglas Baldridge
J. Douglas Baldridge (Bar No. 11023)
Lisa Jose Fales (Bar No. 08141)
Danielle R. Foley (Bar No. 21113)
Andrew T. Hernacki (Bar No. 21107)
VENABLE LLP
600 Massachusetts Ave, N.W.
Washington, DC 20001
Tel: (202) 344-4000
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com


*Attorneys for Perdue Foods, LLC and Perdue Farms, Inc.*

/s/ John W. Treece
John W. Treece *(admitted pro hac vice)*
1135 West Montana Street
Chicago, Illinois 60614
Tel: (312) 961-7808
jtreece@jwtreece.com


Amanda K. Wofford *(admitted pro hac vice)*
Bourgon B. Reynolds *(admitted pro hac vice)*
ROSE LAW FIRM
120 East Fourth Street
Little Rock, Arkansas 72201
Tel: (501) 377-0349
Fax: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com


*Attorneys for Defendant Mountaire Farms, Inc.*

/s/ Julia E. McEvoy
Julia E. McEvoy (*Pro Hac Vice*)
Christopher N. Thatch (Bar No. 29097)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3867
jmcevoy@jonesday.com

Eddie Hasdoo (admitted *pro hac vice*)
JONES DAY
77 W. Wacker Drive, Suite 3500
Chicago, IL 60601
(312) 782-3939
ehasdoo@jonesday.com

Faris Rashid (admitted pro hac vice)
Davida S. Williams (admitted pro hac vice)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
khibbard@greeneespel.com

*Attorneys for Cargill Meat Solutions
Corporation*

/s/ Brian D. Frey
Brian D. Frey (Bar # 17592)
ALSTON & BIRD LLP
The Atlantic Building 950 F Street, NW
Washington, D.C. 20004-1404
Tel: (202) 239-3067
Fax: (202) 239-3333
brian.frey@alston.com

B. Parker Miller
Valarie C. Williams
Raechel J. Bimmerle
ALSTON & BIRD LLP
1201 West Peachtree Street Atlanta, GA
30309
Tel: (404) 881-7000
Fax: (404) 881-7777
parker.miller@alston.com
valarie.williams@alston.com
raechel.bimmerle@alston.com

*Attorneys for Defendant Fieldale Farms
Corporation*

/s/ Jonathan H. Todt
Jonathan H. Todt (Bar No. 07166)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street N.W., Suite 1100
Washington, D.C. 20005-1209
Tel: (202) 230-5823
Fax: (202) 842-8465
jonathan.todt@faegredrinker.com

Richard A. Duncan (pro hac vice)
Craig S. Coleman (pro hac vice)
Emily E. Chow (pro hac vice)
Isaac B. Hall (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600
richard.duncan@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Christopher A. Kreuder (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Phone: (515) 248-4733
Fax: (515) 248-9010
christopher.kreuder@faegredrinker.com

*Attorneys for Defendant Jennie-O Turkey Store, Inc.*

/s/ Daniel E. Laytin
Daniel E. Laytin, P.C. *(pro hac vice)*
Christa C. Cottrell, P.C. *(pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com

Joseph W. Hovermill (Bar No. 22446)
Alexander P. Creticos (Bar No. 30199)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: 410-385-3442
Fax: 410-385-3700
jhovermill@milesstockbridge.com
acreticos@milesstockbridge.com

*Attorneys for Defendant Sanderson Farms, Inc.*

/s/ Steven F. Barley
Steven F. Barley
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, Maryland  21202
Tel: (410) 659-2700
Fax: (410) 659-2701
steve.barley@hoganlovells.com

William L. Monts III
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Attorneys for Defendant Agri Stats, Inc.*

/s/ James E. Edwards, Jr.
James E. Edwards, Jr., (MDB No. 02360)
Ty Kelly Cronin, (MDB No. 27166)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 685-1120
Fax: (410) 547-0699
jedwards@bakerdonelson.com
tykelly@bakerdonelson.com

*Pro hac vice*:
John G. Calender (DCB No. 939124)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
901 K Street, N.W., Suite 900
Washington, D.C. 20001
Tel: (202)508-3474
Fax: (202) 220-2274
jcalender@bakerdonelson.com

Scott W. Pedigo (MSB No. 10735)
Amy L. Champagne (MSB No. 102447)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
MAILING: Post Office Box 14167
Jackson, Mississippi 39236-4167
PHYSICAL: One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Tel: (601) 351-2400
Fax: (601) 351-2424
spedigo@bakerdonelson.com
achampagne@bakerdonelson.com

Russell W. Gray (TNB No. 16120)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450-1801
Tel: (423) 209-4218
Fax: (423) 752-9563
rgray@bakerdonelson.com

*Attorneys for Defendant Koch Foods, Inc.*

/s/ David B. Hamilton
David B. Hamilton (Bar No. 04308)
Hillary V. Colonna (Bar No. 19704)
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
Tel: (410) 545-5850
Fax: (410) 545-5801
David.Hamilton@wbd-us.com
Hillary.Colonna@wbd-us.com

Hayden J. Silver III (*Pro Hac Vice*)
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Tel: (919) 755-2188
Fax: (919) 755-7099
Jay.Silver@wbd-us.com

*Attorneys for Defendant*
*Butterball, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 4th day of February 2022, Defendants' Statement of Non-Opposition to Plaintiffs' Motion for Leave to Amend Complaint and Reservation of Rights was served via the Court's CM/ECF system on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland.

                                           */s/ John F. Terzaken*
                                           John F. Terzaken