UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| JUDY JIEN, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:19-cv-2521-SAG |
| PERDUE FARMS, INC., *et al.*, | |
| Defendants. | |

**DEFENDANTS' MOTION TO DISMISS
FOR LACK OF STANDING PURSUANT TO RULE 12(b)(1)**

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and L.R. 105, Defendants, by and through their undersigned counsel, move to dismiss Plaintiffs' Third Amended Consolidated Complaint (Dkt. No. 590) with prejudice. Defendants incorporate by reference, as if fully set forth herein, the accompanying Memorandum in Support of the Motion to Dismiss.

WHEREFORE, Defendants respectfully request that this Court enter an Order dismissing all claims concerning feed mill and hatchery employees from this action.

Date: April 18, 2022

/s/ John Terzaken
John F. Terzaken (*pro hac vice*)
Abram J. Ellis (*pro hac vice*)
Elizabeth H. French (*pro hac vice*)
SIMPSON THACHER & BARTLETT
900 G Street, N.W.
Washington, DC 20001
Phone: 202-636-5500
Facsimile: 202-636-5502

Eric Pelletier (Bar No. 12716)
OFFIT KURMAN, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814
Tel: (240) 507-1739
Fax: (240) 507-1735
epelletier@offitkurman.com

*Attorneys for Defendants Tyson Foods, Inc. and Keystone Foods, LLC*

Respectfully submitted,

/s/ J. Douglas Baldridge
J. Douglas Baldridge (Bar No. 11023)
Lisa Jose Fales (Bar No. 08141)
Danielle R. Foley (Bar No. 21113)
Andrew T. Hernacki (Bar No. 21107)
VENABLE LLP
600 Massachusetts Ave, N.W.
Washington, DC 20001
Tel: (202) 344-4000
jdbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com
athernacki@venable.com

*Attorneys for Perdue Foods, LLC and Perdue Farms, Inc.*

/s/ Christopher E. Ondeck
Christopher E. Ondeck
Stephen R. Chuk
Rucha A. Desai
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, NW, Suite 600S
Washington, DC 20004
Tel: (202) 416-5865
Fax: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com
rdesai@proskauer.com

*Attorneys for Defendant Wayne Farms, LLC*

/s/ Carmine R. Zarlenga
Carmine R. Zarlenga
Stephen M. Medlock
Katherine E. Monks (Bar No. 19870)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Tel: (202) 263-5282
czarlenga@mayerbrown.com
smedlock@mayerbrown.com
kmonks@mayerbrown.com

*Attorneys for Foster Poultry Farms*

| | |
|---|---|
| /s/ Stephen J. Kastenberg | /s/ Brian D. Frey |
| Stephen J. Kastenberg (admitted *pro hac vice*) | Brian D. Frey (Bar # 17592) |
| Jason A. Leckerman (admitted *pro hac vice*) | ALSTON & BIRD LLP |
| Elizabeth P. Weissert (admitted *pro hac vice*) | The Atlantic Building 950 F Street, NW |
| BALLARD SPAHR LLP | Washington, D.C. 20004-1404 |
| 1735 Market Street, 51st Floor | Tel: (202) 239-3067 |
| Philadelphia, PA  19103 | Fax: (202) 239-3333 |
| kastenberg@ballardspahr.com | brian.frey@alston.com |
| leckermanj@ballardspahr.com | |
| weisserte@ballardspahr.com | B. Parker Miller (*pro hac vice*) |
| Telephone:    (215) 665-8300 | Raechel J. Bimmerle (*pro hac vice*) |
| Facsimile:    (215) 864-8999 | ALSTON & BIRD LLP |
| | 1201 West Peachtree Street Atlanta, GA 30309 |
| Amanda Wofford (admitted *pro hac vice*) | Tel: (404) 881-7000 |
| Bourgon Reynolds (admitted *pro hac vice*) | Fax: (404) 881-7777 |
| ROSE LAW FIRM | parker.miller@alston.com |
| a Professional Association | raechel.bimmerle@alston.com |
| 120 East Fourth Street | |
| Little Rock, Arkansas 72201 | Valarie C. Williams (*pro hac vice*) |
| Telephone: (501) 375-9131 | ALSTON & BIRD LLP |
| Facsimile: (501) 375-1309 | 560 Mission Street |
| awofford@roselawfirm.com | Suite 2100 |
| breynolds@roselawfirm.com | San Francisco, CA 94105 |
| | (415) 243-1058 (T) |
| Michelle McGeogh (MD # 028778) | (415) 243-1000 (F) |
| BALLARD SPAHR LLP | Valarie.williams@alston.com |
| 300 East Lombard St., 18th Fl. | |
| Baltimore, MD 21202 | *Attorneys for Defendant Fieldale Farms Corporation* |
| McGeoghm@ballardspahr.com | |
| Telephone:    (410) 528-5600 | |
| Facsimile:    (410) 528-5650 | |

*Attorneys for Mountaire Farms, Inc.*

/s/ Jonathan H. Todt
Jonathan H. Todt (Bar No. 07166)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street N.W., Suite 1100
Washington, D.C. 20005-1209
Tel: (202) 230-5823
Fax: (202) 842-8465
jonathan.todt@faegredrinker.com

Richard A. Duncan (pro hac vice)
Craig S. Coleman (pro hac vice)
Emily E. Chow (pro hac vice)
Isaac B. Hall (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600
richard.duncan@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com
isaac.hall@faegredrinker.com

Christopher A. Kreuder (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Phone: (515) 248-4733
Fax: (515) 248-9010
christopher.kreuder@faegredrinker.com

*Attorneys for Defendant Jennie-O Turkey Store, Inc.*

/s/ Daniel E. Laytin
Daniel E. Laytin, P.C. *(pro hac vice)*
Christa C. Cottrell, P.C. *(pro hac vice)*
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
dlaytin@kirkland.com
ccottrell@kirkland.com

Joseph W. Hovermill (Bar No. 22446)
Alexander P. Creticos (Bar No. 30199)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
Tel: 410-385-3442
Fax: 410-385-3700
jhovermill@milesstockbridge.com
acreticos@milesstockbridge.com

*Attorneys for Defendant Sanderson Farms, Inc.*

/s/ Steven F. Barley
Steven F. Barley
HOGAN LOVELLS US LLP
100 International Drive, Suite 2000
Baltimore, Maryland 21202
Tel: (410) 659-2700
Fax: (410) 659-2701
steve.barley@hoganlovells.com

William L. Monts III
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Tel: (202) 637-5600
Fax: (202) 637-5910
william.monts@hoganlovells.com
justin.bernick@hoganlovells.com

*Attorneys for Defendant Agri Stats, Inc.*

/s/ Ty Kelly Cronin
Ty Kelly Cronin, (MDB No. 27166)
James E. Edwards, Jr., (MDB No. 02360)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
100 Light Street
Baltimore, Maryland 21202
Tel: (410) 685-1120
Fax: (410) 547-0699
jedwards@bakerdonelson.com
tykelly@bakerdonelson.com

*Pro hac vice*:
John G. Calender (DCB No. 939124)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
901 K Street, N.W., Suite 900
Washington, D.C. 20001
Tel: (202)508-3474
Fax: (202) 220-2274
jcalender@bakerdonelson.com

Scott W. Pedigo (MSB No. 10735)
Amy L. Champagne (MSB No. 102447)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
MAILING: Post Office Box 14167
Jackson, Mississippi 39236-4167
PHYSICAL: One Eastover Center
100 Vision Drive, Suite 400
Jackson, Mississippi 39211
Tel: (601) 351-2400
Fax: (601) 351-2424
spedigo@bakerdonelson.com
achampagne@bakerdonelson.com

Russell W. Gray (TNB No. 16120)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
1800 Republic Centre
633 Chestnut Street
Chattanooga, Tennessee 37450-1801
Tel: (423) 209-4218
Fax: (423) 752-9563
rgray@bakerdonelson.com

*Attorneys for Defendant Koch Foods, Inc.*

/s/ David B. Hamilton
David B. Hamilton (Bar No. 04308)
Hillary V. Colonna (Bar No. 19704)
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
Tel: (410) 545-5850
Fax: (410) 545-5801
David.Hamilton@wbd-us.com
Hillary.Colonna@wbd-us.com

Hayden J. Silver III (*Pro Hac Vice*)
Samuel B. Hartzell (*Pro Hac Vice*)
WOMBLE BOND DICKINSON (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Tel: (919) 755-2188
Fax: (919) 755-7099
Jay.Silver@wbd-us.com
Sam.Hartzell@wbd-us.com

*Attorneys for Defendant Butterball, LLC*

*/s/ Alexander Nemiroff*
Alexander Nemiroff (Bar No. 14143)
William P. Shelley, Pro Hac Vice
Michael Heyden, Pro Hac Vice
Gordon Rees Scully Mansukhani, LLP
Three Logan Square
1717 Arch Street
Suite 610
Philadelphia, PA 19103
Tel: 267.602.2040
anemiroff@grsm.com

Tel: 302.992.8954
mheyden@grsm.com

Tel: 215.717.4001
wshelley@grsm.com

*Attorneys for Allen Harim Foods, LLC*


Edward C. Konieczny (admitted pro hac vice)
EDWARD C. KONIECZNY LLC
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309

David C. Newman (admitted pro hac vice)
Wm. Parker Sanders (admitted pro hac vice)
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309

Edward A. Pennington (Bar No. 29080)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson St., NW, Suite 400
Washington, DC 20007

*Attorneys for Mar-Jac Poultry, Inc.*

/s/ *Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
JOSEPH D. CARNEY & ASSOCIATES LLC
OFFICE ADDRESS:
159 Crocker Park Boulevard, Suite 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com

Mark S. Saudek (Fed. Bar # 23963)
Meghan K. Casey (Fed. Bar # 28958)
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: 410-727-7702
Facsimile: 410-468-2786
msaudek@gejlaw.com
mcasey@gejlaw.com

Thomas M. Staunton (admitted *pro hac vice*)
Daniel M. Feeney (admitted *pro hac vice*)
MILLER SHAKMAN LEVINE & FELDMAN LLP
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

Deborah A. Klar (admitted *pro hac vice*)
D.KLAR LAW
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

*Attorneys for Case Foods, Inc. and Case Farms, LLC*

John P. Passarelli
James M. Sulentic
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE  68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

J.R. Carroll
Jeffrey M. Fletcher
Stephen M. Dacus
KUTAK ROCK LLP
234 East Millsap Road, Suite 200
Fayetteville, AR  72703-4099
Telephone: (479) 973-4200
Facsimile: (479) 973-0007
jr.caroll@kutakrock.com
jeffrey.fletcher@kuakrock.com
stephen.dacus@kutakrock.com

Jennifer M. Blunt
KUTAK ROCK LLP
1625 Eye Street, NW
Suite 800
Washington, DC  20006
Telephone: (202) 828-2400
Facsimile: (202) 828-2488
jennifer.blunt@kutakrock.com

*Attorneys for Defendant O.K. Foods, Inc.*

/s/ James Burns
James Burns (Bar # 22629)
DYKEMA GOSSETT PLLC
1301 K Street N.W., Suite 1100 West
Washington, D.C. 20005
Telephone: 202-906-8713
Facsimile: 855-252-7799
jburns@dykema.com

Howard B. Iwrey (admitted *pro hac vice*)
DYKEMA GOSSETT PLLC
39577 Woodward Ave, Ste. 300
Bloomfield Hills, MI 48304
Telephone: 248-203-0526
Facsimile: 248-203-0763
hiwrey@dykema.com

Steven H. Gistenson (admitted *pro hac vice*)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Ste. 2300
Chicago, IL 60606
Telephone: 312-627-2267
Facsimile: 312-876-1155
sgistenson@dykema.com

*Attorneys for Amick Farms, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ John F. Terzaken
John F. Terzaken