UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>PERDUE FARMS, INC., et al.,<br><br>        Defendants. | CIVIL ACTION NO. 1:19-CV-2521-SAG |

**MOUNTAIRE FARMS INC.'S MOTION TO DISMISS THE THIRD AMENDED
CONSOLIDATED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Mountaire Farms Inc. ("Mountaire") requests that the Court dismiss Plaintiffs' Third Amended Consolidated Complaint as to Mountaire for failure to state a claim upon which relief can be granted, for the reasons more fully set forth in the accompanying memorandum of law.

In addition, as noted therein, Mountaire joins the Motion to Dismiss for Lack of Standing Pursuant to Rule 12(b)(1) filed separately by all Defendants.

WHEREFORE, Mountaire respectfully requests that the Court enter an Order dismissing the Third Amended Consolidated Complaint with prejudice as to Mountaire.

Dated: April 18, 2022

/s/ *Michelle M. McGeogh*

Stephen J. Kastenberg (admitted *pro hac vice*)
Jason A. Leckerman (admitted *pro hac vice*)
Elizabeth P. Weissert (admitted *pro hac vice*)
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
kastenberg@ballardspahr.com
leckermanj@ballardspahr.com
weisserte@ballardspahr.com
Telephone:   (215) 665-8300
Facsimile:    (215) 864-8999

Amanda Wofford (admitted *pro hac vice*)
Bourgon Reynolds (admitted *pro hac vice*)
ROSE LAW FIRM
a Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201
Telephone: (501) 375-9131
Facsimile: (501) 375-1309
awofford@roselawfirm.com
breynolds@roselawfirm.com

Michelle McGeogh (MD # 028778)
BALLARD SPAHR LLP
300 East Lombard St., 18th Fl.
Baltimore, MD 21202
McGeoghm@ballardspahr.com
Telephone:   (410) 528-5600
Facsimile:    (410) 528-5650

Counsel for Defendant
MOUNTAIRE FARMS INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 18th day of April, 2022, I caused Defendant Mountaire Farms Inc.'s Motion to Dismiss the Third Amended Consolidated Complaint to be served via the Court's CM/ECF system on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland.

/s/ *Michelle M. McGeogh*
Michelle M. McGeogh