UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>PERDUE FARMS, INC., et al.,<br><br>        Defendants. | C.A. No. 1:19-CV-2521-SAG<br><br>**APPROVED** this 22nd day of June, 2022.<br><br>_____/s/_____<br>Stephanie A. Gallagher<br>United States District Judge |

**STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE**

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby DISMISS WITH PREJUDICE all claims in the above-captioned action against Mar-Jac Poultry, Inc. ("Mar-Jac").

2. This dismissal does not affect any of Plaintiffs' claims in the above-captioned action against any Defendant other than Mar-Jac.

3. Plaintiffs and Mar-Jac stipulate and agree that each party shall bear its own attorneys' fees and costs incurred in connection with the dismissed claims.

4. Mar-Jac Poultry, Inc.'s Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) (ECF Nos. 635, 636) and Plaintiffs' Opposition to Defendant Mar-Jac Poultry, Inc.'s Motion to Dismiss Plaintiffs' Third Amended Consolidated Complaint and accompanying discovery request (ECF Nos. 659, 669) are therefore moot.

Dated: June 21, 2022

Respectfully submitted,

COHEN MILSTEIN SELLERS & TOLL PLLC
By */s/ Brent W. Johnson*_____
  BRENT W. JOHNSON (*pro hac vice*)
Daniel A. Small (D. Md. Bar # 20279)
Brent W. Johnson (*pro hac vice*)

Benjamin D. Brown (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
Alison S. Deich (admitted *pro hac vice*)
Louis Katz (admitted *pro hac vice*)
Zachary I. Krowitz (D. Md. Bar # 22370)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
Fax: (202) 408-4699
dsmall@cohenmilstein.com
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
lkatz@cohenmilstein.com
zkrowitz@cohenmilstein.com

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/   Shana E. Scarlett*
        SHANA E. SCARLETT (*pro hac vice*)
Rio S. Pierce (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel.: (510) 725-3000
Fax: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
Abigail D. Pershing (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com
abigailp@hbsslaw.com

Elaine T. Byszewski (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150

elaine@hbsslaw.com

HANDLEY FARAH & ANDERSON PLLC

By /s/   George F. Farah
      GEORGE F. FARAH (*pro hac vice*)
Rebecca P. Chang (*pro hac vice*)
Nicholas Jackson (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com
njackson@hfajustice.com

Matthew K. Handley (D. Md. Bar # 18636)
Rachel E. Nadas (*pro hac vice*)
Stephen Pearson (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
200 Massachusetts Avenue, NW, Seventh Floor
Washington, DC 20001
Telephone: (202) 559-2411
mhandley@hfajustice.com
rnadas@hfajustice.com
spearson@hfajustice.com

William A. Anderson (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive, Suite G-200
Boulder, CO 80305
Tel.: (202) 559-2433
wanderson@hfajustice.com

Martha E. Guarnieri (*pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
1727 Snyder Avenue
Philadelphia, PA 19145
Telephone: (215) 422-3478
mguarnieri@hfajustice.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Brian D. Clark (admitted *pro hac vice*)
Stephen J. Teti (admitted *pro hac vice*)

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
bdclark@locklaw.com
steti@locklaw.com

Eric L. Cramer (admitted *pro hac vice*)
Candice J. Enders (admitted *pro hac vice*)
Julia R. McGrath (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
ecramer@bm.net
cenders@bm.net
jmcgrath@bm.net

*Additional Counsel for Plaintiffs and the Proposed Class*


By */s/   Edward C. Konieczny*
        Edward C. Konieczny (*pro hac vice*)
EDWARD C. KONIECZNY LLC
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Tel: (404) 380-1430
ed@koniecznylaw.com

By */s/   Edward A. Pennington*
        Edward A. Pennington (Bar No. 29080)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson St., NW, Suite 400
Washington, DC 20007
Tel: (202) 263-4307
epennington@sgrlaw.com

David C. Newman (admitted *pro hac vice*)
Wm. Parker Sanders (admitted *pro hac vice*)
Michael L. Eber (admitted *pro hac vice*)
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Tel: (404) 815-3500

dnewman@sgrlaw.com
psanders@sgrlaw.com
mebers@sgrlaw.com

*Attorneys for Mar-Jac Poultry, Inc.*