UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, et al.,<br><br>                                   Plaintiffs,<br><br>v.<br><br>PERDUE FARMS, INC., et al.,<br><br>                                   Defendants. | C.A. No. 1:19-cv-02521-SAG<br><br>**CLASS PLAINTIFFS' AND DEFENDANTS CARGILL MEAT SOLUTIONS CORPORATION, SANDERSON FARMS, AND WAYNE FARMS' JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR SUSPENSION OF PROCEEDINGS** |

Plaintiffs and Defendants Cargill Meat Solutions Corporation ("CMS"), Sanderson Farms ("Sanderson"), and Wayne Farms ("Wayne") (and, together with Class Plaintiffs, the "Parties") respectfully write to the Court to provide notice that Class Plaintiffs have reached agreements with CMS, Sanderson, and Wayne to settle all claims against them. The proposed settlements are subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23, and Class Plaintiffs will move for preliminary approval of the settlement agreements in the near future.

The Parties further stipulate that all proceedings between them be suspended by the Court consistent with the terms of their settlement agreements, which will be provided to the Court in connection with Class Plaintiffs' motion for preliminary approval of the proposed settlements.

Dated:  July 25, 2022                                                    Respectfully submitted,

*/s/ Shana E. Scarlett*
Shana E. Scarlett (admitted *pro hac vice*)
Rio R. Pierce (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman (admitted *pro hac vice*)
Breanna Van Engelen (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Tel: (213) 330-7150
elaine@hbsslaw.com

Brent W. Johnson (admitted *pro hac vice*)
Benjamin D. Brown (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
Alison S. Deich (admitted *pro hac vice*)
Louis Katz (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
lkatz@ohenmilstein.com

Matthew K. Handley (D. Md. Bar # 18636)
Rachel E. Nadas (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
777 6th Street, NW, Eleventh Floor
Washington, DC 20001
Tel: (202) 559-2433
mhandley@hfajustice.com
rnadas@hfajustice.com

George F. Farah (admitted *pro hac vice*)
Rebecca P. Chang (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Tel: (212) 477 8090
gfarah@hfajustice.com
rchang@hfajustice.com

William Anderson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive Suite G-200
Boulder, CO 80305
Tel: (202) 559-2433
wanderson@hfajustice.com

*Co-Lead Counsel for Plaintiffs*
*and the Proposed Class*

Dated: July 25, 2022                     */s/ Julie E. McEvoy*
Julie E. McEvoy (admitted *pro hac vice*)
Christopher M. Thatch (Bar No. 29097)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3867
jmcevoy@jonesday.com
cthatch@jonesday.com

Faris Rashid (admitted *pro hac vice*)
Davida S. McGhee (admitted *pro hac vice*)
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402
Telephone: (612) 373-0830
frashid@greeneespel.com
dwilliams@greeneespel.com

*Counsel for Cargill Meat Solutions Corporation*

Dated: July 25, 2022

*/s/ Daniel E. Laytin, P.C.*
Daniel E. Laytin, P.C. (admitted *pro hac vice*)
Christa C. Cottrell, P.C. (admitted *pro hac vice*)
Zachary Holmstead, (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
zachary.holmstead@kirkland.com

MILES & STOCKBRIDGE P.C.
Joseph W. Hovermill (Bar No. 22446)
Alexander P. Creticos (Bar No. 30199)
Miles & Stockbridge P.C.
100 Light Street
Baltimore, Maryland 21202
410-385-3442
410-385-3700 (f)
jhovermill@milesstockbridge.com
acreticos@milesstockbridge.com

*Counsel for Sanderson Farms, Inc.*

Dated: July 25, 2022

*/s/ Christopher E. Ondeck*
Christopher E. Ondeck (admitted *pro hac vice*)
Stephen R. Chuk (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com

*Attorneys for Defendant Wayne Farms LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

                                                           */s/ Faris A. Rashid*