UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, et al.,<br><br>                           Plaintiffs,<br><br>        v.<br><br>PERDUE FARMS, INC., et al.,<br><br>                           Defendants. | C.A. No. 1:19-CV-2521-SAG<br><br>**JOINT STIPULATION [PROPOSED] ORDER AMENDING SCHEDULING ORDER FOR NEWLY ADDED DEFENDANTS** |

The Plaintiffs and the Newly Added Defendants[1] in the above-captioned matter (collectively, the "Parties"), by and through their undersigned counsel and pursuant to Local Rule 105.9, stipulate as follows:

WHEREAS, on March 30, 2022, the Court entered Joint Stipulated Scheduling Order for Newly Added Defendants (Dkt. 621);

WHEREAS, at Newly Added Defendants' request, Plaintiffs agreed to extend the deadline for the Newly Added Defendants to propose search terms for two weeks, with an eight day extension for Plaintiffs to propose additional search terms;

WHEREAS, the other deadlines of the Joint Stipulated Scheduling Order for Newly Added Defendants shall not be amended by this Stipulation;

THE PARTIES RESPECTFULLY REQUEST that the Court order that the deadlines of the Joint Stipulated Scheduling Order for Newly Added Defendants be modified as follows:

---

[1] The Newly Added Defendants are: Allen Harim Foods, LLC, Amick Farms, LLC, Case Foods, Inc., Case Farms, LLC, Foster Poultry Farms, Mar-Jac Poultry, Inc., and O.K. Foods, Inc.

| Event | Prior Deadline | Revised Deadline |
|---|---|---|
| **Producing Parties Propose Document Custodians, Non-Custodial Document Sources, Search Terms, Custodian Cellphone Information, and Reasonably Available Organizational Charts for Entire Class Period** | **14 Days After Parties Exchange of Responses and Objections to Initial Rule 34 Requests** | **Unchanged except that the Newly Added Defendants will propose search terms on or before September 20, 2022** |
| **Requesting Parties Propose Additional Search Terms** | **7 Days After Requesting Parties Propose Additional Custodians and Non-Custodial Document Sources** | **September 28, 2022** |

**SO ORDERED.**

Dated: _____                     _____
                                                                  HON. STEPHANIE A. GALLAGHER

Dated: September 20, 2022

Respectfully submitted,

<div style="display: flex;">

<div>

*/s/ Brent W. Johnson*
Daniel A. Small (D. Md. Bar # 20279)
Benjamin D. Brown (admitted *pro hac vice*)
Brent W. Johnson (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
Alison S. Deich (admitted *pro hac vice*)
Louis Katz (admitted *pro hac vice*)
Zachary Krowitz (D. Md. Bar # 22370)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW
5th Floor
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
dsmall@cohenmilstein.com
bbrown@cohenmilstein.com
bjohnson@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
lkatz@cohenmilstein.com
zkrowitz@cohenmilstein.com

Steven W. Berman (admitted *pro hac vice*)
Breanna Van Engelen (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett (admitted *pro hac vice*)
Rio R. Pierce (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

</div>

<div>

/s/ *Alexander Nemiroff*
Alexander Nemiroff
William P. Shelley, Pro Hac Vice
Michael Heyden, Pro Hac Vice
Gordon Rees Scully Mansukhani, LLP
Three Logan Square
1717 Arch Street
Suite 610
Philadelphia, PA 19103

*Attorneys for Defendant,*
*Allen Harim Foods, LLC*


/s/ Sean Griffin
Sean Griffin (Bar # 06241)
DYKEMA GOSSETT PLLC
1301 K Street N.W., Suite 1100 West
Washington, D.C. 20005
Telephone: 202-906-8703
Facsimile: 855-256-1480
sgriffin@dykema.com

Howard B. Iwrey (admitted *pro hac vice*)
DYKEMA GOSSETT PLLC
39577 Woodward Ave, Ste. 300
Bloomfield Hills, MI 48304
Telephone: 248-203-0526
Facsimile: 248-203-0763
hiwrey@dykema.com

Steven H. Gistenson (admitted *pro hac vice*)
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Ste. 2300
Chicago, IL 60606
Telephone: 312-627-2267
Facsimile: 312-876-1155
sgistenson@dykema.com

</div>

</div>

Tel: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Elaine T. Byszewski (*pro hac vice* forthcoming)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Tel: (213) 330-7150
elaine@hbsslaw.com

Matthew K. Handley (D. Md. Bar # 18636)
Rachel E. Nadas (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
777 6th Street, NW, Eleventh Floor
Washington, DC 20001
Tel: (202) 559-2433
mhandley@hfajustice.com
rnadas@hfajustice.com

George F. Farah (admitted *pro hac vice*)
Rebecca P. Chang (admitted *pro hac vice*)
Stephen Pearson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
81 Prospect Street
Brooklyn, NY 11201
Tel: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com
spearson@hfajustice.com

William H. Anderson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
4730 Table Mesa Drive
Suite G-200
Boulder, CO 80305
Tel: (202) 559-2433
wanderson@hfajustice.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Brian D. Clark (admitted *pro hac vice*)
Stephen J. Teti (admitted *pro hac vice*)

*Attorneys for Amick Farms, LLC*

/s/ *Joseph D. Carney*
Joseph D. Carney (admitted *pro hac vice*)
JOSEPH D. CARNEY & ASSOCIATES LLC
OFFICE ADDRESS:
159 Crocker Park Boulevard, Suite 400
Westlake, OH 44145
MAILING ADDRESS:
1540 Peach Drive
Avon, OH 44011
Telephone: 440-249-0860
Facsimile: 866-270-1221
jdc@jdcarney.com

Mark S. Saudek (Fed. Bar # 23963)
Meghan K. Casey (Fed. Bar # 28958)
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: 410-727-7702
Facsimile: 410-468-2786
msaudek@gejlaw.com
mcasey@gejlaw.com

Thomas M. Staunton (admitted *pro hac vice*)
Daniel M. Feeney (admitted *pro hac vice*)
MILLER SHAKMAN LEVINE & FELDMAN LLP
180 North LaSalle Suite 3600
Chicago, IL 60601
Telephone: 312-263-3700
tstaunton@millershakman.com
dfeeney@millershakman.com

Deborah A. Klar (admitted *pro hac vice*)
D.KLAR LAW
2934 1/2 Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: 310-858-9500
dklar@dklarlaw.com

*Attorneys for Defendants Case Foods, Inc. and Case Farms, LLC*

| | |
|---|---|
| LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Tel: (612) 339-6900<br>Fax: (612) 339-0981<br>bdclark@locklaw.com<br>steti@locklaw.com<br><br>Eric L. Cramer (admitted *pro hac vice*)<br>Candice J. Enders (admitted *pro hac vice*)<br>Julia R. McGrath (admitted *pro hac vice*)<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 875-3000<br>ecramer@bm.net<br>cenders@bm.net<br>jmcgrath@bm.net<br><br>*Additional Counsel for Plaintiffs and the Proposed Class* | /s/ Carmine R. Zarlenga<br>Carmine R. Zarlenga<br>Stephen M. Medlock<br>Katherine E. Monks (Bar No. 19870)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, D.C. 20006-1101<br>Tel: (202) 263-5282<br>czarlenga@mayerbrown.com<br>smedlock@mayerbrown.com<br>kmonks@mayerbrown.com<br><br>*Counsel to Foster Poultry Farms*<br><br>*/s/ Edward C. Konieczny*<br>Edward C. Konieczny (pro hac vice)<br>EDWARD C. KONIECZNY LLC<br>1105 W. Peachtree St. NE<br>Suite 1000<br>Atlanta, GA 30309<br>T: (404) 380-1430<br>F: (404) 382-6011<br>ed@koniecznylaw.com<br><br>David C. Newman (pro hac vice)<br>Wm. Parker Sanders (pro hac vice)<br>SMITH, GAMBRELL & RUSSELL, LLP<br>1105 W. Peachtree St. NE<br>Suite 1000<br>Atlanta, GA 30309<br>T: (404) 815-3500<br>F: (404) 685-6816<br>dnewman@sgrlaw.com<br>psanders@sgrlaw.com<br><br>Edward A. Pennington (Bar No. 29080)<br>SMITH, GAMBRELL & RUSSELL, LLP<br>1055 Thomas Jefferson St., NW, Suite 400<br>Washington, DC 20007<br>T: (202) 263-4307<br>F: (202) 263-4348<br>epennington@sgrlaw.com<br><br>*Attorneys for Mar-Jac Poultry, Inc.* |

/s/ *Stephen Dacus*
John P. Passarelli
James M. Sulentic
Kutak Rock LLP
1650 Farnam St.
Omaha, NE 68102
4023466000
Fax: 4023461148
Email: john.passarelli@kutakrock.com
james.sulentic@kutakrock.com

James Raymond Carroll
Jeffrey M. Fletcher
Stephen M. Dacus
Kutak Rock LLP
234 E Millsap Rd. Ste. 200
Fayetteville, AR 72703
4799734200
Fax: 4799730007
Email: JR.Carroll@kutakrock.com
jeffrey.fletcher@kutakrock.com
stephen.dacus@kutakrock.com

Jennifer M Blunt
Kutak Rock LLP
1625 Eye Street, NW
Suite 800
Washington, DC 20006
2028282400
Fax: 2028282488
Email: jennifer.blunt@kutakrock.com

*Attorneys for O.K. Foods, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

                                                  */s/ Michael C. Heyden, Jr.*