UNITED STATES DISTRICT COURT
THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, *et al.*,<br><br>                          Plaintiffs,<br><br>v.<br><br>PERDUE FARMS, INC., *et al.*,<br><br>                          Defendants. | Civil Action No. SAG-19-2521<br><br>**CLASS PLAINTIFFS' AND DEFENDANTS CASE FOODS, INC., AND CASE FARMS, LLC'S JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR SUSPENSION OF PROCEEDINGS** |

      Class Plaintiffs and Defendants Case Foods, Inc., and Case Farms, LLC (Case and, together with Class Plaintiffs, the Parties) respectfully write to the Court to provide notice that Class Plaintiffs have reached an agreement with Case to settle all claims against it. This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Class Plaintiffs will move for preliminary approval of a proposed settlement in the near future.

      The Parties further stipulate that all proceedings between them be suspended by the Court consistent with the terms of their settlement agreement, which will be provided to the Court in connection with Class Plaintiffs' motion for preliminary approval of the proposed settlement.

Dated:  February 27, 2024

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Shana E. Scarlett*
Shana E. Scarlett (admitted *pro hac vice*)
Rio R. Pierce (admitted *pro hac vice*)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

|  |  |
|---|---|
|  | Steven W. Berman (admitted *pro hac vice*)<br>Breanna Van Engelen (admitted *pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>steve@hbsslaw.com<br>breannav@hbsslaw.com |
|  | Elaine T. Byszewski (admitted *pro hac vice*)<br>Abigail D. Pershing (admitted *pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>301 North Lake Avenue, Suite 920<br>Pasadena, CA 91101<br>Telephone: (213) 330-7150<br>elaine@hbsslaw.com<br>abigailp@hbsslaw.com |
| Dated:  February 27, 2024 | COHEN MILSTEIN SELLERS & TOLL PLLC<br><br>*/s/ Brent W. Johnson*<br>Brent W. Johnson (admitted *pro hac vice*)<br>Benjamin D. Brown (admitted *pro hac vice*)<br>Daniel H. Silverman (admitted *pro hac vice*)<br>Alison S. Deich (admitted *pro hac vice*)<br>Zachary Glubiak (D. Md. Bar # 20962)<br>Zachary Krowitz (D. Md. Bar # 22370)<br>1100 New York Avenue NW, 5th Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile:  (202) 408-4699<br>bjohnson@cohenmilstein.com<br>bbrown@cohenmilstein.com<br>dsilverman@cohenmilstein.com<br>adeich@cohenmilstein.com<br>zkrowitz@cohenmilstein.com<br>zglubiak@cohenmilstein.com |

Dated:  February 27, 2024                             HANDLEY FARAH & ANDERSON PLLC

*/s/ George F. Farah*
George F. Farah (admitted *pro hac vice*)
Rebecca P. Chang (admitted *pro hac vice*)
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com

Matthew K. Handley (D. Md. Bar # 18636)
Rachel E. Nadas (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
1201 Connecticut Avenue, NW, Suite 200K
Washington, DC 20036
Telephone: (202) 559-2433
mhandley@hfajustice.com
rnadas@hfajustice.com

William H. Anderson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
5353 Manhattan Circle, Suite 204
Boulder, CO 80303
Telephone: (202) 559-2433
wanderson@hfajustice.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

Brian D. Clark (admitted *pro hac vice*)
Stephen J. Teti (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
bdclark@locklaw.com
steti@locklaw.com

3

                        Candice J. Enders (admitted *pro hac vice*)
                        Julia R. McGrath (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile:  (215) 875-4604
cenders@bm.net
jmcgrath@bm.net

*Additional Counsel for Plaintiffs and the Proposed Class*

Dated: February 27, 2024

*/s/ Daniel M. Feeney*
Daniel M. Feeney (admitted *pro hac vice*)
Thomas M. Staunton (admitted *pro hac vice*)
MILLER SHAKMAN LEVINE & FELDMAN LLP
30 West Monroe Street, Suite 1900
Chicago, IL 60603
Telephone: (312) 759-7246
Facsimile:  (312) 263-3270
dfeeney@millershakman.com
tstaunton@millershakman.com

*/s/ Mark S. Saudek*
Mark S. Saudek (D. Md. Bar # 23963)
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702
Facsimile:  (410) 468-2786
msaudek@gejilaw.com

*/s/ Paul L. Binder*
Paul L. Binder (admitted *pro hac vice*)
ATTORNEY AT LAW
20780 Brandywine Drive
Fairview Park, OH 44126
Telephone: (440) 376-6850
Facsimile:  (866) 270-1221
binderpl@pbinderlaw.com

*Counsel for Case Farms, LLC, and Case Foods, Inc.*

Dated: February 27, 2024

    */s/ Meghan K. Casey*
Meghan K. Casey (D. Md. Bar # 28958)
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, MD 21201
Telephone: (410) 951-1419
Facsimile: (410) 468-2786
mcasey@gejilaw.com

*/s/ Deborah Klar*
Deborah Klar (admitted *pro hac vice*)
D. KLAR LAW
2934 ½ Beverly Glen Circle, Suite 761
Bel Air, CA 90077
Telephone: (310) 858-9500
Facsimile: (866) 409-3682
dkalr@dklarlaw.com

*/s/ Joseph Carney*
Joseph Carney (admitted *pro hac vice*)
JOSEPH D. CARNEY & ASSOCIATES LLC
1540 Peach Drive
Avon, OH 44011
Telephone: (440) 249-0860
Facsimile: (866) 270-1221
jdc@jdcarney.com

*Additional Counsel for Case Foods, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

Dated: February 27, 2024                    */s/ Shana E. Scarlett*
                                                      Shana E. Scarlett