**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| JUDY JIEN, et al.,<br><br>                              Plaintiffs,<br><br>      v.<br><br>PERDUE FARMS, INC., et al.,<br><br>                              Defendants. | C.A. No. 1:19-cv-02521-SAG<br><br>**CLASS PLAINTIFFS' AND DEFENDANT TYSON FOODS, INC.'S AND KEYSTONE FOODS, LLC'S JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR SUSPENSION OF PROCEEDINGS** |

      Class Plaintiffs and Defendants Tyson Foods, Inc. and Keystone Foods, LLC (collectively, "Tyson" and, together with Class Plaintiffs, the "Parties") respectfully write to the Court to provide notice that Class Plaintiffs have reached an agreement with Tyson to settle all claims against it. This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Class Plaintiffs will move for preliminary approval of a proposed settlement in the near future.

      The Parties further stipulate that all proceedings between them be suspended by the Court consistent with the terms of their settlement agreement, which will be provided to the Court in connection with Class Plaintiffs' motion for preliminary approval of the proposed settlement.

Dated: August 12, 2024

                                                        Respectfully submitted,

                                                        */s/ Shana E. Scarlett*
                                                       Shana E. Scarlett (admitted *pro hac vice*)
                                                       Rio R. Pierce (admitted *pro hac vice*)
                                                       HAGENS BERMAN SOBOL SHAPIRO LLP
                                                       715 Hearst Avenue, Suite 202
                                                       Berkeley, CA 94710
                                                       Tel: (510) 725-3000
                                                       shanas@hbsslaw.com
                                                       riop@hbsslaw.com

Steve W. Berman (admitted *pro hac vice*)
Breanna Van Engelen (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Tel: (213) 330-7150
elaine@hbsslaw.com

Brent W. Johnson (admitted *pro hac vice*)
Benjamin D. Brown (admitted *pro hac vice*)
Daniel H. Silverman (admitted *pro hac vice*)
Alison S. Deich (admitted *pro hac vice*)
Louis Katz (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
lkatz@ohenmilstein.com

Matthew K. Handley (D. Md. Bar # 18636)
Rachel E. Nadas (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
777 6th Street, NW, Eleventh Floor
Washington, DC 20001
Tel: (202) 559-2433
mhandley@hfajustice.com
rnadas@hfajustice.com

>George F. Farah (admitted *pro hac vice*)
>Rebecca P. Chang (admitted *pro hac vice*)
>HANDLEY FARAH & ANDERSON PLLC
>81 Prospect Street
>Brooklyn, NY 11201
>Tel: (212) 477 8090
>gfarah@hfajustice.com
>rchang@hfajustice.com
>
>William Anderson (admitted *pro hac vice*)
>HANDLEY FARAH & ANDERSON PLLC
>4730 Table Mesa Drive Suite G-200
>Boulder, CO 80305
>Tel: (202) 559-2433
>wanderson@hfajustice.com
>
>*Co-Lead Counsel for Plaintiffs*
>*and the Proposed Class*

Dated: August 12, 2024                     Respectfully submitted,

>*/s/ John F. Terzaken*
>John Francis Terzaken, III (admitted *pro hac vice*)
>Abram Ellis (admitted *pro hac vice*)
>Simpson Thacher and Bartlett LLP
>900 G St. NW
>Washington, DC 20001
>Tel: (202) 636-5500
>john.terzaken@stblaw.com
>aellis@stblaw.com
>
>Eric J Pelletier
>Offit Kurman PA
>7501 Wisconsin Avenue
>Suite 1000W
>Bethesda, MD 20814
>Tel (240) 507-1700
>epelletier@offitkurman.com
>
>*Counsel for Tyson Foods Inc.*
>*and Keystone Foods, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

/s/ Shana E. Scarlett