# UNITED STATES DISTRICT COURT
# THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>PERDUE FARMS, INC., *et al.*,<br><br>                              Defendants. | Civil Action No. SAG-19-2521<br><br>**CLASS PLAINTIFFS' AND DEFENDANT FIELDALE FARMS CORPORATION'S JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR SUSPENSION OF PROCEEDINGS** |

Class Plaintiffs and Defendant Fieldale Farms Corporation ("Fieldale") (together with Class Plaintiffs, the "Parties") respectfully write to the Court to provide notice that Class Plaintiffs have reached an agreement with Fieldale to settle all claims against it. This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Class Plaintiffs will move for preliminary approval of a long-form settlement agreement in the near future.

The Parties further stipulate that all proceedings between them be suspended by the Court consistent with the terms of their settlement agreement, which will be provided to the Court in connection with Class Plaintiffs' motion for preliminary approval of the Parties' settlement.

Dated: August 28, 2024                Respectfully submitted,

                                      */s/ Brent W. Johnson*

                                      Brent W. Johnson (admitted *pro hac vice*)
                                      Benjamin D. Brown (admitted *pro hac vice*)
                                      Daniel H. Silverman (admitted *pro hac vice*)
                                      Alison S. Deich (admitted *pro hac vice*)
                                      Zachary Glubiak (D. Md. Bar # 20962)
                                      Zachary Krowitz (D. Md. Bar # 22370)
                                      Sabrina Merold (admitted *pro hac vice*)
                                      COHEN MILSTEIN SELLERS & TOLL PLLC

1100 New York Avenue NW, 5th Floor
Washington, DC 20005
Telephone: (202) 408-4600
bjohnson@cohenmilstein.com
bbrown@cohenmilstein.com
dsilverman@cohenmilstein.com
adeich@cohenmilstein.com
zkrowitz@cohenmilstein.com
zglubiak@cohenmilstein.com
smerold@cohenmilstein.com

Shana E. Scarlett (admitted *pro hac vice*)
Rio R. Pierce (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
shanas@hbsslaw.com
riop@hbsslaw.com

Steven W. Berman (admitted *pro hac vice*)
Breanna Van Engelen (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
breannav@hbsslaw.com

Elaine T. Byszewski (admitted *pro hac vice*)
Abigail D. Pershing (admitted *pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
elaine@hbsslaw.com
abigailp@hbsslaw.com

George F. Farah (admitted *pro hac vice*)
Rebecca P. Chang (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com

Matthew K. Handley (D. Md. Bar # 18636)
Rachel E. Nadas (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
1201 Connecticut Avenue, NW, Suite 200K
Washington, DC 20036
Telephone: (202) 559-2433
mhandley@hfajustice.com
rnadas@hfajustice.com

William H. Anderson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
5353 Manhattan Circle, Suite 204
Boulder, CO 80303
Telephone: (202) 559-2433
wanderson@hfajustice.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

Brian D. Clark (admitted *pro hac vice*)
Stephen J. Teti (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
bdclark@locklaw.com
steti@locklaw.com

Candice J. Enders (admitted *pro hac vice*)
Julia R. McGrath (admitted *pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
cenders@bm.net
jmcgrath@bm.net

*Additional Counsel for Plaintiffs and the Proposed Class*

Dated:  August 28, 2024	Respectfully submitted,

/s/ B. Parker Miller

B. Parker Miller
Laura A. Komarek
Kayla C. Butler
ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
Parker.Miller@alston.com
Laura.Komarek@alston.com
Kayla.Butler@alston.com

Valarie C. Williams
ALSTON & BIRD LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
Tel: (415) 243-1058
Fax: (415) 243-1000
Valarie.williams@alston.com

Max Marks
THE BLOCK FIRM LLC
309 East Paces Ferry NE Suite 400
Atlanta, GA 30305
Tel: (404) 997-8419
Fax: (866) 315-4219
Max.Marks@blockfirmllc.com

*Counsel for Fieldale Farms Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

Dated:  August 28, 2024                  */s/ Brent W. Johnson*
                                                     Brent W. Johnson