UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PERDUE FARMS, INC., *et al.*,<br><br>Defendants. | Case No. 1:19-cv-2521-SAG<br><br>**MOTION FOR LEAVE TO WITHDRAW RICHARD A. DUNCAN AS COUNSEL** |

Pursuant to Local Rule 101.2(a), the undersigned counsel respectfully requests permission to withdraw the appearance of Richard A. Duncan on behalf of Defendant Jennie-O Turkey Store, Inc. Mr. Duncan is retiring from the law firm of Faegre Drinker Biddle & Reath LLP. Defendant Jennie-O Turkey Store, Inc. will continue to be represented by all other counsel of record from Faegre Drinker Biddle & Reath LLP.

Dated: December 19, 2024                    Respectfully submitted,

/s/ Emily E. Chow

Jonathan H. Todt (Bar No. 07166)
Kathryn E. Bettini (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, N.W., Suite 1100
Washington, D.C. 20005-1209
Phone: (202) 230-5823
Fax: (202) 842-8465
jonathan.todt@faegredrinker.com
kathryn.bettini@faegredrinker.com

Richard A. Duncan (*pro hac vice*)
Craig S. Coleman (*pro hac vice*)
Emily E. Chow (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street

1

Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600
richard.duncan@faegredrinker.com
craig.coleman@faegredrinker.com
emily.chow@faegredrinker.com

Jacob D. Bylund (*pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
Phone: (515) 248-4733
Fax: (515) 248-9010
jacob.bylund@faegredrinker.com

*Attorneys for Jennie-O Turkey Store, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that, on December 19, 2024, the foregoing Motion for Leave to Withdraw Richard A. Duncan as Counsel was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

*/s/ Emily E. Chow*
Emily E. Chow