UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>PERDUE FARMS, INC., et al.,<br><br>                      Defendants. | Civil Action No. 1:19-CV-2521<br>The Honorable Stephanie A. Gallagher<br><br><br>NOTICE REGARDING THE PROVISION OF CLASS ACTION FAIRNESS ACT (CAFA) SETTLEMENT NOTICES |

      **PLEASE TAKE NOTICE** that on January 2, 2025, Defendants Koch Foods, Inc. ("Koch Foods") caused notice of their proposed class action settlement with Plaintiffs and the putative class in the above captioned action to be provided to each appropriate Federal and State official via U.S. Postal Service (USPS), pursuant to 28 U.S.C. § 1715(b). The Declaration of Kyle S. Bingham. on Implementation of CAFA Notice is attached hereto as Exhibit A.

      This the 15th day of January 2025.

                                              Respectfully submitted,

                                              KOCH FOODS INC

                                              By Their Attorneys,

                                              BAKER, DONELSON, BEARMAN,
                                               CALDWELL & BERKOWITZ, P.C.

                                              By: /s/Scott W. Pedigo
                                                  SCOTT W. PEDIGO

**OF COUNSEL:**

Scott W. Pedigo (MS Bar No. 10735)
Amy L. Champagne (MS Bar No. 102447)

Jennifer G. Hall (MS Bar No. 100809)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
100 Vision Drive, Suite 400
Jackson, MS 39211
T: (601) 351-2400
F: (601) 351-2424
spedigo@bakerdonelson.com
achampagne@bakerdonelson.com
jhall@bakerdonelson.com

Ty Kelly Cronin, (MDB No. 27166)
**BAKER, DONELSON, BEARMAN, CALDWELL &BERKOWITZ, PC**
100 Light Street
Baltimore, Maryland  21202
Telephone: (410) 685-1120
Facsimile: (410) 547-0699
tykelly@bakerdonelson.com

John G. Calender (DC Bar No. 939124)
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
901 K Street NW, Ste 900
Washington, DC 20001
T: (202) 508-3474
F: (202) 220-2274
jcalender@bakerdonelson.com

Russell W. Gray (TN Bar No. 16120)
Clinton P. Sanko (TN Bar No.023354)
**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
T: (423)756-2010
F: (423)756-3447
rgray@bakerdonelson.com
csanko@bakerdonelson.com

*Attorneys for Defendants Koch Foods, Inc.*

## CERTIFICATE OF SERVICE

 I hereby certify that on January 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

*/s/Scott W. Pedigo*
SCOTT W. PEDIGO