# UNITED STATES DISTRICT COURT
# THE DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, *et al.*,<br><br>          Plaintiffs,<br><br>  v.<br><br>PERDUE FARMS, INC., *et al.*,<br><br>           Defendants. | Civil Action No. SAG-19-2521<br><br>**CLASS PLAINTIFFS' AND DEFENDANT AGRI STATS, INC.'S JOINT NOTICE OF SETTLEMENT AND STIPULATION FOR SUSPENSION OF PROCEEDINGS** |

  Class Plaintiffs and Defendant Agri Stats, Inc. (together with Class Plaintiffs, the Parties) respectfully write to the Court to provide notice that Class Plaintiffs have reached an agreement with Agri Stats to settle all claims against it. This agreement is subject to the Court's approval pursuant to Federal Rule of Civil Procedure 23. Consistent with the Parties' agreement, Class Plaintiffs will move for preliminary approval of a proposed settlement in the near future.

  The Parties further stipulate that all proceedings between them be suspended by the Court consistent with the terms of their settlement agreement, which will be provided to the Court in connection with Class Plaintiffs' motion for preliminary approval of the proposed settlement.

Dated:  September 26, 2025
              Respectfully submitted,

              HAGENS BERMAN SOBOL SHAPIRO LLP

              */s/ Shana E. Scarlett*
              Shana E. Scarlett (admitted *pro hac vice*)
              Rio R. Pierce (admitted *pro hac vice*)
              715 Hearst Avenue, Suite 300
              Berkeley, CA 94710
              Telephone: (510) 725-3000
              shanas@hbsslaw.com
              riop@hbsslaw.com

        Steven W. Berman (admitted *pro hac vice*)
        Breanna Van Engelen (admitted *pro hac vice*)
        HAGENS BERMAN SOBOL SHAPIRO LLP
        1301 Second Avenue, Suite 2000
        Seattle, WA 98101
        Telephone: (206) 623-7292
        steve@hbsslaw.com
        breannav@hbsslaw.com

        Elaine T. Byszewski (admitted *pro hac vice*)
        Abigail D. Pershing (admitted *pro hac vice*)
        HAGENS BERMAN SOBOL SHAPIRO LLP
        301 North Lake Avenue, Suite 920
        Pasadena, CA 91101
        Telephone: (213) 330-7150
        elaine@hbsslaw.com
        abigailp@hbsslaw.com

Dated: September 26, 2025        COHEN MILSTEIN SELLERS & TOLL PLLC

        */s/ Brent W. Johnson*
        Brent W. Johnson (admitted *pro hac vice*)
        Benjamin D. Brown (admitted *pro hac vice*)
        Daniel H. Silverman (admitted *pro hac vice*)
        Alison S. Deich (admitted *pro hac vice*)
        Zachary Glubiak (D. Md. Bar # 20962)
        Zachary Krowitz (D. Md. Bar # 22370)
        1100 New York Avenue NW, 5th Floor
        Washington, DC 20005
        Telephone: (202) 408-4600
        Facsimile: (202) 408-4699
        bjohnson@cohenmilstein.com
        bbrown@cohenmilstein.com
        dsilverman@cohenmilstein.com
        adeich@cohenmilstein.com
        zkrowitz@cohenmilstein.com
        zglubiak@cohenmilstein.com

Dated:  September 26, 2025               HANDLEY FARAH & ANDERSON PLLC

*/s/ George F. Farah*
George F. Farah (admitted *pro hac vice*)
Rebecca P. Chang (admitted *pro hac vice*)
33 Irving Place
New York, NY 10003
Telephone: (212) 477-8090
gfarah@hfajustice.com
rchang@hfajustice.com

Matthew K. Handley (D. Md. Bar # 18636)
Rachel E. Nadas (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
1201 Connecticut Avenue, NW, Suite 200K
Washington, DC 20036
Telephone: (202) 559-2433
mhandley@hfajustice.com
rnadas@hfajustice.com

William H. Anderson (admitted *pro hac vice*)
HANDLEY FARAH & ANDERSON PLLC
5353 Manhattan Circle, Suite 204
Boulder, CO 80303
Telephone: (202) 559-2433
wanderson@hfajustice.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

Brian D. Clark (admitted *pro hac vice*)
Stephen J. Teti (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
bdclark@locklaw.com
steti@locklaw.com

        Candice J. Enders (admitted *pro hac vice*)
        Julia R. McGrath (admitted *pro hac vice*)
        BERGER MONTAGUE PC
        1818 Market Street, Suite 3600
        Philadelphia, PA 19103
        Telephone: (215) 875-3000
        Facsimile:  (215) 875-4604
        cenders@bm.net
        jmcgrath@bm.net

        *Additional Counsel for Plaintiffs and*
        *the Proposed Class*

Dated: September 26, 2025						HOGAN LOVELLS US LLP

*/s/ Steven F. Barley*
Steven F. Barley (Bar No. 10049)
HOGAN LOVELLS US LLP
100 International Drive
Baltimore, MD 21202
Chicago, IL 60603
Telephone: (410) 659-2700
Facsimile: (410) 659-2701
Steve.barley@hoganlovells.com

Justin W. Bernick (*Pro Hac Vice*)
William L. Monts III (*Pro Hac Vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
justin.bernick@hoganlovells.com
william.monts@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

Dated: September 26, 2025             */s/ Shana E. Scarlett*
                                      Shana E. Scarlett