# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| JUDY JIEN, *et al.*, | Civil Action No. SAG-19-2521 |
| Plaintiffs, | |
| v. | |
| PERDUE FARMS, INC., *et al.*, | |
| Defendants. | |

### PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH AGRI STATS, INC. AND APPROVAL OF NOTICE AND PLAN OF NOTICE

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs Judy Jien, Kieo Jibidi, Elaisa Clement, Glenda Robinson, Emily Earnest, and Kevin West (collectively "Plaintiffs") hereby move for an Order granting preliminary approval of the settlement reached between Plaintiffs and Defendant Agri Stats, Inc. ("Agri Stats"). The settlement terms are memorialized in a written agreement entered into by the parties on September 25, 2025 ("Settlement Agreement"). Plaintiffs also move for an Order granting approval of Plaintiffs' proposed notice and plan of notice

Plaintiffs respectfully request that the Court:

a)  Grant preliminary approval of the Settlement Agreement;

b)  Certify the proposed Settlement Class;

c)  Appoint the Named Plaintiffs in this litigation—Judy Jien, Kieo Jibidi, Elaisa Clement, Glenda Robinson, and Emily Earnest—as class representatives of the Settlement Class;

d)  Appoint the law firms Hagens Berman Sobol Shapiro LLP, Handley Farah & Anderson PLLC, and Cohen Milstein Sellers & Toll, PLLC (which currently serve as Interim Co-Lead Counsel) as Settlement Class Counsel;

e)  Approve Plaintiffs' proposed notice and plan of notice; and

f)  Grant a stay of all proceedings in this litigation against the Released Parties (as defined in the Settlement Agreement) except as necessary to effectuate the Settlement Agreement or otherwise agreed to by the settling parties.

This motion is made on the grounds that the Settlement Agreement, which provides substantial injunctive relief to the class, is fair, reasonable, and adequate, thereby satisfying the requirements of Rule 23(e) of the Federal Rules of Civil Procedure. Furthermore, the notice that

Plaintiffs propose is clear and gives class members a fair and adequate opportunity to challenge or otherwise respond to the proposed Settlement Agreement, and therefore also satisfies the requirements of Rule 23(e).

This motion is based on the Settlement Agreement; the Memorandum in Support of Motion for Preliminary Approval of Settlement with Agri Stats, Inc. and Approval of Notice and Plan of Notice; and the Declaration of Shana E. Scarlett (all three of which accompany this motion).

Dated: October 10, 2025 	Respectfully submitted,

	  /s/ Shana E. Scarlett
	Shana E. Scarlett (admitted *pro hac vice*)
	HAGENS BERMAN SOBOL SHAPIRO LLP
	715 Hearst Avenue, Suite 202
	Berkeley, CA 94710
	Tel: (510) 725-3000
	shanas@hbsslaw.com
	riop@hbsslaw.com

	Steve W. Berman (admitted *pro hac vice*)
	Breanna Van Engelen (admitted *pro hac vice*)
	HAGENS BERMAN SOBOL SHAPIRO LLP
	1301 Second Avenue, Suite 2000
	Seattle, Washington 98101
	Tel: (206) 623-7292
	steve@hbsslaw.com
	breannav@hbsslaw.com

	Elaine T. Byszewski (admitted *pro hac vice*)
	Abigail D. Pershing (admitted *pro hac vice*)
	HAGENS BERMAN SOBOL SHAPIRO LLP
	301 North Lake Avenue, Suite 920
	Pasadena, CA 91101
	Tel: (213) 330-7150
	elaine@hbsslaw.com
	abigailp@hbsslaw.com

| | |
|---|---|
| Dated: October 10, 2025 | /s/ Brent W. Johnson<br>Brent W. Johnson (admitted *pro hac vice*)<br>Benjamin D. Brown (admitted *pro hac vice*)<br>Daniel Silverman (admitted *pro hac vice*)<br>Alison S. Deich (admitted *pro hac vice*)<br><br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue NW, 5th Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Fax: (202) 408-4699<br>bbrown@cohenmilstein.com<br>bjohnson@cohenmilstein.com<br>dsilverman@cohenmilstein.com<br>adeich@cohenmilstein.com |
| Dated: October 10, 2025 | /s/ George F. Farah<br>George F. Farah (admitted *pro hac vice*)<br>Rebecca P. Chang (admitted *pro hac vice*)<br>HANDLEY FARAH & ANDERSON PLLC<br>33 Irving Place<br>New York, NY 10003<br>Telephone: (212) 477-8090<br>gfarah@hfajustice.com<br>rchang@hfajustice.com<br><br>Matthew K. Handley (D. Md. Bar # 18636)<br>Stephen Pearson (admitted *pro hac vice*)<br>HANDLEY FARAH & ANDERSON PLLC<br>200 Massachusetts Avenue, NW, Seventh Floor<br>Washington, DC 20001<br>Telephone: (202) 559-2433<br>mhandley@hfajustice.com<br>spearson@hfajustice.com<br><br>*Interim Co-Lead Counsel for Plaintiffs and the Proposed Settlement Class* |

- 4 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for all parties that have appeared in this case.

                                                                                 */s/ Shana E. Scarlett*