**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JUDY JIEN, *et al.*,<br><br>                    Plaintiffs,<br><br>       v.<br><br>PERDUE FARMS, INC., *et al.*,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:19-CV-2521
The Honorable Stephanie A. Gallagher

**[PROPOSED] ORDER ON MOTION TO ENFORCE SETTLEMENT AGREEMENTS AND FINAL JUDGMENT**

**ORDER**

Upon consideration of Defendants Wayne Farms, LLC and Sanderson Farms, LLC's (together, "Wayne-Sanderson") Motion to Enforce Settlement Agreements and Final Judgment, and any opposition thereto, it is this _____ day of _____, 2026, by the United States District Court for the District of Maryland,

ORDERED that Wayne-Sanderson's Motion to Enforce is GRANTED; and it is further,

ORDERED that the 86 individuals identified in Exhibit C to the Declaration of Stephen R. Chuk are Settlement Class Members bound by the Settlement Agreements and this Court's Final Judgment; and it is further

ORDERED that those individuals, and any counsel, agent, or other person acting on their behalf, are enjoined from prosecuting, pursuing, threatening, demanding payment for, or otherwise asserting any Released Claims against Wayne Farms, Sanderson Farms, or their Released Parties in any forum; and it is further

ORDERED that counsel asserting such claims on behalf of those individuals shall dismiss with prejudice any pending actions asserting such claims and withdraw any outstanding demands or threats to assert such claims.

2

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT COURT JUDGE