**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JUDY JIEN, *et al.,* | |
| Plaintiffs, | |
| v. | No. 1:19-cv-02521-SAG |
| PERDUE FARMS, INC., *et al.,* | |
| Defendants. | |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that in the courtroom of the Honorable Stephanie A. Gallagher of the

United States District Court of Maryland, located at 101 West Lombard Street, Chambers 7C,

Baltimore, MD 21201, Defendant Agri Stats, Inc. ("Agri Stats") in *Jien, et al. v. Perdue Farms,*

*Inc. et al.*, hereby moves the Court for an order enforcing the Agri Stats Settlement Agreement

(ECF No. 1024-3) and this Court's Final Judgment related to that Settlement Agreement (ECF No.

1039).

The motion is based on this notice and motion; the accompanying memorandum of points

and authorities in support of the motion; the concurrently filed declaration of William L. Monts

III, with its exhibits; and the Proposed Order that accompanies this motion.

Dated: June 30, 2026

Respectfully submitted,

*/s/ William L. Monts III*
Justin W. Bernick
William L. Monts III
Liam E. Phibbs

- 2 -

HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
Email: justin.bernick@hoganlovells.com
      william.monts@hoganlovells.com
      liam.phibbs@hoganlovells.com

*Counsel for Defendant Agri Stats, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 30 day of June, 2026, a true and correct copy of the foregoing paper was served on Plaintiffs via CM/ECF and email to counsel for Plaintiffs of the Proposed Class and the Alabama Actions.

Dated: June 30, 2026

Respectfully submitted,

*/s/ William L. Monts III*
William L. Monts III