### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| JUDY JIEN, *et al.,* <br><br>                  Plaintiffs, <br><br> v. <br><br> PERDUE FARMS, INC., *et al.,* <br><br>                  Defendants. | No. 1:19-cv-02521-SAG |

### DECLARATION OF WILLIAM L. MONTS III IN SUPPORT OF
### DEFENDANT AGRI STATS, INC.'S MOTION TO ENFORCE SETTLEMENT

I, William L. Monts III, declare as follows:

1. I am a partner of the law firm Hogan Lovells US LLP ("Hogan Lovells"). Hogan Lovells is counsel for Defendant Agri Stats, Inc. ("Agri Stats") in this action. I have entered my pro hac vice appearance in this action. I have full knowledge of the matters stated herein and could and would testify thereto.

2. Attached hereto are true and correct copies of the following exhibits:

| Ex. No. | Description |
|---|---|
| 1 | Settlement Agreement Between Class Plaintiffs and Defendant Agri Stats, *Jien v. Perdue Farms, Inc.*, 1:19-cv-2521 (D. Md.), ECF No. 1024-3. |
| 2 | Order Granting Plaintiffs' Motion for Final Approval of a Settlement with Agri Stats, *Jien v. Perdue Farms, Inc.*, 1:19-cv-2521 (D. Md.), ECF No. 1039. |
| 3 | Complaint, *Adams, et al. v. Agri Stats, Inc., et al.*, CA No. 06-cv-2025-900048 (Barbour County, Alabama), ECF No. 2. |
| 4 | Complaint, *Anglin, et al. v. Agri Stats, Inc., et al.*, CA No. 06-cv-2025-900049 (Barbour County, Alabama), ECF No. 2. |
| 5 | Complaint, *Ayers, et al. v. Agri Stats, Inc., et al.*, CA No. 09-cv-2026-900001 (Bullock County, Alabama), ECF No. 2. |
| 6 | Memorandum Opinion and Order, *Ayers, et al. v. Agri Stats, Inc., et al.*, CA No. 2:26-cv-00092-RAH (M.D. Ala.), ECF No. 76. |
| 7 | Plaintiffs' First Set of Interrogatories, Requests for Production, and Requests for |

| | Admission to Defendant Agri Stats, Inc., *Ayers, et al. v. Agri Stats, Inc., et al.*, CA No. 09-cv-2026-900001 (Bullock County, Alabama) |
|---|---|

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 30 day of June, 2026.

/s/ William L. Monts III
William L. Monts III

2

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that, on this 30 day of June, 2026, a true and correct copy of the

foregoing paper was served on Plaintiffs via email to counsel for Plaintiffs of the Proposed Class

and the Alabama Actions.

Dated: June 30, 2026                           Respectfully submitted,

                                               */s/ William L. Monts III*
                                               William L. Monts III