**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| JUDY JIEN, *et al.,* <br><br> Plaintiffs, <br><br> v. <br><br> PERDUE FARMS, INC., *et al.,* <br><br> Defendants. | No. 1:19-cv-02521-SAG |

**[PROPOSED] ORDER ON MOTION TO ENFORCE
SETTLEMENT AGREEMENT AND FINAL JUDGMENT**

Upon consideration of Defendant Agri Stats, Inc.'s Motion to Enforce Settlement Against Alabama Plaintiffs with supporting papers, and any opposition thereto, it is this _____ day of _____, 2026 by the United Stats District Court for the District of Maryland:

ORDERED that Agri Stats' Motion to Enforce is Granted;

ORDERED that plaintiffs identified in the Alabama Actions are members of the Settlement Class;

ORDERED that claims asserted in the Alabama Actions are Released Claims; and

ORDERED that plaintiffs in the Alabama Actions are enjoined from further prosecuting their alleged claims against Agri Stats.

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT COURT JUDGE