**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| JUDY JIEN, et al., | : | |
| Plaintiffs | : | |
| | : | CASE NO.: 1:19-cv-02521-SAG |
| v. | : | |
| | : | |
| PERDUE FARMS, INC., et al. | : | |
| | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

Please enter the appearance of Thomas G. Brimmer on behalf of the interested and impacted individuals identified and listed in Exhibit 1 (attached hereto) and previously filed as Exhibit C of the Declaration of Stephen R. Chuk (ECF 1041-5), in the above-captioned case.

THE JAKLITSCH LAW GROUP.

Thomas G. Brimmer
Bar No.: 31040
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-8700
(301) 627-6070 (fax)
thomas@jaklitschlawgroup.com
*Attorney for Interested Individuals in Ex. 1*

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July, 2026, a copy of the foregoing

Entry of Appearance was filed via this Court's electronic case filing system and thereby served

upon all counsel of record.

Thomas G. Brimmer

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700