# EXHIBIT 1

# Exhibit C

# BALCH
## & BINGHAM LLP

R. PEPPER CRUTCHER, JR.
t: +1 (601) 965-8158
f: +1 (601) 961-4466
e: pcrutcher@balch.com

June 24, 2026

Christina D. Crow, Esq.
Jinks Crow, PC
219 Prairie St., N.
Union Springs, AL 36089
VIA EMAIL

> Re: ***Adams, et al. v. Agri Stats, Inc., et al.***, M.D. Ala. No. 2:26-cv-00050
> ***Anglin, et al. v. Agri Stats, Inc., et al.***, M.D. Ala. No. 2:26-cv-00054
> ***Ayers, et al. v. Agri Stats, Inc., et al.***, Bullock County Cir. Ct. No. 09-CV-90001

Dear Christy:

In prior communications – April 1, April 2, April 10 – I disclosed that, of your list of 2,037 clients making demands on and asserting claims against Wayne-Sanderson Farms, arising from alleged employment with Wayne Farms or Sanderson Farms, 273 (13%), had one or more of these problems:

- Died before suit was filed;

- Did not appear on the opt-out list filed on the *Jien* docket;

- Have no records of employment with Wayne-Sanderson Farms or with any predecessor entity.

The 86 claimants not on the *Jien* opt-out list are listed at the end of this letter. Soon, we will file an enforcement motion with the *Jien* Court to resolve the problem of apparent *Jien* class members pressing Alabama claims. This letter reports more concerns and asks you to work with us immediately to resolve all of them.

*Jien* class members who did not opt out should receive *Jien* settlement payments, if they followed the Administrator's process. The word around Union Springs is that many already have. But, if the Settlement Administrator treated your submitted opt-out notices as genuine, effective and timely, no opt-out should receive a *Jien* settlement payment unless he or she later submitted something that was deemed a revocation of the opt-out.

188 East Capitol Street    P.O. Box 22587
Suite 1400                 Jackson, MS 39225
Jackson, MS 39201
balch.com

ALABAMA | FLORIDA | GEORGIA | MISSISSIPPI | TEXAS | WASHINGTON, DC

June 24, 2026
Page 2

In a very limited, preliminary investigation of what you reported in your June 7 email to us, we found evidence that people who you think preserved their rights to sue separately are receiving, accepting, and not refunding *Jien* settlement payments. That supports defenses of waiver, settlement, release, accord and satisfaction. But there's more.

Behind this letter you will see affidavits of Glenn Brooks and Jeremiah Cornelius Hoyle. Each appears on your list of 2,037 claimants who contend that they worked for Wayne Farms or for Sanderson Farms. Each is on the filed *Jien* opt-out list. Both say under oath that they did not engage counsel or authorize any opt-out. Glenn Brooks has received a *Jien* settlement payment.

If third parties engaged you by using the identity information of employees who did not engage you, no such person properly is or may become a party to your Alabama litigation. Any person who loses *Jien* settlement compensation as a result of an unauthorized opt-out will suffer financial loss that may be addressed by civil action. Even absent actual harm, legal remedies are available. *See especially* ALA. CODE § 13A-8-190 et seq. Federal law also may provide relief. *See, for example*, 18 U.S.C. §§ 1030, 1341, 1343. If you have proof that either affiant gave you an opt-out authorization, please share it immediately.

Sincerely,

R./Pepper Crutcher, Jr.

RPC:gp

cc:    John Smith
       Anne Harlan Latino
       Stephen Chuk
       Lynn Jinks
       Jeremy Kilburn

Demand letter claimants not on the *Jien* opt-out list (filed case Plaintiffs in bold font):

1. Ledon Adams, Jr.
2. Amos Joseph Akings
3. Terrance Avis Allen
4. Andrea Johmet Allums
5. Demario Montaz Anthony

June 24, 2026
Page 3

6. Tyrone Cornelius Babers
7. Tatyana Zhane Blackmon
8. Shirley Ann Borders
9. Rhonda Renee Branch
10. Carrie Mae Brooks
11. Brenda Lorell Cannon
12. Beunica Shantel Cobb
13. Derek Cobb
14. Micharl Cooks
15. Daquanies Cooper
16. Lillie Mae Cope
17. Paul Henry Cowan
18. Eddie Mae Cowan
19. Dennis Cox
20. Lashonda Latrice Cunningham
21. Dexter Gardell Cunnington, Sr.
22. Ronald Davie
23. Henock Delva
24. Corey Fitzgerald Dent
25. Kennth Tyrone Douglas
26. **Jacquelynn Denise Efford** (*Ayers v. Agri Stats*, Bullock County Cir. Ct.)
27. Cynthia L. Ellis
28. Mammie Lee Ellis
29. **Derris Kentrell Eutsey** (*Adams v. Agri Stats*, M.D. Ala.)
30. Xavier Martez Faniel
31. Dianne Finney
32. Johnnie Hildreth Flowers
33. Rozil Foxx
34. Duane Lewis Harris
35. James Edward Harrard
36. **Eric Center Henderson** (*Ayers v. Agri Stats*, Bullock County Cir. Ct.)
37. Casey Lashay Holmes
38. Kendarius Latrell Holmes
39. Eula Reniece Holmes
40. Mary E. Ivey
41. Joshua Heremiah Jackson
42. Jerry Jackque Jackson
43. Crystal Denise Johnson
44. Kavina Shae Johnson
45. Margaret Janet Johnson
46. Derinda Faye Johnson
47. Bobbie Hene Johnson
48. Dwight Jones

49. Loretta Robbins Jones
50. Terdarus Jones
51. Martha M. Jones
52. Gregory Marquise Jones
53. Antonio Andre Jones, Jr.
54. Tyisha Terrika Jordan
55. Ruby J. Key
56. Kyndria Shafaye King
57. Conon Jabar Lewis
58. Sauna E. Mack
59. Willie Clarence Mahone
60. Evelyn Eady Martin
61. Mary Frances McClendon
62. Xavier McClendon
63. Santana Monique McClendon
64. Jerome D. Meads
65. Eudora D. Meads
66. Ronald DeWayne Mitchell
67. Andrew Moore
68. Jason L Morris
69. Calvin Nether, Jr.
70. Rodriquez Sentell Penn
71. Karey Tarey Pritchett
72. Taeron Kyle Robinson
73. Nettie Pearl Rumph
74. Patricia Russaw
75. Zondra Vashone Shipmon
76. Cynthia R. Sparks
77. Kamethia Dyshell Stanley
78. Martha Jean Stewart
79. Tianna Ashley Sutton
80. Kerry Jerome Thomas Tarver
81. Cassandra Tompkins
82. Alronza Antawin Turner
83. Renisha Latasha White
84. Sequoya Shinea Williams
85. Shykemia Sherial Williams
86. Jerry Tirona Baldwin

30190929.7