**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| JUDY JIEN, et al., ) | Civil Action No. 1:19-cv-02521-SAG |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| PERDUE FARMS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS WAYNE FARMS, LLC AND SANDERSON FARMS, LLC'S MOTION
TO ENFORCE SETTLEMENT AGREEMENTS AND FINAL JUDGMENT**

The eighty-six individuals identified in Exhibit C to the Declaration of Stephen R. Chuk (the "**Individuals**"), by and through undersigned counsel, respectfully move this Court for a seven day extension of time, up to and including Friday, July 17, 2026, within which to file their response in opposition to Defendants Wayne Farms, LLC and Sanderson Farms, LLC's ("**Wayne-Sanderson**") Motion to Enforce Settlement Agreements and Final Judgment (ECF 1041). In support of this motion, the Individuals state as follows.

1.     The current deadline for the individuals to respond to Wayne-Sanderson's Motion to Enforce Settlement Agreements and Final Judgment is Friday, July 10, 2026.

2.     Undersigned counsel is completing the pro hac vice admission process for counsel who will be appearing on behalf of the individuals in this matter, and additional time is needed to finish that process before the response is filed.

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700

3.      A seven-day extension, up to and including Friday, July 17, 2026, will allow the pending pro hac vice admission to be completed in an orderly manner and will not affect any other deadline currently set by the Court.

4.      This is the Individuals' first request for an extension of this particular deadline, and the request is made in good faith and not for purposes of delay.

5.      Undersigned counsel conferred with counsel for Wayne-Sanderson regarding the relief requested in this motion. Counsel for Wayne-Sanderson does not oppose the request.

WHEREFORE, the Individuals respectfully request that the Court grant this motion and extend the deadline for their response to Wayne-Sanderson's Motion to Enforce Settlement Agreements and Final Judgment by seven days, up to and including Friday, July 17, 2026.

Respectfully submitted,

Thomas G. Brimmer
Bar No.: 31040
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-8700
(301) 627-6070 (fax)
thomas@jaklitschlawgroup.com
*Counsel for Individuals*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2026, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all counsel of record.

Thomas G. Brimmer
Bar No.: 31040
14350 Old Marlboro Pike
Upper Marlboro, MD 20772
(301) 627-8700
(301) 627-6070 (fax)
thomas@jaklitschlawgroup.com
*Counsel for Individuals*