## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
(Northern Division)

JUDY JIEN, et al.,                          )
                                            )
    Plaintiffs,                         )
                                            )       **Civil Action No. 1:19-cv-02521-SAG**
v.                                          )
                                            )
PERDUE FARMS, INC., et al.,                 )
                                            )
    Defendants.                         )

### ORDER ~~(Proposed)~~

This matter having come before the Court on the Unopposed Motion for Extension of Time to Respond to Defendants Wayne Farms, LLC and Sanderson Farms, LLC's Motion to Enforce Settlement Agreements and Final Judgment (ECF 1044) for an extension of time to file their response in opposition to Defendants Wayne Farms, LLC and Sanderson Farms, LLC's ("Wayne-Sanderson") Motion to Enforce Settlement Agreements and Final Judgment (ECF 1041) it is

ORDERED that the Motion (ECF 1044) seeking an extension of, up to and including Friday, July 17, 2026, to file a Response to ECF 1041 is hereby GRANTED.

                                    /s/

                              DISTRICT JUDGE
                              The Honorable Stephanie A. Gallagher

JAKLITSCH LAW GROUP
14350 OLD MARLBORO PIKE
UPPER MARLBORO, MD
20772
—
(301) 627-8700