# Exhibit A

**Mike Callicrate** · Follow
July 8, 2021 ·

Why are these serial offenders allowed corporate charters or grants of inspection? Why aren't our government agencies tasked with protecting workers, producers, and con... **See more**



FOODDIVE.COM
**Pilgrim's Pride reaches $29M deal in wage-fixing case**

22 3 comments 7 shares

Like Comment Share

All comments

**Ken Meter**
That's the correct question, Mike. I suspect the answer is that Pilgrim's Pride can easily make another $29 million, or lets their insurance company take the hit (so workers ultimately pay the costs anyway). Nor will they leave a trail of court records or admit any guilt. On the government side, a settlement like this can be made to appear a bigger victory than lawsuits that consume years and may get overturned on appeal.
4y Like Reply

**Kathryn Brinkman Bedell**
Let's keep talking about enforcement. I'm happy to hear that this administration is rulemaking but rules with out enforcement are meaningless. I've been asking about the enforcement and hopefully we can get some clarification.
4y Like Reply

**Robert Popejoy**
Sorry folks, this isn't new! If someone thinks they can benefit from an action it will happen.
4y Like Reply

**Meat+Poultry** · Follow
August 19, 2024 ·

Tyson Foods, Keystone Foods, and Amick Farms are the latest poultry processors to reach a settlement in a class-action lawsuit for alleged wage price-fixing. #poultryprocessing #classaction #wages



MEATPOULTRY.COM

**Tyson, Amick Farms settle wage price-fixing case**

9 shares

Like Comment Share

**Ranee Ranee** · Follow
April 14, 2025 ·

DID YOU ALL GET THE POULTRY PLANT SETTLEMENT FORM IN THE MAIL ? I DID

12 58 comments

Like Comment Share

All comments

**Laquoya Williams**
I didn't but I filled out for Sanderson and Koch's !
50w Like Reply 1

**Doris Jenkins**
**Laquoya Williams** settlement for what
50w Like Reply

Laquoya Williams replied · 1 Reply

**Ranee Ranee**
**Laquoya Williams** it coming
50w Like Reply

50w Like Reply

**Avis Thurman**
Where you mail it to
50w Like Reply 1

**Ranee Ranee**
**Avis Thurman** when the form come look at it but I'll send you the link
50w Like Reply

**Avis Thurman**
**Ranee Ranee** ok thank u so much
50w Like Reply

**Anna Franks**
**Ranee Ranee** can you send me the link as well please
50w Like Reply 1

**Ranee Ranee**
**Anna Franks** ok
50w Like Reply

**Anita Hills Roberts**
Baby I need to do one for Koch's what's Information 😂
50w Like Reply Edited 1

**Ranee Ranee**
**Anita Hills** I'll send it
50w Like Reply

**Anita Hills Roberts**
**Ranee Ranee** thank you ❤️
50w Like Reply 1



Courtney Rankin Collins
I need info
50w Like Reply 1

Ranee Ranee
Courtney Rankin Collins I'm sending it
50w Like Reply

Courtney Rankin Collins
Ranee Ranee thank you
50w Like Reply

Reply to Ranee Ranee...

Reply to Courtney Rankin Collins...

Charlotte Smith Magee
Send me info please
50w Like Reply 1

Ranee Ranee
Charlotte Smith Magee I'm sending it
50w Like Reply

Reply to Charlotte Smith Magee...

Shondra Brown-Martin
Send me the information
50w Like Reply 1



Princess Snow
Info please
50w Like Reply 2

Kay Shanntez
Hell no
50w Like Reply

Kay Shanntez
But I did move tho
50w Like Reply 1

Ranee Ranee
Kay Shanntez tell them to send it to new address
50w Like Reply

Reply to Kay Shanntez...

Shanikka Moffett Holloway
Can you send me the info please
50w Like Reply

Sharon Grace
Can you send me the link too
50w Like Reply 1

Angalia Mack
No ma'am how you get it Ranee Ranee

50w Like Reply 1

**Angalia Mack**
The link I meant
50w Like Reply 1

**Demetrius King**
Can u send me the information please ma'am
50w Like Reply 1

**Tye Ler**
**Jashima Price**
50w Like Reply

**Felicia Griffith**
I need the form lol... what I missed😂😂😂😂
50w Like Reply 1

**Carol Fortenberry**
Info please
50w Like Reply

**Porchea McCullum**
Yes
50w Like Reply 1

**Ranee Ranee**
**Porchea McCullum** you filled it out ?
50w Like Reply

**Porchea McCullum**
**Ranee Ranee** Yes i filled it out yesterday.
50w Like Reply

**Danyelle Monique**
I got a email
50w Like Reply 1

Ranee Ranee replied · 2 Replies

**Shannon Easterling**
Can someone email the form please and thank you
50w Like Reply 1

**Ranee Ranee**
**Shannon Easterling** I'm sending
50w Like Reply

Reply to Shannon Easterling...

**Rome Aldridge**
Info
50w Like Reply 1

**Ranee Ranee**
**Rome Aldridge** I'm sending it
50w Like Reply

Reply to Rome Aldridge...

**Lashon Mills**
Can you send me the information
50w Like Reply 1

**Roshea Perkins Peyton**
How do I apply?
50w Like Reply 1



Ramieka Banks
Where it from
50w Like Reply 1

Ranee Ranee
Ramieka Banks any chicken plants
50w Like Reply

Ramieka Banks
I didn't get the form can u send it to me
50w Like Reply

Reply to Ramieka Banks...

Page Kenyatta
Can you please send me the info
50w Like Reply 1

Ranee Ranee replied · 3 Replies

Brandi Pittman
I didn't get it but I went under the website @www.poultrywages.com
50w Like Reply Edited 1

Ranee Ranee replied · 3 Replies



Brandi Pittman
I didn't get it but I went under the website @www.poultrywages.com
50w Like Reply Edited 1

Ranee Ranee
Brandi Pittman it may come this week
50w Like Reply 1

Brandi Pittman replied · 1 Reply

Ranee Ranee
Brandi Pittman Yw
50w Like Reply

**Ivy Peryear Mayo** · Follow
April 29, 2025 ·

This is the website and information you need for the settlement for Purdue Farm. If you worked at the chicken plant from 2000 to 2021 you maybe entitled to some money for unfair wages.
Please share!!!

POULTRYWAGES.COM
**Poultry Wages Settlement**

7 2 shares

Like Comment Share

Write a comment...

**Anonymous participant**
May 15, 2025 ·

Do yall know anything about the lawsuit with Wayne farm? Need more info on it

13 · 83 comments · 8 shares

Like · Comment · Share

All comments

**Moesha Blackmon**
The deadline is May 18
46w · Like · Reply · Share
View all 2 replies

**Christy Freeman**
Their is a lawyer office in union spring that taking the case deadline is May 20th
46w · Like · Reply · Share
View all 9 replies

**Donna Dannels**
Which lawsuit ???
46w · Like · Reply · Share

**Terry Demario Palmore Bene**
Who all does it apply to???
46w · Like · Reply · Share
View all 4 replies

**Meredith Beacham Timpson**
What lawsuit?
46w · Like · Reply · Share

46w Like Reply Share

**Jasmine Arthur**
It's a site as well for the ones who can't go up there they can apply online
46w Like Reply Share

**Anonymous participant 612**
**Jasmine Arthur** what's the website
46w Like Reply Share 3

**Jasmine Arthur**
**Anonymous participant 612** www.poultrywages.com

POULTRYWAGES.COM
Poultry Wages Settlement
46w Like Reply Share

Write a public reply...

**Anonymous participant 929**
**Jasmine Arthur** following.
46w Like Reply Share 1

**Jasmine Arthur**
**Anonymous participant 929** www.poultrywages.com

POULTRYWAGES.COM
Poultry Wages Settlement
46w Like Reply Share

---

**Heather Turner**
.
46w Like Reply Share

**Britnay Mcclain**
What is the law suit about?
46w Like Reply Share 1

**Sherline Hudson**
What lawsuit ? My daughter worked out there for a while
46w Like Reply Share

**Anonymous participant 728**
Following...
46w Like Reply Share

**Anonymous participant 392**
https://www.poultrywages.com/complete

Link here

POULTRYWAGES.COM
Poultry Wages Settlement
46w Like Reply Share

**Anonymous participant 392**
**Anonymous participant 392** supposedly a lawsuit for being underpaid between 2000-2021 or something like that .
46w Like Reply Share 1

Write a public reply...

**Yolonda Hairgoddess**
**Vandrell DjDrizzle Kincey**

Jamie Lynne Albright
Tatyana Koonce
46w Like Reply Share 1

Tatyana Koonce
Jamie Lynne Albright thank you
46w Like Reply Share

Write a public reply...

Kimberly Curry-Shugart
Billy Steele
46w Like Reply Share

Denise Walker
Rhonda Warmouth
46w Like Reply Share

Jennifer Mays
Smfg Sam Horne
46w Like Reply Share

Smfg Sam Horne · Follow
Which one
46w Like Reply Share

Marquita Danielle
They need to sue TYSON as well ‼️
46w Like Reply Share

Glover Denise
Marquita Danielle there on the list to
46w Like Reply Share 1

Marquita Danielle
Glover Denise link ?
46w Like Reply Share

Write a public reply...

Glover Denise
Marquita Danielle
46w Like Reply Share

Glover Denise
Marquita Danielle



46w Like Reply Share

**Keyser Soze**
Is it just Union Springs or all of Wayne Farms?
46w Like Reply Share

**Glover Denise**
Keyser Soze all
46w Like Reply Share 1

Write a public reply...

**Jasmine Arthur**
www.poultrywages.com this site explains everything hope it helps

POULTRYWAGES.COM
Poultry Wages Settlement
46w Like Reply Share 1

**Dana Kaye Whitten**
Isiah Ham Jermaine Caple
46w Like Reply Share

**Tatyana Koonce**
MoNique Miles
46w Like Reply Share

**Kenya Vette**
Tamekia Thomas
46w Like Reply Share

46w Like Reply Share

**Marilyn Burks**



46w Like Reply Share

**Marilyn Burks** ···



46w Like Reply Share 1

**Tammie Clayton** · Follow
Marilyn Burks thanks suga
45w Like Reply Share


CRYSTAL
LEGAL NOTICE
Edit
Jien v. Perdue Farms, No. 1:19-cv-00252
UNIQU
If You Worked in Poultry Processing bet
2021, You Could Get Money from Se
This notice is about a lawsuit, and you may be
people affected, called a "Class." Lea
www.PoultryWages.com, email info@PoultryWa
1-877-311-3745 (toll-free).
Defendants' records show you worked for one or mo
but your earnings information is incomplete or not a
www.PoultryWages.com and select "Update Your Inf
your earnings information. You may also co
information.
What is this lawsuit about
Poultry workers sued their employers (called the
lawsuit says that some poultry companies talked to
much to pay their workers in a way that is against
them to pay workers less money than they should h
these claims. Some Defendants have agreed to set
lawsuit against them to avoid further costs and risks.
Who are the Defendants?
The poultry companies being sued in this lawsui
Keystone Foods; Pilgrim's Pride; Perdue Farms; Perd
Farms; Koch Foods; Wayne Farms; Cargill Meat
Farms; Simmons Foods; Fieldale Farms; George's;
Foods; Foster Farms; Case Foods; Case Farms; O.K.
terball; Jennie-O Turkey Store; Ag
Company. For more inform


2:53
5G 68%
john adams union springs al
All
Images
News
Short videos
Videos
Johnny Adams Law Firm, LLC
53+
5.0 (216)
Personal injury attorney in Union Springs, Alabama · Open
Overview
Photos
Services
Reviews
CALL
DIRECTIONS
WEBSITE
SHARE
324 Ellis St, Union Springs, AL 36089
Union Springs
Open 24 hours
(334) 500-5000
Johnny Adams Law Firm, LLC
https://www.johnnyadamslaw.com
Johnny Adams Law Firm, LLC:
Home
Search
Saved
Notifications

**Jessica Barrow Wages**
Heather Wages Sanchez
46w Like Reply Share

**Jessica Barrow Wages**
Austin Smith
46w Like Reply Share

**Laquoya Freeman-Franklin** · Follow
If you worked at Any of the local plants between 2000 and 2021 call Johnny Adams law office in union springs. They have the info.
46w Like Reply Share 1

View 1 reply

**Chasity Brooks**
Fred Tfoutmyface Salter
46w Like Reply Share

**Mindy Buchanan**




46w Like Reply Share 1

**Mindy Buchanan**




46w Like Reply Share

**Mindy Buchanan**

You Could Get Money from
$398,050,000 in Settlements
If You Worked at a Poultry Processing Complex, Plant, Hatchery, or Feed Mill from January 1, 2000 to July 20, 2021.

46w Like Reply Share

## Important Dates



Participation Period Starts

**March 21, 2025**

Opt Out Deadline

**May 27, 2025**

Objection Deadline

**May 27, 2025**

Final Approval Hearing

**June 5, 2025**

Starts At 10:00 A.M. ET

Participation Period Ends

**October 29, 2025**

**Shalamar Jones** · Follow
**Tamekia Thomas** look
46w Like Reply Share

**Anonymous participant 113**
**Charles Scott**
45w Like Reply Share

**Jermaine Ceo Whaley**
**Candice Whaley Shatae Silas Grubbs** check this out
45w Like Reply Share

**Shatae Silas Grubbs**
**Jermaine Ceo Whaley** yes a dude was suppose to send me the info on it so i could fill the paperwork out
45w Like Reply Share

**Jermaine Ceo Whaley**
**Shatae Silas Grubbs** thts y I tagged u... somebody dropped the link below
45w Like Reply Share

**Shatae Silas Grubbs**
u worked there too,u did it already?
45w Like Reply Share

**Trinity Holloway**
**Shatae Silas Grubbs** I just filled mine out and I'm making Michael do his you better fill it out that's free money😂😂😂
45w Like Reply Share

**Shatae Silas Grubbs**
i did it yesterday
45w Like Reply Share

**Tammie Clayton** · Follow
Shatae Silas Grubbs I just shared the link as well
45w Like Reply Share

**Anonymous participant**
They say make sure u read the paperwork. Cause 1 form is to opt out

45w Like Reply Share 1

**Tammie Clayton** · Follow
Anonymous participant let me see what page that's on...thank you ❤️

45w Like Reply Share 1

Write a public reply...

**Shawna Renee Larry**
Sharday L Burden

45w Like Reply Share

**Gena Lee**



45w Like Reply Share

**Randi Lee Wood**
Michael Wood

45w Like Reply Share


5:50

5G

Facebook
www.poultrywages.com

**Poultry Wages Settlement Official Website**

(877) 311-3745

A federal court has authorized this. It is not a solicitation from a lawyer.

**Did you work in Poultry Processing between 2000 and 2021?**

**You Could Get Money from Settlements**

Poultry Wages
SETTLEMENTS

If You Received a Notice, You Can Update Your Information and Update Your Earnings.

If You Did Not Get a Notice by Email or Postcard, You Can Participate Now.

Michael Wood

45w Like Reply Share

Keyera Russaw Anderson
Shantrell Terry

45w Like Reply Share

Natasha Morris · Follow
Taylor Marshall?

45w Like Reply Share

View all 2 replies

Andrea Ruttlen
Hasin Salter

45w Like Reply Share

Teresa Skipper
Zee Parks Kirah Iyana Boujiee Babie Will Ward

45w Like Reply Share

The Dot Chew · Follow
Yes I will post the information for you to contact them directly. One moment.

45w Like Reply Share

45w Like Reply Share

Tammie Clayton · Follow
The lawsuit represents under payment in overtime and a few more things



45w Like Reply Share

Reggie Cooker
Wayne-Sanderson Farms is excited to celebrate the team at our Dothan, Alabama processing facility for collectively reaching 3,000,000 working hours with no lost-time due to workplace injury! This milestone highlights our team's dedication and commitment to health and safety. Click here to learn more https://wayne-sanderson.com/4dSwDJN and join us in congratulating the Dothan team on this amazing accomplishment! #MakingChickenAmazing

I know this guy! And I can tell ya this is a LIE! 💯



WTVY.COM
Wayne-Sanderson Farms' Dothan Processing Complex going on two years without lost-time workplace injuries

44w Like Reply Share

[Wayne-Sanderson Farms' Dothan Processing Complex going on two years without lost-time workplace injuries]



**Tammie Clayton**
May 18, 2025 ·

Information on the Poultry Farm lawsuit (it's not strictly for Wayne Farms). Let me go to the Federal Site and grab the Link for you guys.
#everyone
#follower
#fypシviralシ
#highlightseveryone

Poultry Wages
SETTLEMENTS

**If You Received a Notice, You Can Update Your Information and Update Your Earnings.**

**If You Did Not Get a Notice by Email or Postcard, You Can Participate Now.**

**Check to See If You Worked in a Covered Poultry Processing Place Between 2000 and 2021.**

A federal court has authorized this. It is not a solicitation from a lawyer.

## FAQS

## Did you work in Poultry Processing between 2000 and 2021?

### You Could Get Money from Settlements

Poultry workers sued their employers because they believe they were not paid enough. This is called a

All comments

**Jamie Lynne Albright**
Tatyana Koonce
45w Like Reply Share

**The Dot Chew** · Follow
CONTACT INFO
Settlement Administrator:
Poultry Wages Settlement Administrator
c/o A.B. Data, Ltd.
PO Box 173016
Milwaukee, WI 53217
Email: Info@poultrywages.com
Toll Free Telephone: 1-877-311-3745
45w Like Reply Share 5

**Angela Dunbar**
Last day tomorrow!
45w Like Reply Share 1

**Ammie Lewis**
Rebecca Ryle
45w Like Reply Share 2

**Ammie Lewis**
Destiny Durr Author Reeves
45w Like Reply Share 1

**Tisha Hornsby Amos** · Follow
Latiffany Anglin
45w Like Reply Share

**Chasity Brooks**
Hella Uniquee
45w Like Reply Share

**Robert Jackson**
Shytera Eady
45w Like Reply Share 2

**Larry Lee**
I need mine
45w Like Reply Share 1

**Karmel Love** · Follow
Larry Lee Did u get a class action notice in the mail?
8w Like Reply Share

Write a public reply...

**Willona Simon** · Follow
Careem Ra'Shawn
45w Like Reply Share

**Hirshorne Halper**
I need mind
25w Like Reply Share 1

**Victoria Spencer Watkins**
Me too 😀
15w Like Reply Share

**Tammie Clayton** · Follow
May 18, 2025 ·

👇👇👇👇

Poultry Wages
SETTLEMENTS

If You Received a Notice, You Can Update Your Information and Update Your Earnings.

If You Did Not Get a Notice by Email or Postcard, You Can Participate Now.

Check to See If You Worked in a Covered Poultry Processing Place Between 2000 and 2021.

A federal court has authorized this. It is not a solicitation from a lawyer.

## FAQS

## Did you work in Poultry Processing between 2000 and 2021?

### You Could Get Money from Settlements

Poultry workers sued their employers because they believe they were not paid enough. This is called a

**THE DOT CHEW GROUP** · Join
Tammie Clayton · May 18, 2025 ·

Information on the Poultry Farm lawsuit (it's not strictly for Wayne Farms). Let me go to the Federal Site and grab the Link for you guys.
#everyone ... See more

1 comment 1 share

Most relevant

**Jimmy Dreamchaser Boss**
I worked at Wayne farms in 2020 til 2022 during the pandemic

45w Like Reply

Renee Richardson · Follow
July 7, 2025 ·

Zaakyia Marshall · Follow
July 7, 2025 ·

🚨 Update 🚨

**Chicken Plant Lawsuit**

Everything Is Still Being Processed And Moving Smoothly Through The Courts..There's No Specific Update At This Time On When A Settlement Will Be Giving..Its Taking Time And It Can Be Anywhere From A Year Or A Lil Longer Than That Before We Know Any Further Updates....I Will Continue To Keep All Of You Updated...🙂🤝

1 share

Like Comment Share

**The Dot Chew**
July 18, 2025 ·

Wayne Farms LLC Dothan Alabama
Open Lawsuit
Please contact the firm listed on the form if any of these situations pertain to you.
Prayers Up!!
https://mail.google.com/mail/u/0/...
#highlights゛ #Follow #share #settlements



7 · 5 comments 8 shares

Like Comment Share

7 · 5 comments 8 shares

Like Comment Share

All comments

**Dextrick Dawson**



36w Like Reply Share

**Anonymous participant 739**
What form

36w Like Reply Share 1

**Kimberly Nicole** · Follow
When I click the link it takes me to my Gmail..

36w Like Reply Share 1

**Faye Balcom**
**Kimberly Nicole** me too!!

36w Like Reply Share 1

**Sarah Franks**
following

36w Like Reply Share

**Debbie-Chris Solomon** is with **Ben Killgore** and **28 others**.
August 8, 2025 ·

To all my TYSON contacts!!

Please share with anyone that worked there between 2000-2021. Go online and register so you can be included in the settlement from the class action suit from all the poultry companies.

The website is www.poultrywages.com and the phone number is **(877) 311-3745.** You will need a copy of your ID and a check stub.

Below is the timeframe, email address, phone number for them to contact directly.

If our system does not have wages for the TM, then they may be requested to provide their tax statement for that year of earnings. If the earnings are printed from SAP and there is no Tyson logo, you may want to provide a cover letter to explain the TM was employed by us.

Below is the relevant language from the Order Approving the Settlement of the case that contains an imperfect description of who is covered:

1. All persons employed by Defendant Processors, their subsidiaries, and/or related entities at poultry processing plants, poultry hatcheries, poultry feed mills, and/or poultry complexes in the continental United States from January 1, 2000 until July 20, 2021. . . . The following are excluded from both Settlement Classes: "complex managers, plant managers, human resources managers, human resources staff, office clerical staff, guards, watchmen, and salespersons of the Defendants, alleged co-conspirators, and any of their subsidiaries, predecessors, officers, or directors; and federal, state or local governmental entities.

As we discussed, if a TM approaches and asks for their pay information, please have the HR contact provide it to them. Alternatively, if anyone asks whether they are covered by the settlement (or eligible to file a claim), please have them contact the settlement administrator directly at info@poultrywages.com or 1-877-311-3745.

19 17 comments 108 shares

Like Comment Share

All comments

**Jasha MyLuv Thompson**
Latora Jones
33w Like Reply

**Krista Kay Miller**
Kiara Keke Newton
33w Like Reply

**Nicole Mccatrey**
Yolanda Clark
33w Like Reply 1

**Yolanda Clark**
Nicole Mccatrey I'm on it cuz thanks
33w Like Reply

Write a reply...

**Randy Christian**
What is this
33w Like Reply

**Pennie Smith Ethridge**
Stacy Lee Taylor
33w Like Reply

**Kathy Williams**
I don't have any check stubs left what can I do
33w Like Reply

33w Like Reply

**So Faded Larkin**
Kathy Williams same here I thought about contacting the plant but most likely I'll have to go in person for that kind of information
33w Like Reply

**Crystal Wamble**
Kathy Williams I think you can use past tax returns
33w Like Reply

Write a reply...

**Nizah Harris**
Jamilah ShanTel Flye
33w Like Reply 3

**Jamilah ShanTel Flye**
NiNi Harris Yep Been Done Mines
33w Like Reply

Write a reply...

**Bruce-Sunshine Shanks**
Lainyn Shanks
33w Like Reply Edited

**MoneyMakin Savi**
Richard Bell
33w Like Reply

**Mslycia Thomas**
Adrein Wallace

32w Like Reply

**Evonda Wiley**
Don't have nothing from Tyson. Was there 20years
6w Like Reply

**Latosha Swain Johnson** · Follow
September 14, 2025 ·

**If you've worked in any chicken plant anytime between 2000-2021, check your email for "Poultry Wages Settlement"**
**There is a class action settlement being made. Everyone is being contacted. Check your email!! #share**

1 2 comments 2 shares

Like Share

All comments

Author
**Latosha Swain Johnson**
**Lawanda Faye** check your email. I remember you working out there when my mom did. She got this email. You should as well.
28w Like 1

**Lawanda Faye**
**Latosha Swain Johnson** ok thanks chic
28w Like 1

Crystal Henson
October 28, 2025 ·

Hey bootheel folks. There is a wage lawsuit against Tyson. IF you worked for them between 2000-2021.
TOMORROW, OCTOBER 29, 2025 is the deadline. Submit now. Please read through it carefully.

Poultry Wages Settlement

POULTRYWAGES.COM
**Poultry Wages Settlement**

2 · 41 comments · 18 shares

Like · Comment · Share

All comments

**Crystal Henson**
Poultry Wages Settlement https://share.google/zFkdLxZV4FsDTH615

POULTRYWAGES.COM
Poultry Wages Settlement

22w Like Reply

**Crystal Henson**
Kyle McDaniels Carol D. Holloway Darius Richardson

22w Like Reply 1

**Crystal Henson**
Shamicka Johnson Lisa Johnson

22w Like Reply

**Crystal Henson**
Brian Brockman do you know any people who worked at Tyson during this time?

22w Like Reply

**Crystal Henson**
SoUnique Tee

22w Like Reply 1

**SoUnique Tee**
Crystal Henson thank you 😊

22w Like Reply

**Crystal Henson**
SoUnique Tee you're welcome

Crystal Henson
Quentasha Moncrief
22w Like Reply 1

Quentasha Moncrief
Crystal Henson Thank you cousin. I'm submitting it now💙
22w Like Reply

Crystal Henson
Quentasha Moncrief SoUnique Tee did you guys ever get it to work for you?
22w Like Reply

SoUnique Tee
Crystal Henson not yet, it didn't work for me yet
22w Like Reply

Quentasha Moncrief
Crystal Henson no, not yet
22w Like Reply

SoUnique Tee
I think it's overloaded because today is the last day 😕
22w Like Reply 2

Quentasha Moncrief
SoUnique Tee I agree
22w Like Reply

Crystal Henson
SoUnique Tee that's what I'm thinking as well. Maybe later on it will work better before midnight 🙏🙏

22w Like Reply

SoUnique Tee
Quentasha Moncrief try it now
22w Like Reply 1

Quentasha Moncrief
SoUnique Tee ok
22w Like Reply

Quentasha Moncrief
SoUnique Tee Thank you. I just did it. Ashley Brown, try doing it now.
22w Like Reply

Write a reply...

Crystal Henson
Romona Tyus do you know any people who worked at Tyson during this time?
22w Like Reply 1

Romona Tyus
Crystal Henson Yes, will send to them . Thank you
22w Like Reply

Write a reply...

Brian Brockman
James Applewhite Jr.
22w Like Reply

Quentasha Moncrief
Ashley Brown
22w Like Reply

22w Like Reply

Quentasha Moncrief
Ashley Brown
22w Like Reply

Ashley Brown
Quentasha Moncrief 👀
22w Like Reply 1 👍

Quentasha Moncrief
Ashley Brown right 😂 I need my money
22w Like Reply

Ashley Brown
Quentasha Moncrief it won't let me put anything in
22w Like Reply

Crystal Henson
Ashley Brown it should. I did my Mom's yesterday
22w Like Reply

Crystal Henson
Quentasha Moncrief have you tried yet cousin?
22w Like Reply 1 👍

Ashley Brown
Crystal Henson Tasha
22w Like Reply

Quentasha Moncrief
Crystal Henson I'm trying now
22w Like Reply

Quentasha Moncrief
Ashley Brown I'm trying to do it now
22w Like Reply

22w Like Reply

SoUnique Tee
Quentasha Moncrief It pulled up for me this morning now it won't pull up for me



22w Like Reply

Quentasha Moncrief
SoUnique Tee that's what I'm trying to do now
22w Like Reply

SoUnique Tee
Quentasha Moncrief I went to desk top link filled it out but now it won't submit 😕
22w Like Reply 1 👍

Quentasha Moncrief
SoUnique Tee I'm having a hard time too 🙄
22w Like Reply

Quentasha Moncrief
Danielle Aikens
22w Like Reply 1 👍

Aallyia Holmes
Vanessia Kilgore
22w Like Reply

Vanessia Kilgore
Aallyia Holmes already did it
22w Like Reply


22w Like Reply

Jon Jon
Dawayne Wiggins this what i was trying to send you
22w Like Reply 1

Marti Grubbs Crawford
Tom Bailey
22w Like Reply 1

Tom Bailey
Marti Grubbs Crawford ty! Already filed

January 21, 2026

**Zaakyia Marshall** · Follow
January 21 ·

Poultry wages case update from OUR legal team at Jinks Crow & Johnny Adams Law Firm: The litigation is actively progressing through the court system. These cases take time, and no resolution date is available yet..They continue advocating for us and will provide updates as they occur.
#Share

3 3 shares

Like Share

March 10, 2026

Cohen Milstein · Follow
March 10 at 3:15 PM ·

BREAKING: Today, a federal judge granted final approval of an industry-changing injunctive relief settlement against Agri Stats, Inc., a data vendor for the poultry industry. This approval follows the court granting final approval of $398.05 million in settlements last June and ends Jien, et al. v. Perdue Farms, Inc., et al., a first-of-its kind #wagesuppression class action against 18 of the nation's leading poultry producers.

The total settlement is the largest recovery ever in an #antitrust class action for low-wage workers in the United States; the second-largest recovery ever in a #wagefixing class action in the United States; and the largest financial recovery ever in an antitrust class action in the Fourth Circuit.

Poultry processing plant workers, who hang, slaughter, and debone chickens and turkeys, claimed that since 2000, the country's leading poultry producers conspired to lower corporate labor costs by suppressing their wages and benefits. The poultry producers own and operate over 200 processing plants, hatcheries, and feed mills nationwide. The lawsuit alleged that they carried out this scheme by sharing competitively sensitive compensation data through, in part, industry data vendors like Agri Stats.

"For decades, tens of thousands of hard-working poultry plant workers have been exploited by their employers who schemed with competitors to depress their wages below fair market levels," said Brent Johnson, co-chair of the Antitrust practice group at Cohen Milstein who led the firm's litigation team. "Our co-lead counsel team is grateful for the opportunity to help these workers achieve long, overdue justice and financial relief for this misconduct and to the Court for approving the settlements. We are also pleased that Agri Stats has agreed to aggregate relevant labor data in broiler chicken reports."

Poultry workers were represented by Cohen Milstein, Handley Farah & Anderson PLLC, Hagens Berman Sobol Shapiro LLP, Berger Montague, and Lockridge Grindal Nauen PLLP.

The Cohen Milstein team includes:

+ Susan Banks
+ Benjamin Brown
+ Alison Deich
+ Zach Glubiak
+ Alicia Gutiérrez
+ Brent Johnson
+ Zachary Krowitz
+ Sabrina Merold
+ Daniel Silverman
+ Nada Sulaiman
+ Kamilah Williams

Read more about the settlements and the case >
https://www.cohenmilstein.com/groundbreaking-wage.../

Wage Case Against Poultry Industry Ends - Cohen Milstein

Feedstuffs · Follow
March 12 at 6:03 PM ·

Approval of Agri Stats settlement ends class action against poultry processors for conspiring to fix employee wages.



FEEDSTUFFS.COM

**Court approves final settlement in poultry wage-fixing suit**

Like Comment Share

[Court approves final settlement in poultry wage-fixing suit]

**Felicia Laseter** is with **Latifa Perry** and **22 others**.
March 31 at 9:00 PM ·

ttention all Tyson, Chicken Plant, workers and the other names that they had on the list that was for he lawsuit for the Chicken Plant. Whoever did theirs online will get their money in May. Whoever did heirs with the lawyer. It will be a little longer for them to get their money. I don't know when but I will eep y'all posted an give update about this. So I don't need nobody to get in my inbox and ask me ny more questions. I'm just passing the message along share and tag somebody in it so they would now also.🥰❤️@highlight

26 6 comments 60 shares

Like Comment Share

All comments

**Tenisha Avery**
They can also call this number for more information



2d Like Reply 2

**Mss Barbie**
I pray it's not $15 or $18

2d Like Reply 4

**Tenisha Avery**
**Mss Barbie** it's not

2d Like Reply 1

**Kenyatta Johnson**
**Tenisha Avery** how much is it text my phone

2d Like Reply

**Terrance Avery**
**Mss Barbie** class action lawsuit too many ppl may not be a big amount

1d Like Reply

**Franzella Bedell**
Sure would be nice

2d Like Reply 1

April 2, 2026

**Dontriece Shanell Melton** · Follow
Yesterday at 11:52 AM ·

Before y'all get y'all hopes up, if you only worked in the poultry industry less than a year, don't expect much 🤷🏾‍♀️

**Felicia Laseter** · Follow
March 31 at 9:00 PM ·

Attention all Tyson, Chicken Plant, workers and the other names that they had on the list that was for the lawsuit for the Chicken Plant. Whoever did theirs online will get their money in May. Whoever did theirs with the lawyer. It will be a little longer for them to get their money. I don't know when but I will keep y'all posted an give update about this. So I don't need nobody to get in my inbox and ask me any more questions. I'm just passing the message along share and tag somebody in it so they would know also.🥰❤️@highlight— with **Latifa Perry** and **22 others**.

Like Comment Share