# Exhibit B



2:43 5G 79

Laquoya Freeman-Franklin

JOHNNY ADAMS

LAW FIRM

Personal Injury and Wrongful Deaths | Johnny Adams Law Firm, LLC

Rem nder!!!!!!
f you worked at a poultry plant between January 2000 and July 2021
May 20 is the last day Johnny Adams will be tak ng claimants ( th s is not the class action).

2 1 6

Laquoya Freeman-Franklin
Hey everyone!

Are you looking for quick meal ideas, fun DIY projects, and the latest news updates? Look no further! Subscribe to our page for all the inspiration and information you https://www.facebook.com/laquoyaf/subscribenow?surface=pinned_comments

Write a comment

6:44

**Zaakyia Marshall**
Jan 21 ·

Poultry wages case update from OUR legal team at Jinks Crow & Johnny Adams Law Firm: The litigation is actively progressing through the court system. These cases take time, and no resolution date is available yet..They continue advocating for us and will provide updates as they occur.
#Share

3 3


6:47
100
Sherry Pudding Grubbs
May 27
If anyone did the lawsuit for the chicken plant at Jinks Crow law firm check your email to sign your document. It's labeled Christy Crow via Docusign .
11
6
Write a comment...
GIF

7:01 92

**Valerie McCoy** is feeling disappointed.
Aug 9 ·

Poultry Wage Settlement Update:

Now I'm ready to talk....

So, is there anyone else besides me that Poultry Wages Settlement denied claim!

I was told that I didn't qualify because I didn't get my information in on time

Lie detector determined: THAT WAS A LIE

All this we got your information and just keep checking your email...something not right

I SMELL A RAT

I BETTER NOT FIND OUT MY MONEY GOING TO MAMA THEM, UNCLE THEM, AND AUNTIE THEM

34 51

**Most relevant**

**Reginald Alexander** 7w by author
Valerie McCoy hey I worked at Cagles for about one month back in ummmm 1990 I think what yr it was. Hey can I get some of that settlement $$ $? Lol

Reply 1

**Valerie McCoy** 7w Author
Reginald Alexander no sir it's only for 2000 to 2021

Write a comment...

7:04 92

**Shina Hampton**
Aug 26 ·

If you waiting on that Poultry Wages Settlement the lawyers said they waiting on 20more people to signed if they don't respond in a few weeks they will have to drop their case so they can start sending out payments you should hear something by mid or end Sept... more

2 20

**Most relevant**

**Shina Hampton** 5w Author
Welcome everyone thanks for engaging with my content. You can also support by subscribing for more exclusive content. https://www.facebook.com/tremera.hampton/subscribenow?surface=pinned_comments



**Subscribe to Shina Hampton**

Reply

**Monique Bedgood** 4w
Dang I missed some funds. Probably wasn't pertaining to me though. I only gave them a year of work back in 2010-2011

Reply

**Shina Hampton** 4w Author
Monique Bedgood yea they went back from 2002

Write a comment...

6:48 100

Laquoya Freeman-Franklin
Aug 27, 2025 ·

💢POULTRY PLANT UPDATE💢

Hello, this is your legal team at Jinks Crow & Johnny Adams Law Firm with an update on your unfair poultry wages case. We are making progress, but lawsuits like this can take many months or even years. You don't need to do anything right now. We'll contact you with more updates as the cases moves forward.

3 1

**Most relevant**

**Anthony Freeman** 1y
They must have been blowing them folks phone up. Probably told them like they told me that day " we should be in touch sometime in August " .

Reply

**Laquoya Freeman-Franklin** 1y Author
Hey everyone!

Are you looking for quick meal ideas, fun DIY projects, and the latest news updates? Look no further! Subscribe to our page for all the inspiration and information you https://www.facebook.com/laquoyaf/subscribenow?surface=pinned_comments



**Subscribe to Laquoya Freeman-Franklin**

Write a comment...

7:03 92

**Lene Lene**
Aug 31 ·

So I called Johnny Adams office today 😂

Me: Is it looking pretty good for us?
Attorney: Well emails will go out mid September with payments expecting to be dispersed the end of September and early October..
Me: No I mean the amount 😂😂😂😂
Attorney: I can't see individual amounts 😂😂
I wanted to say take a sneak peak at mine so bad. 😂😂 im gone be thankful for whatever comes, but Jesus please send me and my people an abundant amount of racks 👩😂
#settlement #poultrywages

6 18

**Most relevant**

**Norita B. Drummond** 4w · by author
I just want to share , I got a payment notice from {redeem@payouts, poultrywages today August 31, at 12:30 pm.  It is on process accordingly after I selected the method of payment.

Reply 1

**Lene Lene** 4w Author
Norita B. Drummond yay, I'm happy for you, enjoy it love

Reply

View 1 reply

**Břittäñý Yoshiko** 4w
It's not much at all i got mine back in June it was 131

Write a comment...

6:45 100

**Lene Lene**
Aug 31 ·

So I called Johnny Adams office today

Me: Is it looking pretty good for us?
Attorney: Well emails will go out mid September with payments expecting to be dispersed the end of... more

6 18

**Most relevant**

**Norita B. Drummond** · 4w · by author
I just want to share , I got a payment notice from (redeem@payouts, poultrywages today August 31, at 12:30 pm. It is on process accordingly after I selected the method of payment.
Reply 1

**Lene Lene** · 4w · Author
Norita B. Drummond yay, I'm happy for you, enjoy it love
Reply

View 1 reply

**Břittăñý Yoshiko** · 4w
It's not much at all i got mine back in June it was 131
Reply

**Lene Lene** · 4w · Author
Břittăñý Yoshiko I think you got the class action settlement, we filed separately, these ain't dropped yet.

Write a comment...

6:43 100

Terrence Allen
Sep 9 ·



poultrycaseupdate.com

**Unfair Poultry Wages Case Update**

This is an update from Jinks Crow and Johnny Adams Law Firm on your Unfair Poultry Wages case. We have reached settlements with four poultry companies, and Epiq will be handling the payment process. Around late September, Epiq will contact you with instructions to confirm your details and complete your settlement documents. You do not need to take any action until you hear from them. Initial payouts are scheduled to begin in late October or early November. Please watch for communications from Epiq. For ongoing case updates, visit the website https://poultrycaseupdate.com and enter the password which is the word Update

We appreciate your patience and the opportunity to assist you.
Text STOP to opt out

Write a comment...


6:59
92
poultry wages settlements
Meta AI
All
People
Reels
Groups
Terrence Allen 3w
This is an update from Jinks Crow and Johnny Adams Law Firm on your Unfair Poultry Wages case. We ha...
The website is www.poultrywages.com and the phone number is (877) 311-3745. You will need a copy of your ID and a check stub.
Below is the timeframe, email address, phone number for them to contact directly
If our system does not have wages for the TM, then they may be requested to provide their tax statement for that year of earnings. If the earnings are printed from SAP and there is no Tyson logo, you may want to provide a cover letter to explain the TM was employed by us
Below is the relevant language from the Order Approving the Settlement of the case that contains an imperfect description of who is covered.
1. All persons employed by Defendant Processors, their subsidiaries, and/or related entities at poultry processing plants, poultry hatcheries, poultry feed mills, and/or poultry complexes in the continental United States from January 1, 2000 until July 20, 2021 . . . The following are excluded from both Settlement Classes: "complex managers, plant managers, human resources managers, human resources staff, office clerical staff, guards, watchmen, and salespersons of the Defendants, alleged co-conspirators, and any of their subsidiaries, predecessors, officers, or directors; and federal, state or local governmental entities.
As we discussed, if a TM approaches and asks for their pay information, please have the HR contact provide it to them. Alternatively, if anyone asks whether they are covered by the settlement (or eligible to file a claim), please have them contact the settlement administrator directly at info@poultrywages.com or 1-877-311-3745.
27
Debbie-Chris Solomon 1y
To all my TYSON contacts!!
Please share with anyone that worked there betwee...
Angela Michelle Cox 2w
So I guess the people who didn't receive their portion of the Poultry Wages Settlement just lost out???? I don't think it's fair because some of us worked there didn't get a quarter
7
1


6:52
99
WuWu Hollingsworth
19h
Have anyone heard anything about the poultry settlement ?....
10
75
Most relevant
WuWu Hollingsworth 19h Author
‼️ ‼️ ‼️ ‼️ ‼️ ‼️ PLEASE READ ‼️ ‼️ ‼️ ‼️ ‼️ ‼️
If everyone wants to get money that's in professional mode, it's not about how much content (like how much you're posting) you put out or your reach.
https://www.facebook.com/melanie.hollingsworth.37/subscribenow?surface=pinned_comments
Subscribe to WuWu Hollingsworth
Write a comment...


6:52
99
WuWu Hollingsworth
WuWu Hollingsworth 16h Author
Ok.. imma look for ....ab data
Reply
Scottesha Adkison 18h by author
The second batch get theirs next year sometimes but she said to still hold off, it could be sometime this year.
Reply 4
View 1 reply
Shea Daniels 5h by author
If the form wss submitted after the initial due date and was sent on the extended due date...they are just about to start processing thise claims per information from customer service. State there were a lot of submissions
Reply 1
View 1 reply
Monica Peterson 18h · Follow
No ma'am. And if they did send it some of us like myself probably thought it was junk mail and tossed it
Reply 1
View 1 reply
Eboneé Hyman 18h by author
They been gave out settlements in June. I got
Write a comment...
GIF

6:52 99

WuWu Hollingsworth
19h ·

**Antonio Lester** 19h by author
Look like everyone is waiting.
Reply 1
View 1 reply

**Yolanda Holmes** 18h by author
I got my money last month
Reply 1
View 1 reply

**Altrenson Ford** 18h by author
WuWu Hollingsworth I got mines



Reply 2
View 1 reply

**Shondra Zanders** 19h by author
Yes they sent me an email. My check coming in the mail
Reply 1

Write a comment...

6:53 99

**WuWu Hollingsworth**
19h ·

Reply 2

**Tamekia James** 17h by author
I wish I would have did it
Reply 1
View 1 reply

**Jennifer Engram** 12h by author
Nope
Reply 1

**Tanika Haugabrook** 10h by author
Latrice Ray you see this
Reply 1

**Syreeta Myles** 18h by author
No
Reply 1

**Kimberly Clark** 19h by author
Nope
Reply 1

**Distance Eliminate Drama** 19h by author
No I haven't
Reply 1

**Omer Asik** 17h by author
Still waiting

Write a comment...

6:52 99

WuWu Hollingsworth
19h

Reply 1

**Alexanderia Harris** 18h by author
yes i got mine about three weeks ago
Reply 1
View 1 reply

**Shondra Zanders** 16h



Reply
View 1 reply

**Lavonda Doward** 19h by author
Nope
Reply 2

**Tamekia James** 17h by author
I wish I would have did it
Reply 1
View 1 reply

Write a comment...


6:52
99
WuWu Hollingsworth
19h
Eboneé Hyman 18h by author
They been gave out settlements in June. I got mine. If you missed the deadline you have to email them
Reply 1
View 1 reply
Bossed Up Harvey 18h by author
U gotta call them
Reply 1
View 2 replies
Keysa Porter 18h by author
No ma'am
Reply 1
Nikpump Htims 13h by author
Got mines and spent it
Reply 1
View 1 reply
Lisa Nesmith 18h by author
Let me know
Reply 1
View 1 reply
Antonio Lester 19h by author
Look like everyone is waiting.
Write a comment...
GIF

6:52 99

WuWu Hollingsworth
19h ·

**Shondra Zanders** 19h by author
Yes they sent me an email. My check coming in the mail
Reply 1
View 4 replies

**LivingLife Marie** 18h by author
I haven't heard nothing since I sent my stuff in
Reply 2
View 1 reply

**Judy Renee** 16h by author
Nope but I want my money
Reply 1
View 1 reply

**Brandon Belvin** 16h by author
Lady told me to look out for it next month
Reply 1
View 2 replies

**Cassandra Johnson** 19h by author
Know people at HOR that got theirs
Reply 1

**Alexanderia Harris** 18h by author
yes i got mine about three weeks ago

Write a comment...

7:07 92

WuWu Hollingsworth
7h

Reply

**WuWu Hollingsworth** 4h · Author
Ok.. imma look for ....ab data

Reply

**Monica Peterson** 7h · Follow
No ma'am. And if they did send it some of us like myself probably thought it was junk mail and tossed it

Reply 1

**WuWu Hollingsworth** 6h · Author
Monica Peterson I hope not cuz

Reply 1

View 1 reply

**Scotteshia Adkison** 7h · by author
The second batch get theirs next year sometimes but she said to still hold off, it could be sometime this year.

Reply 2

**WuWu Hollingsworth** 6h · Author
Scotteshia Adkison ok

Reply

**Eboneé Hyman** 7h · by author
They been gave out settlements in June. I got mine. If you missed the deadline you have to email them

Write a comment...


7:09
92
Poultry Wages Settlement - Your Digital Payment is Ready
Inbox
redee... 11:29 AM
to me
ab DATA
Dear LATASHA SMITH,
Your settlement payment from the class action, Jien v. Perdue Farms, No. 1:19-cv-002521, is available. The payment was calculated in accordance with the settlement terms available at www.poultrywages.com and represents both your main class
12
1
Tasha Smith
Follow
For anyone that filed the Wayne Sanders... more
Comments are disabled


7:10
92
The website is www.poultrywages.com and the phone number is (877) 311-3745. You will need a copy of your ID and a check stub
Below is the timeframe, email address, phone number for them to contact directly
If our system does not have wages for the TM, then they may be requested to provide their tax statement for that year of earnings. If the earnings are printed from SAP and there is no Tyson logo, you may want to provide a cover letter to explain the TM was employed by us.
Below is the relevant language from the Order Approving the Settlement of the case that contains an imperfect description of who is covered:
1. All persons employed by Defendant Processors, their subsidiaries, and/or related entities at poultry processing plants, poultry hatcheries, poultry feed mills, and/or poultry complexes in the continental United States from January 1, 2000 until July 20, 2021 . . . The following are excluded from both Settlement Classes: "complex managers, plant managers, human resources managers, human resources staff, office clerical staff, guards, watchmen, and salespersons of the Defendants, alleged co-conspirators, and any of their subsidiaries, predecessors, officers, or directors; and federal, state or local governmental entities.
As we discussed, if a TM approaches and asks for their pay information, please have the HR contact provide it to them. Alternatively, if anyone asks whether they are covered by the settlement (or eligible to file a claim), please have them contact the settlement administrator directly at info@poultrywages.com or 1-877-311-3745
27
17
108
Debbie-Chris Solomon
To all my TYSON contacts!!... more
Add a comment
GIF


7:12
92
Knowledge is Power!
KEEPING YOU
UPDATED
ABOUT THE
POULTRY WAGES
LAWSUIT
Real Updates
Important Information
Facts You Need To Know
Follow Me
FOR UPDATES
Zaakyia Marshall
Follow
"God, I don't know what You're about t... more
Comments are disabled