# Exhibit C

**Poultry Wages Settlement Official Website**

**(877) 311-3745**

**Home** **Notice** **Court Documents** **Fix My Form** **Contact**

A federal court has authorized this. It is not a solicitation from a lawyer.

**Did you work in Poultry Processing between 2000 and 2021?**

**You Could Get Money from Settlements**

Poultry Wages SETTLEMENTS

**Check to See If You Worked in a Covered Poultry Processing Place Between 2000 and 2021.**

**A settlement with AgriStats has been reached. AgriStats was the final non-settling defendant remaining in this case.**

**Please click here to review the Settlement Agreement.**

## Important Dates

Participation Period Starts

**March 21, 2025**

Opt Out Deadline
**May 27, 2025**

Objection Deadline
**May 27, 2025**

Final Approval Hearing
**June 5, 2025**
Starts At 10:00 A.M. ET

Participation Period Ends
**October 29, 2025**

## POULTRY WAGES LAWSUIT AND SETTLEMENTS

**Read the Notice to see if you are a part of the lawsuit and learn about the Settlements and your choices.**





**Statement: The deadline to submit a participation form was October 29, 2025. Forms received after the deadline are considered late, and while they may be reviewed, their acceptance for payment is not guaranteed.**

## About The Case:

*Jien v. Perdue Farms, No. 1:10-cv002521*

### LEGAL NOTICE

This lawsuit says that some poultry companies talked to each other about how much to pay their workers in a way that was against the law and allowed them to pay workers less money than they should have.

Several workers sued those poultry companies.

The people who sued are called the "Plaintiffs."
The poultry companies they sued are called the "Defendants." The Defendants say they did nothing wrong.

*The Court has not decided who is right. Instead, both sides agreed to settle.*

## Important Things to Know

If you do nothing and you got a notice in the mail or by email, you will get money. But to make sure you get your money, update and add your contact, employment, and earnings information here to make sure all of your money gets to you.
If you did not get a notice, you will need to fill out a Participation Form here to ask for money.
Unless you opt out, you will stay a part of this lawsuit, and your rights will be affected.

## Deciding What to Do

| | Do Nothing | Ask to Participate | Exclude Yourself | Object |
|---|---|---|---|---|
| **Can I get money if I . . .** | **YES** | **YES** | **NO** | **YES** |
| **Will the Court's decision in this lawsuit affect me if I . . .** | **YES** | **YES** | **NO** | **YES** |
| **Can I sue the Defendants myself for these claims if I . . .** | **NO** | **NO** | **YES** | **NO** |

Basic Information
The Settlements
How to Participate
Remaining in the Lawsuit
The Lawyers Representing You
Objecting to the Settlement
The Final Fairness Hearing

# You Could Get Money from $398,050,000 in Settlements If You Worked at a Poultry Processing Complex, Plant, Hatchery, or Feed Mill from January 1, 2000 to July 20, 2021.

**What Do I Do Next**

| | |
|---|---|
| **GET MONEY:** | If you got a notice in the mail or by email, you do not need to do anything to get money, but you should still update and add your contact, employment, and earnings information here to make sure all of your money from the Settlements gets to you.<br><br>If you did not get a notice, you need to fill out a participation form here to get money.<br><br>You can't sue the Defendants on your own about the claims in this |

lawsuit.

| | |
|---|---|
| **DO NOTHING:** | You will continue to be part of this lawsuit. Your rights will be affected. If you got a notice in the mail or by email, you will get money. You can't sue the Defendants on your own about the claims in this lawsuit. |
| **OPT OUT:** | Get no money from the Settlements. But you can sue the Defendants on your own about the claims in this lawsuit. |
| **OBJECT:** | Tell the Court why you don't like the settlements. You can do this in writing without needing to go to Court. You will still be part of the Class, and you will still get money. |

By providing your information, either on paper, electronically, or through a website, you consent to us storing and using your information for case administration purposes only. Our site uses tracking technologies to tailor your experience and understand how you and other visitors use our site. By continuing to navigate this site you consent to use of these tracking technologies. For more information on how we use your personal data, please read our Privacy Policy.

ab DATA

© 2026 - Poultry Wages Settlement All rights reserved.