# Exhibit D

# Unfair Poultry Wages Case Update

Provided by: Jinks Crow, P.C. and Johnny Adams Law Firm, LLC

## Client Access Terms & Confidentiality Agreement

This password-protected website contains strictly confidential information intended only for clients represented by Jinks Crow, P.C. and Johnny Adams Law Firm in the unfair poultry wages matter.

By accessing this site, you acknowledge and agree to the following terms:

- **Authorized Access Only:** Unauthorized access, use, copying, forwarding, sharing, or distribution of any content on this site is strictly prohibited.
- **Confidentiality Non-Disclosure:** You explicitly agree not to copy, share, download, or disclose any information, documents, or updates found on this website to any third party.
- **No Unintended Relationship:** Access to this page does not create an attorney-client relationship with any unauthorized person.

If you are not an authorized client represented by Jinks Crow, P.C. and Johnny Adams Law Firm in this specific matter, please exit this page immediately.

I Agree & Enter Site