# Exhibit F

AlaFile E-Notice

06-CV-2025-900048.00

To: CRUTCHER ROBERT PEPPER JR
pcrutcher@balch.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA

ALEXIS BIANCA ADAMS ET AL V. AGRI STATS, INC. ET AL
06-CV-2025-900048.00

The following STIPULATION OF DISMISSAL was FILED on 10/1/2026 3:48:25 PM

Notice Date: 10/1/2026 3:48:25 PM

PAIGE SMITH
CIRCUIT COURT CLERK
BARBOUR COUNTY, ALABAMA
P.O. BOX 219
CLAYTON, AL, 36016

334-775-8366
paige.smith@alacourt.gov

ELECTRONICALLY FILED
10/1/2026 3:48 PM
06-CV-2025-900048.00
CIRCUIT COURT OF
BARBOUR COUNTY, ALABAMA
PAIGE SMITH, CLERK

**IN THE CIRCUIT COURT OF BARBOUR COUNTY, ALABAMA**

| | | |
|---|---|---|
| **ALEXIS BIANCA ADAMS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE: 06-CV-2025-900048.00** |
| | ) | |
| **AGRI STATS, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STIPULATION OF DISMISSAL**
**OF DEFENDANTS PERDUE FARMS, INC. AND PERDUE FOODS LLC**

Plaintiffs and Defendants Perdue Farms, Inc. and Perdue Foods LLC, pursuant to Ala. R. Civ. P. 41(a)(1)(i), hereby jointly stipulate that Plaintiffs' claims against Defendants Perdue Farms, Inc. and Perdue Foods LLC only are dismissed, with prejudice, with each party to bear their own costs (taxed as paid).

This Notice does not dismiss, affect, or otherwise alter Plaintiffs' claims or pleadings against any remaining defendants in this action, and all claims against the remaining defendants remain pending. Plaintiffs specifically reserve all claims filed and unfiled, against any and all remaining defendants.

Respectfully submitted this 1st day of October, 2026.

*/s/ Christina D. Crow (w/permission)*
Christina D. Crow
C. Elizabeth Littell
Kijana Mitchell
**JINKS CROW, PC**
219 North Prairie Street
Union Springs, AL 36089
P: 334-738-4225
christy.crow@jinkscrow.com
lisa.littell@jinkscrow.com
kijana.mitchell@jinkscrow.com

***Counsel for Plaintiffs***

*/s/ Bryan A. Grayson*
Josh C. Harrison (HAR327)
Bryan A. Grayson (GRA134)
**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
420 20th Street North, Suite 1900
Birmingham, AL 35203
T: 205-328-1900 | F: 205-328-6000
josh.harrison@ogletreedeakins.com
bryan.grayson@ogletreedeakins.com

***Counsel for Defendants***
***Perdue Farms, Inc. and Perdue Foods LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2026, I electronically filed the foregoing using the AlaFile system, which will send notification to all counsel of record.

*/s/ Bryan A. Grayson*
OF COUNSEL