# Exhibit I

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) ) ) ) ) ) ) | **Case No. 3:23-md-03071**<br>**MDL No. 3071**<br><br>**THIS DOCUMENT RELATES TO: ALL CASES** |

**ORDER**

Based upon the record and having viewed the video recording of Gary Mason from July 16, 2026, the Court has grave concerns that potential class members have received erroneous information concerning the settlements in this case. Accordingly, the Court finds good cause to justify a class-wide notice. Federal Rule Civil Procedure 26(d)(1)(B). The Court appointed settlement administrator shall distribute to each potential class member the attached Supplemental Notice.

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

**SUPPLEMENTAL NOTICE FROM THE COURT-APPOINTED SETTLEMENT ADMINISTRATOR**

*In re RealPage, Inc., Rental Software Antitrust Litigation (No. II)*, No. 3:23-md-03071 (M.D. Tenn.)

*A federal court ordered this notice. It is not a solicitation from any lawyer.*

**No request to exclude you from the settlements reached so far will be valid unless you tell the Settlement Administrator yourself that you want to be excluded. The Administrator must receive your confirmation by 11:59 p.m. ET on September 22, 2026. If you do nothing, you stay in the Settlement Class.**

**Why you are receiving this notice**

The law firm Mason & Perry LLP (f/k/a Mason LLP) has communicated with you about this case. The firm has told the Court that it intends to ask the Settlement Administrator to exclude its clients from these settlements. The Court has received information raising questions about whether the people who were contacted have the information they need to make that decision. The Court therefore directed the Settlement Administrator to send this notice to everyone Mason & Perry LLP contacted about this case, so that no one is excluded from the settlements unless they decide to be.

If you were told that no action is needed on your part, that is not correct for these settlements. Read this notice before deciding.

**What the Court has ordered**

No request to exclude you from these settlements will be valid unless the Settlement Administrator receives confirmation from you that you want to be excluded. This applies to any request already submitted, or that may be submitted on your behalf in the future.

To be valid, the confirmation must be a written record of your own decision, made after [DATE THIS NOTICE ISSUED], 2026. It can be submitted online, by email, or by mail. Your lawyer may send it for you, with your authorization. **The Settlement Administrator must receive it by 11:59 p.m. ET on September 22, 2026.**

A copy of the Court's Order is attached and may also be found on the Settlement Website: www.RealPageRentalSettlement.com. Please review the Order and other documents on the Settlement Website.

**If you do nothing**

You will remain a member of the Settlement Class, and represented by the attorneys appointed as Settlement Class Counsel. You will keep the right to submit a claim for a share of the settlements, which may be submitted online or otherwise received by **January 29, 2027**.

**If you want to be excluded**

Send the Settlement Administrator a written statement that you want to be excluded from the settlements in *In re RealPage, Inc., Rental Software Antitrust Litigation (No. II)*. Include your name, your address, and the address of the rental property. The Settlement Administrator must receive it by **11:59 p.m. ET on <u>September 22, 2026</u>**.

If you are excluded, you will not receive any money from these settlements and you will not be able to object to them. You will keep the right to sue the Settling Defendants on an individual basis.

**If you want to object to the settlements**

If you want to remain in the Settlement Class but object to the settlements or to the request for attorneys' fees, you may do so. The Court has extended the deadline for anyone receiving this notice. Your objection must be received by 11:59 p.m. ET on September 22, 2026. The Settlement Website explains what a valid objection must include.

**You can keep your lawyer and still take part in the settlements**

Remaining a member of the Settlement Class does not require you to end your relationship with Mason & Perry LLP or with any other lawyer The Court appointed Settlement Class Counsel to represent the Settlement Class in this case. Mason & Perry LLP is not Court-appointed Settlement Class Counsel. You may keep your own lawyer and still remain in the Settlement Class and submit a claim.

**Dates and facts about this case**

Settling Defendants have agreed to pay $359,925,000 into a settlement fund for the benefit of the Settlement Class. The Court has preliminarily approved the settlements and has not yet decided whether to approve them finally.

The Settlement Class covers people who paid rent at least one multifamily residential real estate lease directly to any owner, manager and/or owner-operator, including any division, subsidiary, predecessor, agent or affiliate of one, on a property subject to a license for RealPage's Revenue Management Solutions, Lease Rent Options (LRO), YieldStar (YS), and/or AI Revenue Management (AIRM), at any time during October 18, 2018 through November 21, 2025.

The deadline to submit a claim is **<u>January 29, 2027</u>**.

The final approval hearing is scheduled **<u>for October 15, 2026</u>**, before Judge Waverly D. Crenshaw, Jr., in Nashville, Tennessee. The date can change without further notice, so check the settlement website for updates.

The Settlement Website is www.RealPageRentalSettlement.com.

The Court appointed Scott+Scott Attorneys at Law LLP, Robins Kaplan LLP, and Hausfeld LLP to represent the Settlement Class ("Settlement Class Counsel").

**What it costs to take part**

Nothing. Settlement Class Counsel do not bill Settlement Class members. Any attorneys' fees and other costs in the Class case come out of the Settlement Fund, and only if the Court approves them.

To be eligible to receive a payment you must submit a claim form. The Settlement Website provides information on how to submit a claim. Where the Settling Defendants' rental records identify you, the Settlement Administrator will fill in the claim form for you. If your claim form is filled in for you, you do not need to send any supporting documents when you submit it. If it cannot be filled in for you, you will need to send documents showing that you rented the property.

**Arbitration**

Many residential leases require disputes to be resolved in arbitration rather than in court. As part of these Settlements, most Settling Defendants agreed not to enforce arbitration provisions, class action waivers, or jury trial waivers against Settlement Class members on the claims in this case.

That agreement protects Settlement Class members. If you are excluded, you are not a Settlement Class member, and a landlord may seek to enforce an arbitration provision in your lease against you if you file an individual lawsuit. If you remain a client of Mason & Perry LLP, the firm will represent you in any such arbitration processing.

**If you are excluded and pursue your own case**

Your agreement with your lawyer sets the fee you would pay out of any individual recovery. The retainer agreement Mason & Perry LLP filed with the Court in this matter provides for a fee of 40% of any amount recovered, calculated before costs are deducted. Your agreement controls. If you are not sure of its terms, ask your lawyer for a copy.

An individual case may not succeed. There is no guarantee that it will produce a larger recovery than a claim made in the Settlements, or that it will be resolved sooner. If you pursue your own case, you would be a party to a lawsuit. That can mean producing documents such as your lease and rent records, answering written questions under oath, and sitting for a deposition, which is questioning under oath by the other side's lawyers.

**This notice does not tell you what to do**

The Settlement Administrator is not your lawyer and cannot advise you on whether to remain in the Settlement Class or to be excluded. This notice describes what Mason & Perry LLP told the Court and corrects information about the settlements. It is not a statement about the quality of that firm's work or about whether you should keep it as your lawyer. Its purpose is to make sure that the choice is yours and that you have the dates and terms the Court approved.

**How to reach the Settlement Administrator**

Angeion Group, LLC is the Settlement Administrator appointed by the Court. You may contact the Settlement Administrator at any time. The Settlement Website and the contact information are:

Online: www.RealPageRentalSettlement.com

Email: info@RealPageRentalSettlement.com

Phone: 1-888-995-4213

Mail: RealPage Rental Software Litigation, Settlement Administrator, P.O. Box 59, East Brunswick, NJ 08816-9998