# Exhibit J

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) ) ) ) ) | **Case No. 3:23-md-03071** **MDL No. 3071** **THIS DOCUMENT RELATES TO: ALL CASES** |

**<u>ORDER</u>**

For the reasons stated on the record on September 1, 2026, the parties will make the following filings:

1. By Tuesday, **September 8, 2026**, Plaintiffs and Mason & Perry LLP shall make a supplemental filing indicating that the dual representation issue of approximately 10 individuals has been resolved.

2. Plaintiffs shall submit a weekly report beginning on Friday, **September 4, 2026** that informs the Court of the class administrator's action to distribute by email and regular mail, the corrective notice. The weekly report must include, at a minimum, confirmation of the number of notices sent by email, confirmation of notices sent by regular mail, information regarding the success rate of delivery of both, and information regarding the additional follow-up actions to ensure that the persons receive the notice.

3. Settled Defendants and lead Plaintiffs' Counsel shall meet and confer and provide information to the Court regarding class administrator.

IT IS SO ORDERED.

Waverly D. Crenshaw, Jr.
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE