# Exhibit K

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| Judy Jien, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Perdue Farms, Inc., *et al.*,<br><br>Defendants. | Civil Action No. 1:19-CV-2521<br>The Honorable Stephanie A. Gallagher<br><br>**[PROPOSED] SCHEDULING ORDER AS TO ECF NO. 1041** |

**[PROPOSED] SCHEDULING ORDER AS TO ECF NO. 1041**

Following a status conference held on September 1, 2026, the Court directed the parties to meet and confer concerning a discovery plan and timetable as to Wayne Farms, LLC and Sanderson Farms, LLC's (collectively "Wayne-Sanderson") Motion to Enforce Settlement Agreements and Final Judgment, ECF No. 1041. *See* ECF No. 1055 (paperless order directing the filing of the status report).

The Court enters the following schedule:

| Event | Deadline[1] |
|---|---|
| Requests for Production and Interrogatories[2] | 14 Days from Entry of this Order |
| Service of Rule 45 Subpoenas (Document Subpoenas Only) | 14 Days from Entry of this Order |
| Substantial Completion of Document Production | 75 Days from Entry of this Order |
| Party[3] Deposition Deadline/Close of Discovery | 180 Days from Entry of this Order |

[1] Federal Rule of Civil Procedure 6 applies in calculating deadlines in this Order.
[2] Requests for admission may be served at any time prior to the close of discovery.
[3] For all discovery, the following entities and individuals are considered Parties: the Jinks Crow law firm (including its employees and agents), the Johnny Adams Law Firm, LLC (including its employees and agents), and all supposed opt-outs represented by those law firms.

| | |
|---|---|
| Status Report Advising Whether Supplemental Motion to Enforce is Necessary and Proposed Briefing Schedule | 190 Days from Entry of this Order |

IT IS SO ORDERED.

DATED: October __, 2026

______________________________________
HONORABLE ERIN ASLAN
UNITED STATES MAGISTRATE JUDGE