**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-7780**
**MDD_SAGchambers@mdd.uscourts.gov**

October 9, 2026

**LETTER ORDER**

RE: Judy Jien, et al. v. Perdue Farms, Inc. et al.
Civil Case No. SAG-19-02521

Dear Counsel:

This Court has reviewed Wayne-Sanderson's Motion to Enforce Settlement Agreement & Final Judgment, ECF 1041, and the opposition, ECF 1050, and reply, ECF 1054. This Court held a telephone conference with the parties, ECF 1056, at which it determined that further record development was needed and asked the parties to meet and confer on the scope of discovery. Thereafter, the lawyers for the Alabama plaintiffs withdrew their opposition, ECF 1065, requesting within their notice of withdrawal that their plaintiffs be granted an extension of time to submit claims and participate in the Jien settlement. In response, Wayne-Sanderson opposed the extension and continued to request discovery, arguing that new questions have arisen relating to counsel's representation of the Alabama plaintiffs and about the adequacy of claims administration. The parties then sent additional position statements. ECF 1070, 1071.

After review of the filings, no hearing is necessary. *See* Loc. R. 105.6 (D. Md. 2025). This Court GRANTS Wayne-Sanderson's unopposed motion to enforce, ECF 1041, since the only opposition has been withdrawn. This Court denies the Alabama plaintiffs' request to extend the time to submit claims, since it would upset the finality of the agreed settlement terms, and declines to authorize additional discovery in the absence of any pending motion before this Court.

Despite the informal nature of this letter, it constitutes an order of the Court and should be docketed accordingly.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge