**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JUDY JIEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PERDUE FARMS, INC., *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:19-CV-2521<br><br>The Honorable Stephanie A. Gallagher<br><br>**SECOND MOTION TO ENFORCE SETTLEMENT AGREEMENTS AND FINAL JUDGMENT AND TO AUTHORIZE LIMITED DISCOVERY** |

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that in the courtroom of the Honorable Stephanie A. Gallagher of the United States District Court for the District of Maryland, located at 101 West Lombard Street, Chambers 7C, Baltimore, MD 21201, Defendants Wayne Farms, LLC and Sanderson Farms, LLC (together, "Wayne-Sanderson") hereby move the Court for an order enforcing the Wayne Farms Settlement Agreement (ECF No. 745-5), the Sanderson Farms Settlement Agreement (ECF No. 745-4), and this Court's Final Judgment (ECF No. 1011) against the 52 Paid Claimants identified in Appendix A to the accompanying memorandum, and authorizing targeted, staged discovery to identify additional purported opt-outs represented by Jinks Crow, P.C. who submitted claims for or received settlement benefits, as set forth in the accompanying memorandum and Proposed Order.

The motion is based on this notice and motion; the accompanying memorandum of points and authorities and its Appendix A; the concurrently filed Declaration of Stephen R. Chuk and Exhibit A; the record in this action; and the accompanying Proposed Order.

Dated: October 16, 2026

Respectfully submitted,

*/s/ Stephen R. Chuk*

Christopher E. Ondeck
Stephen R. Chuk
Jared M. DuBosar (admitted *pro hac vice*)
Rucha A. Desai (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, NW, Suite 600S
Washington, DC 20004
Tel: (202) 416-5865
Fax: (202) 416-6899
condeck@proskauer.com
schuk@proskauer.com
jdubosar@proskauer.com
rdesai@proskauer.com

*Attorneys for Defendant Wayne Farms, LLC and Defendant Sanderson Farms, LLC*

**CERTIFICATE OF SERVICE**

I, Stephen R. Chuk, hereby certify that on October 16, 2026, I caused true and correct copies of the foregoing Notice of Motion and Second Motion to Enforce Settlement Agreements and Final Judgment and to Authorize Limited Discovery, together with all supporting papers, to be served on all counsel of record via the Court's CM/ECF system.

I further certify that on October 16, 2026, I caused true and correct copies of the foregoing Notice of Motion and Second Motion to Enforce Settlement Agreements and Final Judgment and to Authorize Limited Discovery, together with all supporting papers, to be served by electronic mail on:

Christina D. Crow
C. Elizabeth Littell
Jinks Crow, P.C.
219 Prairie Street North
P.O. Box 350
Union Springs, AL 36089
christy.crow@jinkscrow.com
lisa.littell@jinkscrow.com

*/s/ Stephen R. Chuk*
Stephen R. Chuk
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, NW, Suite 600S
Washington, DC 20004
schuk@proskauer.com