**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JUDY JIEN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PERDUE FARMS, INC., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:19-CV-2521<br><br>The Honorable Stephanie A. Gallagher<br><br>**DECLARATION OF STEPHEN R. CHUK IN SUPPORT OF WAYNE FARMS, LLC AND SANDERSON FARMS, LLC'S SECOND MOTION TO ENFORCE SETTLEMENT AGREEMENTS AND FINAL JUDGMENT AND TO AUTHORIZE DISCOVERY** |

I, Stephen R. Chuk, declare as follows:

1. I am a partner at Proskauer Rose LLP and counsel for Wayne Farms, LLC and Sanderson Farms, LLC (together, "Wayne-Sanderson") in this action.

2. I submit this Declaration in support of Wayne-Sanderson's Second Motion to Enforce their respective Settlement Agreements and this Court's Final Judgment and to Authorize Limited Discovery. *See* ECF Nos. 745-4, 745-5, 1011.

3. Attached as Exhibit A is a true and correct copy of materials provided to counsel for Wayne-Sanderson in connection with this matter, consisting of the Affidavit of Jared Lowe, executed October 14, 2026, and its attachments, including: (i) a June 10, 2026 email from Glenn Brooks to Mr. Lowe forwarding a notice concerning a digital payment from the *Jien* settlement fund; and (ii) the Affidavit of Glenn Brooks, executed June 11, 2026.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 16, 2026 in Washington, DC.

Stephen R. Chuk