# Exhibit A

**AFFIDAVIT OF JARED LOWE**

STATE OF NORTH CAROLINA

COUNTY OF LENOIR

BEFORE ME personally appeared the undersigned Jared Lowe who, first having been duly sworn, did depose and state as follows.

I, Jared Lowe, am an adult United States citizen residing in North Carolina, where I work as Complex Manager of the Kinston, North Carolina Wayne-Sanderson Farms poultry processing operations. I have had this job since 2020. I have personal knowledge of each fact stated in this Declaration.

I personally know Glenn Brooks and am his direct manager at Wayne-Sanderson Farms. Glenn was Sanitation Manger for our Kinston processing plant before we contracted-out that function. Glenn remains a manager employed by Wayne-Sanderson Farms.

Not long after 8:00 am on Wednesday, June 10, 2026, I received from Glenn Brooks the email that I have attached as Exhibit 1 to this Declaration. It looked like someone was telling Glenn that he was getting paid in some sort of "poultry wages" lawsuit.

I understood Glenn's June 10 email as a response to a conversation that I had with Glenn a day or two earlier. I told Glenn in that conversation that the Company suspected that someone may have stolen his identity. Just for the purpose of investigating that, I asked Glenn if he had authorized a lawyer to bring any sort of claim against the Company and he said he had not.

After I got Glenn's June 10, email, he told me that he didn't know what it was about. Since I had asked Glenn about possible identity theft, I understood him to be confirming that someone may have stolen his identity to participate in a lawsuit.

Later, I met Glenn Brooks in my office at the Kinston processing plant and showed him the Affidavit that I have attached as Exhibit 2 to this Declaration. He read and signed it and it was notarized. In that process, I did not ask Glenn for more information, and he did not provide more information.

I have had no further communications with Glenn Brooks about this subject. I have never talked to him and have never tried to talk to him about the substance of any attorney-client communications he may have had.

Signature of Jared Lowe: ______________________

SO SWORN and subscribed before me, Notary Public, this 14th day of October, 2026.

______________________

ALISHA SESSOMS NOTARY PUBLIC LENOIR COUNTY, NC

My commission expires: 6/13/31



30819173.2

**Lowe, Jared**

| | |
|---|---|
| **From:** | Lowe, Jared |
| **Sent:** | Tuesday, October 13, 2026 6:51 PM |
| **To:** | Lowe, Jared |
| **Subject:** | FW: [EXTERNAL:] - Fwd: Poultry Wages Settlement - Your Digital Payment is Ready |

---

**From:** glenn brooks <brooks0072@gmail.com>
**Sent:** Wednesday, June 10, 2026 8:17 AM
**To:** Lowe, Jared <Jared.Lowe@waynesanderson.com>
**Subject:** [EXTERNAL:] - Fwd: Poultry Wages Settlement - Your Digital Payment is Ready

You don't often get email from brooks0072@gmail.com. Learn why this is important

**EXTERNAL EMAIL:** Use caution when opening attachments, clicking links, or responding.

Sent from my iPhone-007

Begin forwarded message:

> **From:** "redeem@payouts.poultrywages.com via Tremendous" <rewards@reward.tremendous.com>
> **Date:** May 29, 2026 at 1:13:01 PM EDT
> **To:** brooks0072@gmail.com
> **Subject: Poultry Wages Settlement - Your Digital Payment is Ready**
> **Reply-To:** info@poultrywages.com



1

Dear GLENN BROOKS,

Your settlement payment from the Settlement Funds in the class action, Jien v. Perdue Farms, No. 1:19-cv-002521, is now available. Your payment was calculated in accordance with the settlement terms available at www.poultrywages.com.

Please note, should you choose an ACH Transfer, which is a deposit directly into your checking or savings account, you MUST verify your account information before submitting. Entering outdated or incorrect information may result in loss of payment. Once you have confirmed your correct account information, proceed with accepting your payment by clicking the link below.

**This payment represents your Net Payment Amount after all tax withholdings. By choosing to receive your payment electronically, you also consent to receive any related tax forms and future communications electronically; this includes any applicable tax forms related to this payment.**

Please click on "Redeem" below to accept your payment digitally.

*If you would like to receive a paper check instead of a digital payment, please contact the Settlement Administrator to make your request by sending an email to info@poultrywages.com. Please know that check requests will take up to 30 days to process.*

Sincerely,
Poultry Wages Settlement Administrator
P.O. Box 173016
Milwaukee, WI 53217

Toll-Free Number: 1-877-311-3745

E-mail: info@poultrywages.com

**Redeem $111.97 USD**

For any questions, contact us at info@poultrywages.com

**Reward ID:** TKMSHIE1GKHB

AB Data, Ltd. | PO Box 170500 | Milwaukee, WI 53214

Terms | Privacy Policy

## AFFIDAVIT OF GLENN BROOKS

Before me, the undersigned Notary Public in and for Lenoir County, North Carolina, personally appeared Glenn Brooks and upon being duly sworn deposed and stated as follows:

1. My name is Glenn Brooks. I am an adult resident of Kinston, North Carolina. I was born in 1963. I suffer under no mental disability or limitation and have personal knowledge of the facts stated in this Affidavit.

2. I am employed by Wayne-Sanderson Farms as a Sanitation Manager in Kinston, North Carolina. I have not communicated with anyone at an Alabama law firm about any matters related to my employment.

3. I have not authorized anyone to make any legal claim against Sanderson Farms, Wayne Farms, or Wayne-Sanderson Farms and I have not authorized anyone to threaten to make such a claim.

4. The above and foregoing is true and correct to the best of my knowledge, belief and understanding.

This the 11th day of June, 2026.

(SEAL) ALISHA SESSOMS NOTARY PUBLIC LENOIR COUNTY, NC

GLENN BROOKS

Alisha Sessoms
Notary Public

My Commission Expires: 6/13/2026