**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JUDY JIEN, *et al.*, | ) | Civil Action No. 1:19-CV-2521 |
| | ) | |
| Plaintiffs, | ) | The Honorable Stephanie A. Gallagher |
| | ) | |
| v. | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **SECOND MOTION TO ENFORCE** |
| PERDUE FARMS, INC., *et al.*, | ) | **SETTLEMENT AGREEMENTS AND** |
| | ) | **FINAL JUDGMENT AND TO** |
| Defendants. | ) | **AUTHORIZE LIMITED DISCOVERY** |

Upon consideration of Wayne Farms, LLC and Sanderson Farms, LLC's (together, "Wayne-Sanderson") Second Motion to Enforce Settlement Agreements and Final Judgment and to Authorize Limited Discovery, the memorandum and record in support, including the Declaration of Stephen R. Chuk and Exhibit A, and any opposition and reply, it is hereby ORDERED that the motion is GRANTED as follows:

1. The 52 individuals identified in Appendix A to Wayne-Sanderson's memorandum (the "Paid Claimants"), who claimed and received settlement benefits, did not validly opt out of the Settlement Class, are Settlement Class Members bound by the Wayne Farms Settlement Agreement (ECF No. 745-5), the Sanderson Farms Settlement Agreement (ECF No. 745-4), and this Court's Final Judgment (ECF No. 1011), and are barred from asserting any Released Claims against Wayne Farms, LLC, Sanderson Farms, LLC, or their Released Parties.

2. The Paid Claimants, and any counsel, agent, or other person acting on their behalf who receives actual notice of this Order, are ENJOINED from prosecuting, pursuing, threatening, demanding payment for, or otherwise asserting any Released Claims against Wayne Farms, LLC, Sanderson Farms, LLC, or their Released Parties in any forum.

3. Jinks Crow, P.C., the Johnny Adams Law Firm, LLC, and any other person subject to the injunction in Paragraph 2 shall immediately cease prosecuting any Released Claims on

behalf of a Paid Claimant and, within fourteen (14) days of entry of this Order, take all steps necessary to dismiss any pending Released Claims asserted on behalf of a Paid Claimant and withdraw any related demands.

4. Wayne-Sanderson is authorized to conduct targeted, staged discovery to identify the full universe of individuals whom Jinks Crow purports to represent as opt-outs who submitted claims for or received settlement benefits. The first stage shall consist of: (a) appropriate Rule 45 discovery from A.B. Data, Ltd. concerning participation forms, claim submissions, claim processing, and settlement disbursements; and (b) discovery from Jinks Crow, P.C. and the Johnny Adams Law Firm, LLC limited to identifying information sufficient to reconcile A.B. Data's records against their purported client rosters and exclusion records. First-stage discovery shall proceed according to the following schedule, calculated in accordance with Federal Rule of Civil Procedure 6(a):

| Event | Deadline |
|---|---|
| Service of first-stage Requests for Production and Interrogatories on Jinks Crow, P.C. and the Johnny Adams Law Firm, LLC | 14 days from entry of this Order |
| Service of Rule 45 subpoena on A.B. Data, Ltd. | 14 days from entry of this Order |
| Substantial completion of production by Jinks Crow, P.C. and the Johnny Adams Law Firm, LLC | 60 days from entry of this Order |
| Substantial completion of production by A.B. Data, Ltd. | 75 days from entry of this Order |
| Joint status report required by Paragraph 5 | 100 days from entry of this Order |

5. Within one hundred (100) days after entry of this Order, Wayne-Sanderson, Jinks Crow, P.C., and the Johnny Adams Law Firm, LLC shall file a joint status report identifying additional purported Jinks Crow opt-outs who submitted claims for or received settlement benefits, addressing any outstanding factual disputes, and assessing the necessity and appropriate scope of

further discovery concerning Jinks Crow's opt-out process, claimant understanding, and individual authorization.

6. Wayne-Sanderson may supplement its motion and seek enforcement of the Settlement Agreements and Final Judgment, including the permanent injunction against Released Claims, as to additional individuals identified through discovery who submitted claims for or received settlement benefits, upon an appropriate factual showing.

IT IS SO ORDERED.

Dated: ____________, 2026

______________________________________

Honorable Stephanie A. Gallagher
United States District Judge